IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY FERGUSON**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**COOK COUNTY, ILLINOIS**, a municipal corporation, **CITY OF CHICAGO**, a municipal corporation, **RICHARD BEDNAREK**, an individual and as an employee of the Chicago Police Department, *et al.*<br><br>Defendants. | **Motion to Withdraw**<br><br>Case No. 1:20-cv-04046 |

MOTION TO WITHDRAW

**NOW COMES** Richard J. Wasik (hereinafter, "Wasik"), one of Plaintiff, Timothy Ferguson's, attorney and moves this Honorable Court for leave to withdraw as counsel for Plaintiff and in support thereof states:

1. Due to personal health reasons, Wasik is no longer able to continue to properly represent Plaintiff. Various unavoidable personal health issues prevented Wasik from meeting certain deadlines and handling certain issues. Therefore, withdrawal at this time is the best course.

2. Wasik has discussed his withdrawal with Plaintiff and Plaintiff consents to such withdrawal.

3. Attorney Beau B. Brindley has previously filed his appearance in this matter on behalf of Plaintiff.

4. Attorney Brindley is a highly experienced litigator in the Federal Court system and will continue to represent Plaintiff in this matter.

**WHEREFORE**, Richard J. Wasik respectfully requests that this Honorable Court grant his motion to withdraw as counsel of record for Plaintiff, Timothy Ferguson, and for such other and further relief as this Court deems just and equitable.

                                                  Respectfully Submitted,

                                                  /s/ *Richard J. Wasik*

                                                  Richard J. Wasik

Richard J. Wasik
Law Office of Richard J. Wasik
1152 W. Newport
Chicago, IL 60657
Wasiklaw@gmail.com
708-807-0019
708-597-2537 Fax