# OFFENSE/INCIDENT REPORT
## COOK COUNTY SHERIFF'S POLICE DEPARTMENT

**1. Case Report Number:** SH-19-00053406

| Field | Value |
|---|---|
| 2. Offense/Incident | Assist Citizen |
| 3. Classification | |
| 4. UCR Code | 7254 |
| 5. Location Code | 1930 |
| 6. Beat of Occurrence | 42 |
| 7. Address/Location of Occurrence | 7038 W. 72nd St. |
| (Township) | Stickney |
| 8. Type of Place of Occurrence | Residence |
| 9. Date of Occurrence | 25 Feb 19 |
| 10. Time of Occurrence | 1130 |
| 11. Unit Assigned | 5242 |
| 12. Victim Name | dna |
| 19. Victim Address | dna |
| 22. Victim Injured | |
| 23. Treated At | dna |
| 25. Medical Examiner Notified | DNA |

**27. Person(s) Involved**

| Code | Name (Last/First/M.I.) | Sex | Race | DOB | Address | Phone Numbers |
|---|---|---|---|---|---|---|
| C | Gow, Vickie | f | w | | Burbank Il 60459 | |
| O | Ferguson, Timothy | m | w | | Chicago Il 60638 | |

**28. Suspect or Missing Person Description:** dna

**29. Vehicle Information:** dna

**30. Weapon(s):** (none checked)

**31. Other Means of Attack (or Possible Tool):** DNA

**33. Property Recovered:** DNA

**34. Evidence Taken By R/O:** DNA

**35. Arrestee(s):** DNA

### 36. Narrative:

In summary: R/O arrived on scene and spoke to Gow, V. who related she is the executor of the property located above. Gow related there are tenants living at the above residence who should not be in the residence per a judges order and that the house in currently in probate court (case #2018 P 006690). Gow did not have the court order with her at the time of this report for verification. Gow related Ferguson rented the house to tenants in February 2019 and wants the tenants removed per the court order.

**Case Report Number:** SH-19-00053406

☒ Continued on Reverse

| Field | Value |
|---|---|
| 37. Name/Star No. of Detective Notified | dna |
| 38. Name/Star No. of Detective on Scene | dna |
| 39. Name/Star No. Of Supervisor on Scene | DNA |
| 40. Reporting Officer Name/Star No. | J. Plybon #253 |
| 41. Assigned By | ☒ CC |
| 42. Date and Time Assigned | 25 Feb 19-1131 |
| 43. Date and Time Report Approved | 24 Feb 19 0200 |
| 44. Reporting Officer's Signature | JP #253 |
| 45. Date and Time Arrived | 25 Feb 19-1146 |
| 46. Date and Time Report Completed | 25 Feb 19-1315 |
| 47. Supervisor Approving (Signature/Star No.) | |

CCSPD Form 05-024   07-25-07 R&D

Narrative Cont.

CR# SH-19-00053406

Ferguson, T. related he rented the house to tenants in January 2019 and that they have the right to not being evicted until ordered by a judge. Ferguson related he has been renting the house in order to pay for the yearly taxes. Ferguson related he gave the tenants a rental agreement which he could not produce at the time of this report.

Neither party was willing to discuss a resolution to the matter while in R/O's presence. R/O learned from the C.C. Communications Center that CCSPD has been to this residence on two other occasions in the last couple weeks for similar incidents. R/O advised both parties that this is a civil matter and that both parties should seek legal remedies in court.

R/O's body worn camera was activated during the incident.

Nothing further.