Timothy Ferguson
March 27, 2023

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY FERGUSON, | ) | |
| Plaintiff, | ) | No. 20 CV 04046 |
| vs. | ) | Honorable |
| COOK COUNTY, ILLINOIS, a | ) | Robert M. Dow, Jr. |
| municipal corporation, | ) | Magistrate Gabriel |
| THOMAS DART, Sheriff of | ) | A. Fuentes |
| Cook County, IL, CITY OF | ) | |
| CHICAGO, a municipal | ) | |
| corporation, RICHARD | ) | |
| BEDNAREK, an individual | ) | |
| and as an employee of the | ) | |
| Chicago Police Department | ) | |
| and an employee of D-BATS, | ) | |
| Inc., JOHN D. BARLOGA, | ) | |
| individually and as an | ) | |
| employee of the Cook | ) | |
| County Sheriff, ABELARDO | ) | |
| MERCADO, individually and | ) | |
| as an employee of the Cook | ) | |
| County Sheriff, EDDIE | ) | |
| ISHOO, individually and as | ) | |

Timothy Ferguson
March 27, 2023

**Page 2**

1    an employee of the Cook        )
2    County Sheriff, and D-BATS  )
3    Inc., an Illinois               )
4    corporation,                    )
5            Defendants.
6
7            The videotaped deposition of Timothy
8    Ferguson in the above-entitled cause, taken before
9    Izetta White-McGee, a Notary Public, Certified
10   Legal Video Specialist and Certified Shorthand
11   Reporter in and for the State of Illinois, located
12   at 2 North LaSalle Street, Suite 420, Chicago,
13   Illinois, held on the 27th day of March, 2023, A.D.
14   at the hour of 10:00 a.m.

**Page 4**

1    REPRESENTING THE DEFENDANT, CITY OF CHICAGO:
2        Mr. Maxwell Lisy
3        Mr. William Cook
4        Assistant Corporation Counsels
5        City of Chicago, Department of Law
6        2 North LaSalle Street, Suite 420
7        Chicago, Illinois 60602
8        312.742.0305
9        maxwell.lisy@cityofchicago.org
10       william.Cook@cityofchicaggo.org
11
12
13   REPRESENTING THE DEFENDANTS, SERGEANT JOHN
14   BARLOGA, ABELARDO MERCADO AND EDDIE ISHOO:
15       Mr. John Coyne
16       Law Offices of John C. Coyne
17       53 West Jackson Blvd.
18       Suite 1750
19       Chicago, Illinois 60604
20       312.583.9500
21       jcc@johnccoynelaw.com

**Page 3**

1            APPEARANCES
2
3    REPRESENTING THE PLAINTIFF:
4        Mr. Beau Brindley
5        Law Offices of Beau B. Brindley
6        53 West Jackson Boulevard
7        Suite 1410
8        Chicago, Illinois 60604
9        312.765.8878
10       bbbrindley@gmail.com
11
12
13   REPRESENTING THE DEFENDANTS, RICHARD BEDNAREK and
14   D-BATS:
15       Mr. Thomas J. Olson
16       Kopka, Pinkus & Dolin, P.C.
17       200 West Adams Street, Suite 1200
18       Chicago, IL 60606
19       312.782.9920
20       tjolson@kopkalaw.com

**Page 5**

1
2              INDEX
3    WITNESS                     PAGE
4    Timothy Ferguson:
5      Examination by Mr. Lisy        7
6      Examination by Mr. Coyne     199
7      Examination by Mr. Olson     253
8      Examination by Mr. Brindley   323
9
10   EXHIBITS:
11     Deposition Exhibit No. 1      19
12     Deposition Exhibit No. 2      26
13     Deposition Exhibit No. 3     200
14     Deposition Exhibit No. 4     278
15     Deposition Exhibit No. 5     285
16     Deposition Exhibit No. 6     288
17     Deposition Exhibit No. 7     300
18     Deposition Exhibit No. 8     321
19
20   Confidential Record         291-296
21
22   Court Reporter's/
23     Videographer's Certificate   334
24

2  (Pages 2 to 5)

Timothy Ferguson
March 27, 2023

6

1
2          THE VIDEOGRAPHER: Today's date is
3     March 27, 2023. We are going on the video
4     record at 10:15 a.m. We are here for the
5     purpose of taking the videotaped deposition of
6     Timothy Ferguson. We are located at 2 North
7     LaSalle Street, Suite 420, Chicago, Illinois.
8          The party on whose behalf the
9     deposition is being taken is the defendant, and
10    the party at whose instance the deposition is
11    being recorded on an audio-visual device is the
12    defendant.
13          This case is instituted in the
14    United States District Court for the Northern
15    District of Illinois, Eastern Division. The
16    Case Number is 20 CV 04046. The case is titled
17    Timothy Ferguson versus Cook County, Illinois.
18          I will now ask counsel to introduce
19    themselves stating your name and who you
20    represent.
21          MR. LISY: Maxwell Lisy for Defendant,
22    City of Chicago, along with my co-counsel,
23    William Cook.
24          Just for the record, it is

7

1     plaintiff's deposition in the matter of Timothy
2     Ferguson, Case No. 20 CV 04046.
3          THE VIDEOGRAPHER: Thank you.
4          MR. OLSON: Thomas Olson for Defendants
5     Richard Bednarek and D-Bats.
6          MR. BRINDLEY: Beau Brindley on behalf
7     of Timothy Ferguson, the plaintiff.
8          MR. COYNE: John Coyne, C-o-y-n-e, Law
9     Offices of John C. Coyne, on behalf of
10    Defendants Sergeant John Barloga, Abelardo
11    Mercado, and Eddy Ishoo, and Cook County.
12          (Witness sworn.)
13          TIMOTHY FERGUSON,
14    called as a witness herein, having been duly
15    sworn on oath, was examined and testified as
16    follows:
17          EXAMINATION
18    BY MR. LISY:
19    Q    Mr. Ferguson, can you please state and
20    spell your name for us?
21    A    Timothy Ferguson, T-i-m-o-t-h-y,
22    F-e-r-g-u-s-o-n.
23    Q    Mr. Ferguson, do you have a middle
24    name?

8

1     A    Wayne.
2     Q    How do you spell it?
3     A    W-a-y-n-e.
4     Q    Mr. Ferguson, have you ever been
5     deposed before?
6     A    I have not.
7     Q    So I'm going to go over some ground
8     rules and kind of give you a little highlight of
9     what is going to happen here today. We're here
10    for the purpose of your deposition.
11          It is being recorded by not just
12    video, but also by a court reporter. So in
13    order to have an accurate transcript, it's
14    important that you verbalize your answers as
15    opposed to just shaking your head, shrugging
16    your shoulders, because that's difficult to have
17    accurately in a transcript. Is that fair?
18    A    Yes.
19    Q    I'm going to try very hard to not
20    speak over you. So I'll let you finish your
21    answer before I ask my next question; and I
22    would ask that you let me finish my question
23    before you start to answer; is that fair?
24    A    Yes.

9

1     Q    If I ask you a question, or if anyone
2     does ask you a question that you don't
3     understand, will you please say so?
4     A    Yes.
5     Q    If you answer a question that is
6     asked, I am going to assume that you understood
7     it; is that fair?
8     A    Yes.
9     Q    All right. We can take a break at any
10    time; however, I would ask that if there is a
11    question pending, so if I have asked you a
12    question or any of the other attorneys, that you
13    answer that question before we take a break; is
14    that fair?
15    A    Yes.
16    Q    Do you understand that you are under
17    oath today?
18    A    Yes.
19    Q    And that it's an oath to tell the
20    truth?
21    A    Yes.
22    Q    Are you taking any medication today
23    that would affect your ability to understand?
24    A    No.

3 (Pages 6 to 9)

Timothy Ferguson
March 27, 2023

10

1  Q   Are you taking any medication today
2  that would affect your memory?
3  A   **No.**
4  Q   Are you taking any medication that
5  would affect your ability to testify truthfully
6  here today?
7  A   **No.**
8  Q   Have you consumed any alcohol or
9  illegal substance in the past 24 hours?
10  A   **No.**
11  Q   Is there anything that would affect
12  your ability to testify truthfully here today?
13  A   **No.**
14  Q   Besides the passage of time, is there
15  anything that would affect your memory as you
16  sit here today?
17  A   **No.**
18  Q   What did you do to prepare for your
19  deposition?
20  A   **Just came here.**
21  Q   I'm sorry.  What was that?
22  A   **Just came here.**
23  Q   Did you meet with your attorney?
24  A   **I did.**

11

1  Q   Okay.  I'm not going to ask you about
2  the contents of that conversation or those
3  conversations, but how many times did you meet
4  with your attorney?
5  A   **Once.**
6  Q   When was that?
7  A   **Thursday of last week.**
8  Q   Was that in person?
9  A   **It was.**
10  Q   Was anyone else besides your attorney
11  present?
12  A   **No.**
13  Q   Today you came -- excuse me.
14      And that attorney you met with, was
15  that Mr. Brindley?
16  A   **It was.**
17  Q   When you met with Mr. Brindley, did
18  you review or watch any video?
19  A   **No.**
20  Q   Did you listen to any audio?
21  A   **No.**
22  Q   Did you review any documents?
23  A   **No.**
24  Q   Today, who did you come with?

12

1  A   **My father.**
2  Q   Who is your father?
3  A   **Terry Ferguson.**
4  Q   All right.  I'm going to ask you just
5  some background questions.
6  A   **Sure.**
7  Q   What's your date of birth?
8  A   **September 3, 1985.**
9  Q   Did you graduate from high school?
10  A   **I did.**
11  Q   Go to any college?
12  A   **Took a couple courses at Moraine**
13  **Valley Community College.**
14  Q   At where?
15  A   **Moraine Valley Community College.**
16  Q   When was the last time you were in
17  college?
18  A   **2005.**
19  Q   When did you graduate from high
20  school?
21  A   **2004.**
22  Q   Where did you go to high school?
23  A   **Reavis High School.**
24  Q   I'm sorry.  Repeat that?

13

1  A   **Reavis High School, R-e-a-v-i-s.**
2  Q   Where is that?
3  A   **Burbank, Illinois.**
4      MR. OLSON:  Go Rams.
5      THE WITNESS:  Go Rams.
6  BY MR. LISY:
7  Q   All right.  Have you had any other
8  specialized training?
9  A   **In terms of what?**
10  Q   Sure.  Have you been trained or
11  certified as an electrician or a welder or
12  anything like that?
13  A   **No.**
14  Q   Done any sort of additional education
15  besides a little bit of college?
16  A   **I have in my current career.**
17  Q   What's your current career?
18  A   **I work as a claims management for an**
19  **insurance company.**
20      MR. OLSON:  I'm sorry.  Did you say
21  insurance company.
22      THE WITNESS:  Correct.
23  BY MR. LISY:
24  Q   What sort of further education did you

Timothy Ferguson
March 27, 2023

14

1   have to do for that?
2       A   I took fraud -- insurance fraud law;
3   my continuing education for insurance adjuster
4   licenses when I began the career some 15 years
5   ago-ish; and I have continued to do them every
6   couple years that the states require.
7       Q   So you have to be licensed to be an
8   insurance adjuster?
9       A   Correct.
10      Q   And you have to do continuing
11  education for your license?
12      A   Correct.
13      Q   How many -- how often do you have to
14  renew your license?
15      A   Every two years.
16      Q   When did you first get your license to
17  be an insurance adjuster?
18      A   2008.
19      Q   Have you had a current license since
20  2008 to present?
21      A   I have.
22      Q   Has your license ever been revoked?
23      A   It has not.
24      Q   Has it ever been suspended?

15

1       A   No.
2       Q   Have you ever been disciplined in any
3   way in regards to your license as an insurance
4   adjuster?
5       A   No.
6       Q   Do you have any military experience?
7       A   None.
8       Q   Where do you currently live?
9       A   Burbank, Illinois.
10      Q   Do you live with anyone?
11      A   My wife and children.
12      Q   Okay.  What's your wife's name?
13      A   Larissa Ferguson.
14          MR. COYNE:  Can you spell that?
15          THE WITNESS:  L-a-r-i-s-s-a.
16  BY MR. LISY:
17      Q   How many children do you have?
18      A   I have four.
19      Q   What are their ages?
20      A   15, 10, 5 and 1.
21      Q   How long have you been married?
22      A   June it will be 10 years.
23      Q   Do you rent or own your home?
24      A   I own my home.

16

1       Q   All right.  Back in -- let's start
2   with May of 2019 -- where were you living?
3       A   7029 West 72nd Street in Nottingham
4   Park, Illinois.
5       Q   Besides --
6           Well, back in May of 2019, were you
7   living with your wife?
8       A   I was.
9       Q   Were you living with your three
10  children?
11      A   Two children.
12      Q   Sorry.
13      A   I'm sorry.  I'm trying to --
14      Q   Probably two children.
15      A   Yes, and my wife was pregnant with --
16          Actually, we had just had the baby.
17  Yes, we were living in 2019 together with three
18  children.
19      Q   Were you living with anyone else?
20      A   No.
21      Q   In June of 2019, were you still living
22  at 7029 West 72nd Street?
23      A   Yes.
24      Q   When did you move from that location?

17

1       A   Unfortunately, it was right after this
2   incident.  So I believe it was the middle --
3   probably August 1st-ish of 2019.
4       Q   Where did you move from --
5           When you moved in August, where did
6   you move to?
7       A   To 8756 South 82nd Avenue in Hickory
8   Hills, Illinois.
9       Q   You mentioned that you're an insurance
10  claims adjuster.  Who do you currently work for?
11      A   Producers National Corporation, PNC
12  Corporation.
13      Q   What were your duties as an insurance
14  adjuster?
15      A   I'm not -- actually, I'm a claims
16  manager.  So currently my job is I have a team
17  of claims adjusters who work underneath me.
18      Q   How many people then do you --
19          How many people do you supervise?
20      A   Eight.
21      Q   Do you do any of the insurance
22  adjustment work specifically yourself these
23  days?
24      A   That's not my job duties, but of

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

18

1    course, if somebody is out, I will fill in.
2         Q   And when did you become a claims
3    manager?
4         A   **2014 -- I'm sorry. 2016.**
5         Q   And how long have you been working for
6    your current employer?
7         A   **This employer has been almost two**
8    **years.**
9         Q   So roughly 2021?
10        A   **2021-ish, yes.**
11        Q   Back in July of 2019, where were you
12   working?
13        A   **First Chicago Insurance.**
14        Q   What were you doing for Chicago
15   Insurance?
16        A   **I was -- I started there in 2012 as a**
17   **claims adjuster; and then by the time I left, I**
18   **was a claims manager.**
19        Q   When you became a claims manager for
20   Chicago Insurance?
21        A   **2017 -- the end of 2017.**
22        Q   At any time that you have worked for
23   Chicago Insurance, were you ever disciplined at
24   work?

19

1         A   **Never.**
2         Q   Ever been suspended by work?
3         A   **Never.**
4         Q   And your current employer, have you
5    ever been disciplined?
6         A   **Never.**
7         Q   All right.  So I'm going to pass what
8    I have got marked as Exhibit 1.  I will tell you
9    that this is the complaint in this case.
10            I'm going to ask that you keep the
11   copy that has a sticker on it and that you
12   continue to pass the other two around.
13            (Whereupon Deposition
14            Exhibit No. 1 was marked
15            for identification; said
16            exhibit was tendered to
17            the witness and
18            counsels.)
19            Mr. Ferguson, do you recognize that
20   this is the complaint in this case?
21        A   **Yes.**
22        Q   Okay.  Exhibit 1, this was filed on
23   your behalf?
24        A   **It was.**

20

1         Q   Did you review this complaint before
2    it was filed?
3         A   **I believe so.**
4         Q   Okay.  As you sit here today, are
5    there any corrections that need to be made to
6    the complaint?
7         A   **None.**
8         Q   I want to turn your attention to
9    Paragraph 73, which should be on Page 16.  Let
10   me know when you are there.
11        A   **I'm here.**
12        Q   All right.  So I want you to read that
13   paragraph yourself and then look up at me so I
14   know you are ready.
15            (Whereupon the witness
16            reads a document.)
17        A   **Paragraph 75: Each of the above --**
18        Q   Hold -- just read Paragraph 73 just to
19   yourself.
20        A   **Oh, I thought you said 75. I'm sorry.**
21        Q   73, and just let me know when you have
22   had time to look at it.
23        A   **Okay.**
24        Q   So looking at Paragraph 73, the second

21

1    to last line down there starts in part:
2    Unwritten policy and custom of special and
3    preferential treatment, protections and
4    cover-ups provided to police officers.  Do you
5    see that?
6         A   **I do.**
7         Q   All right.  What facts are you aware
8    of that support this part of the allegation?
9         A   **Research -- on-line research of Mr.**
10   **Bednarek.**
11        Q   What research was that?
12        A   **Just typing a name, kind of finding**
13   **out information directly related to his name.**
14        Q   All right.  So this is all information
15   regarding an Officer Bednarek?
16        A   **Correct.**
17        Q   Okay.  And this was information just
18   from a Google search of Bednarek's name?
19        A   **Yes.**
20        Q   There is no other facts that you are
21   using to support that allegation?
22        A   **Correct.**
23        Q   I want you to look at the next
24   paragraph there, Paragraph 74, and read that to

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

22

```
1    yourself.
2             (Whereupon the witness
3             examines a document.)
4    A    Okay.
5    Q    And the last clause of that paragraph
6    says that:  Feel that they can act with impunity
7    and without fear of reprimand or discipline.
8             Do you see that?
9    A    I do.
10   Q    What facts are you aware of that
11   support this part of the allegation?
12   A    The fact that he was still employed as
13   a Chicago Police Officer after my research of
14   Mr. Bednarek over the years that he has been a
15   Chicago Police Officer.
16   Q    Just to be clear, that "he" you are
17   referring to is to Officer Bednarek?
18   A    Correct.
19   Q    And so all of your facts that you're
20   aware of are related to or involving Officer
21   Bednarek?
22   A    Correct.
23   Q    All right.  And all of the facts that
24   you are aware of are regards to a Google search
```

23

```
1    that you can do of Officer Bednarek?
2    A    Correct.
3    Q    Are you also claiming that the City of
4    Chicago fails to train its police officers in
5    any way?
6    A    I really haven't made up my mind on
7    that.  If you're asking me a yes or no question,
8    I would say I do feel that they do not train
9    them well.
10   Q    What do you know of to support that?
11   A    Just being a citizen in the City of
12   Chicago or close to the City of Chicago.
13   Q    What is your experience or
14   understanding of Chicago Police Officer
15   training?
16   A    Just it should be detailed.  It should
17   kind of be, you know, understood that they are
18   law enforcement officers; they are here to serve
19   and protect; and sometimes I feel like just
20   being an everyday citizen, turning on the news
21   and stuff, that that's not the case.
22   Q    Do you have any specific knowledge of
23   Chicago Police Officer training?
24   A    I do not.
```

24

```
1    Q    Have you ever worked with Chicago
2    Police Department in any way?
3    A    I have not.
4    Q    Have you ever volunteered with the
5    Chicago Police Department in any way?
6    A    Never.
7    Q    All right.  Do you have any experience
8    in training law enforcement?
9    A    None.
10   Q    And we'll talk in detail today about
11   the allegations you made in your complaint and
12   the incident, but is there some sort of specific
13   training that you are alleging Chicago Police
14   Department should have given that would have
15   prevented the incident as you have alleged in
16   this complaint?
17   A    I don't necessarily believe it's
18   training that is the issue at hand.
19   Q    What do you believe was -- caused the
20   issue at hand?
21   A    The seriousness of the offenses that
22   Mr. Bednarek has done over the course of his
23   career that shows little to no action taken by
24   the Chicago Police Department against him.
```

25

```
1    Q    So just to make sure I understand,
2    your complaint, or what you are complaining
3    about is how the Chicago Police Department has
4    interacted or reacted to Sergeant Bednarek,
5    right?
6    A    Correct.
7    Q    You are not making any allegations
8    about any other Chicago Police Officers then?
9    A    Correct.
10   Q    You are not making any allegations
11   about any training of any other Chicago Police
12   Officers?
13   A    Correct.
14   Q    You are not making any allegations
15   regarding any discipline of any other Chicago
16   Police Officers?
17   A    Correct.
18   Q    You are not making any allegations
19   regarding any supervision of any other Chicago
20   Police Officers?
21   A    Correct.
22   Q    All of your complaints are focused on
23   Officer Bednarek?
24   A    Correct.
```

7 (Pages 22 to 25)

Timothy Ferguson
March 27, 2023

26

1    Q   So I'm going to hand you what I'm
2  marking as Exhibit 2; and again, I'm going to
3  pass it over to you and ask that you take the
4  copy with the sticker that's on there, with the
5  exhibit sticker.  Why don't you take a look at
6  that document and make sure that you see what it
7  is.
8              (Whereupon Deposition
9              Exhibit No. 2 was marked
10             for identification; said
11             exhibit was tendered the
12             witness and counsels.)
13         Do you recognize Exhibit 2?
14    A   I do.
15    Q   All right.  Did you recognize that as
16  your answers to interrogatories or some
17  questions that the City of Chicago sent you?
18    A   It is.
19    Q   You recognize on the back there,
20  second to last page, it's got an electronic
21  signature for you, Timothy Ferguson.  Do you see
22  that?
23    A   Correct.
24    Q   Did you review these and provide these

27

1  answers to these interrogatories?
2    A   I did.
3    Q   Are these still your answers to those
4  interrogatories?
5    A   Without going question by question,
6  it's safe to say yes, they would still be my
7  answers.
8    Q   Well, do you have any sort of update
9  or changes that you are seeking to make to your
10  interrogatory responses?
11    A   None.
12    Q   I did not see a verification page or
13  certification saying that you're answering these
14  under oath.  So do you certify under the penalty
15  of perjury that the foregoing answers to Exhibit
16  2 are true and correct?
17    A   Yes.
18    Q   And you can set that aside for right
19  now.
20             (Whereupon the witness
21             complies.)
22         I do have some questions for you.
23  We are going to talk a lot about the property of
24  7038 West 72nd Street.  Does that property

28

1  address ring a bell to you?
2    A   Very much.
3    Q   Is that in Nottingham?
4    A   It is.
5    Q   Is is Nottingham Park, Illinois?
6    A   Correct.
7    Q   So that address is not in Chicago,
8  correct?
9    A   Correct.
10    Q   So how are you familiar with this
11  property?
12    A   It was my second childhood home.  It
13  is directly across the street from my childhood
14  home; and it was my grandmother's home.
15    Q   Who is your grandmother?
16    A   Ida Cardwell.
17    Q   Did you ever live at that property?
18    A   I did stay there for four months, I
19  believe, just between being across the street
20  with my home with a dispute with my wife.  So --
21  but to establish full residency and stuff, I did
22  not.
23    Q   When was that four month period you
24  just talked about?

29

1    A   I would say probably some time in late
2  2018, early 2019.
3    Q   And you mentioned that was your
4  grandmother's home?
5    A   Correct.
6    Q   So when did she pass?
7    A   December of 2012, I believe.
8    Q   So then after 2012, do you know who
9  owned the property?
10    A   It was left --
11         My understanding, it was to my
12  Uncle Dirk Ferguson.
13    Q   I'm sorry.  Can you repeat that name
14  one more time for me?
15    A   Dirk Ferguson, D-i-r-k.
16    Q   Back in 2000, let's say May of 2019,
17  what was your understanding of who owned the
18  property?
19    A   My father.
20    Q   And what was your father's name?
21    A   Terry Ferguson.
22    Q   In July of 2019, what was your
23  understanding of who owned the property?
24    A   My father, Terry Ferguson.

8  (Pages 26 to 29)

Timothy Ferguson
March 27, 2023

---

30

1    Q    What is your understanding of how it
2 went from Dirk Ferguson to your father Terry
3 Ferguson?
4    A    **Potentially through an estate, a will.**
5    Q    So did your uncle Dirk Ferguson die?
6    A    **He did.**
7    Q    And when did that happen?
8    A    **Maybe February of 2018 possibly, I**
9 **believe. I'm not too sure exactly when.**
10    Q    Some time in 2018?
11    A    **I believe that that's the correct**
12 **year.**
13    Q    So did you ever own the property?
14    A    **I did not.**
15    Q    Back in May of 2019, do you remember
16 if anyone was living at the property?
17    A    **There was.**
18    Q    Who was living there?
19    A    **Shaun Halloron.**
20    Q    How do you spell that?
21    A    **H-a-l-l-o-r-o-n.**
22    Q    Do you know how you spell Shaun?
23    A    **S-h-a-u-n.**
24    Q    Anyone besides Mr. Halloron living at

---

31

1 the property to your knowledge?
2    A    **He had a girlfriend that stayed**
3 **periodically; maybe more than a few days a week**
4 **with him.**
5    Q    Do you know her name?
6    A    **I knew her as Reyna, R-e-n-a-y -- or**
7 **excuse me, R-e-y-n-a.**
8    Q    Do you know a last name for Reyna?
9    A    **I don't.**
10    Q    Okay. Do you have any contact
11 information for Mr. Halloron?
12    A    **I do.**
13    Q    Do you know his phone number?
14    A    **If I could check my cell phone and**
15 **obtain the phone number for you.**
16    Q    Sure, yes.
17         (Whereupon the witness
18         examines a cell phone.)
19    A    **708-785-7062.**
20    Q    Do you know where Mr. Halloron is
21 living these days?
22    A    **In Burbank, Illinois.**
23    Q    Do you know his address?
24    A    **I don't.**

---

32

1    Q    Do you have any contact information
2 Reyna?
3    A    **I do not.**
4    Q    Do you happen to know if Mr. Halloron
5 and Reyna are still together?
6    A    **They are not.**
7    Q    Do you know if back in May of 2019, if
8 Mr. Halloron had a lease for the -- to live at
9 the property of 7038?
10    A    **There was no lease.**
11    Q    How do you know that?
12    A    **It was just an agreement that he was**
13 **getting -- separating from his wife and had**
14 **nowhere to go and the house was empty; and so he**
15 **asked to stay a few months.**
16    Q    Who did he ask that to?
17    A    **He asked me, and then I asked my**
18 **father.**
19    Q    So did you tell Mr. Halloron that he
20 could live there?
21    A    **It was between my father and I both.**
22    Q    Ultimately whose decision was it
23 whether or not Mr. Halloron could live at that
24 property?

---

33

1    A    **My father, Terry Ferguson.**
2    Q    Was that the same living situation at
3 the property in July of 2019, to your knowledge?
4    A    **By then -- yes, yes, yes.**
5    Q    Specifically, it's 7038 West 72nd
6 Street?
7    A    **Yes.**
8    Q    It was still Mr. Halloron and Reyna
9 living there off and on?
10    A    **Yes. Mr. Halloron was the occupant.**
11 **Reyna was here and there.**
12    Q    There was still --
13         There is no lease involved?
14    A    **None.**
15    Q    Did you have any specific agreement
16 with Mr. Halloron for how long he was going to
17 be allowed to stay at the property?
18    A    **He just asked for it until he got**
19 **enough time to get situated with his separation**
20 **and get back on his feet. There was no end**
21 **date, start date kind of thing.**
22    Q    Do you know if Mr. Halloron was paying
23 any rent?
24    A    **He was.**

---

9 (Pages 30 to 33)

Timothy Ferguson
March 27, 2023

34

1  Q  Do you know how much that was?
2  A  I'm not -- I don't want to say a
3  number but I know that he was.
4  Q  Do you know who he was paying rent to?
5  A  To my father.
6  Q  Would that have been the same for both
7  May of 2019 and July of 2019?
8  A  Correct.
9  Q  What was your relationship like with
10  Mr. Halloron?
11  A  Sports parents.  His daughter and my
12  daughter played sports.  They're the same age.
13  They grew up playing the same softball team,
14  same basketball team.
15  Q  So besides occasions where your
16  daughters were both playing sports together, did
17  you ever socialize with Mr. Halloron?
18  A  Yes, it started real young and we got
19  to a point where we became good friends.
20  Q  So back in 2019, would you have
21  considered him a good friend?
22  A  Yes.
23  Q  Do you still see Mr. Halloron on a
24  regular basis?

35

1  A  I do.
2  Q  Are your daughters still on sports
3  teams together?
4  A  They are.
5  Q  Do your kids go to the same schools?
6  A  They do.
7  Q  How often do you see Mr. Halloron?
8  A  I would say maybe with softball --
9  high school softball now, every day; but without
10  -- outside of the season, maybe couple times a
11  month.
12  Q  Has Mr. Halloron been to your house?
13  A  He has.
14  Q  Have you been to Mr. Halloron's
15  current residence?
16  A  I have.
17  Q  Was Mr. Halloron present on May 9th of
18  2019 around the location of 7038 West 72nd
19  Street?
20  A  He was not.
21  Q  Was Mr. Halloron ever present to your
22  knowledge on July 12th of 2019 around the
23  property of 7038 West 72nd Street?
24  A  He was.

36

1  Q  Have you ever talked to Mr. Halloron
2  about this lawsuit?
3  A  I have not.
4  Q  Have you ever talked to Mr. Halloron
5  about being a witness in this lawsuit?
6  A  I have not.
7  Q  Have you ever talked to Mr. Halloron
8  about ever giving a deposition or anything in
9  this lawsuit?
10  A  I have not.
11  Q  When was the last time you spoke to
12  Mr. Halloron?
13  A  Friday night at De La Salle High
14  School.
15  Q  Was this because you were both present
16  for a sporting event for your kids?
17  A  Yes.
18  Q  I believe earlier you said girls
19  softball.  Was it girls softball?
20  A  It was.
21  Q  So am I correct that your daughter and
22  his daughter are on the same softball team?
23  A  Correct.
24  Q  Do you know if Mr. Halloron has any

37

1  sort of social media?
2  A  I believe he does.
3  Q  Facebook?
4  A  Facebook is -- that's really the only
5  thing I'm on is Facebook.  That's all, I guess.
6  Others I'm not too sure.
7  Q  Do you know what his name is on
8  Facebook?
9  A  I think his name, his first and last
10  name.
11  Q  You mentioned Reyna.  When was the
12  last time you saw Reyna?
13  A  Probably June, July of 2019.
14  Q  What was your relationship like with
15  her?
16  A  Non-existent.  I didn't know her from
17  the next person.
18  Q  Did you ever talk to her about this
19  lawsuit?
20  A  I did not.
21  Q  Do you know what the last conversation
22  you had with her was?
23  A  I do not.
24  Q  I'm going to ask you some questions

10  (Pages 34 to 37)

Timothy Ferguson
March 27, 2023

38

1  about some people, see if you know who they are
2  and hopefully have some information about them.
3      A   Sure.
4      Q   Does the name Paul Shinstine ring a
5  bell?
6      A   It does.
7      Q   Who is that person?
8      A   That is my best friend for 30 years.
9      Q   Did you two go to school together?
10     A   We did.
11     Q   Must have been starting in grade
12  school?
13     A   Pre-school actually.
14     Q   And how do you spell his last name?
15     A   S-h-i-n-s-t-i-n-e.
16     Q   How does he pronounce his last name?
17     A   Shinstine.
18     Q   Shinstine.  What does Mr. Shinstine do
19  for employment?
20     A   He's a general --
21         He owns his own business, a general
22  contractor.
23     Q   Do you know if Mr. Shinstine was ever
24  present around 7038 West 72nd Street on May 9th

39

1  of 2019?
2      A   No.
3      Q   Did you ever see Mr. Shinstine around
4  7038 West 72nd Street on July 12th of 2019?
5      A   Yes.
6      Q   What is your understanding of why he
7  was near the property or at the property of 7038
8  West 72nd Street on July 12th of 2019?
9      A   He was walking Shaun Halloron's dogs.
10     Q   Do you have any idea why he was doing
11  that?
12     A   Shaun would just ask him every now and
13  then to -- if he was going to be gone throughout
14  the day to swing by.
15     Q   What's your understanding of Mr.
16  Shinstine's and Mr. Halloron's relationship?
17     A   Same as mine.  He met Shaun through
18  me.
19     Q   Did you ever talk to Mr. Shinstine
20  about this lawsuit?
21     A   I have not.
22     Q   When was the last time you talked to
23  Mr. Shinstine?
24     A   Yesterday.

40

1      Q   Was that in person?
2      A   It was.
3      Q   Have you ever talked to Mr. Shinstine
4  about what occurred on July 12th of 2019?
5      A   No.  We were both present at that
6  time.  I have not.
7      Q   Have you ever talked to Mr. Halloron
8  about what happened on July 12th of 2019?
9      A   No.
10     Q   Do you have a phone number for Mr.
11  Shinstine?
12     A   Yes.
13     Q   What would that be?
14         (Whereupon the witness
15         examines a cell phone.)
16     A   708 -- give me one second here --
17  257-3729.
18     Q   Do you know where Mr. Shinstine lives?
19     A   He currently lives in Burbank,
20  Illinois.
21     Q   Do you know his address.
22     A   I don't.  It's West 84th Street, but I
23  don't know the physical address.
24     Q   Do you know if Mr. Shinstine has a

41

1  Facebook account?
2      A   He does not.
3      Q   Do you know if he has any other social
4  media accounts?
5      A   He does not.
6      Q   Does the name Tabatha Soto ring a bell
7  to you?
8      A   It does.
9      Q   Who is that?
10     A   My sister.
11     Q   Have you ever talked to your sister
12  about what happened on May 9th of 2019 around
13  the property of 7038 West 72nd Street?
14     A   I have not.
15     Q   Have you ever talked to your sister
16  about what occurred on July 12th of 2019 around
17  the property of 7038 West 72nd Street?
18     A   I have not.
19     Q   Was your sister present on May 9th or
20  July 12th of 2019 at the area of 7038 West 72nd
21  Street?
22     A   On the July -- the July date, she was
23  present.
24     Q   Okay.  Have you ever talked to her

11  (Pages 38 to 41)

Timothy Ferguson
March 27, 2023

42

1  about what happened on July 12th of 2019?
2      A   I have not.
3      Q   Have you ever talked to her about this
4  lawsuit?
5      A   I have not.
6      Q   What is her phone number?
7              (Whereupon the witness
8              examines a cell phone.)
9      A   708-541-9614.
10     Q   Where does she currently live?
11     A   In Burbank, Illinois.
12     Q   Do you have an address for her?
13     A   7738 South Massasoit Avenue.
14     Q   How do you spell that?
15     A   M-a-s-s-o-s-i-t.
16     Q   And do you know if she has a Facebook?
17     A   She does.
18     Q   Do you know what her name is on
19  Facebook?
20     A   Tabatha Soto.
21     Q   Do you know if she has any other
22  social media?
23     A   Instagram.
24     Q   Have you ever talked to Ms. Soto about

43

1  how the events of May 9th of 2019 and July 12th
2  of 2019 affected you?
3      A   I have not.
4      Q   Does the name Robert Soto ring a bell
5  to you?
6      A   It does.
7      Q   Who is that?
8      A   My brother-in-law.
9      Q   Was Mr. Soto present on May 9th of
10  2019 around 7038 West 72nd Street?
11     A   He was not.
12     Q   Was he present on July 12th of 2019
13  around 7038 West 72nd Street?
14     A   He was.
15     Q   Did you ever talk to Mr. Soto about
16  what happened on May 9th of 2019?
17     A   I have not.
18     Q   Did you ever talk to Mr. Soto about
19  what happened on July 12th of 2019?
20     A   I have not.
21     Q   Did you ever talk to Mr. Soto about
22  how the events of May 9th or July 12th of 2019
23  affected you?
24     A   I have not.

44

1      Q   Did you ever talk to either Tabatha
2  Soto or Robert Soto about this lawsuit?
3      A   I have not.
4      Q   Do you have a phone number for Mr.
5  Soto?
6      A   I do.
7              (Whereupon the witness
8              examines a cell phone.)
9              708-541-9779.
10     Q   To your knowledge, does Mr. Soto live
11  with Tabatha Soto?
12     A   He does.
13     Q   Does the name Frederick Shinstine ring
14  a bell to you?
15     A   It does.
16     Q   Who is that?
17     A   That's Paul.
18     Q   Is Paul a nickname for him?
19     A   It's his middle name.  He has never --
20  since -- he has always been Paul Shinstine.
21     Q   Does the name Jan Kowalski ring a bell
22  to you?
23     A   It does.
24     Q   And that last name is spelled

45

1  K-o-w-a-l-s-k-i?
2      A   Yes.
3      Q   And who is that?
4      A   She was kind of a family attorney,
5  wanted to be a family attorney.  She presented
6  as an attorney who wanted to kind of be the
7  family attorney.
8      Q   Do you mean for your family?
9      A   Correct.
10     Q   Would that include just your immediate
11  family or your extended family as well?
12     A   I would say anybody that would be
13  willing to use her.
14     Q   So did you ever retain her as your
15  attorney?
16     A   Never, like, retained.  It was always,
17  like, a verbal agreement, I guess.  If there was
18  a need, she would be there.
19     Q   Did you ever pay her for her services
20  as an attorney?
21     A   Never.
22     Q   Was she present on May 9th of 2019
23  around 7038 West 72nd Street?
24     A   She was not.

12  (Pages 42 to 45)

Timothy Ferguson
March 27, 2023

46

1      Q   Do you know if she was present on July
2  12, 2019 around 7038 West 72nd Street?
3      **A   She was.**
4      Q   Have you ever talked to her about this
5  lawsuit?
6      **A   I have not.**
7      Q   Do you have a phone number for her?
8      **A   I was trying to look, because I knew**
9  **that was coming, but I don't seem to have one,**
10 **no.**
11     Q   Okay.  Do you know where her office is
12 located?
13     **A   I don't.**
14         MR. BRINDLEY:  She's not practicing.
15 There is no office.  It's sort of a --
16 BY MR. LISY:
17     Q   Oh, so is she a licensed attorney, to
18 your knowledge?
19         MR. BRINDLEY:  Disbarred.  She got
20 charged in a federal indictment.  You may have
21 that -- I don't know -- but along with Robert
22 Kowalski; and she had her license -- I believe
23 it was either suspended or disbarred
24 immediately.

47

1          MR. LISY:  Okay.
2          MR. BRINDLEY:  Emergency suspension,
3  which is quite unusual, but that is what
4  happened to Jan Kowalski.
5  BY MR. LISY:
6      Q   So you mentioned you don't have a
7  phone number.  Do you have a --
8          Do you know where she lives?
9      **A   LaGrange Park, Illinois, I believe.**
10     Q   Do you have the name of a Raul
11 Rosales?
12     **A   Yes.**
13     Q   Does that name ring a bell?
14     **A   Yes, it does.**
15     Q   Is that last name spelled
16 R-o-s-a-l-e-s?
17     **A   Yes.**
18     Q   Who is that?
19     **A   That's my -- it was my neighbor at**
20 **7027 West 72nd Street.**
21     Q   All right.  Did you ever talk to --
22         Let's go back to Ms. Kowalski for a
23 second.  Did you ever talk to her about what
24 occurred on July 12th of 2019?

48

1      **A   I did not.**
2      Q   Did you ever talk to her about what
3  happened on May 9th of 2019?
4      **A   I did not.**
5      Q   Did you ever talk to her about this
6  lawsuit?
7      **A   I did not.**
8      Q   For Mr. Rosales, did you ever talk to
9  him --
10         Well, was he present, to your
11 knowledge, on May 9th of 2019 around 7038 West
12 72nd Street?
13     **A   Maybe inside of his home, but not**
14 **present to my face?**
15     Q   How about on July 12th of 2019, was he
16 present around the property of 7038 West 72nd
17 Street?
18     **A   He was not.**
19     Q   Did you ever talk to him about what
20 happened on May 9th of 2019?
21     **A   I did not.**
22     Q   Did you ever talk to him about what
23 happened on July 12th of 2019?
24     **A   I did not.**

49

1      Q   Going to Mr. --
2          I apologize.  I want to back up a
3  little bit.
4          Going to Mr. Shinstine, did you
5  ever talk to him about how the events of May 9th
6  or July 12th of 2019 affected you?
7      **A   I did not.**
8      Q   Did you ever talk to Ms. Kowalski
9  about how the events of May 9th or July 12th of
10 2019 affected you?
11     **A   I did not.**
12     Q   Did you ever talk to Mr. Rosales about
13 how the events of May 9th or July 12th of 2019
14 affected you?
15     **A   I did not.**
16     Q   Does the name Terry Ferguson, Jr. ring
17 a bell to you?
18     **A   It does.**
19     Q   Who is that?
20     **A   My brother.**
21     Q   Was your brother present on May 9th of
22 2019 around the area of 7038 West 72nd Street?
23     **A   No.**
24     Q   Was he present on July 12th of 2019

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

50

1    around the same address?
2        A    He was.
3        Q    All right.  Do you have a phone number
4    for Mr. Rosales?
5            (Whereupon the witness
6            examines a cell phone.)
7        A    708-516-7124.
8        Q    Do you know if Mr. Rosales lives at
9    7027 West 72nd Street still?
10       A    He does.
11       Q    Your brother Terry Ferguson, Jr., did
12   you ever talk to him about what occurred on May
13   9th of 2019?
14       A    I did not.
15       Q    Did you ever talk to him about what
16   happened on July 12th of 2019?
17       A    I did not.
18       Q    Did you ever talk to your brother
19   about how the events of May 9th or July 12, 2019
20   affected you?
21       A    I did not.
22       Q    Did you ever talk to your brother
23   about this lawsuit?
24       A    I have not.

51

1        Q    So the phone number for your brother?
2            (Whereupon the witness
3            examines a cell phone.)
4        A    708-897-1799.
5        Q    Where does your brother currently --
6        MR. COYNE:  I'm sorry, 91 or 99?
7        THE WITNESS:  I'm sorry.  708-897-1799.
8        MR. COYNE:  Thanks.
9    BY MR. LISY:
10       Q    Where does your brother currently
11   live?
12       A    In Burbank, Illinois.
13       Q    Do you have an address?
14       A    8001 South Parkside Avenue.
15       Q    We talked a little bit about --
16           You mentioned your wife Larissa
17   Ferguson.  Have you -- was she ever present on
18   May 9th of 2019 around --
19       A    She was not.
20       Q    -- 7038 West 72nd Street?
21       A    She was not.
22       Q    All right.  Was she present on July
23   12th of 2019 at the same address?
24       A    She was not.

52

1        Q    Have you ever talked to her about what
2    happened on either May 9th or July 12th of 2019?
3        A    I have.
4        Q    What have you told your wife about
5    what happened on May 9th of 2019?
6        A    Exactly what happened; that I was, you
7    know, just at home out in front of house; and
8    that I was notified that, you know, there was an
9    SUV kind of circling the block and kind of, you
10   know, showed her the video that I had; and we
11   kind of discussed, you know, what was going on
12   and why it was going on, and why that happened
13   and kind of left it there.
14       Q    Did you ever talk to her about --
15   sorry.
16           As far as about what happened on
17   May 9th, do you remember what she said to you?
18       A    I don't remember much of her saying
19   anything other than kind of being in shock, kind
20   of being fearful, and kind of not understanding
21   how, why, where with little information this
22   happened.
23       Q    Did you say anything else to her
24   besides what you have already said so far?

53

1        A    I did not.
2        Q    Do you remember where this
3    conversation took place?
4        A    Inside of our home.
5        Q    Was this one conversation or multiple
6    conversations?
7        A    One conversation.
8        Q    Besides your wife, was anyone else
9    present?
10       A    No.
11       Q    About how long was this conversation?
12       A    An hour or so, roughly.
13       Q    And do you remember when that
14   conversation took place?
15       A    Immediately.  The evening of May -- I
16   believe it was May the 9th of 2019, that
17   evening.
18       Q    Did you ever talk to her about what
19   happened on July 12th of 2019?
20       A    I did.
21       Q    And when did you speak about it?
22       A    That same night.
23       Q    In similar fashion, was this one
24   conversation that you had with your wife or was

14  (Pages 50 to 53)

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

54

1  it multiple conversations?
2      A  It was a long conversation at that
3  point.  One conversation that evening, but a
4  very long one.
5      Q  And what did you tell your wife?
6      A  I kind of told her what happened.  I
7  explained it to her.  We were out to dinner; and
8  I dropped them off to her grandmother's house;
9  and I headed over to the property; and I
10  explained it to her and kind of told her exactly
11  what happened, how it happened, why it happened;
12  and that's kind of the discussion we had.
13      Q  Do you remember what she said to you?
14      A  Well, there was the threat of me
15  figuring out why this is happening, what is
16  going on with it, what is my involvement in
17  this, and ultimately the need for her to remove
18  herself and our children from our home at 7029
19  and to then move to her grandmother's house at
20  the 8756, I believe, 82nd Court in Hickory
21  Hills.
22      Q  When did your wife move?
23      A  She never returned back to the
24  property -- to the home at 7029 from that night

55

1  outside of taking some stuff for the kids and
2  coming back and getting some items and stuff of
3  hers and the children.  She never returned back
4  home.
5      Q  Did you go with her?
6      A  I stayed that night of July 12th.  I
7  did go back to grandmother's house and stayed
8  there; and I did stay at the home a few nights
9  trying to figure out where my life goes.
10          You know, my wife was threatening
11  to leave.  We had a home here.  She was forcing
12  me to either decide to stay at the house or come
13  with her to her grandmother's house to remove
14  ourselves from the closeness and the severity of
15  this.
16      MR. COYNE:  Hang on one second, Max.
17          Can you repeat the last answer,
18  please.
19          (Whereupon the record was
20          read as requested.)
21      Okay.  Can we just get a clarification
22  where -- what house he stayed in that night?
23  BY MR. LISY:
24      Q  When you were talking --

56

1          First, you mentioned grandmother's
2  house.  Whose grandmother are we talking about?
3      A  I call her my grandmother.  It's my
4  wife's grandmother.  The Hickory Hills address
5  is the home of my wife's grandmother.
6      Q  The house that you had on 72nd Street,
7  did you own that house?
8      A  We did.
9      Q  So on July 12th of 2019 after this --
10  the incident was done, where did you go?
11      A  To the Hickory Hills -- to my wife's
12  grandmother's home where my wife and my children
13  were at.
14      Q  You mentioned the severity of the
15  situation.  What do you mean by that?
16      A  Being locked up for two, three hours.
17  You know, when I got out and was able to use my
18  phone, my wife had texted me, called me probably
19  100 times wondering where I was at.  I wasn't
20  able to respond; she wasn't getting no answers.
21  So the severity of not knowing what was going
22  on, what was going to happen.
23      Q  When you say not knowing what was
24  going on or what was going to happen, do you

57

1  just mean from that night?
2      A  Yes.
3      Q  You talked about --
4          You mentioned the threat of what
5  was happening.  What was the threat that you are
6  talking about?
7      A  This is the second incident with Mr.
8  Bednarek, two-month span.  Living across the
9  street from the 7038 property, being in close
10  proximity to, we are literally right back to
11  back in a sense.
12      Q  What -- was there any specific threat
13  made against you?
14      A  Yes.
15      Q  What was that threat?
16      A  Basically that, you know, he will do
17  whatever he needs to do to me to prove his
18  point; that, you know, he is a Chicago Police
19  sergeant; and if I wanted to challenge him, I
20  could challenge him, but I will lose; that he is
21  not going to go away; he is going to continue to
22  come back until the property is vacant.  You
23  know, I mean, there is a whole list of them in a
24  sense.

15  (Pages 54 to 57)

Timothy Ferguson
March 27, 2023

58

1    Q   Well, you say that he was going to do
2    whatever he had to do.  What do you mean by
3    that?
4        A   No idea.  That's the threat.
5        Q   So did anyone threaten you with
6    physical violence?
7        A   No.
8        Q   In regards to Mr. -- or Sergeant
9    Bednarek saying that he was going to keep coming
10   back, was that coming back to your home at 7032
11   West 72nd Street?
12       A   7029 West 72nd Street.
13   Excuse me.  29.
14       Q   But just in the vicinity, it was my
15   assumption, back to the property at 7038 West
16   72nd Street.
17       Q   So Mr. Bednarek wasn't threatening to
18   come to your house by any means?
19       A   I guess if --
20           When I look at the situation, I
21   wouldn't -- obviously the home at 7038 isn't
22   mine, but I have maintained it and cut the grass
23   and it's been in my family for however long I've
24   been alive.  So I consider it as a part of the

59

1    family property.  So maybe.
2        Q   Mr. Bednarek never said anything to
3    you that he was going to come to your house; is
4    that correct?
5        A   Correct.
6        Q   Okay.  Have you specifically told your
7    wife about how the events of May 9, 2019 or July
8    12th of 2019 affected you?
9        A   I have.
10       Q   And what did you tell her?
11       A   You mean, like, as far as emotionally,
12   physically, all of it?
13       Q   Well, let's start with physically.
14   What have you told her?
15       A   I was scared, I guess.  You know, I
16   was in distress.  I was stressed about it.  I
17   was overwhelmed with it.  You know, I didn't
18   want to leave the house.  I had to move.  It was
19   kind of taking a toll on me mentally losing my
20   -- potentially, you know, not being with my
21   children.  Mentally it's affected me.
22           I think I kind of clammed up.  I
23   kind of shut down.  I didn't leave the house
24   much.  I didn't do much.

60

1        Q   Let me clarify.  What have you
2    specifically told your wife about how you were
3    physically affected by what happened on May 9th
4    or July 12th of 2019?
5        A   I didn't.  I told her nothing.
6        Q   All right.  What have you specifically
7    told your wife about how May 9th of 2019 or July
8    12th of 2019 affected you mentally or
9    emotionally?
10       A   I haven't.  Nothing.
11       Q   The name Tammy Ferguson, do you know
12   who that is?
13       A   It's my mother.
14       Q   Was your mother present on May 9th of
15   2019 or July 12th of 2019 around the area of
16   7038 West 72nd Street?
17       A   She was not.
18       Q   Have you ever talked to her about this
19   lawsuit?
20       A   I have not.
21       Q   Have you ever talked to her about how
22   the events of May 9th or July 12th of 2019
23   affected you?
24       A   I have not.

61

1        Q   Do you have a current phone number for
2    your mom?
3        A   708-979-4010.
4        Q   Where does your mom currently live?
5        A   At 7738 South Massasoit Avenue in
6    Burbank.
7        Q   Excuse me.  You came with your father
8    Terry Ferguson today, right?
9        A   Correct.
10       Q   Does he live with your mother?
11       A   He does not.
12       Q   Where does your father currently live?
13       A   8143 Sunset Road, Willowbrook,
14   Illinois.
15       Q   What is the phone number for your
16   father?
17       A   708-378-3756.
18       Q   Was that 3756?
19       A   Yes.  Let me just double-check just
20   to --
21           (Whereupon the witness
22           examines a cell phone.)
23           708-378-3756.
24       Q   Was your father present around 7038

16  (Pages 58 to 61)

Timothy Ferguson
March 27, 2023

---

**62**

1  West 72nd Street either on May 9th or July 12th
2  of 2019?
3      **A   He was not.**
4      Q   Did you ever talk to your father about
5  what occurred on May 9th or July 12th of 2019?
6      **A   I have not.**
7      Q   Have you talked to your father about
8  this lawsuit?
9      **A   No.**
10     Q   You told your father that you were
11 coming for a deposition today?
12     **A   Correct.**
13     Q   When did you tell him that?
14     **A   Last week.  I asked him -- when I**
15 **found out the date I asked him if he could drive**
16 **me.**
17     Q   Besides asking him if he could drive
18 you, did you talk about anything else?
19     **A   I did not.**
20     Q   Have you ever talked to your father
21 about how the events of May 9th or July 12, 2019
22 affected you?
23     **A   I have not.**
24     Q   Does the name Vicky Gow, G-o-w, ring a

---

**63**

1  bell?
2      **A   She does.**
3      Q   Who is that?
4      **A   My aunt.**
5      Q   Is she your aunt by blood or by
6  marriage?
7      **A   By blood.**
8      Q   Was she present, to your knowledge, on
9  May 9th or July 12, 2019 around the area of 7038
10 West 72nd Street?
11     **A   The May 9th date -- excuse me -- no.**
12 **The July 12th date she was.**
13     Q   Do you have a current phone number for
14 her?
15     **A   I don't.**
16     Q   Do you know where she lives?
17     **A   I know she lives in Burbank somewhere,**
18 **but I have zero contact with her.**
19     Q   After July 12th of 2019, did you ever
20 talk to her about what occurred either on May
21 9th or July 12th of 2019?
22     **A   I have not.**
23     Q   When was the last time you have spoken
24 to her?

---

**64**

1      **A   I believe five years-plus ago.**
2      Q   Did you ever talk to her about this
3  lawsuit?
4      **A   I have not.**
5      Q   Do you know if your friends with her
6  on social media in any way?
7      **A   No.**
8      Q   All right.  Let's talk about May 9th
9  of 2019.  Do you know if you went to work that
10 day?
11     MR. OLSON:  Which day?
12     MR. LISY:  May 9, 2019.
13     THE WITNESS:  Would I be able to check
14 the calendar to confirm it being a weekday or a
15 weekend, because I hardly ever miss during, you
16 know, and I only work during the week, so...
17 BY MR. LISY:
18     Q   Let's put this way:  What is the first
19 thing you remember from May 9th of 2019?
20     **A   It was kind of a chilly day.  It was**
21 **kind of cloudy.  It was overcast.  And I**
22 **believe, now that I think about it, I did go to**
23 **work.**
24     Q   I'll represent to you based on the

---

**65**

1  calendar in my phone that May 9th --
2      **A   It was like a Wednesday, I believe.**
3      Q   It was a Thursday.
4      **A   Thursday.  I did go to work.**
5      Q   If it was a Thursday, would you have
6  been working?
7      **A   I would have.**
8      Q   Okay.  Do you remember what your hours
9  would have been roughly around that time?
10     **A   8:00 to 4:00.**
11     Q   And at some point, did you go to the
12 area of 7038 West 72nd Street?
13     **A   I did.**
14     Q   Why?
15     **A   I started -- I was at home right**
16 **across the street and my neighbor Raul let me --**
17 **you know, came over and I kind of talked to him**
18 **over the fence; and he let me know that his Ring**
19 **camera was kind of signaling, showing a vehicle**
20 **kind of pulling up and somebody walking up to**
21 **the home and kind of looking in the windows; and**
22 **that the person was in a normal vehicle; and**
23 **that they had -- you know, that it appeared he**
24 **had a gun in his waist side.**

---

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

66

1    I just -- I was like I have no
2  idea. And so then he said that it began
3  circling the block. So as I was outside, I
4  noticed that here comes the truck that he
5  ultimately identified; and I stopped the truck;
6  and it was Mr. Bednarek; and he pulled on -- he
7  rolled down his window and he began to talk to
8  me.
9          And I asked him, you know, was he
10 over at the property and that it's, you know, my
11 grandmother's home; and, you know, nobody is
12 kind of there right now; and is there something
13 that he needed, something that he, you know,
14 wanted?
15         And he just, you know, began to
16 kind of belittle everything and saying he will
17 do whatever he wants. You know, he will go to
18 the property 100 times and look through all the
19 windows.
20         And at that point, I began to video
21 record him; and I asked him -- and I told him,
22 if there is something he needed, something he
23 wanted, something, you know, if -- let me know;
24 and I could, you know, do whatever needed to be

67

1  done; and he said he will just handle it on his
2  own and do it on his own.
3          And he peeled away from in front of
4  my house, which is just a couple feet down the
5  road, to pull in front of the home; and he got
6  out of the car; I began to walk kind of video
7  recording him. I walked to the property; and he
8  got out of the car; gun in his waist, some piece
9  of paper in his hand; went to the door.
10         I asked him, you know, what he had,
11 what is going on? Is there something I can help
12 you with? And, you know, he just said that --
13 you know, "move, get out of the way." He went
14 to the door, started banging on the door.
15         Reyna answered the door, and I was
16 standing literally right next to him and he
17 basically -- I'm like, "Reyna, you know, I'm not
18 sure who this guy is, what his deal is, I don't
19 know, close the door."
20         So she went to close the door; he
21 jammed his foot in the door to hold the door
22 open from being closed; and he began pushing;
23 and she's trying to close the door; and she's
24 yelling to get out.

68

1          And, you know, he's like: Here,
2  you know, this is a 5-day notice that needs to
3  be given to, you know, the tenants. They have
4  five days to get out of there.
5          And I was like, "Don't take it.
6  I'm not sure who this guy is. He didn't
7  identify himself. He didn't tell me who he is,
8  what he's got. He's got a gun in his waist." I
9  said, "just try to close the door" and she's
10 like "I'm trying, I'm trying."
11         And he kept -- you know, he got his
12 foot wedged in the door so she couldn't close
13 it. And I said, "Don't take anything from him.
14 I don't know who he is or what."
15         And so he just dropped it on there
16 and basically, you know, let her close the door
17 at that point; and then he kind of moved down
18 the driveway.
19    Q   Okay. So let me go back and talk
20 about this incident a little bit. Earlier you
21 said that you were notified an SUV was circling
22 the block. What did you mean by notified?
23    A   Raul, he just said that he, you know,
24 noticed -- his window, picture window in his

69

1  home, leads right into the front door of the
2  7038 property basically.
3    Q   Okay. So the time when Raul came to
4  talk to you, do you know roughly what time of
5  day that was?
6    A   I'd say it's probably, like, right
7  after I got -- you know what, it might have been
8  when I pulled into the driveway from work. So I
9  would say maybe 4:00, 4:15-ish. That's just me
10 kind of guesstimating.
11    Q   You mentioned that Raul told you that
12 his Ring camera was alerting him?
13    A   Correct.
14    Q   Did he show you any sort of pictures
15 or video from that?
16    A   I don't recall. I don't believe so.
17    Q   Did Raul ever send you any pictures or
18 video from his Ring camera?
19    A   I don't recall.
20    Q   Did you ever ask him for any pictures
21 or video from his Ring camera?
22    A   I did not.
23    Q   The -- so how long did that
24 conversation last with Raul?

18  (Pages 66 to 69)

Timothy Ferguson
March 27, 2023

---

70

1     **A    10 minutes or so; 15 minutes or so.**
2     Q    Was this outside or inside your house?
3     **A    It was outside.**
4     Q    Was it in your front yard or your back
5     yard?
6     **A    Front yard.**
7     Q    Was anyone else present besides you
8     and Raul?
9     **A    No.**
10    Q    Was anyone else present in your home
11    at the time that you would have gotten home from
12    work?
13    **A    Yes, my wife and children would have**
14    **been home.**
15    Q    Do you -- was your wife outside with
16    you at the time of this conversation?
17    **A    She was not.**
18    Q    And so did Raul tell you that a black
19    car was -- or truck was driving around, or SUV?
20    **A    He did.**
21    Q    Did he tell you that it was a police
22    officer?
23    **A    He didn't know if it was or wasn't.**
24    Q    Okay.  Did he tell you any sort of

---

71

1     characteristics of what the person looked like
2     that was walking around the home?
3     **A    He just said it was a male.**
4     Q    And just to be clear, the home that
5     this male was walking around, that was 7038 West
6     72nd Street?
7     **A    Correct.**
8     Q    And after he told you that, what was
9     the next thing you did, just that next thing.
10    **A    I think the truck came coming down the**
11    **street shortly right after that.  So I was able**
12    **to kind of stop it.**
13    Q    Did you ever call 911 after Raul told
14    you this?
15    **A    I did not.**
16    Q    Did you ever call Mr. Halloron?
17    **A    I did not.**
18    Q    So the truck comes down the street;
19    and this is the truck that you think is the same
20    one from Raul's Ring camera?
21    **A    Correct.**
22    Q    And then you went up to approach this
23    truck?
24    **A    Correct.**

---

72

1     Q    How many people were inside the truck
2     when you got to it?
3     **A    Just one.**
4     Q    And you said that that was Mr.
5     Bednarek?
6     **A    It was.**
7     Q    Did you know who Mr. Bednarek was at
8     the time?
9     **A    I did not know at that time.**
10    Q    So you didn't know the person's name
11    that was in the car?
12    **A    I did not.**
13    Q    The truck itself, did that appear to
14    you to be some sort of police vehicle?
15    **A    It was not.**
16    Q    Were there any markings on the outside
17    of the truck?
18    **A    There was not.**
19    Q    Was the license plate and M license
20    plate or anything?
21    **A    It was not.**
22    Q    Did -- the person that you spoke to,
23    did that person identify themself as a police
24    officer?

---

73

1     **A    He did not.**
2     Q    Do you remember about how long after
3     you first approached the driver --
4          Or let me back up.
5          Was Mr. Bednarek, was he in the
6     driver seat?
7     **A    He was.**
8     Q    Okay.  Do you remember about how long
9     after you approached Mr. Bednarek that you
10    started to record?
11    **A    Pretty much as soon as -- maybe like a**
12    **minute.  I think as soon as he rolled down his**
13    **window and kind of began shouting and so forth.**
14    **That's kind of when I turned the phone on.**
15    Q    Why did you start recording?
16    **A    I got told, you know, we have a guy**
17    **that's driving around carrying a gun, looking**
18    **through windows of my grandmother's home.  I**
19    **felt for safety reasons, for an opportunity,**
20    **should I need to call the police, should I have**
21    **to, you know, at some point, you know, contact**
22    **the police, that I have a picture of the guy, a**
23    **license plate of the vehicle.**
24    Q    So were you recording.  Was that on

---

19  (Pages 70 to 73)

Timothy Ferguson
March 27, 2023

74

1  your phone?
2  A  It was.
3  Q  Is that the same phone you have today?
4  A  It is not.
5  Q  What type of phone was it back then?
6  A  It was an iPhone, but it's graduated a
7  couple generations.
8  Q  Do you still have an iPhone now?
9  A  I do.
10  Q  Do you use the same Apple ID now that
11  you used back then?
12  A  I do.
13  Q  Do you know if you save things to the
14  Apple iCloud?
15  A  Yeah.
16  Q  It's fair to say you do save pictures
17  and videos to the cloud?
18  A  I think, yeah, it, you know, updates
19  and saves.
20  Q  I apologize.  Do you remember if you
21  --
22      Do you remember how many videos you
23  took that day?
24  A  I think it was one continuous video.

75

1  Q  Do you remember if you took any
2  pictures?
3  A  I did.
4  Q  Do you remember how many pictures you
5  took?
6  A  Maybe three.
7  Q  So while you were in --
8      While Mr. Bednarek is in the driver
9  seat of that car, what did he specifically tell
10  you at that point?
11  A  I asked him if there was some -- I
12  began the conversation if there was -- that I
13  was told that he was at the property right here;
14  and I pointed to the property at 7038; and I
15  asked him if there was anything he needed; what
16  was he there for?  And he basically just began a
17  rant that he will go there however often he
18  wants.  He will do whatever he wants.
19      And I told him, you know, "is there
20  something that you need?  You know, what is the
21  purpose of you?  Who are you?"  And, you know,
22  we got nothing out of it; and then he kind of
23  set out, continued to go to the property.
24      And I said okay.  I told him -- I

76

1  think I told him in the video that I would call
2  the police; and he was like "I don't care."  And
3  then he pulled away and pulled in front of the
4  home.
5  Q  Okay.  Did Mr. Bednarek, to your
6  knowledge, tell you that he was a police officer
7  during that initial conversation?
8  A  He did not.
9  Q  Do you remember if he said anything
10  else besides what you already told me?
11  A  No, I don't recall.
12  Q  Do you remember if you said anything
13  else to him?
14  A  I don't recall.
15  Q  Was anyone else present during this
16  conversation besides you and Mr. Bednarek?
17  A  At the -- I mean, during the process
18  of it, Reyna entered the conversation and/or the
19  issue when he began banging on the door and her
20  opening the door.
21  Q  Well, specifically talking about when
22  you first approached him at his vehicle.
23  A  Oh, just him and I.
24  Q  Okay.  And then Mr. Bednarek parks his

77

1  vehicle and goes to 7038 West 72nd Street; is
2  that correct?
3  A  Correct.
4  Q  All right.  You followed him?
5  A  I did.
6  Q  And you are video recording at this
7  point?
8  A  I am.
9  Q  And then he goes to -- actually to the
10  front door at 7038 West 72nd Street?
11  A  Correct.
12  Q  Okay.  Did you ever tell Mr. Bednarek
13  that you own the property?
14  A  I may have said not specifically me,
15  but that it's family owned.
16  Q  Why would you say that?
17  A  Because I believed it to be.
18  Q  All right.  After the incident or the
19  interaction between Mr. Bednarek and Reyna, did
20  you have any more interaction with Mr. Bednarek?
21  A  Yes.  Basically Reyna contacted the
22  Cook County Sheriff's and they -- you know,
23  called them and she was crying, I believe, and
24  kind of frantic; and they sent an officer out;

20  (Pages 74 to 77)

Timothy Ferguson
March 27, 2023

78

1 and I waited on the sidewalk while he stood in
2 the front of the home, kind of down the ramp and
3 stood there; and he would just make comments
4 about my dad who was incarcerated at the time.
5 You know, "he is never coming home.
6 How long is he going to be gone?" You know,
7 basically just kind of -- I don't know, just
8 being who I've come to learn he is.
9 Q Did you say anything in response to
10 Mr. Bednarek?
11 A I don't recall anything more than just
12 not even giving him the time of day of a
13 response to those questions.
14 Q Were you recording at this point?
15 A I believe it cut off shortly after she
16 was able to close the door and he was walking
17 away. I believe I shut it off.
18 Q Why did you shut it off then?
19 A I believe the police --
20 Everything that happened was done
21 and that the police were on their way.
22 Q Any reason you didn't record any
23 further interaction with the police being
24 present?

79

1 A No.
2 Q Did the police arrive?
3 A They did.
4 Q Do you remember which police arrived?
5 A Cook County Sheriff's Office.
6 Q Do you remember how many Cook County
7 Sheriff's Officers showed up?
8 A Just one.
9 Q Do you remember the name of that
10 officer?
11 A I don't remember.
12 Q Man or woman?
13 A It was a male.
14 Q Taller than you? Shorter than you?
15 A About my height.
16 Q How tall are you?
17 A About five-ten.
18 Q Bigger than you or smaller than you?
19 A Skinnier than me.
20 Q About how much do you weigh?
21 A I weigh about 220. So I would say
22 probably 180, 190.
23 Q About how long did it take from the
24 time that Reyna closed the front door to the

80

1 time the Cook County Sheriffs arrived?
2 A Five minutes or so; five, ten minutes.
3 Q At any point in time during those five
4 minutes, did Mr. Bednarek ever tell you that he
5 was a Chicago Police Officer?
6 A During that period, no.
7 Q Did Mr. Bednarek ever threaten you
8 during that time?
9 A No.
10 Q So Cook County Sheriff's officer shows
11 up. Then what happens?
12 A That's when I learned his name. He
13 identified, I believe -- or he did identify
14 himself to the Cook County Sheriff as Sergeant
15 Richard Bednarek with the Chicago Police
16 Department; and he began conversating with the
17 Sheriff's Office -- or officer and kind of
18 telling them, you know, his business there; and
19 that's kind of when I figured out who he was,
20 what he was doing and why he was there.
21 Q Where did this conversation take
22 place?
23 A In the street of 72nd Street right at
24 the end of the driveway.

81

1 Q Where were you standing for this
2 conversation?
3 A Right in front of the Cook County
4 Sheriff officer.
5 Q How many feet away were you from the
6 Sheriff's officer?
7 A Five feet, if that.
8 Q Was there anyone else present besides
9 you, Mr. Bednarek and the Cook County Sheriff's
10 officer?
11 A Upon first, you know, arrival, no; and
12 then Reyna did come out of the home.
13 Q About how many minutes from the time
14 that this conversation started was it to the
15 time where Reyna came out of the home?
16 A About ten minutes or so.
17 Q Let's talk about just the conversation
18 with you, Mr. Bednarek and the officer before
19 Reyna comes out.
20 A Okay.
21 Q Do you remember anything else that Mr.
22 Bednarek said during that time?
23 A No.
24 Q Did you say anything during this

21 (Pages 78 to 81)

Timothy Ferguson
March 27, 2023

82

1  conversation?
2      A   I did.  I told him I had -- basically
3  that, you know, I'm kind of managing the
4  property here.  I live across the street.  It's
5  my grandmother's home, you know, it's been in
6  the family.
7          I wasn't sure -- I told him that I
8  was informed that he was driving around and
9  looking in the windows, kind of gave him the
10  whole back story of, you know, how this kind of
11  came about; and then I showed the officer the
12  video; and he kind of watched it; and then
13  basically gave my phone back to me.
14          I believe he recorded the video on
15  his body cam because he kind of held it out in
16  front of him as he was watching it and I believe
17  his body cam was active.
18      Q   Why do you believe his body cam was
19  active?
20      A   I saw the green light.
21      Q   It was a green light?
22      A   It was.
23      Q   Then --
24          So that all happened before Reyna

83

1  came out; is that right?
2      A   Yes.
3      Q   When Reyna came out, what happened?
4      A   The officer went to talk to her and
5  kind of took her to the side.
6      Q   Where did that conversation take
7  place?
8      A   Right in the middle of the driveway.
9      Q   Could you hear what Reyna was saying
10  to the officer?
11      A   I could not.
12      Q   Could you hear what the officer was
13  saying to Reyna?
14      A   I could not.
15      Q   Where was Mr. Bednarek standing when
16  this conversation was going on?
17      A   He moved over by the mailbox to the
18  back end of where his truck was parked at.
19      Q   Were -- was the farther away from
20  Reyna and the officer than you were?
21      A   It was.
22      Q   Okay.  On May 9th --
23          Well, after the officer talked to
24  Reyna, then what happened?

84

1      A   He came back and just basically told
2  Mr. Bednarek to leave me; and I asked him
3  about everything; and he just said he will have
4  a report of it; and that's that, and he left.
5      Q   Did you ask for a copy of that report?
6      A   I did not.
7      Q   Did you ever ask to file any sort of
8  complaint or criminal charges?
9      A   I did not.
10      Q   Any reason?
11      A   I didn't know what I would be able to
12  file against or what would be what.
13      Q   So after the Cook County Sheriff
14  finished that conversation, what did the Cook
15  County Sheriff do from what you could see?
16      A   He made sure that Mr. Bednarek left
17  and that I walked across the street home; and he
18  sat there for 20 minutes or so inside of his
19  vehicle, and then he pulled away.
20      Q   I'm sorry.  Where were you --
21          Where did you go after Mr. Bednarek
22  left?
23      A   Across street home.
24      Q   And so for you seeing the Cook County

85

1  Sheriff's officer, was that through the window
2  of your house?
3      A   It was.
4      Q   Is that -- would that be, like, the
5  front room of your house?
6      A   Front room, it would be.
7      Q   Okay.  So your --
8          The front of your house looks at
9  the front of 7038?
10      A   It does.
11      Q   Your house back then?
12      A   Correct, yes.
13      Q   Do you remember if Mr. Bednarek said
14  anything that you could here after the Cook
15  County Sheriff told him to leave?
16      A   No.
17      Q   Do you remember if the Cook County
18  Sheriff ever said any specific reason why Mr.
19  Bednarek would have to leave?
20      A   No.
21      Q   Do you remember hearing anything else
22  from Reyna about this incident?
23      A   No.
24      Q   Any other conversation that occurred

22  (Pages 82 to 85)

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

86

1    from about -- during this May 9, 2019 incident
2    that we haven't already talked about?
3        A    No.
4        MR. COYNE:  Could we take five?  We
5    have been going about an hour.
6        MR. LISY:  Hold on, yes.
7        MR. COYNE:  Whenever is convenient.
8    BY MR. LISY:
9        Q    Was there anyone else who was ever
10   present for this May 9, 2019 incident besides
11   the Cook County Sheriff's officer, Mr. Bednarek,
12   yourself and Reyna.
13       A    No.
14       Q    Okay.
15       MR. LISY:  Let's take a ten minute
16   break and then we'll jump in.
17       THE VIDEOGRAPHER:  The time is 11:38.
18   We are going off the record.
19           (Whereupon a recess was
20            taken after which the
21            proceedings resumed as
22            follows:)
23       THE VIDEOGRAPHER:  The time is 11:50.
24   We are going back on the record.

87

1        Please proceed, Counsel.
2    BY MR. LISY:
3        Q    Mr. Ferguson, I turned on this screen
4    in the room.  Can you see that video screen?
5        A    I could.
6        Q    Okay.  I'm going to play for you what
7    has been produced to us, or to the City from
8    your attorney, as a video file.  It's titled
9    ING_0409 (1.mov).  I'm going to play it for you
10   and then may stop and ask some questions.  If at
11   any time you can't see it, please let me know
12   and we will reconfigure so that you can.
13           (Whereupon the video was
14            played and paused.)
15       So I am going to stop this at 19
16   seconds.
17       Would you agree, Mr. Ferguson, that
18   you are seeing the person -- the driver of the
19   vehicle being Mr. Bednarek as you know him?
20       A    As I know him now, yes.
21       Q    And there is a voice that you are
22   hearing in the video, is that your voice?
23       A    It is.
24       Q    Did you see --

88

1        Did you hear yourself say, "I own
2    the home?"
3        A    I did.
4        Q    Why did you say that?
5        A    Again, my thought over the years is
6    it's a family property and that, yes, I would
7    have some -- not ownership in it, but some
8    ability to handle the property as I have been
9    for 20-plus years.
10       Q    Fair to say you don't -- you didn't
11   actually own the home?
12       A    I did not.
13       Q    To your knowledge, before May 9th of
14   2019, was there any dispute as to who owned this
15   property?
16       A    There was.
17       Q    What was that dispute?
18       A    In a will, estate dispute is all I
19   got.
20       Q    What was your understanding of who the
21   people were that believed they owned the home?
22       A    It was my understanding that my father
23   had possession and ownership of the home.
24       Q    And who was disputing that, to your

89

1    knowledge?
2        A    My Aunt Vicky Gow.
3        Q    Do you know if Ms. Gow had ever gone
4    to the property before to try and remove tenants
5    from the property?
6        A    I don't recall.
7        Q    Do you know if Ms. Gow had ever tried
8    to serve an eviction notice on the property
9    before May 9th of 2019?
10       A    I don't recall.
11       Q    Do you know if Mr. Bednarek had ever
12   been to the property before May 9th of 2019?
13       A    I don't recall.
14       Q    And I do just want to stop.  I know we
15   haven't finished the entire video.  But is this
16   the video from May 9th of 2019.
17       A    This is.
18       Q    All right.  Is this the only video
19   that you took, to your knowledge?
20       A    To my knowledge, it is, yes.
21       Q    I'm going to play some more of the
22   video starting at 19 seconds.
23           (Whereupon the video was
24            played and paused.)

23  (Pages 86 to 89)

Timothy Ferguson
March 27, 2023

90

1      I'm going to stop it here at 45
2  seconds.
3      Do you see Mr. Bednarek in the
4  video at the moment?
5      A   I do.
6      Q   And you see you are looking at his
7  back basically?
8      A   Correct.
9      Q   What do you see on Mr. Bednarek?
10     A   Street clothes, plain clothes.
11     Q   Fair to say he is not in a Chicago
12 Police Officer uniform?
13     A   Correct.
14     Q   Did you hear yourself on the video say
15 that you are the owner of the property, and that
16 you are trespassing?
17     A   Correct.
18     Q   Why did you say that Mr. Bednarek was
19 trespassing?
20     A   I mean, he is on the property without
21 knowledge of who he is, what he is doing.  You
22 know, my father had possession of the property
23 at that point.  He was incarcerated.
24     I was tasked to maintain the

91

1  property and kind of be in charge of the
2  property during this time.  And trying to get an
3  answer of who this man is and his needs and
4  wants for a property that, again, has been like
5  my second home all my life.
6      Q   But again, fair to say, you weren't
7  the owner of the property?
8      A   Correct.
9      Q   And you understood that at this point
10 there was a dispute over who owned it?
11     A   Yes.  I wouldn't say --
12     I don't know the details -- details
13 of the dispute, but, yeah, I believe she made a
14 claim against my father having possession and
15 ownership of it; and at this point it was, you
16 know, going through the process, I guess.
17     Q   Was that a court process?
18     A   It was.
19     Q   Had you ever participated in any part
20 of that court process?
21     A   None.
22     Q   So I am going to keep playing the
23 video.
24     (Whereupon the video was

92

1      played and paused.)
2      I am going to pause it here at
3  1:33.
4      Do you see a woman in the video
5  that I have stopped it at?
6      A   I do.
7      Q   And who is that?
8      A   That's Reyna.
9      Q   Keep playing.
10     (Whereupon the video was
11     played and paused.)
12     Mr. Ferguson, at any point in that
13 video, did you hear Mr. Bednarek say that he was
14 a Chicago Police Officer?
15     A   No.
16     Q   Did you hear yourself telling Reyna to
17 close the door?
18     A   I did.
19     Q   Why did you tell her that?
20     A   I have no idea who this man is.  As
21 you can see in the video, he is carrying a gun;
22 she is in the home by herself.  You can see the
23 hostility of the man.  I mean, it's clear as day
24 why I would tell her to close the door and stand

93

1  back.  She is not the person who was ultimately
2  given the property to be a tenant of, and I --
3      (Whereupon the
4      videographer addresses a
5      technical issue.)
6      THE VIDEOGRAPHER:  I'm sorry.  The time
7  is 11:58.  We are going off the record.
8      (Whereupon a recess was
9      taken after which the
10     proceedings resumed as
11     follows:)
12     THE VIDEOGRAPHER:  The time is 12:01.
13 We are going back on the record.
14     Please proceed.
15     MR. LISY:  Ms. Court Reporter, could
16 you read back his answer to the extent you have
17 it?
18     (Whereupon the record was
19     read as requested.)
20 BY MR. LISY:
21     Q   Mr. Ferguson, to the extent you have
22 any more to add to that, was there any reason
23 you were telling Reyna to close the door?
24     A   Nothing more.

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

94

1    Q   Okay.  What was the --
2        Did you hear yourself in the video
3  tell Reyna not to accept whatever the piece of
4  paper was?
5    A   I did.
6    Q   Okay.  Why did you tell her that?
7    A   Didn't know, again, what the paper was
8  until he mentioned it.  Didn't know his ability
9  to do what he was claiming to do; and just
10 ultimately her not being the -- kind of the
11 person that would take it and be responsible for
12 a true 5-day notice.
13   Q   What do you mean, a true 5-day notice?
14   A   I don't know the process of how it
15 works, but ultimately my guess would be that it
16 would be served upon the person who has the
17 agreement of the property and not just anybody;
18 and I knew she was kind of in and out and wasn't
19 a true tenant of the home.
20   Q   Where does that understanding of yours
21 come from?
22   A   I guess just a thought of mine.
23   Q   Have you ever had any experience in
24 serving a 5-day notice?

95

1    A   I do.
2    Q   As in have you served one or been the
3  recipient of one?
4    A   I have served one, yes.
5    Q   When was that?
6    A   I don't know.  I have probably served
7  several of them to an apartment building that's
8  owned in the family.
9    Q   When was the last time you served a
10 5-day notice on someone?
11   A   Probably in 2018.
12   Q   Those apartment buildings, do you own
13 any of them by name?
14   A   I don't.
15   Q   You say that they are in the family.
16 Do you know who owns them?
17   A   It's a business of my father's.
18   Q   What is that business?
19   A   KM&F Properties.
20   Q   Sorry.  Could you repeat that again?
21   A   K, like kite; M, like Mary; F like
22 Ferguson -- excuse me -- Properties.
23   Q   Does that stand for something?
24   A   It does.

96

1    Q   What does it stand for?
2    A   I believe it's the name -- the first
3  names or the last names of the business partners
4  that he has.
5    Q   Have you ever worked for KMF
6  Properties in official capacity?
7    A   Never.
8    Q   In your previous experience serving a
9  5-day notice, were you officially made a process
10 server in any way?
11   A   No.
12   Q   Any sort of court appointment or
13 licensure?
14   A   Nope.
15   Q   Why did you serve the 5-day notice for
16 KMF Properties?
17   A   My father was incarcerated.
18   Q   Who asked you to serve that notice?
19   A   The company itself.
20   Q   Do you remember who; specifically the
21 person's name who asked you?
22   A   I think Christina.
23   Q   Do you know Christina's last name?
24   A   I don't.

97

1    Q   Where is that apartment located or the
2  building located?
3    A   78th and Harlem Avenue in Bridgeview,
4  Illinois.
5    Q   That video that we just watched, is
6  that the entirety of the recording that you
7  took?
8    A   I believe so.
9    Q   And no other recordings or anything
10 else captured; is that fair?
11   A   That's fair to say; to the best of my
12 knowledge, yes.
13   Q   At any point in time, did you hear Mr.
14 Bednarek threaten you?
15   A   No.
16   Q   Fair to say Mr. Bednarek was not
17 wearing any police uniform in that video?
18   A   Correct.
19   Q   Did he remain in those same clothes
20 throughout the entire incident on May 9th of
21 2019?
22   A   He does.
23   Q   The vehicle that you saw in that video
24 that Officer -- excuse me -- that Mr. Bednarek

25  (Pages 94 to 97)

Timothy Ferguson
March 27, 2023

98

1    got out of, did that have any sort of markings
2    that it was an official vehicle in any way?
3        **A    It did not.**
4        Q    Any markings that it was a Chicago
5    Police Department vehicle?
6        **A    None.**
7        Q    Or a City of Chicago vehicle?
8        **A    None.**
9        Q    At any point in time on May 9th of
10   2019, did Mr. Bednarek tell you that he was
11   working on behalf of the Chicago Police
12   Department?
13       **A    No.**
14       Q    Did Mr. Bednarek tell you that he was
15   working on behalf of the City of Chicago?
16       **A    No.**
17       Q    Did Mr. Bednarek ever tell you that he
18   was conducting police business?
19       **A    No.**
20       Q    So I'm going to show you some
21   photographs that were produced to us.
22       MR. COYNE:  Is that going to be marked
23   as Exhibit 3, this video?
24       MR. LISY:  I am not going to make an

99

1    exhibit.  I just identified it.
2        MR. COYNE:  I just want to get a copy
3    of it, so just make sure I have a copy.  We can
4    resolve that later.
5            (Whereupon said document
6            was screen shared with
7            the witness.)
8    BY MR. LISY:
9        Q    I am showing you what has been
10   produced by plaintiff titled Unnamed2.jpg.  Do
11   you see the picture that I'm showing you?
12       **A    I do.**
13       Q    Did you take that picture?
14       **A    I did.**
15       Q    What is that a picture of?
16       **A    The license plate of the vehicle.**
17       Q    Is that the vehicle that Mr. Bednarek
18   was driving?
19       **A    It was.**
20       Q    Is there anything in that picture on
21   that vehicle that identifies it as a Chicago
22   Police Department vehicle?
23       **A    No.**
24       Q    Is there anything in that picture or

100

1    on that vehicle that identifies it as a City of
2    Chicago vehicle?
3        **A    No.**
4        Q    Why did you take that picture?
5        **A    For my records to be sure that I could
6    have knew who it was if I needed to, turn this
7    into the police and/or find out information on
8    who this person was.**
9        Q    I'm going to show you what has been
10   produced by plaintiff as Unnamed1.jpg.
11           (Whereupon said document
12           was screen shared with
13           the witness.)
14       Do you see this photograph on the
15   screen?
16       **A    I do.**
17       Q    Do you recognize that photograph?
18       **A    I do.**
19       Q    Did you take that photograph?
20       **A    I did.**
21       Q    And what is it a picture of?
22       **A    Apparently a 5-day notice.**
23       Q    Was this the same piece of paper that
24   Mr. Bednarek had put, or dropped through the

101

1    door?
2        **A    It was.**
3        Q    Okay.  So how did you get that piece
4    of paper?
5        **A    Reyna gave it to me.**
6        Q    At what point --
7            Well, let me back up.
8            Was this picture taken on May 9th
9    of 2019?
10       **A    I believe it was.**
11       Q    And at what point during this
12   intersection did you take this picture?
13       **A    I believe at the very end.**
14       Q    And the same for the photograph you
15   took of the back of the vehicle, at what point
16   did you take that picture?
17       **A    That might have been taken as I walked
18   up or -- and after everything and he was
19   leaving.**
20       Q    Would you agree that -- with me that
21   --
22           It might be hard to see with the
23   chairs.  Feel free to stand up.
24           (Continuing).

26  (Pages 98 to 101)

Timothy Ferguson
March 27, 2023

102

1    -- that towards the bottom
2  right-hand portion of the paper, there appears
3  to be a signature?
4    **A   There does.**
5    Q   Do you know whose signature that is?
6    **A   I don't.**
7    Q   Any reason that the picture you
8  took --
9    Let me back up.
10    Would you agree with me that this
11  piece of paper is folded?
12    **A   Yes.**
13    Q   Right?  It's not a full sheet of paper
14  in the picture?
15    **A   Correct.**
16    Q   Any reason you only took a picture of
17  the -- of it as it was folded as opposed to
18  unfolding it?
19    **A   I believe there is nothing below the**
20  **signature.  It's just the bottom half of empty**
21  **paper.**
22    Q   Do you know who signed that?
23    **A   I believe Mr. Bednarek did this.  He**
24  **indicated in the video.**

103

1    Q   Okay.  Do you remember if you took any
2  other pictures from the May 9th of 2019
3  incident?
4    **A   That picture I know, the video, the**
5  **license plate.  I don't believe I took any more,**
6  **to the best of my knowledge.**
7    Q   Fair to say you don't believe you took
8  any more video, right?
9    **A   Correct.**
10    Q   Okay.  At any point in time on May 9th
11  of 2019, were you placed in handcuffs?
12    **A   No.**
13    Q   Were you placed in the back of a
14  police car?
15    **A   No.**
16    Q   Did anyone ask for or want to have you
17  arrested?
18    **A   No.**
19    Q   Is there anything else you remember
20  now after viewing this video or viewing these
21  pictures that occurred on May 9th of 2019 that
22  we haven't already talked about?
23    **A   No.**
24    Q   So I want to ask you some questions

104

1  about July 12th of 2019.
2    Do you remember if you worked that
3  day?
4    **A   I did not.  I believe it was --**
5    **I believe it was a Saturday or a**
6  **Friday night or a Saturday.**
7    Q   If I represented to you that,
8  according to the calendar on my phone, July 12,
9  2019 was a Friday, does that sound about right?
10    **A   It does.**
11    Q   Okay.  At some point, you end up
12  around the area of 7038 West 72nd Street; is
13  that right?
14    **A   Correct.**
15    Q   Okay.  How does that work out?
16    **A   I lived across the street from there**
17  **for one; but for two, I was out to dinner with**
18  **my wife and my children in the early evening of**
19  **July 12th of 2019.**
20    **Then I got a phone call from Paul**
21  **Shinstine letting me know that there was**
22  **somebody over here -- over at that property who**
23  **was basically harassing him and telling him he's**
24  **going to to go to jail and telling him he's**

105

1  trespassing, and asked me if I could arrive at
2  the property.
3    Q   So at the time you got this phone
4  call, where were you?  You said out to dinner,
5  but where?
6    **A   We were actually headed home from --**
7    **We were actually heading to her**
8  **grandmother's house in Hickory Hills.**
9    Q   Did you have this phone call on
10  speaker phone?
11    **A   I did not.**
12    Q   And when you say heading to
13  grandmother's house, that's your wife's
14  grandmother?
15    **A   My wife's grandmother, correct.**
16    Q   What time roughly did you get this
17  phone call?
18    **A   7:00-ish maybe; 7:00 p.m.-ish.**
19    Q   So what did you do after you got this
20  phone call from Mr. Shinstine?
21    **A   I told him that I would be there**
22  **shortly; that I would then drop my wife and**
23  **children off at her grandmother's house and come**
24  **over and head over there.**

Timothy Ferguson
March 27, 2023

106

1      Q   How far from -- how far is your home
2   from your wife's grandmother's house?
3      A   Probably, like, five minutes or so.
4      Q   So do you eventually --
5         Do you drop your wife and your kids
6   off?
7      A   I do.
8      Q   Do you make your way back to 7038 West
9   72nd Street?
10      A   I do.
11      Q   What happens when you get there?
12      A   I pull up, I parked in the driveway of
13   the neighbor of 7038, and got out; and it was
14   completely dark.  And I saw Paul's truck was in
15   the driveway.
16         I saw Mr. Bednarek had his vehicle
17   blocking the driveway so Paul would not be able
18   to leave.  I walked up and I recognized that it
19   was Mr. Bednarek again.  And he said that "I'm
20   going to have everybody arrested for
21   trespassing.  I'm calling the cops right now."
22   He gets on the phone.
23         My knowledge or my thought was is
24   he had made a phone call, not to 911 or

107

1   non-emergency because the conversation he had
2   was, "can you send me through?"  And that was
3   his words; and then he had somebody on the line,
4   then says "I'm over here now.  Can you come
5   now?"
6         And he ended the call and didn't
7   give an address, didn't -- I don't believe he
8   gave an address.  I don't believe he gave
9   anything other than the officer showing up a
10   couple minutes later.
11      Q   Okay.  So when you get to 7038 West
12   72nd Street, Mr. Shinstine is there?
13      A   Shinstine.
14      Q   Shinstine, excuse me.  Shinstine is
15   there; Mr. Bednarek is there.  Is anybody else
16   present?
17      A   Nobody else.
18      Q   What was Mr. Bednarek wearing?
19      A   He was wearing a -- the blue, I
20   believe it's what it's termed as, shirt tucked
21   into his jeans with his gun in his waist and the
22   Chicago Police star with the "save the blue"
23   shirt that he was wearing.
24      Q   Fair to say he wasn't wearing a

108

1   Chicago Police Department uniform?
2      A   Correct.
3      Q   The vehicle that he drove in, was this
4   the same vehicle that he was in on May 9th of
5   2019?
6      A   Correct.
7      Q   Had you had any other interaction with
8   Mr. Bednarek between May 9th of 2019 and July
9   12th of 2019?
10      A   I did not.
11      Q   Had you had any intersection with your
12   Aunt Vicky Gow between May 9th of 2019 and July
13   12th of 2019?
14      A   I did not.
15      Q   Had you come to learn of any
16   additional information regarding the property at
17   7038 West 72nd Street between May 9th of 2019
18   and July 12th of 2019?
19      A   I did not.
20      Q   When you saw this landlord's 5-day
21   notice paper that -- on May 9th of 2019, did you
22   call anybody to figure out what this paper was
23   about?
24      A   I did.  I asked my dad about what

109

1   basically the 5-day notice that he gave, but
2   ultimately was advised that, you know, he has
3   ownership of the home and not to worry about it.
4      Q   Your dad -- excuse me.  Terry
5   Ferguson, your father, told you that he, Terry
6   Ferguson, owned the home.  Don't worry about it?
7      A   Correct.
8      Q   Did you ever speak to anyone besides
9   your father?
10      A   I did not.
11      Q   Was your father incarcerated at the
12   time?
13      A   He was.
14      Q   Did you ever speak to Vicky Gow about
15   this?
16      A   I did not.
17      Q   So July 12th of 2019, Mr. Bednarek
18   says that he's going to have everyone arrested
19   for trespassing; is that right?
20      A   Correct.
21      Q   He didn't tell you he was a Chicago
22   Police Officer at the time?
23      A   Correct.
24      Q   And then at some point, the Cook

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

110

1    County Sheriff's officers show up?
2        A   Correct.
3        Q   They show up about, would you say five
4    minutes after he made a phone call?
5        A   I would say, yeah, less than five
6    minutes.
7        Q   Fair to say you don't know what number
8    he dialed? Mr. Bednarek, I'm talking about.
9        A   Correct.
10       Q   What happens when the Cook County
11   Sheriff's show up?
12       A   Before he gets there, you know, like I
13   said, I walked up; Mr. Bednarek said he was
14   going to have everybody arrested for
15   trespassing. Mr. Shinstine said well, "I'm
16   trying to leave but you are blocking me in," and
17   he says "I'm not letting anybody leave."
18           And then so he couldn't -- Paul
19   could not leave; I stood on the sidewalk; Mr.
20   Bednarek stood right on the porch and made the
21   phone call. Then the Cook County Sheriff's
22   officer comes; he pulls up; he parks kind of in
23   the opposite direction of traffic, kind of right
24   in front of the home.

111

1            He gets out and that's -- Mr.
2    Bednarek says, "I want him arrested for
3    trespassing." The Cook County Sheriff grabbed
4    my hand; Mr. Bednarek put his hands on me,
5    turned me around and I was placed in handcuffs.
6        Q   Did Mr. Bednarek say anything else at
7    that point?
8        A   I mean, he said so much stuff I
9    couldn't even recall, to be honest with you.
10       Q   What did you say in response -- if
11   anything, in response to what Mr. Bednarek said?
12       A   I asked how was I trespassing? I
13   basically begged to talk it out, figure out what
14   needed to be done; that I would be willing to do
15   whatever, you know, was right.
16           I felt like I was caught in the
17   middle of a family dispute of the property. I
18   didn't know who was coming, who was going in a
19   sense.
20           And I just basically -- as I was
21   being led to the car, just kind of begged to,
22   you know, to not be arrested for trespassing,
23   which I didn't think I was trespassing, but
24   ultimately, you know, just kind of kept begging

112

1    the officer, "Why am I being arrested? Why am I
2    in handcuffs?" And I was just kind of led to
3    the squad car.
4        Q   SO at this point how many Cook County
5    Sheriffs arrived in the beginning?
6        A   There was just one.
7        Q   Do you remember male or female?
8        A   It was a male.
9        Q   Do you remember this person's name?
10       A   I believe it was Officer Mercado, but
11   again, I could be wrong, but I believe staring
12   at his name tag as I was, you know, being placed
13   in handcuffs, I believe it was Officer Mercado.
14       Q   So you said that you felt that you
15   were caught in the middle of a family dispute;
16   is that right?
17       A   Correct.
18       Q   So was -- what was that dispute, to
19   your knowledge?
20       A   Who was the rightful owner of the
21   property, I guess.
22       Q   So was there a concern in your mind
23   that you weren't sure who the rightful owner of
24   the property was?

113

1        A   When this began in May and then
2    continued on and happened again in July, yes, I
3    wasn't sure. I wasn't involved in any of the
4    proceedings. I wasn't involved in the family
5    dispute of that. I just simply, at that point,
6    knew something -- I had no answers to it.
7        Q   Is it fair to say that you didn't know
8    whether Mr. Bednarek was supposed to be serving
9    that 5-day notice back on May 9th of 2019?
10       A   Correct.
11       Q   Fair to say that you didn't know
12   whether Mr. Bednarek was supposed to be serving
13   that 5-day notice on July 12th of 2019?
14       A   I didn't -- yes, correct.
15       Q   You didn't know one way or the other?
16       A   Correct.
17       Q   Do you know, as you sit here today,
18   if --
19           You said that you were placed in
20   handcuffs. Do you know whose handcuffs those
21   were?
22       A   The Cook County officer.
23       Q   The Cook County Sheriff?
24       A   Correct.

29 (Pages 110 to 113)

Timothy Ferguson
March 27, 2023

114

1  Q   Did Mr. Bednarek ever place handcuffs
2  on you?
3  A   No.
4  Q   At this point that you are saying that
5  you get taken to a police car; is that right?
6  A   Correct.
7  Q   Are you ever taken to Mr. Bednarek's
8  car?
9  A   No.
10  Q   So you get to the police car and what
11  happens?
12  A   I'm put in the back there and then
13  they are standing in the front of the car
14  talking to each other; and then another Cook
15  County Sheriff officer responds; and then
16  shortly after a third.
17  Q   So when you are in the back of this
18  police car, do you kind of have a conversation
19  with anyone at any point?
20  A   Yes, Mr. Bednarek opens the door, you
21  know, and kind of starts belittling me and
22  berating me and yelling, you know, that they
23  need to get out of the property.
24      I'm not -- he is going to have me

115

1  arrested for trespassing.  He is going to sign
2  all the paperwork showing -- you know, saying
3  that he wants me arrested.  I need to get the
4  tenants out of the home; and just kind of, you
5  know, just screaming through the door.
6  Q   What, if anything, do you say in
7  response?
8  A   I told him, "I'll do whatever I need
9  to do.  I don't want to be in this situation.  I
10  don't -- you know, I'm not involved in anything
11  that is going on between that.  I was simply
12  doing what I have been doing for years.  I will
13  do whatever I need to do to avoid this."
14  Q   Did Mr. Bednarek say anything else to
15  you when you were sitting in the back of the
16  police car?
17  A   No.
18  Q   Did any of the Cook County Sheriffs
19  say anything to you that you remember sitting in
20  the back of the police car?
21  A   Not direct --
22      I mean, if you're talking the whole
23  thing, or are we going to eventually get there.
24  Q   Well, let's start from right now, from

116

1  the time -- between the time that you're first
2  put in the car until the time that Mr. Bednarek
3  spoke to you?
4  A   They basically told me if I don't get
5  the tenant here that I'm going to jail, you
6  know, that I will be charged with trespassing;
7  then I will have to post bond.  Do I want to get
8  the tenant here and get him out now?
9      Basically just telling me that I --
10  in order to get away from this and/or to stop
11  this, I need to have the tenant come and
12  basically move out that day.
13  Q   And it was the Cook County Sheriffs
14  that told you this?
15  A   It was a combination of Mr. Bednarek
16  and the Sheriffs kind of back and forth
17  conversating.
18  Q   So you're in the back of the police
19  car; Mr. Bednarek has this conversation with you
20  and you have this -- you talked to the Cook
21  County Sheriffs; then what happens?
22  A   I'm just sitting there and then they
23  are in the front of the car that I'm sitting in
24  and, you know, I could hear the conversation.

117

1  And they're basically asking him what right does
2  he have to charge, you know, to want to press
3  charges for trespassing?
4      And he's, you know, going on about
5  how he was the process server, but that he's
6  dating the, you know, potential heir of the
7  estate, my aunt.
8      And they're telling him, you know,
9  basically that we'll have him arrested, but you
10  know, for trespassing if he'll sign the
11  complaint; and then you just basically hear him,
12  like, "I want him arrested;" and they're saying
13  okay.
14      And then, you know, they kind of
15  kept changing the story about whether he was
16  rightful to be able to press charges for
17  trespassing.
18  Q   All right.  When you're saying they
19  are asking him, do you mean "they" being the
20  Cook County Sheriffs?
21  A   All three of the Cook County Sheriffs,
22  correct.
23  Q   And the "him," do you mean Mr.
24  Bednarek?

30  (Pages 114 to 117)

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

118

1    A   Correct.
2    Q   You said -- when you are talking about
3  that Mr. Bednarek was saying that he wanted you
4  arrested, at any point in time did Mr. Bednarek
5  tell you, "I'm placing you under arrest?"
6    A   No.
7    Q   So what happens after you hear this
8  conversation between the Cook County Sheriffs
9  and Mr. Bednarek?
10   A   I just continued -- the conversation,
11 just continued that, you know, Mr. Bednarek said
12 he was just trying to scare me.  At some point,
13 I believe they may have, you know, not shown
14 that he has the ability to do that.
15       He was in his truck searching for
16 paperwork in the box.  He was providing
17 paperwork to them; and they were just kind of
18 talking; and ultimately then they would open the
19 door; and say "Hey, the only way he's letting
20 you go and he is not signing a complaint against
21 you is if you get the, you know, the tenant here
22 to accept the 5-day notice."
23       And I told them, I said, "I will do
24 whatever I need to do;" and then they would

119

1  close the door and go back and talking and it
2  just continued.
3        They'd come back and say, "Are you
4  going to get him here?"  And I told them, like,
5  "I'm in handcuffs.  How do you want me to get
6  the guy here?  Are you going to let me call him?
7  Are you going to let me do that?"
8        And then they would close the door
9  and they would go talk again; and Mr. Bednarek
10 would just say, you know, "I'm just trying to
11 scare him."
12       You know, that's what -- basically,
13 like, talking in, I would say police code, like
14 basically telling them, you know, thank you for,
15 you know, letting me scare him.  If we get the
16 tenant here, this will allow me to get him out
17 faster.  The only thing I want is the tenant --
18 I want him out of here.
19       And so then it ultimately led to
20 after several -- a couple hours of being, you
21 know, in the backseat of the car, that they
22 allowed me to get out and make a phone call to
23 Mr. Halloron.
24       And I told him -- he was at the

120

1  movies with his daughter, and, you know, I
2  begged him.  I said, "you know, I hate to do
3  this to you, man.  I know you're spending time
4  with your family, but the only way they are not
5  going to arrest me for trespassing is if you
6  come and accept this 5-day notice."
7        And, you know, much to his dismay,
8  he didn't want to because he was in the middle
9  of a movie with his daughter at the show, but he
10 did agree to come, and basically they put me
11 back into the squad car until he came.  It took
12 him some time to get there; and then basically
13 that's kind of where -- not where we ended, but
14 where we're at.
15   Q   Okay.  So let's talk about a couple
16 things.  You mentioned police code.  What did
17 you mean by that?
18   A   That I just feel like they, you know,
19 like they were -- be like, you know, I just want
20 to scare him.  They kind of knew that maybe I
21 did nothing wrong or he didn't have the ability
22 to, but once, you know, basically was arguing
23 his position that he had the right to, and they
24 were disputing it.

121

1        He then went ahead to say he just
2  wanted to scare me, if they could help him out;
3  and so they agreed to it and basically left me
4  there.
5    Q   When you were in the back of this
6  police car, where were the Cook County Sheriffs
7  and Mr. Bednarek standing when they were
8  talking?
9    A   Right on the hood of the car that I
10 was in.
11   Q   All right.  Were the windows down or
12 up?
13   A   The passenger's side window, I
14 believe, was cracked slightly.
15   Q   So you could hear what the officers --
16 what the Sheriffs were saying?
17   A   I heard everything, yes.
18   Q   And you could hear what Mr. Bednarek
19 was saying?
20   A   Absolutely.
21   Q   Was anyone besides --
22       You said three Cook County
23 Sheriffs.  Was there anyone besides three Cook
24 County Sheriffs and Mr. Bednarek as part of

31  (Pages 118 to 121)

Timothy Ferguson
March 27, 2023

122

1    these conversations?
2        A    A part of those conversations, no, but
3    shortly in the midst of all that, Paul did
4    contact my sister and my brother, who did show
5    up at the property and did witness, ultimately,
6    Mr. Bednarek opening the door, you know, kind of
7    yelling and stuff, and, you know, they were --
8    the officers would go over and talk to them; and
9    you could hear them kind of -- not screaming,
10   but like how is he able to do this?  It was kind
11   of all just right outside the squad car in a
12   sense.
13       Q    So did you --
14            So were you inside the Cook County
15   Sheriff's vehicle when you saw your brother and
16   your sister?
17       A    When I saw them arrive, yes.
18       Q    Was that Tabatha Soto?
19       A    It was.
20       Q    And it was your sister who arrived?
21       A    Correct.
22       Q    Was that Robert Soto, your brother,
23   who arrived?
24       A    My brother-in-law, correct.

123

1        Q    At what point did Terry Ferguson, Jr.
2    arrive?
3        A    All at the same time.  They all came
4    at the same time.  I believe they drove
5    together.
6        Q    Did you see Terry Ferguson when you
7    were sitting in the back of that police car?
8        A    I did.
9        Q    Did you ever see Vicky Gow on July
10   12th of 2019?
11       A    Towards the end of the night, I did.
12       Q    Okay.  So -- oh, have you ever watched
13   any video that depicted what happened on July
14   12th of 2019?
15       A    I did.
16       Q    When was the last time you watched
17   that video?
18       A    Couple years ago probably, I would
19   say.  I think I got the body camera footage some
20   time mid-September of '19, maybe, I think they
21   gave it to me.  So some time around then.
22       Q    You mentioned body camera footage.  Do
23   you know whose body camera it was?
24       A    The Cook County Sheriffs.

124

1        Q    Any other video footage that you are
2    aware of from this incident?
3        A    Not that I am aware of.
4        Q    Do you know if any of your family,
5    your sister, your brother-in-law or your brother
6    who arrived, if they took any video or photos?
7        A    I don't believe so.
8        Q    Do you know if Mr. Halloron or Mr.
9    Shinstine took any video or photos?
10       A    They did not.
11       Q    Do you know if Reyna took any video or
12   photos?
13       A    Not that I know of.
14       Q    Do you know if Reyna took any video or
15   photos from May 9th of 2019?
16       A    No.
17       Q    Have you ever posted any videos or
18   photographs from either May 9, 2019 or July 12,
19   2019 on any website?
20       A    No.
21       Q    So you're in the back of this police
22   vehicle; you call Mr. Shinstine.  What happens
23   then?
24       A    I called Mr. Halloron.

125

1        Q    I'm sorry.  Mr. Halloron.
2        A    Mr. Shinstine is present.
3        Q    I apologize.
4            Mr. Halloron, you call him; then
5    what happens?
6        A    He comes to the -- he, you know, like
7    I said, out of dismay, he does come to try to
8    help me out, of course.  He pulls in the
9    driveway; and immediately Mr. Bednarek heads
10   over to his truck; and you can see that there is
11   kind of some type of verbal disagreement and/or
12   argument that kind of ensues just by their body
13   language that I was able to see kind of from the
14   back, because I wasn't too far from where he
15   pulled in the driveway at.
16       Q    I'm sorry if I missed this.
17            Were you still inside the police
18   vehicle at the time?
19       A    I was.
20       Q    All right.  Could you hear anything
21   that Mr. Bednarek said to Mr. Halloron?
22       A    I could not.
23       Q    Could you hear anything that Mr.
24   Halloron said to Mr. Bednarek?

32  (Pages 122 to 125)

Timothy Ferguson
March 27, 2023

126

1    A   I could not.
2    Q   Could you see if there was any
3  exchange of any documents or things?
4    A   I believe he gave him his ID.  I
5  believe Mr. Halloron presented what looked to me
6  like him handing him his ID.
7    Q   Halloron handed Bednarek an ID?
8    A   Yes.
9    Q   Okay.  So you see this interaction
10  between Mr. Bednarek and Mr. Halloron.  Then
11  what happens?
12    A   They have a conversation.  It appears
13  that all of them are talking, and then
14  ultimately that 30 minutes or so goes by, I
15  believe it was, and ultimately then they let me
16  -- they come and they, you know, take me out of
17  the vehicle.
18    Q   Who takes you out of the vehicle?
19    A   The Cook County Sheriffs.
20    Q   What happens after you are taken out
21  of the vehicle?
22    A   I was basically told that he accepted
23  the 5-day notice; and that they were going to --
24  you know, he was going to move out, and that

127

1  everything went kind of as they wanted it to go;
2  and I was free to go.
3    Q   So when you say "he accepted the 5-day
4  notice," is that Mr. Halloron?
5    A   Correct.
6    Q   And was it your understanding then
7  that no one was pressing charges against you
8  anymore?
9    A   Correct.
10    Q   And after being told you were free to
11  go, what did you do?
12    A   I went home right across the street.
13  I walked home right across the street.
14    Q   Did you have any further conversation
15  with any of the Cook County officers besides
16  what you already told us here today?
17    A   I did not.
18    Q   Did you have any further conversation
19  with Mr. Bednarek besides what we have already
20  talked about here today?
21    A   I did not.
22    Q   Did you have any further conversation
23  -- did you have any conversation with Mr.
24  Halloron besides the phone call that you talked

128

1  about?
2    A   No.
3    Q   Did you have any conversation with
4  Reyna besides what we have already talked about
5  for July 12th of 2019?
6    A   She wasn't present but, no, I had no
7  conversation with her.
8    Q   Did you have any conversation with Mr.
9  Shinstine besides what we have already talked
10  about?
11    A   No.
12    Q   Did you talk to your sister, brother
13  or brother-in-law at any point?
14    A   They did come over after kind of
15  everything cleared up.  They walked across the
16  street; we stayed in the driveway; and we just
17  kind of watched everybody disperse.
18         And at that point, my wife was
19  still calling and calling; and I answered; and I
20  immediately left after everybody -- all the
21  officers dispersed and, you know, my aunt and
22  Mr. Bednarek and stuff.  I got in my truck; and
23  I went back to where my children and my wife
24  were at her grandmother's house.

129

1    Q   Did you talk about the incident at all
2  with your brother, brother-in-law, or your
3  sister in your driveway after the incident?
4    A   No.  There was no real conversation.
5  It was along the lines of, you know, basically
6  get home, go get back to Larissa, my wife, and
7  the kids and, you know, they saw everything and
8  kind of knew everything.
9    Q   Do you remember having any
10  conversation with Vicky Gow on July 12th of
11  2019?
12    A   I think I walked past her.  She was
13  parked on the opposite side of the street on the
14  side of my home, in front of my home, and when I
15  was kind of let go I walked past her.  And I
16  simply said to her, I said, "I would do whatever
17  I needed to figure this out;" and she said,
18  "fuck you," you know, "you are not my nephew,"
19  blah-blah-blah.
20         So I told her the same thing back
21  basically; and then she yells real loud, "Rich,
22  get him, Rich.  Get him, lock him back up,
23  Rich."  And I just continued into my driveway
24  and kind of up, you know, the middle of the

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

130

1    driveway and just stood there, and that was the
2    end of that.
3        Q    What is your understanding of Mr.
4    Bednarek's connection, if at all, to Ms. Gow?
5        A    Well, I now know that they have a
6    romantic relationship; that they're significant
7    others; they apparently reside together and
8    that's the nature of it.
9        Q    Do you know when that relationship
10   started?
11       A    I don't.
12       Q    Do you know when they started living
13   together?
14       A    I don't.
15       Q    Did you take any video on July 12th of
16   2019?
17       A    I did not.
18       Q    Did you take any pictures on July 12th
19   of 2019?
20       A    I did not.
21       Q    Did you take any recordings at all of
22   what was going on around 7038 West 72nd Street
23   on July 12th of 2019?
24       A    I did not.

131

1        Q    Is it fair to say Mr. Bednarek was
2    wearing street clothes?
3        A    Sure.
4        Q    Wasn't police uniform, right?
5        A    Correct.
6        Q    Wasn't driving a City of Chicago
7    vehicle as far as you could tell?
8        A    Correct.
9        Q    Wasn't driving a Chicago Police
10   Department vehicle as far as you could tell?
11       A    Correct.
12       Q    At any point on July 12th of 2019, did
13   Mr. Bednarek tell you that he was working on
14   behalf of the Chicago Police Department?
15       A    No.
16       Q    Did Mr. Bednarek ever tell you that he
17   was working on behalf of the City of Chicago?
18       A    No.
19       Q    Did Mr. Bednarek ever tell you that he
20   was conducting police business?
21       A    No.
22       Q    Did you hear Mr. Bednarek ever tell
23   anyone that he was conducting work on behalf of
24   the Chicago Police Department?

132

1        A    Outside of telling the Cook County
2    Sheriffs he was a Chicago Police sergeant, no.
3        Q    Besides identifying himself as a
4    Chicago Police sergeant, did he ever say that he
5    was there to conduct work on behalf of the City
6    of Chicago?
7        A    No.
8        Q    Did he say or tell anyone that you
9    heard that he, Mr. Bednarek, was there
10   conducting police business?
11       A    No.
12       Q    I'm going to show you some of the
13   video that has been produced to us in this case,
14   and some of it is dark so I am going to turn off
15   the lights real quick.
16       A    Sure.
17       Q    And if you need to move, please let me
18   know.
19       A    Absolutely.
20            THE VIDEOGRAPHER:  I need to change the
21   media file.
22            MR. LISY:  Great, let's take a five
23   minute break then.
24            THE VIDEOGRAPHER:  The time is 12:39.

133

1    We have reached the conclusion of Media File No.
2    1.  We are going off the record.
3                 (Whereupon a recess was
4                 taken after which the
5                 proceedings resumed as
6                 follows:)
7            THE VIDEOGRAPHER:  The time is 12:44.
8    This is Media File No. 2.  We are continuing the
9    deposition of Timothy Ferguson.
10               Please proceed, Counsel.
11   BY MR. LISY:
12       Q    Mr. Ferguson, just so I can
13   understand, how long was it from the time that
14   the Cook County Sheriff showed up to the time
15   that you were put into the back of one of their
16   cars?
17       A    Can you repeat the question?
18       Q    Sure.  I'm trying to understand how
19   long was it, you know, from the time that the
20   Cook County Sheriff's officers first showed up
21   until the time you got put in the back of a car?
22       A    Two minutes.
23       Q    And then how long were you in that
24   vehicle until you were released?

34  (Pages 130 to 133)

Timothy Ferguson
March 27, 2023

134

1      A   Felt like 10 hours, but I would say
2   probably a couple hours.
3      Q   And then how long was it from the time
4   you were released to the time that the Cook
5   County Sheriffs left?
6      A   20 minutes or so.
7      Q   Did Mr. Bednarek leave before the Cook
8   County Sheriffs?
9      A   I don't recall.
10      Q   So how long do you think it was in
11   total from the time that you first got to 7038
12   West 72nd Street to the time that you were
13   released back and went back to your driveway.
14      A   Two to three hours.
15      Q   Okay.  So I'm showing you what has
16   been produced to us.  It is a video file titled
17   Unwanted_subject.mp4, and I have stopped it at
18   51 seconds into the video.
19          (Whereupon the video was
20           played and paused.)
21      Would you agree that there is a
22   white Chevy Silverado on the screen and two
23   people?
24      A   Correct.

135

1      Q   Okay.  Do you recognize who those two
2   people are?
3      A   I do.
4      Q   Who is the person on the left of the
5   screen?
6      A   Robert Soto, my brother-in-law.
7      Q   Who is the person on the right of the
8   screen?
9      A   Tabatha Soto, my sister.
10      Q   Mr. Ferguson, I'm going to show you a
11   still shot from a video that has been produced
12   to us titled Unwanted_subject-3.mp4.  I have
13   stopped the video at 23 seconds in.
14          (Whereupon said document
15           was screen shared with
16           the witness.)
17      Do you see --
18      Would you agree with me there are
19   three people on that screen?
20      A   There is.
21      Q   Okay.  Let's start all the way with
22   the person on the left.  Who is that?
23      A   Richard Bednarek.
24      Q   The person in the middle of the

136

1   screen, who is that?
2      A   Vicky Gow.
3      Q   And then the person on the right, can
4   you tell who that is?
5      A   It's a Cook County Sheriff's officer.
6      Q   I'm going to show you what has been
7   produced to us as Unwanted_subject-4.  I stopped
8   it here at 1:02.
9          (Whereupon the video was
10           played and paused.)
11      Do you see a person on the screen?
12      A   Barely, but I do.
13      Q   Can you tell who that person is?
14      A   I would say by the size of the person,
15   it would be my brother.
16      Q   Is that Terry Ferguson, Jr.?
17      A   It would be.
18      Q   I am going to go back and play a
19   little bit of it.  I'll go back to 52 seconds
20   and I'll hit play.
21          (Whereupon the video was
22           played and paused.)
23      All right.  I stopped it at 1:05.
24      Now, did you have the opportunity

137

1   to see who that was?
2      A   I did.
3      Q   And who is that?
4      A   My brother, Terry Ferguson, Jr.
5      Q   All right.
6      MR. BRINDLEY:  I am going to step out
7   for two seconds.  I'll be right back.
8      MR. LISY:  I'll hold off on asking any
9   questions until you return.
10      MR. BRINDLEY:  Thank you.
11      THE VIDEOGRAPHER:  Do you want to go
12   off the record?
13      MR. LISY:  No, I think he will be right
14   back.  Let's stay on the record for now.
15   BY MR. LISY:
16      Q   Mr. Ferguson, what I have pulled up on
17   the screen has been produced to us and titled
18   Unwanted_subject-5.  I'm going to play a little
19   bit of this for you.
20          (Whereupon the video was
21           played and paused.)
22      So I'm going to stop the video here
23   at 1:03.  Do you see yourself?
24      A   I do.

35  (Pages 134 to 137)

Timothy Ferguson
March 27, 2023

138

1    Q    Where are you in this video?
2    A    I believe standing on the sidewalk.
3    Q    Well, at least as it appears in the
4  video, are you on the right side of the video?
5    A    The right side, yes.
6    Q    All right.  What color shirt are you
7  wearing?
8    A    Purple.
9    Q    Play it from -- starting from 1:03.
10        (Whereupon the video was
11         played and paused.)
12        I am going to stop here at 1:27.
13        Did you hear yourself say that your
14  father had possession of the home?
15    A    Correct.
16    Q    What did you mean by possession?
17    A    He did everything.  He paid the taxes
18  every year.  He -- there was water main breaks
19  in the home when it was unoccupied he had fixed.
20  The maintenance, lawn maintenance, the roof.  I
21  mean, the list goes on of all the things that
22  ultimately he had done to the home since it's
23  kind of been sat vacant prior to a tenant
24  occupying it.

139

1    Q    All right.
2    A    That's kind of when my uncle passed
3  away through those kind of years that he
4  maintained the property and everything, and that
5  was my assumption.
6    Q    Did you agree that with me that you
7  didn't say that your father owned the home,
8  right?
9    A    Correct.
10    Q    So is there, in your mind, a
11  difference between possession and ownership?
12    A    I guess at the time this was going
13  through, there would be a difference because one
14  was saying he didn't own it, the other was
15  saying he did.  But when having possession of
16  it, I felt the difference between the two, that
17  they would be different.
18    Q    And I apologize, I am going to back up
19  just a second and replay a part.
20        (Whereupon the video was
21         played and paused.)
22        I just played from about 1:20 to
23  1:24.  Did you hear yourself say that this is
24  the fourth time they have been here?

140

1    A    I did.
2    Q    Okay.  What were the other times that
3  you were talking about.
4    A    It was just a number I threw out.  I
5  guess thinking in the moment this would be,
6  like, the second time or I would guess I could
7  say the third time considering the first time
8  was when my neighbor Raul advised me he was at
9  the property.  That would be one; May 9, 2019
10  would be two; this would be three.  So off by
11  one number, but three times I would say.
12    Q    Is the "they" you are referring to Mr.
13  Bednarek?
14    A    Correct.
15    Q    Are you referring to anybody else when
16  you say "they?"
17    A    No.
18    Q    So I'm going to start back over from
19  1:20.
20        (Whereupon the video was
21         played and paused.)
22        I stopped it at 1:28.
23        Did you hear yourself say that the
24  tenants were suing you?

141

1    A    I said "they."
2    Q    Who is the they you are referring to
3  were suing?
4    A    I believe it would be Mr. Halloron,
5  correct.
6    Q    Where was that lawsuit filed?
7    A    There was never one ultimately filed.
8  There was an agreement made that ultimately he
9  wouldn't pursue any action and ultimately
10  resided in the house per the word that he was
11  given that my father had ownership possession of
12  the home and he was legally able to be there.
13    Q    So back on July 12th of 2019, were you
14  being sued by Mr. Halloron?
15    A    I was not.
16    Q    Why did you think you were being sued
17  by Mr. Halloron?
18    A    There was discussions of that.
19    Q    So did Mr. Halloron threaten to sue
20  you?
21    A    Not me directly, but I guess, my
22  father indirectly through me maybe, of --
23    Q    So no one was suing you.  Mr. Halloron
24  was not suing you as of July 12th of 2019?

36  (Pages 138 to 141)

Timothy Ferguson
March 27, 2023

142

1    A   He was not, no.
2    Q   Mr. Halloron never sued you as the
3 result of what occurred at 7038 West 72nd
4 Street?
5    A   Correct.
6    Q   You said that there was an agreement
7 that was made in lieu of a lawsuit?
8    A   Well, ultimately from the May 9th
9 incident, you know, he had made mention of
10 potentially suing, but ultimately after clearing
11 -- you know, speaking with my father and kind of
12 having him reassure that he had possession of
13 the home, and that ultimately he was in his
14 ability to rent the home, that was relayed to
15 Mr. Halloron and Mr. Halloron took the word
16 that, in fact, there was the -- you know, the
17 ability for him to rent there, and that he isn't
18 doing anything illegal as the 5-day notice he
19 was given that says he was illegally, you know,
20 basically occupying the home.
21   Q   Was there any exchange or
22 consideration made?  Did you ever give Mr.
23 Halloron anything so that he wouldn't sue you?
24   A   Other than my word, no.

143

1    Q   So I'm going to start playing from
2 about 2:20 into the video.
3        (Whereupon the video was
4        played and paused.)
5        All right.  So I'm stopping --
6        Actually, I apologize.  Let me keep
7 playing the video.
8        (Whereupon the video was
9        played and paused.)
10       All right.  I stopped the video at
11 2:42.  Do you see yourself placed in handcuffs?
12   A   I do.
13   Q   Would you agree that a Cook County
14 Sheriff placed you in handcuffs?
15   A   No.
16   Q   Did you ever see in that video Mr.
17 Bednarek place handcuffs on you?
18   A   No.
19   Q   Did you ever at any point on July 12th
20 of 2019 see Mr. Bednarek -- excuse me -- see Mr.
21 Bednarek place handcuffs on you?
22   A   No.
23   Q   As far as you know, who put handcuffs
24 on you?

144

1    A   The Cook County Sheriffs.
2    Q   Mr. Ferguson, I am showing you what
3 has been produced to us as Unwanted_subject-6.
4 It's another video file and I have it stopped
5 here at 4:39 into the video.
6        (Whereupon the video was
7        played and paused.)
8        Do you see a person on the screen
9 there?
10   A   I do.
11   Q   Can you identify who that is?
12   A   Frederick Paul Shinstine.
13   Q   I'm going to back it up and start
14 playing from about 5:05; and I am going to ask
15 you a question about who somebody is in the
16 video.
17       (Whereupon the video was
18       played and paused.)
19       So that's -- I stopped it at 5:12.
20 There is a person roughly in the middle of the
21 video with a white shirt and a baseball hat on.
22 Who is that?
23   A   That's my brother Terry Ferguson, Jr.
24   Q   Mr. Ferguson, I'm showing you what has

145

1 been produced to us as Unwanted_subject-7. It's
2 another video file.  I have stopped it at 24:42
3 into the video.
4        (Whereupon the video was
5        played and paused.)
6        Do you see a person on screen?
7    A   I do.
8    Q   Who is that?
9    A   That's Jan Kowalski.
10   Q   And is that --
11       She's wearing, like, a purple
12 shirt?
13   A   Yes.
14       MR. LISY:  Let me turn the lights back
15 on.
16       Ms. Court Reporter, is your video
17 still good to go since I changed the lighting.
18       THE VIDEOGRAPHER:  Yes, it adjusts
19 accordingly.
20 BY MR. LISY:
21   Q   So Mr. Ferguson, were you ever
22 arrested on July 12th of 2019?
23   A   I'm not sure.
24   Q   Okay.  Were you --

37  (Pages 142 to 145)

Timothy Ferguson
March 27, 2023

146

1    Let's put it this way: Were you
2  ever taken to the police station?
3      A   I was not.
4      Q   You were released and let -- told to
5  go back home or you went back home?
6      A   I was.
7      Q   You said that you went and you met
8  with -- or excuse me, you talked to your
9  brother, your brother-in-law and your sister.
10  Did you ever talk to Mr. Shinstine after you
11  were released?
12     A   I did not.
13     Q   Did you ever talk to Mr. Halloran
14  after you were released?
15     A   I did not.
16     Q   Did you ever talk to Ms. Kowalski
17  after you were released?
18     A   No.
19     Q   Mr. Ferguson, are you alleging that
20  you suffered any physical injuries on May 9th of
21  2019?
22     A   On May 9th, no.
23     Q   Are you alleging that you suffered any
24  sort of emotional injuries or mental damages

147

1  from May 9th of 2019?
2      A   Yes.
3      Q   Okay.  Are you alleging that you
4  suffered any physical injuries on July 12th of
5  2019?
6      A   Yes.
7      Q   What were your physical injuries from
8  July 12th of 2019?
9      A   A swollen, purple thumb and thumb
10  area, I guess, on my right hand.
11     Q   Do you have any belief as to how that
12  was caused?
13     A   The handcuffs.
14     Q   What is your belief on how the
15  handcuffs caused your thumb to swell on your
16  right hand?
17     A   The sitting -- well, the tightness of
18  them, one; and then sitting kind of on them in
19  the back of the cop car for the period of time I
20  was unable to move around and maneuver.
21     Q   Did you ever seek any medical
22  treatment for the thumb on your right hand?
23     A   I did not.
24     Q   Did that swelling ever go down?

148

1      A   It did.
2      Q   How long did it take for the swelling
3  to go down?
4      A   I applied some ice to it; and I would
5  say probably within the next 24 hours or so we
6  were -- you know, it was getting back to normal.
7      Q   Besides ice, did you do anything else
8  to treat your thumb?
9      A   Took an ibuprofen, two of them.
10     Q   Did you just take those ibuprofen
11  once?
12     A   No, a couple times.  I would say like
13  maybe three or four times in that period of
14  time.
15     Q   In that 24-hour period?
16     A   In that 24-hour period, yes.
17     Q   Do you have full use of your right
18  thumb as you sit here today?
19     A   I do.
20     Q   Did having that swelling in your right
21  thumb impact you from being able to do anything
22  for that 24-hour period?
23     A   No.
24     Q   Any other physical injuries besides

149

1  the swollen thumb on the right hand?
2      A   No.
3      Q   Besides ice and ibuprofen, did you do
4  anything else to treat your thumb?
5      A   I did not.
6      Q   Did you talk to anyone or obtain any
7  opinion from anybody on what you should do
8  regarding your thumb?
9      A   I did not.
10     Q   Have you ever had any previous
11  injuries to your right thumb?
12     A   I have not.
13     Q   Have you had any injuries after July
14  12th of 2019 to your right thumb?
15     A   I have not.
16     Q   I know we haven't talked about any
17  emotional or mental injuries yet, but are there
18  any other injuries that you suffered, physical
19  injuries, from May 9th or July 12th of 2019 that
20  we haven't already talked about?
21     A   No.
22     Q   Okay.  Any other conversations from
23  May 9th of 2019 that we haven't already talked
24  about?

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

150

1    A   No.
2    Q   Any other conversations from July 12th
3  of 2019 that we haven't already talked about?
4    A   No.
5    Q   Are you claiming any sort of
6  out-of-pocket costs or expenses as a result of
7  what happened on May 9th of 2019?
8    A   **Of May 9th, no.**
9    Q   Are you claiming any sort of
10 out-of-pocket costs or expenses as a result of
11 July 12th of 2019?
12   A   **Yes.**
13   Q   What are the out-of-pocket costs or
14 expenses that you are claiming?
15   A   **The amount or the nature of them?**
16   Q   What is the nature of them?
17   A   **The counselor/therapist bills that I**
18 **have I have co-pays and deductibles to be met.**
19   Q   Any other out-of-pocket costs in
20 relation to what occurred on July 12th of 2019?
21   A   No.
22   Q   And I'm correct, you are not claiming
23 any sort of lost wages as a result of either of
24 these incidents; is that right?

151

1    A   No.
2    Q   Is there --
3        Did your swollen right thumb
4  prevent you from working that next week at all?
5    A   **It did not.**
6    Q   I apologize.  And to be clear, from
7  July 12th of 2019, the following work?
8    A   **Correct, no.**
9        MR. OLSON:  Can you clarify?  Just you
10 asked if you are claiming any lost wages; and I
11 think the answer was no; and I feel like there
12 was a double negative in there.
13 BY MR. LISY:
14   Q   Are you claiming any lost wages in
15 this lawsuit?
16   A   No.
17   Q   All right.
18       MR. OLSON:  Thanks.
19 BY MR. LISY:
20   Q   As to emotional or psychological
21 injuries, do you have -- are you claiming any
22 emotional or psychological injuries as a result
23 of what happened on May 9, 2019 specifically?
24   A   **As a whole.  I could put them as a**

152

1  **whole, yes.**
2    Q   What do you mean --
3        When you say as a whole, do you
4  mean as a result of what happened on May 9, 2019
5  and July 12th of 2019?
6    A   **Correct.**
7    Q   You look at them as on incident in
8  regards to your emotional and mental injuries?
9    A   **Correct.**
10   Q   What sort of emotional or
11 psychological injuries are you claiming?
12   A   **I mean, there's all kinds of them.  I**
13 **almost lost my wife, my children, you know, the**
14 **stress, the anxiety, the emotional distress, the**
15 **-- you know, being paranoid, marriage problems,**
16 **marital issues, intimacy issues.**
17       MR. COYNE:  I'm sorry.  What's the last
18 one?
19       THE WITNESS:  Intimacy issues, fear,
20 uneasy, you know, life hasn't really been the
21 same.
22 BY MR. LISY:
23   Q   Any other manifestations or symptoms
24 of these injuries that you are claiming?

153

1    A   **I mean, I think I have hopefully put**
2  **them all in the same bucket, but no.**
3    Q   So let's talk about -- I apologize.
4  We are going to talk about these injuries --
5    A   **Sure.**
6    Q   If you need to take a break at any
7  time, then please let me know and we will take a
8  break.
9    A   **Sure.**
10   Q   You talked about issues in regards to
11 your marriage, of almost losing your wife and
12 children.  What do you mean by that?
13   A   **Yes, I mean, it just stems from the**
14 **July -- you know, the July -- the July 12th**
15 **date, you know, asking me to determine -- decide**
16 **between the home at 72nd Street and/or moving**
17 **with her and my children to her grandmother's**
18 **house, giving up the home we had and kind of**
19 **having to start all over.**
20       **You know, there was the threat of**
21 **basically losing my wife and children if I chose**
22 **to and/or, you know, having to make that**
23 **decision.**
24   Q   When you say losing them, do you just

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

154

1  mean physically living with them?
2      A   Maybe, you know, divorce.  But yes, I
3  mean, you know, physically having everyday life
4  with them and with my wife and, you know, so
5  forth.
6      Q   Did your wife file for divorce at any
7  time?
8      A   She never filed for divorce because I
9  had to make the decision to give up our home and
10  go live with them.
11      Q   When you say "give up our home," what
12  do you mean by that?
13      A   Just became unoccupied.  It was our
14  home that we had our first, you know, two
15  children in and first, you know, several years
16  of marriage, and, you know, it was ultimately
17  then time to move on.
18      Q   Do you still own that home?
19      A   We do.
20      Q   Did you rent that home?
21      A   We do.
22      Q   When did you start renting that home?
23      A   Immediately.  I think September first
24  of 2019 I believe it was.

155

1      Q   Have you had consistent tenants in
2  that home since you left?
3      A   I have had the same one.
4      Q   Does the rent for the property make up
5  any of the cost of the property to you?
6      A   It doesn't.
7      Q   And what would the difference be in
8  the cost of the property to you versus the rent?
9      A   I think it kind of evens itself out.
10  The money that I take in is ultimately the
11  mortgage and stuff on the home.  So there is no
12  advantage or disadvantage at that point.
13      Q   The rent covers the mortgage?
14      A   Correct.
15      Q   Does the tenant pay for utilities?
16      A   They do.
17      Q   Are there any other costs on that
18  property to you besides the mortgage?
19      A   Outside of, like, you know, something
20  like just a couple -- last two months ago or
21  three months ago the furnace went out.  That's
22  my cost outside of the upkeep.
23      Q   Nothing besides upkeep then?
24      A   Correct.

156

1      Q   You mentioned intimacy issues.  What
2  do you mean by that?
3      A   I just don't -- it just kind of
4  stopped being a thing for us.  I kind of closed
5  down.  I kind of just shoved everybody away.  I
6  kind of just kept to myself.  I had no interest
7  in it.
8          I had no interest in, you know, a
9  romantic relationship with my wife any longer
10  outside of, you know, here and there, but we
11  were very, you know, in love and romantic and
12  intimate.  And, you know, just the stress and
13  the anxiety and everything kind of just led me
14  down a bad path; and it kind of just went little
15  to none almost.
16      Q   So when did you first start
17  experiencing marriage problems, for lack of a
18  better word?
19      A   Right around this time.  I mean, right
20  around the July date is kind of when, you know,
21  decisions had to be made, where we were going in
22  our marriage and our life, where we were going
23  to live at, where our kids were going to reside.
24          And if I chose to stay in the house

157

1  and she moved on, you know, who is going to get
2  the back and forth of the kids; and who is going
3  to have custody of them; and, you know,
4  everything that comes with it.
5      Q   When was the first time you started
6  experiencing intimacy issues as you described
7  them?
8      A   I think everything kind of really
9  started to take a toll on me mentally and kind
10  of everything right around -- I think it was my
11  34th birthday on September the 3rd.  So that
12  weekend I kind of just shut down.
13          I think that was kind of last --
14  some time, I would say, August, September; late
15  August or early September of '19.
16      Q   Has the marriage issues changed in any
17  way from how it was in September of 2019 to
18  today?
19      A   No.  I mean, they ultimately are still
20  -- I think we are working together.  She has
21  been supportive of, you know, this going on and
22  me seeing a therapist and a counselor; and, you
23  know, I think we are getting to a spot where we
24  could be good and not have the divorce

40  (Pages 154 to 157)

Timothy Ferguson
March 27, 2023

158

1  discussions and, you know, those kinds of
2  things.
3      Q   Have the intimacy issues changed in
4  any way since September of 2019 to today?
5      A   I would say they -- you know, they are
6  getting better. I think having the therapy and
7  seeing the therapist that I see constantly, it's
8  allowed me to kind of open back up and kind of
9  reengage myself into my family life.
10     Q   You mentioned fear. What do you mean
11 by that?
12     A   Did you see the video? You know, the
13 guy is walking around with a gun. He's like a
14 loose cannon, and just by his demeanor. I mean,
15 you can see how he was yelling at me when I was
16 being arrested by this Cook County officer as if
17 he was the -- you know, giving lawful orders as
18 if -- he is just supposed to be just a normal
19 citizen, right?
20         I mean, that's fear. You know, the
21 guy -- searching him up, the fact that he is a
22 police officer, he can find me wherever he
23 wanted, whenever he wanted.
24         You know, obviously I'm not too

159

1  privy to how they use -- what systems they use,
2  but I mean, any police officer can find anybody
3  they want. And the fear of that came because of
4  the May 9th and then this one; and it has
5  ultimately left me kind of looking over my
6  shoulder every day.
7      Q   Have you seen Mr. Bednarek since July
8  12th of 2019?
9      A   I have seen him twice, but I don't
10 think he saw me.
11     Q   Where did you see Mr. Bednarek?
12     A   I seen him at Burbank Gas getting gas
13 as I was in the little White Hen -- old White
14 Hen convenience store next door to it; and then
15 I seen him at an auto parts store. He was
16 leaving the auto parts store in Burbank as I was
17 pulling in.
18     Q   Have you had any interaction with Mr.
19 Bednarek since July 12th of 2019?
20     A   No face-to-face or direct interaction,
21 no.
22     Q   Have you had any interaction with
23 Chicago Police officers since July 12th of 2019?
24     A   I have stayed out of the City of

160

1  Chicago unfortunately since this out of fear,
2  out of fear of retaliation. You know, he is a
3  sergeant. He has been on the force a long time.
4  Unfortunately the Chicago Police don't have a
5  good name.
6          I have never been one to down them
7  or, you know, talk bad about them, but I just
8  know that my common sense or knowledge would
9  tell me that I probably had no business for some
10 time to be in the City.
11     Q   Why are you afraid of retaliation from
12 the Chicago Police Department?
13     A   Mr. Bednarek is a sergeant and, you
14 know, being notified of a lawsuit, you know,
15 that is pending against him could drive
16 retaliation. Again, I go by his demeanor and by
17 what he -- you know, how he acts and stuff.
18         I have seen those kind of people in
19 life; and I know from my own sake of how they
20 can retaliate and how they would retaliate; and
21 whether it be pulling me over just because they
22 can do it, you know, having me arrested like he
23 tried to here. There is a lot of fear and
24 anguish in that.

161

1      Q   Have you experienced any retaliation
2  by any Chicago Police officers since July 12th
3  of 2019?
4      A   I couldn't tell you. I have probably
5  been in the City, this being one, maybe a
6  handful of times. So I've done my best to be
7  sure that that couldn't happen, but no.
8      Q   So you have not been retaliated
9  against by the Chicago Police Department?
10     A   Correct.
11     Q   As far as you know?
12     A   Correct.
13     Q   Have you experienced any sort of
14 retaliation from any Cook County Sheriffs?
15     A   No.
16     Q   Do you ever suffer any sort of panic
17 attacks?
18     A   Yes.
19     Q   When did you start suffering panic
20 attacks?
21     A   August of 2019, I believe. To be the
22 exact date of what I have come to know as a
23 panic attack, and that's the beginning of them
24 was August 11th of 2019 driving home from work,

41  (Pages 158 to 161)

Timothy Ferguson
March 27, 2023

162

1    I believe. I was on Cicero Avenue.
2        Q   How many panic attacks do you believe
3    you have had since August of 2019?
4        A   A bunch.
5        Q   How often do you have panic attacks?
6        A   I would say a couple of times -- maybe
7    a couple of times a week.
8        Q   And is that the same frequency back in
9    2019 as it is today?
10       A   No.
11       Q   So let's say in 2022, how often were
12   you having panic attacks?
13       A   A couple times a month.
14       Q   And so far in 2023, how many panic
15   attacks do you think you have had?
16       A   Probably say the same, a couple times
17   a month.
18       Q   Is there anything that specifically
19   triggers your panic attacks?
20       A   Law enforcement.
21       Q   Any law enforcement?
22       A   Any law enforcement.
23       Q   We talked about stress. What sort of
24   --

163

1            What do you mean by stress as a
2    result of the incident in May and July of 2019?
3        A   I guess it could kind of tie into,
4    like, the fear. The stress -- there is so much
5    fear is causing so much stress in my daily life
6    from it, from, you know, not wanting to be out
7    and about, not wanting to come into the City.
8    You know, that kind of stress is because before
9    I was, you know, down here riding the train and
10   bringing my kids down here.
11           So the stress ultimately kind of
12   compiles with the fear, I guess, of, you know,
13   not knowing of retaliation, where I'm going to
14   be, who I am going to be with. Am I going to
15   have somebody to kind of, you know, be a witness
16   to something. So the stress of making sure I
17   was never by myself; just kind of all those
18   stressors.
19       Q   Has the stress gotten better as it has
20   gotten farther away from the incidents of May
21   and July of 2019?
22       A   Absolutely. Counseling and therapy
23   have gone a long way for me.
24       Q   Do you feel that you are still

164

1    experiencing any sort of stress from these
2    incidents?
3        A   Yes.
4        Q   In regards to any sort of depression,
5    have you ever been diagnosed with depression?
6        A   Never diagnosed with depression, no.
7    Well, actually I guess, yes. I guess, yes. I
8    would say yes, yes. My doctor, Dr. Guzman, did,
9    yes.
10           MR. OLSON: I'm sorry, doctor who?
11           THE WITNESS: Guzman.
12   BY MR. LISY:
13       Q   How do you spell that?
14       A   G-u-z-m-a-n.
15       Q   Dr. Guzman diagnosed you with
16   depression?
17       A   Correct.
18       Q   When was that?
19       A   I believe it was 20 --
20           I'm going on a guess here but 2020,
21   2021 maybe.
22       Q   We'll talk about Dr. Guzman in just a
23   second. But in regards to sleeplessness, are
24   you still experiencing sleeplessness?

165

1        A   I am.
2        Q   And how often do you experience
3    sleeplessness now?
4        A   Every day.
5        Q   And how does the sleeplessness affect
6    you?
7        A   It just leaves me, you know, unable --
8    the inability to want to do things; kind of want
9    to sleep when I can. You know, I wake up
10   groggy, tired in the mornings and workdays suck
11   most of the times.
12       Q   How many hours a night do you sleep?
13       A   Maybe four on a good night.
14       Q   Did you say that you have a
15   one-year-old at home?
16       A   I do.
17       Q   How many times a night does your
18   one-year-old wake up?
19       A   None.
20       Q   Prior to your one-year-old turning
21   one, did your -- as a newborn baby, did you take
22   care of your child?
23       A   My wife did. She's home and stayed
24   home and stuff. So she was on that while I

42 (Pages 162 to 165)

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

166

1   would try to sleep for work.
2       Q   So did you get up and do any feedings
3   in the middle of the night with your newborn?
4       A   None.
5       Q   Has the issue of sleeplessness gotten
6   better as it has gotten farther away from July
7   of 2019?
8       A   It has.
9       Q   How often do you have issues falling
10  asleep?
11      A   I mean, daily.  It's just become the
12  norm.
13      Q   Do you take any medication for any
14  sleep issues?
15      A   I don't.
16      Q   Do you have any issues regarding
17  excessive anger?
18      A   No.
19      Q   Did you have any issues regarding
20  excessive anger back in -- after 2019?
21      A   No.
22      Q   Any issues with edginess?
23      A   Yes.
24      Q   What does edginess mean to you?

167

1       A   Kind of just on edge, kind of unsure,
2   uneasy, kind of uneasy feelings; certain
3   situations kind of puts me on edge, kind of
4   either leads me to remove from the situation or
5   kind of backtrack and assess it.
6       Q   Is that the same as nervousness to
7   you?
8       A   Yes.
9       Q   How often do you experience edginess
10  or nervousness?
11      A   Periodically.  I would say a few
12  times.  It all depends on what situations I put
13  myself in.  You know, if I'm going to a big
14  event or something where that could be something
15  that kind of puts me on edge.
16      Q   Why would going to a big event put you
17  on edge?
18      A   A lot of police officers, a lot of law
19  enforcement officers, stuff like that.
20      Q   What sort of big events are you --
21  come to mind when you say that?
22      A   Could be, like, a parade like, you
23  know, St. Patrick's Day parade, stuff like that,
24  that would kind of put me on edge.  And

168

1   potentially -- I haven't gone to anything like
2   that.  So I have more or less removed myself
3   from the possibility.
4       Q   Do you feel like this has gotten
5   better the longer or farther away from July 2019
6   has gone?
7       A   I do.
8       Q   Were there any other emotional or
9   mental injuries that you feel you suffered as a
10  result of May and July of 2019 that we haven't
11  already discussed?
12      A   I think we've covered them all.
13      Q   Okay.  You mentioned seeing a
14  therapist or a counselor?
15      A   Correct.
16      Q   Who is this?
17      A   Dr. Joseph Siegel.
18      Q   How do you spell Siegel?
19      A   I think he spells it S-i-e-g-a-l.
20      Q   Do you know where Dr. Siegel's office
21  is?
22      A   In the Little Company of Mary building
23  in Evergreen Park at 95th Street and California
24  maybe.

169

1       Q   What sort of doctor is Dr. Siegel?
2       A   He is a psychologist, therapist,
3   counselor.  I guess kind of doubles as all of
4   them maybe.  I'm not too sure exactly.
5       Q   When did you start seeing Dr. Siegel?
6       A   I have been seeing him for a couple
7   years now.  2020 -- end of 2020, I believe I
8   started seeing him.  Yeah, I tried to get in --
9   well, maybe -- we're in 2023.  So I have seen
10  him for I think maybe to years now, a year or
11  so, two year.  But --
12      Q   Why did you start seeing Dr. Siegel?
13      A   I needed the help.  I needed
14  something.  I tried for months and months and
15  months to get in, but COVID was kind of going
16  on, and nobody was taking in-person patients or
17  new patients at that time.
18          And I just continued to push, but I
19  continued to need the help; and so I was able to
20  get Dr. Siegel to open up an appointment.  They
21  finally called and had an opening for me to come
22  in; and so then I began seeing him.
23      Q   What is Dr. Siegel treating you for?
24      A   PTSD, depression, and basically

43  (Pages 166 to 169)

Timothy Ferguson
March 27, 2023

170

1    anxiety panic disorder.
2        Q   To your knowledge --
3        A   And trauma. I'm sorry. And trauma.
4        Q   To your knowledge, have you been
5    diagnosed with PTSD?
6        A   I don't think he has ever -- I guess
7    --
8            I don't know if they ever diagnose
9    you directly other than listening to you and
10   helping you. I am not sure. So no, I would say
11   no, he's never told me directly.
12       Q   Just to be clear, PTSD meaning
13   post-traumatic stress disorder?
14       A   Correct.
15       Q   Okay. For this PTSD, depression,
16   anxiety and trauma, is this all related or
17   stemming from May 9th of 2019 and July 12th of
18   2019.
19       A   It is.
20       Q   Is there any other incident or event
21   in your life besides what occurred on May 9th of
22   2019 and July 12th of 2019 that Dr. Joseph
23   Siegel is treating you for?
24       A   No.

171

1        Q   Is there any sort of other event in
2    your life that has caused you trauma?
3        A   No.
4        Q   Any other event in your life, again
5    besides May 9th or July 12th of 2019, that have
6    caused you anxiety?
7        A   No.
8        Q   Any other events in your life besides
9    May 9th or July 12th of 2019 that cause you to
10   be depressed?
11       A   No.
12       Q   Any other events in your life besides
13   May 9th of 2019 and July 12th of 2019 that have
14   caused you post-traumatic stress?
15       A   No.
16       Q   Have you been given any sort
17   medication or prescribed any medication by Dr.
18   Siegel?
19       A   Not Dr. Siegel, no.
20       Q   Have you taken any sort of tests or
21   evaluations in your treatment by Dr. Siegel?
22       A   Outside of, like, questions and kind
23   of reactions and stuff that we would do in the
24   office at the visits, I believe maybe those are

172

1    his tests and/or his ability to determine kind
2    of what is going on, but no direct test.
3        Q   Has anyone told you that you were
4    being examined for a specific diagnosis or
5    reason?
6        A   Dr. Guzman did.
7        Q   Okay. Let's talk about Dr. Guzman.
8            Why did you see Dr. Guzman?
9        A   For depression, for anxiety and
10   basically panic attacks and so forth.
11       Q   What sort of doctor is Dr. Guzman, to
12   you knowledge?
13       A   Family doctor.
14       Q   How long has he been your doctor?
15       A   For, like, five years-plus; maybe ten
16   years.
17       Q   And what is your understanding of what
18   diagnosis Dr. Guzman has made regarding you?
19       A   Mild depression, anxiety; and those
20   two are basically the two that he began treating
21   me for.
22       Q   And was that back in 2020 or 2021?
23       A   I believe so, yes.
24       Q   Were you prescribed any sort of

173

1    medication from these diagnoses?
2        A   I was.
3        Q   What is the medication?
4        A   I was -- I knew you were going to ask,
5    I was trying to think. I think it's called
6    Sertraline, S-e-r-a-t-i-l-e, I believe, and it
7    treats anxiety and depression.
8        Q   Are you currently taking this
9    medication?
10       A   I have stopped.
11       Q   When did you stop?
12       A   Like three -- maybe, like, five months
13   ago. I think the end of summer of -- maybe
14   longer than that now because we're in -- oh, no.
15   So like the end of summer of 2022.
16       Q   Why did you stop?
17       A   I felt that I needed to not -- I
18   didn't want to be on pills. I didn't want to be
19   on -- I was trying to find, and Dr. Siegel was
20   helping me find ways to cope without medicine.
21   It was at his suggestion that I stop.
22       Q   It was Dr. Siegel's suggestion that
23   you stop taking the medication?
24       A   Correct. After seeing him and kind of

44  (Pages 170 to 173)

Timothy Ferguson
March 27, 2023

174

1    working through abilities to cope on my own.
2        Q    When you were taking the medication,
3    were the emotional issues that we've talked
4    about earlier, did those get better?
5        A    They did.  Pretty much most of them
6    did.
7        Q    Since you have stopped taking the
8    medication, have any of those symptoms returned?
9        A    They were -- I mean, they remained,
10   but I have an ability now to kind of cope with
11   them by doing certain, you know, breathing
12   exercises and kind of deterrences and so forth.
13       Q    Where does Dr. Guzman work out of?
14       A    I think he --
15           It's out of Advocate on 63rd Street
16   and Kolin Avenue in Chicago.  I don't know, I
17   guess it might be Stickney, Illinois.
18       Q    Besides the Sertraline, were you ever
19   prescribed anything else?
20       A    Blood pressure medicine, which he tied
21   to stress and so forth.
22       Q    Are you still taking the blood
23   pressure medication?
24       A    I'm off it now with it being good now.

175

1        Q    So does your --
2            Did you have blood pressure issues
3    before July of 2019?
4        A    I did not.
5        Q    When did your blood pressure issue
6    start?
7        A    When I went to first see him from this
8    incident was when I was notified that I had, you
9    know, super high blood pressure.
10       Q    And when you say "him," you mean Dr.
11   Guzman?
12       A    Correct.
13       Q    And you now don't have blood pressure
14   issues?
15       A    I don't have as high blood pressure,
16   no.
17       Q    Besides Dr. Guzman and --
18           I apologize.  Do you know Dr.
19   Guzman's first name?
20       A    Maurice, M-a-u-r-i-c-e.
21       Q    Besides Dr. Guzman and Dr. Siegel,
22   have you seen any other medical professional for
23   any injuries you claim were the result of May
24   and July of 2019?

176

1        A    I did a phone interview with Palos
2    Behavioral -- Palos Mental, but it was nothing.
3    That was when I was trying to get in through the
4    COVID days and they asked to do -- if they had a
5    spot, they would call me.
6            They called me, but they weren't
7    able to bring me in and stuff.  So we didn't
8    talk about anything other than that.  But no
9    other doctors at all.
10       Q    When was that?
11       A    20 -- I think October -- let me see.
12   October, November, December.  February of 2020.
13   February of 2020.
14       Q    So that interview, was that with a
15   doctor or was that --
16       A    It was -- I don't even know who she
17   was.  It was a phone interview and kind of
18   talking to me and asking about the insurance and
19   stuff like that; and then they weren't able to
20   get me in.  I don't know.  I believe it was that
21   the insurance wasn't paying for it.
22       Q    Is insurance covering your visits to
23   Dr. Joseph Siegel?
24       A    They are now, and I think that's why

177

1    they didn't take me before because my prior
2    insurance didn't pay for any therapy; and they
3    wanted it to be paid out of pocket and stuff,
4    and unfortunately I didn't have the money.
5            And then when I switched jobs in
6    2020 -- late 2020, 2021, they now cover it.  So
7    that's why I was able to have the insurance pay
8    for it, correct.
9        Q    Did insurance cover your medication,
10   your Sertraline and your blood pressure
11   medications?
12       A    Outside of a co-pay they did.
13       Q    And then did that cover your --
14           Did insurance cover your visit to
15   Dr. Guzman?
16       A    Outside of a co-payment they have,
17   yes.
18       Q    Do you know how much your co-pay was?
19       A    I think it was like 30 bucks and,
20   like, 8 bucks, I think on the two medicine each.
21       Q    When was the last time you saw Dr.
22   Siegel?
23       A    February 18th, I think it was.
24           No, February 15th, the day after

45  (Pages 174 to 177)

Timothy Ferguson
March 27, 2023

178

1    Valentine's Day.
2        Q   How often do you see Dr. Siegel?
3        A   I do see him once a month.  At this
4    point, one a month.
5        Q   I'm sorry.  When did you start seeing
6    Dr. Siegel?
7        A   2021, I believe it was.  Mid-2021, I
8    believe it was.
9        Q   Have you always seen him once a month?
10       A   No.  I started out going once a week
11   for I think it was, like, six or seven months;
12   then we went to twice a week for the same kind
13   of term; and then we moved to once a month and
14   we have been on once a month since.
15       Q   Do you know if you have any other
16   projected decrease in your visitation to Dr.
17   Siegel in plan?
18       A   That is his plan.  His plan is to get
19   to a point where if I need him, to call him and
20   make an appointment versus having scheduled
21   every month.
22       Q   Do you know when that is expected to
23   take effect or the goal for that?
24       A   It's been, I think, every six months

179

1    or so he changed the time frame.  So my guess
2    would be maybe in that same kind of time frame,
3    we would move on to that.
4        Q   Is Dr. Guzman -- he is your family
5    doctor; is that right?
6        A   Correct.  Well, I mean, he's my
7    doctor.  He is like a family practice doctor.
8    He doesn't see, like, my wife and kids and stuff
9    like that.  He's -- I just call him a family
10   doctor because, I guess, that's what they call
11   him.
12       Q   Or I guess it's the right thing to
13   say.  He's your primary care physician?
14       A   Primary care physician.  There you go.
15       Q   Beside your, you know, usual or
16   standard appointments, do you see him for any
17   other reason?
18       A   I don't.
19       Q   All right.  Is there anything that you
20   could let's say before July 12th of 2019 that
21   you can no longer do today?
22       A   Physically, mentally, or...
23       Q   Well, let's talk physically first?
24       A   Physically, no.

180

1        Q   How about mentally?
2        A   Like I said, I don't have the utmost
3    faith in retaliation still to this day.  I try
4    to stay away from the City as much as I can.
5    You know, I'm starting to open back up a little
6    bit more in my social life.  That's been
7    non-existent.
8            You know, I haven't attended many
9    family events, parties, stuff like that.  So I
10   would say the inability to socialize and kind of
11   just be stress free is where I want to be and
12   I'm not there.
13       Q   Is there anyone besides the people
14   we've already talked about today at your
15   deposition that you have spoken to about what
16   took place on May 9th or July 12th of 2019?
17       A   Outside of Dr. Siegel and Dr. Guzman
18   and then the others we've spoken about, no.
19       Q   Is there anyone besides the people
20   we've already talked about today that you spoke
21   to about this lawsuit?
22       A   No.
23       Q   You have a Facebook account; is that
24   right?

181

1        A   I do.
2        Q   What's your name on Facebook?
3        A   Veteran Ferguson.
4        Q   Why did you make that name?
5        A   That's a nickname I have had since my
6    old days being younger.  Everybody -- I played a
7    bunch of sports; I coached a bunch of sports.
8    They say I've been around.  So they use the
9    veteran term, like --
10           MR. COYNE:  Veteran as in military?
11           THE WITNESS:  Correct, but no military
12   affiliation.
13   BY MR. LISY:
14       Q   Do you still coach sports?
15       A   I do.
16       Q   What do you coach?
17       A   Like, help out with my son's baseball
18   team.  We're about to get back to it.
19       Q   I see it's March.  When does baseball
20   start up again?
21       A   April first.  So...
22       Q   Have you ever posted about what took
23   place on May or July of 2019 on any sort of
24   social media or website?

46 (Pages 178 to 181)

Timothy Ferguson
March 27, 2023

182

1      A   I have not.
2      Q   Have you ever posted on any sort of
3  social media or website about the Chicago
4  Police?
5      A   I would say no, I have not.  I can't
6  recall, but I have never been one to do that.
7      Q   Ever make any posts about your
8  feelings of what occurred on May 9th or July
9  12th of 2019 on any sort of website?
10     A   No.
11     Q   So I'm going to ask you some questions
12  about your criminal history.
13     A   Sure.
14     Q   Have you ever been arrested before
15  July 12th of 2019?
16     A   Yes.
17     Q   How many times have you been arrested?
18     A   Twice.
19     Q   All right.  When was the first time?
20     A   2009, I believe it was in Cincinnati,
21  Ohio.  Hold on one second.  I don't know.  It
22  has to be, like, maybe '11, 2011 maybe.
23     Q   So an arrest in Cincinnati, Ohio?
24     A   Correct.

183

1      Q   What was that for?
2      A   Obstruction of official business.
3      Q   Do you know if you were convicted in
4  that?
5      A   Yes, I had a $300 -- I pled guilty,
6  like no contest and paid 300 bucks.
7      Q   So you just had to pay a fine?
8      A   Correct.
9      Q   Did you testify at all or make any
10  statements in court?
11     A   I did not.
12     Q   Did you get a lawyer for yourself?
13     A   I did.
14     Q   Do you remember your lawyer's name?
15     A   I don't.  I found him on-line.
16     Q   You said there were two times.  So
17  this is one in 2009 or 2011.  What was the other
18  time?
19     A   2018.
20     Q   What happened in 2018?
21     A   Obstruction of a court document.
22     Q   When -- I'm sorry.  Where was this
23  arrest?
24     THE WITNESS:  (Addressing Mr. Brindley:

184

1      I mean, I was -- I came down to
2  your office.
3      MR. BRINDLEY:  He didn't --
4      Maybe I can help.
5      He didn't technically get arrested.
6  He was able to just come in and appear before
7  the Federal Court voluntarily.  So it wasn't a
8  --
9      He would have been processed by the
10  US Marshals after his initial appearance, but he
11  did not get arrested like we would normally use
12  that term.  He wasn't taken into custody and
13  processed that way.
14  BY MR. LISY:
15     Q   So in 2018, what happened?
16     A   Somebody got a subpoena on my father,
17  and they showed it to me and we talked about it,
18  and I told him that he should get a lawyer
19  probably before he went to the Grand Jury on the
20  subpoena.  And then apparently he --
21      They asked why he didn't show up or
22  what, I believe, is the nature of it; and he
23  said that we discussed it; and we were talking
24  about it; and so they basically came and it was

185

1  obstruction of a court document because
2  apparently you are not supposed to talk about
3  those.
4      Q   How did you find out that you were
5  being accused of obstruction of a court
6  document?
7      A   When I was called basically on the
8  phone and asked to turn myself in to the Federal
9  Building downtown to the US Marshals.
10     Q   Who called you?
11     A   One of the US Marshals.
12     Q   So then did you go to the Federal
13  Building and turn yourself in to the US
14  Marshals?
15     A   I went to the lawyer's office first;
16  and we walked over to the Federal Building; and
17  then I had my first initial court appearance.
18     Q   Who is your lawyer for that?
19     A   Vadim Glozman.
20     Q   Can you spell the last name?
21     THE WITNESS:  What's his last name?
22     MR. BRINDLEY:  G-l-o-z-m-a-n, I
23  believe.
24     THE COURT REPORTER:  How do you spell

47  (Pages 182 to 185)

Timothy Ferguson
March 27, 2023

186

1    the last name?
2         MR. BRINDLEY:  V-a-d-i-m.
3         THE COURT REPORTER:  Thank you.
4    BY MR. LISY:
5         Q    And did you have any sort --
6              Did you have any conviction in that
7    instance?
8         A    I did.  I pled guilty to a misdemeanor
9    of obstruction of a court document.
10        Q    And do you remember what your sentence
11   was?
12        A    30 days in MCC.
13        Q    Do you remember when you were
14   released?
15        A    Yes.  November 4th of 2018.  I don't
16   know -- I'm sorry.  November 4th of 20 -- I
17   think 2018.  I think, yes.  I believe so.
18        Q    Have you been arrested since July 12th
19   of 2019?
20        A    I have not.
21        Q    Have you been convicted of any crime
22   since July 12th of 2019?
23        A    I have not.
24        Q    Have you ever been convicted of a

187

1    felony?
2         A    No.
3         Q    Have you ever spent --
4              Have you ever been sentenced to
5    jail or prison for a term exceeding one year?
6         A    No.
7         Q    The 30-day sentence, did you have to
8    serve the full 30 days?
9         A    Yes.
10        Q    Okay.  Was that the first time you had
11   ever been to jail or prison?
12        A    Yes.
13        Q    How did that affect you?
14        A    I owned it.  I knew I made a mistake.
15   That is why I pleaded guilty to it without a
16   trial and stuff; and so it didn't really have an
17   effect on me.  I'm -- yes, I would say it didn't
18   really have too much of an effect.
19        Q    Being in jail didn't have any impact
20   on your mental health?
21        A    You could say maybe, but I don't
22   believe so, no.
23        Q    Did it have any impact on your stress?
24        A    During the time being away, yes.

188

1         Q    Did it have any impact on your
2    anxiety?
3         A    During the time away, yes.
4         Q    Do you have any lasting effects,
5    things that still bother you from your time that
6    you spent in jail?
7         A    No.
8         Q    You were talking about your father
9    being incarcerated.  When was your father
10   incarcerated?
11        A    October -- he was in and out.  I'm not
12   sure.  It's been several times he has been
13   incarcerated.
14        Q    Has he been incarcerated since July of
15   2019?
16        A    Has he been incarcerated since then?
17        Q    Uhm-uhm.
18        A    No.
19        Q    Was he --
20             So at any point after July of 2019,
21   did he spend time in jail or prison?
22        A    Yes, yes.  He was incarcerated at the
23   incident date; and I believe he came home maybe
24   some time in October -- September, October, I

189

1    believe.  I'm not too sure to be honest with
2    you.
3         Q    October of 2019?
4         A    Yes.
5         Q    Has -- what he was --
6              Do you know what your father was
7    incarcerated for?
8         A    No, I don't.  There is a slew of stuff
9    that's said, but I don't really have that
10   relationship with him.
11        Q    Do you know whether your father has
12   been convicted of any crimes?
13        A    No.
14        Q    When you say don't really have that
15   sort of relationship with him, what do you mean?
16        A    I mean, you know, like I got -- he has
17   got his own stuff.  He has got other kids.  He
18   lives -- got another wife.  You know, I got my
19   own family, my mom, you know, that we kind of
20   separate.
21             So I don't have the -- like I don't
22   go asking for information and/or, you know, what
23   is what and how is it going and stuff like that.
24   So I just kind of -- you know, he is dealing

48  (Pages 186 to 189)

Timothy Ferguson
March 27, 2023

190

1  with his own stuff in life, and I got my own
2  stuff in life.
3  Q  Was -- is that what your father --
4  what your relationship is like with your father
5  today?
6  A  No.  I mean, we have a good father/son
7  relationship, but I don't get into his business
8  like that.  That's, you know, being in and out
9  of jail and, you know, stuff like that.  That's
10  --
11      I don't want my kids to be involved
12  in that.  I don't want my wife to be involved
13  with that, myself.  But, I mean, I have a good
14  father/son relationship with him as him being my
15  dad and a grandfather to my kids, but his
16  personal, you know, stuff like that, that's
17  nothing we -- I get involved in.
18  Q  Do you share what is going on, you
19  know, with your personal goings with your
20  father?
21  A  Not really, no.
22  Q  Why did you ask your father to drive
23  you today?
24  A  Just I didn't want to take the train.

191

1  You know, I told you I kind of stay away.  I
2  didn't want to drive.  It goes into the fear of
3  being down here.
4      You know, if I'm driving myself, my
5  license plate to show my name, you know, stuff
6  like that.  So I asked him to drive me.
7  Q  Did you ask anyone else before asking
8  your father?
9  A  My wife, but we didn't have a
10  babysitter for our daughter -- our children,
11  so...
12  Q  Have you had any other interactions
13  with Chicago Police officers besides Mr.
14  Bednarek?
15  A  In life?
16  Q  Yes, in life.
17  A  I have had good ones.  That's kind of
18  where this takes a turn.  I have had no bad
19  experiences outside of Officer Bednarek.
20  Q  Since July of 2019, have you had any
21  good interactions with Chicago Police officers?
22  A  I have had none.
23  Q  Have you had any bad interactions with
24  Chicago Police officers?

192

1  A  I have had none.
2  Q  So prior to July of 2019 and besides
3  Mr. Bednarek, your interactions with Chicago
4  Police officers has been good?
5  A  Good.
6  Q  Aside from this case, have you filed
7  any other lawsuits?
8  A  I haven't.
9  Q  Have you ever filed a lawsuit against
10  the City of Chicago before?
11  A  Never.
12  Q  In regards to --
13      Have you ever made a complaint
14  about a Chicago Police officer before?
15  A  I have.
16  Q  How many times?
17  A  Three, I believe.
18  Q  All right.  Were any of those
19  connected to Mr. Bednarek and what happened on
20  May 9th or July 12th of 2019?
21  A  They were.
22  Q  Were all three of them?
23  A  They were.
24  Q  When did you make these complaints?

193

1  A  Some time shortly after each incident.
2  Q  Did you ever speak to anyone from
3  either the --
4      Well, let me back up.
5      Do you know if those complaints
6  were made or what agency those complaints were
7  made to?
8  A  I believe I made them to the Attorney
9  General's Office and to COPA.
10  Q  COPA being the Civilian Office of
11  Police Accountability?
12  A  Correct.
13  Q  Did you ever make any complaints about
14  Mr. Bednarek directly to the Chicago Police
15  Department?
16  A  I don't believe so.
17  Q  Did you ever walk into a police
18  station and say -- into a Chicago Police station
19  and say, "I want to make a complaint about this
20  officer?"
21  A  No.
22  Q  In regards to the complaint that you
23  made to COPA, to the Civilian Office of
24  Accountability, do you remember what your

49  (Pages 190 to 193)

Timothy Ferguson
March 27, 2023

194

1    complaint was?
2        A   It was surrounding the video of the
3    May incident, and then the same thing with the
4    July incident.
5        Q   Did you ever speak to anyone from
6    COPA?
7        A   I did.  I don't recall their names.
8    There was two female officers, or I believed
9    them to be officers.  They were wearing street
10   clothes, but with bullet proof vests and had
11   identified -- you know, their name on the vest.
12           I met them in the McDonald's
13   parking lot -- I'm sorry.  I met them in the
14   Starbucks parking lot on 79th and Harlem.
15       Q   And this was --
16       A   Actually, this was the second one.
17   The first time, I met and dropped the complaint
18   against Mr. Bednarek and met with two female
19   officers, and they basically talked to me and,
20   you know, kind of I explained to them and they
21   asked me if I wanted to withdraw it; and at that
22   point, I did because I didn't have anymore
23   interactions and/or anything with Mr. Bednarek.
24           So I just was going let it go; and

195

1    then we refiled another; and then met with a
2    bunch of investigators, or -- I'm not sure who
3    they are -- at Starbucks in Burbank.  And that
4    is where they presented a photo line up and
5    asked me to, you know, pick Mr. Bednarek out of
6    a photo line up, which I did, and then we just
7    kind of began discussions of, you know,
8    everything that kind of happened.
9        Q   Does that -- excuse me.
10           So one complaint you said you
11   dropped?
12       A   Correct.
13       Q   Was this after July 12th of 2019?
14       A   It was before.
15       Q   So you dropped a complaint against Mr.
16   Bednarek before your interaction with him on
17   July 12th of 2019?
18       A   Right.  From -- I believe the
19   complaint was made a day or two after the May
20   9th incident.  I made the complaint and then a
21   few weeks later is when I dropped it.  So some
22   time at the end of May.
23       Q   And then you mentioned a second
24   complaint.  Was the second complaint that you

196

1    had where you met at the Starbucks.  Do you
2    remember, was this speaking to COPA or to some
3    other agency?
4        A   This was COPA.  This was COPA.
5        Q   And is this you gave a statement to
6    COPA?
7        A   I believe, yes.  I believe I did, yes.
8        Q   Was this --
9            And when did this occur?
10       A   I'm not -- I don't recall.
11       Q   Do you have any idea of what the
12   outcome of any of that was?
13       A   It's -- I'm -- we're still trying to
14   figure it out, I guess.
15       Q   Besides Mr. Bednarek, have you ever
16   made any complaints against any other Chicago
17   Police officers?
18       A   No.
19       Q   What is your opinion of the Chicago
20   Police Department aside from Mr. Bednarek?
21       A   My old opinion was is that they are
22   doing their job and, you know, that they serve
23   and protect.  My new opinion is we still have
24   some of the old --

197

1            I believe the way Mr. Bednarek acts
2    and kind of has acted, that we still have some
3    old, you know, the old Sergeant Burge and kind
4    of the stuff that he did.
5            It kind of makes me feel -- this is
6    just my opinion, but makes me go down the lines
7    of that's how he operates, the same way that
8    that officer and sergeant did, which is now
9    coming to light, but they seem to be maybe the
10   same person or act the same way.
11       Q   Why do you connect Mr. Bednarek to
12   Burge?
13       A   I mean, look at his criminal history,
14   how, you know, if I as a normal citizen was on
15   multiple domestic violence cases, I sure
16   couldn't carry a gun and he's been toting around
17   a gun for how long.
18           I mean, it's public record.  Like I
19   said, that's kind of how I found out all about
20   this.  Doesn't seem to have much disciplinary
21   action.
22           He was, you know, sued as an
23   officer for firing at somebody.  I mean, that's
24   why, because he's got nothing to show that he

Timothy Ferguson
March 27, 2023

198

1  has been reprimanded for anything he has done in
2  his however many years he has been on the force.
3  He has got some pretty serious allegations
4  against him. That's public record.
5          And the Chicago Police Department
6  has not fired him, has not done anything to him
7  and, you know, he is out private investigating
8  and that's why.
9      Q   So is it your understanding that Mr.
10  Bednarek has never been disciplined by the
11  Chicago Police Department?
12      A   I think it's public record, is it not?
13      Q   If you came to find out that Mr.
14  Bednarek had been disciplined by the Chicago
15  Police Department, would that have an impact on
16  your opinions?
17      A   No.
18          MR. LISY: Let's take a ten minute
19  break and I should be --
20          MR. COYNE: How about 15 because. I've
21  got to address a few office issues.
22          THE VIDEOGRAPHER: The time is 1:58.
23  We are going off the record.
24          (Whereupon a recess was

199

1          taken after which the
2          proceedings resumed as
3          follows:)
4          THE VIDEOGRAPHER: The time is 2:20.
5  We are going back on the record.
6          Please proceed.
7          MR. LISY: Mr. Ferguson, thank you very
8  much for your time. I have no further questions
9  for you. Some of the other attorneys
10  representing other parties may have some
11  questions for you.
12          THE WITNESS: Thank you.
13          EXAMINATION
14  BY MR. COYNE:
15      Q   Mr. Ferguson, my name is John Coyne.
16  I represent the Cook County Sheriff defendants
17  in this matter. I am going to ask you some
18  questions as well. In order to move things
19  along, I ask your counsel to show you the
20  interrogatory replies that you created in
21  response to the Sheriff defendants' request. Do
22  you have those in front of you?
23      A   I do.
24      Q   All right. When I -- if I refer to

200

1  the Sheriff defendants you and I agree I'll be
2  referring to Sergeant John Barloga, officer Abel
3  Mercado and Officer Eddie Ishoo?
4      A   Correct.
5      Q   So we can move things along, you will
6  understand that?
7      A   Yes, sir.
8      Q   Okay. And you understand you sued
9  those three individuals as part of your lawsuit,
10  correct?
11      A   Correct.
12      Q   And those three individuals were named
13  as defendants in this case; is that your
14  understanding?
15      A   It is.
16      Q   Sheriff Dart is no longer a defendant
17  in this case based upon motion practices; is
18  that your understanding?
19      A   That's right.
20      Q   Okay, fair enough. This document, why
21  don't we mark this. The next exhibit is No. 3,
22  correct?
23          MR. LISY: Yes.
24          (Whereupon Deposition

201

1          Exhibit No. 3 was marked
2          for identification; said
3          exhibit was tendered to
4          the witness.)
5  BY MR. COYNE:
6      Q   So Mr. Ferguson, Exhibit 3,
7  plaintiff's response or plaintiff's answers to
8  defendant's interrogatories of the Cook County
9  Sheriff defendants, you have a copy of that in
10  your hand, correct?
11      A   I do.
12      Q   As I understand it, you had an
13  opportunity to review this document cover to
14  cover during the break; is that true?
15      A   It's true.
16      Q   Is it fair to say you participated in
17  composing this document with counsel some time
18  back?
19      A   It is.
20      Q   Okay. And having had a chance to
21  review this document, let me just ask you: Is
22  the document true and accurate to the best of
23  your knowledge and belief?
24      A   To the best of my knowledge, it is.

51 (Pages 198 to 201)

Timothy Ferguson
March 27, 2023

202

1    Q   All right. And the answers that you
2  set forth within the entirety of this document
3  between No. 1 and No. 24, those answers to those
4  questions are true and accurate to the best of
5  your knowledge and belief; is that true?
6    A   That's true.
7    Q   And you hold that opinion as true here
8  today and when you created the document itself;
9  is that fair?
10    A   I do.
11    Q   All right. Now, you did testify --
12       In fairness, you did testify to
13  some treatment you have received from Dr. Guzman
14  and Dr. Siegel. Those two doctors, to the best
15  of my knowledge, do not appear on that document;
16  is that true?
17    A   Correct.
18    Q   And is that because at the time you
19  signed this document, you had not yet seen those
20  physicians for treatment related to this
21  incident?
22    A   I would believe that to be correct.
23    Q   All right. Did you --
24       By the way, did you ever create a

203

1  verification page, a signed verification page in
2  the process of answering these interrogatories,
3  if you know?
4    A   I believe I did, yes.
5    Q   Fair enough. We haven't received it.
6  That's the reason I ask.
7    A   Is it for, like, the e-signature
8  thing?
9    Q   Just a signature that states that you
10  have reviewed the document, and the answers are
11  true and accurate to the best of your knowledge
12  and belief.
13    A   I believe I have.
14    Q   All right, fair enough. At the time
15  of --
16       Most of my questions are going to
17  pertain to the July 12, 2019 incident. As I
18  understand the complaint that was filed against
19  the Cook County defendants, your allegations
20  against those defendants pertain to the July 12,
21  2019 incident and not the May 9, 2019 incident;
22  is that true?
23    A   That's true.
24    Q   Okay. So as far as what you have

204

1  alleged against Sergeant John Barloga and
2  Officers Mercado and Ishoo, those allegations
3  pertain entirely to the date July 12, 2019,
4  true?
5    A   True.
6    Q   Okay. Have you ever seen either --
7  any of those three officers before July 12,
8  2019?
9    A   Never.
10    Q   And to the best of your knowledge,
11  none of those three officers were present at the
12  subject home on May 9, 2019; is that fair?
13    A   That's fair.
14    Q   And when I say subject home, can we
15  agree I will be referring to 7038 West 76th
16  Street in Chicago, Cook County, is that fair?
17    A   It was 72nd Street.
18    Q   West 72nd Street.
19    A   Nottingham Park, Illinois.
20    Q   Got you. And you said Nottingham
21  Park?
22    A   Correct.
23    Q   Is that a neighborhood in the City of
24  Chicago or is that a suburb?

205

1    A   No. They kind of double between
2  Stickney, Nottingham Park and Bedford Park.
3  They kind of sit in an unincorporated area of
4  Cook County.
5    Q   Got you. So 7038 West 72nd Street,
6  that was the street that you lived across from
7  -- that was the house you lived across from on
8  July 12, 2019?
9    A   Correct.
10    Q   So when I refer to the subject
11  location, you will know I'm referring to 7038
12  West 76th?
13    A   72nd.
14    Q   72nd. I'm sorry.
15    A   Street. True.
16    Q   And then when I refer to subject date,
17  I will be referring to July 12, 2019; is that
18  fair?
19    A   Fair.
20    Q   To move things along. Prior to July
21  12, 2019, had you ever seen Sergeant John
22  Barloga before?
23    A   No.
24    Q   Prior to July 12, 2019, had you ever

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

206

1  seen Officer Mercado before?
2      A   Never.
3      Q   Prior to July 12, 2019, had you ever
4  seen Officer Ishoo before?
5      A   Never.
6      Q   Have you seen any of those three
7  officers since July 12, 2019?
8      A   I have not.
9      Q   To the best of your knowledge, did
10 Sergeant Barloga have any interaction whatsoever
11 with Mr. Bednarek prior to July 12, 2019?
12     A   To my knowledge, no.
13     Q   Same question for Officer Ishoo and
14 Mr. Bednarek?
15     A   To my knowledge, no.
16     Q   Same question for Officer Mercado and
17 Mr. Bednarek?
18     A   To my knowledge, no.
19     Q   Okay.  So to the best of your
20 knowledge, they have never met each other before
21 that date; they never saw each other and never
22 talked to each other, true?
23     A   True.
24     Q   Okay.  Your testimony earlier was that

207

1  on July 12, 2019, Mr. Bednarek had made a
2  statement:  They're here -- words were, "they're
3  here, come on over."  Do you remember that
4  testimony?
5      A   I do.
6      Q   At that time, who do you believe, if
7  anyone, Mr. Bednarek was talking to?
8      A   I believe -- I mean, I believe now
9  that it was Officer Mercado.
10     Q   And what is the basis for your belief
11 of that?
12     A   Three minutes after he said, "they're
13 here, come on over," Officer Mercado pulled up.
14     Q   Okay.  And I recall your testimony --
15 correct me if I'm wrong -- your testimony was
16 that you're not sure if it was Officer Mercado
17 that arrived first or another officer; is that
18 true?
19     A   That's true, correct.
20     Q   Okay.  So as to whether Bednarek was
21 talking to Mercado, Ishoo or Barloga or his
22 neighbor or someone else at all, can you speak
23 to that directly or no?
24     A   I know -- no.

208

1      Q   So just to clarify, the individual
2  that Officer -- Mr. Bednarek was talking to at
3  that time, you don't know who that was, correct?
4      A   Correct.
5      Q   Okay.  Do you have any evidence at all
6  or any reason to believe that Mr. Bednarek spoke
7  to any of those three Cook County officers at
8  any time before the first officer arrived at the
9  subject location on the subject date?
10     A   No.
11     Q   Now, at the time -- and if necessary
12 we can with go to the videos.  Mr. Lisy showed
13 you some videos; and if necessary to make your
14 answer as thorough as possible, just let me know
15 and we can go to the video.
16     A   Sure.
17     Q   But I think we can crystalize this.
18 At the time the first Cook County Sheriff's
19 officer arrived, whether it was Officer Mercado
20 or Officer Ishoo, on the subject date, at that
21 time Vicky Gow was present, correct?
22     A   She was.
23     Q   Okay.  And she was standing in close
24 proximity to Mr. Bednarek at the time the first

209

1  Cook County Sheriff's officer arrived, true?
2      A   True.
3      Q   Okay.  At the time, Mr. Bednarek
4  identified himself as an agent of the owner of
5  the subject home, true?
6      A   True.
7      Q   Okay.  And do you understand that at
8  some point, he identified himself as an agent of
9  Vicky Gow?
10     A   Yes.
11     Q   Okay.  And at that time, Vicky Gow had
12 a legal right to the property, true?
13     A   I'm not sure at that time.  I still
14 don't know the answer to that.
15     Q   Fair enough.
16         So who had ownership status of the
17 subject home, 7038 West 76th -- 72nd Street?
18     A   Correct.
19     Q   As to who had title and ownership of
20 the home on the subject date of July 12, 2019,
21 that's a matter that you have not successfully
22 investigated; is that true?
23     A   Correct.
24     Q   Therefore you don't know, true?

53  (Pages 206 to 209)

Timothy Ferguson
March 27, 2023

210

1    A   True.
2    Q   Okay.  Would you agree that whoever
3  did have ownership status of the subject home on
4  July 19th -- strike that -- July 12, 2019,
5  whoever did have ownership of the home, that
6  person would have the right to file trespassing
7  charges against persons who did not have an
8  ownership interest?
9    A   **Where I was at on the property, no.  I
10 was on the City sidewalk.**
11   Q   Okay.  Was there ever a time on July
12 12, 2019, when you were physically on the
13 property of the subject home, if you know?
14   A   **Yes, I was.**
15   Q   Okay.  So on July 12, 2019, we can
16 agree that you were physically present on the
17 property of the subject home, correct?
18   A   **Correct.**
19   Q   Okay.  And you would agree, because
20 previously you had accused Mr. Bednarek of
21 trespassing there, correct?
22   A   **Correct.**
23   Q   So you and I can agree that a person
24 who is not legally permitted to be on the

211

1  premises is subject to a trespass charge.  You
2  know that for a fact, correct?
3    A   **Correct.**
4    Q   Okay.  And when you accused Mr.
5  Bednarek of trespassing on May 9, 2019, that was
6  because you believed he did not have a legal
7  right to be on the premises, correct?
8    A   **Correct.**
9    Q   You believed at that time that you
10 did, correct?
11   A   **Correct.**
12   Q   Okay.  Now, when Vicky Gow was --
13 strike that.
14       Vicky Gow was present when Bednarek
15 asked that you be arrested for trespassing,
16 correct?
17   A   **Correct.**
18   Q   And to the best of your knowledge, she
19 had a clear and unobstructed view of the officer
20 placing you in custody for the arrest for
21 trespassing, correct?
22   A   **Correct.**
23   Q   All right.  And you understood at that
24 time that she may -- at least may have had an

212

1  ownership interest in the home, correct?
2    A   **No.**
3    Q   You don't know one way or the other,
4  fair?
5    A   **Correct.**
6    Q   Fair enough.
7        I want to crystalize something.
8  Between May 9, 2019 and July 12, 2019, you did
9  realize there was an ownership dispute as to the
10 subject property, correct?
11   A   **Correct.**
12   Q   The ownership dispute would be among
13 at least the following individuals:  Your
14 father, correct?
15   A   **Correct.**
16   Q   The estate of Ms. Caldwell, your
17 grandmother, correct?
18   A   **Correct.**
19   Q   And Vicky Gow, correct?
20   A   **Correct.**
21   Q   All right.  Did you physically,
22 yourself, do anything to investigate the
23 ownership status of that home between May 9,
24 2019 and July 12, 2019?

213

1    A   **I did not.**
2    Q   There was a Cook County Sheriff's
3  officer that appeared at the subject home on May
4  12, 2019 -- strike that -- May 9, 2019, correct?
5    A   **Correct.**
6    Q   Do you know the name of that Cook
7  County Sheriff's officer?
8    A   **I don't.**
9    Q   That Cook County Sheriff's officer,
10 you never filed any complaint of any sort
11 against that officer, did you?
12   A   **I did not.**
13   Q   Other than this lawsuit, did you file
14 any complaint against Sergeant John Barloga?
15   A   **I did not.**
16   Q   Other than this lawsuit, did you file
17 any complaint against Officer Mercado for any
18 reason?
19   A   **I take that back.  I believe we did
20 file with the Attorney General's Office a
21 complaint regarding this, if I'm correct.**
22   Q   Okay.  When you say "we," who do you
23 mean?
24   A   **My counsel and I.**

54  (Pages 210 to 213)

Timothy Ferguson
March 27, 2023

214

1    Q   Mr. Brindley or another lawyer?
2    A   Another lawyer.
3    Q   Okay.  So it was a complaint with the
4  Attorney General's Office against an officer in
5  particular or officers plural or just the
6  Sheriff's Office?
7    A   I don't recall.
8    Q   Okay.  What was the complaint for?
9    A   I don't -- I don't recall it.
10   Q   Do you recall signing a document in
11 furtherance of submitting that complaint against
12 the person or entity?
13   A   I don't.
14   Q   Do you know what the outcome of that
15 complaint was?
16   A   I don't.
17   Q   Did you ever appear in any
18 administrative hearing or any proceeding with
19 respect to any complaint filed against the
20 Sheriff defendants in this case?
21   A   I did not.
22   Q   As to what happened to the complaint
23 or what the status is presently, you have no
24 knowledge?

215

1    A   I have no knowledge.
2    Q   Have you ever received any paperwork
3  or do you possess any paperwork that would
4  reflect the status of the complaint or the
5  filing of the complaint?
6    A   No.
7    Q   All right.  And it sounds like you
8  don't know who -- what the name of the person or
9  persons the complaint was filed against; is that
10 true?
11   A   Correct.
12   Q   So other than this complaint you are
13 referring to, were there any other complaints
14 you filed against Sergeant John Barloga?
15   A   No.
16   Q   Okay.  And I know you're not saying
17 you filed a complaint against Barloga because
18 you made clear you don't know who the complaint
19 was filed against, true?
20   A   True.
21   Q   Okay.  Have you filed, other than the
22 lawsuit, any complaints against Officer Mercado?
23   A   No.
24   Q   Other than the lawsuit, any complaints

216

1  filed against Officer Ishoo?
2    A   No.
3    Q   Can we agree that at the time Sergeant
4  Barloga first arrived on the scene at the
5  subject home on July 12, 2019, you were already
6  in the squad car, correct?
7    A   Correct.
8    Q   That was a Sheriff squad car, correct?
9    A   Correct.
10   Q   And at that point neither Officer
11 Ishoo or Officer Mercado had taken you into
12 custody and placed you in the squad car,
13 correct?
14   A   Correct.
15   Q   So at the time you were actually
16 physically placed in the squad car on July 12,
17 2019, that was by one Cook County Sheriff
18 officer acting individually, true?
19   A   True.
20   Q   And there was no other Cook County
21 Sheriff officer present other than the arresting
22 Cook County Sheriff's officer, true?
23   A   True.
24   Q   Were you on bond for any offense at

217

1  the time of July 12, 2019?
2    A   I was.
3    Q   What were you on bond for?
4    A   For the obstruction of a court
5  document.
6        MR. BRINDLEY:  To clarify, he pled to
7  the misdemeanor obstruction of a court document.
8  I don't know if he recalls the original charge
9  because it only ended up as a misdemeanor.
10       MR. COYNE:  What?
11       MR. BRINDLEY:  It ultimately ended up
12 as a misdemeanor.  So I don't think he remembers
13 what it started out as.  An unusual situation,
14 they pled the misdemeanor Federal interference
15 with an official document.
16       MR. COYNE:  Okay.
17 BY MR. COYNE:
18   Q   And in fact, you made a statement to
19 that effect on video that you were on bond,
20 correct?
21   A   Correct.
22   Q   Were you on bond with respect to a
23 Federal case?
24   A   Correct.

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

218

1    Q   Okay.  And did you --
2        Actually, were you in possession of
3  your bond slip at that time?
4    A   No.
5    Q   Were there any restrictions of your
6  bond that you were made aware of in the Federal
7  Court case?
8    A   No, no.
9    Q   Were you permitted to travel outside
10 the State of Illinois?
11   A   Yes.
12   Q   Okay.  In response, if you can turn to
13 your interrogatory Response No. 3, do you see
14 that answer?
15   A   Yes.
16   Q   So it says:  Plaintiff was arrested in
17 December of 2018 by Federal officers in the
18 Northern District of Illinois for obstruction of
19 a court document.  You pled guilty and served 30
20 days in the Metropolitan Correctional Center in
21 Chicago, Illinois.
22       Do you see that?
23   A   I do.
24   Q   So your actual service of the 30-day

219

1  sentence in the MCC would have came after July
2  12th of 2019, true?
3    A   Correct.
4    Q   You were still -- you were on bond at
5  the time?
6    A   Correct, correct.
7    Q   Once you completed the sentence, you
8  wouldn't have been on bond?
9    A   Correct.
10       MR. BRINDLEY:  Wait.  Go ahead, I can
11 ask you after.
12       MR. COYNE:  Either way.
13       MR. BRINDLEY:  I was just going to say,
14 I'm not sure -- I'm not sure the day when you
15 went in to do the 30 days, but -- I just don't
16 remember the timing.
17       Go ahead.  Maybe we can clarify it
18 on redirect.
19 BY MR. COYNE:
20   Q   All right.  I think you clarified
21 this, but as far as what, if any, bond
22 conditions you were under on July 12, 2019, you
23 don't recall; is that true?
24   A   Correct.

220

1    Q   When you were placed in the back of
2  the squad car the first time after you were
3  taken into custody, you were aware at that time
4  that you had been arrested for an alleged
5  trespass, correct?
6    A   Correct.
7    Q   Okay.  There was no doubt in your mind
8  as to why you were arrested, correct?
9    A   There was a doubt.
10   Q   Well, as far as the charge that you
11 were arrested for, that you understood?
12   A   Correct.
13   Q   That was trespassing?
14   A   Correct.
15   Q   And do you have any knowledge right
16 now, as you sit here now, whether or not
17 Bednarek was authorized to act on behalf of the
18 owner of the subject property when he complained
19 against you for trespassing?
20   A   I do not.
21   Q   Okay.  So can we agree that assuming
22 Bednarek was a lawful agent of the owner of the
23 subject home, then he had standing to accuse you
24 of trespassing, true?

221

1    A   I'm not sure.
2    Q   You don't know one way or the other?
3    A   Exactly.
4    Q   Understood.
5        Do you recall while present at the
6  scene at the subject home on July 12, 2019 that
7  there were certain pieces of paperwork that were
8  shown to the Cook County Sheriff's officers; do
9  you recall that?
10   A   I do.
11   Q   Did you ever have possession of that
12 paperwork?
13   A   I did not.
14   Q   Did you ever have a chance to see what
15 that paperwork was?
16   A   I did not.
17   Q   All right.  Do you recall statements
18 made by one or more of the Cook County Sheriff's
19 officers that that paperwork reflected that
20 Vicky Gow had an ownership interest in the
21 subject home?
22   A   I do not.
23   Q   And if such a statement were made,
24 were you in a position then or are you in a

56 (Pages 218 to 221)

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

222

1    position now to say that that statement would be
2    incorrect?
3        A   Can you repeat the question?
4        Q   Sure. Yes, I'll represent to you that
5    there were certain statements made by the
6    officers on scene, the Cook County Sheriff's
7    officers, that paperwork reflecting that Vicky
8    Gow had an ownership interest in the property,
9    that paperwork was shown to the Cook County
10   Sheriff's officers. I'll represent to you that
11   such statements were made in the video in this
12   case.
13           I'm asking you, do you have any
14   reason to believe that if such a statement was
15   made that it would have been factually
16   incorrect?
17       A   Yes.
18       Q   What do you base that information on?
19       A   The conversations that I heard with
20   the officers telling Mr. Bednarek that he has no
21   ability to press charges or sign a complaint or
22   anything for any trespassing.
23       Q   You're saying you heard the officers
24   plural or one or more officers say that?

223

1        A   I heard Sergeant Barloga discussing
2    whatever paperwork that Mr. Bednarek was showing
3    him, and him, it was clear as day, saying, "you
4    know, this isn't the paperwork that would allow
5    for you to sign a complaint or for you to charge
6    them with trespassing;" and that's when the "I
7    was just trying to scare him" comment came out.
8        Q   And I recall your testimony on that.
9    You're saying Mr. Bednarek was just trying to
10   scare you. That was the theory?
11       A   To get the tenant to come back and
12   accept the 5-day notice, correct.
13       Q   Do you believe that Sergeant Barloga
14   knew or should have known of the ownership
15   status of that home at any time after he arrived
16   at the subject home?
17       A   I'm not sure.
18       Q   Okay. Same question for Officer
19   Mercado. Same answer?
20       A   Correct. I am not sure.
21       Q   Same question, same answer for Officer
22   Ishoo?
23       A   Correct.
24       Q   I don't know if you answered this.

224

1        Q   Do you have any reason to believe
2    that Mr. Bednarek and Vicky Gow had a romantic
3    relationship as of July 12, 2019?
4        A   I believe at that point, I did know,
5    yes.
6        Q   And the answer was that they did?
7        A   Yes, they did.
8        Q   As of July 12, 2019, prior to your
9    arriving onto the premises of 7038 West 72nd, at
10   that time did you have a pending complaint
11   against Bednarek or had that been withdrawn?
12       A   That one was withdrawn.
13       Q   Do you know whether anyone other than
14   Bednarek had made any call to the Cook County
15   Sheriff's office on July 12, 2019 regarding your
16   presence there?
17       A   No.
18       Q   So as to what call, either Ishoo or
19   Mercado arrived at the subject home in response
20   to, you don't know?
21       A   The call that Mr. Bednarek made.
22       Q   And you know for a fact that the Cook
23   County Sheriff's officer was responding to that
24   particular call that he made as opposed to

225

1    another?
2        A   Correct.
3        Q   All right. And what do you base that
4    on?
5        A   The call, the disconnection of the
6    call and three minutes later, just me, Mr.
7    Shinstine and Mr. Bednarek standing there;
8    nobody else using the phone and him indicating,
9    "I'm calling the police."
10       Q   Okay. So you are not aware of any
11   other call between the time you arrived --
12   between the time you arrived and were accused of
13   trespassing and the time first Cook County
14   Sheriff's officer arrived other than the one
15   made by Bednarek?
16       A   Correct.
17       Q   And did you ever find out the phone
18   number he called?
19       A   I did not.
20       Q   When -- I think you've answered this,
21   but I want to clarify this. To the best of your
22   knowledge, prior to the first Cook County
23   Sheriff's officer arriving at the subject home
24   on July 12, 2019, none of those officers,

57  (Pages 222 to 225)

Timothy Ferguson
March 27, 2023

226

1    Barloga, Mercado or Ishoo had ever met or spoken
2    to Bednarek before, correct?
3        A   I don't know.
4        Q   You have no knowledge one way --
5        A   I have no knowledge one way or
6    another.
7        Q   Do you recall that Mr. Bednarek
8    actually showed his identification to the first
9    Cook County Sheriff's officer that arrived?
10       A   I don't recall.
11       Q   All right.  If I represented to you
12   that that occurred, would you have any reason to
13   disagree with me?
14       A   I would look at the video to confirm
15   it.
16       Q   Actually, you were shown the video
17   where you actually displayed your driver's
18   license to the first Cook County Sheriff's
19   officer that arrived; do you recall that?
20       A   Correct.
21       Q   As far as you know, when the --
22           Each of the officers first arrived
23   at the subject home on July 12, 2019, none of
24   them had any knowledge about the ownership

227

1    status of that home, correct?
2        A   Correct.
3        Q   When you were present and Bednarek was
4    present, at least one of the Cook County
5    Sheriff's officers were present, Mr. Bednarek
6    identified himself as a Chicago Police sergeant,
7    correct?
8        A   Correct.
9        Q   And you have alleged in your complaint
10   the -- I'll tell you the three counts that are
11   remaining against the Cook County Sheriff's
12   officers are false imprisonment, intentional
13   infliction of emotional distress and civil
14   conspiracy.  Does that sound correct to you?
15       A   Correct.
16       Q   The other counts having been
17   dismissed.
18           So I want to ask you the entire
19   list of reasons why you believe that the Cook
20   County Sheriff's officer who did arrest you did
21   so without reasonable grounds to believe that
22   you had committed the offense of trespassing?
23   Just tell me?
24       A   I mean, immediately you put me in

228

1    handcuffs.  Why not assess the situation; hear
2    from all the parties?  I wasn't, you know,
3    angry.  I wasn't loud.  I wasn't mischievous.  I
4    was none of that, I was conversating.
5            Why the need to immediately put me
6    in handcuffs; allow Mr. Bednarek to assist him
7    in putting me in handcuffs, as the video shows;
8    putting his hands on me, holding one of my arms
9    behind my back.
10           Why not the ability to kind of talk
11   it out and figure out what's, you know, going on
12   and then kind of assess the situation.
13           So that's the idea that I got based
14   on all of that was they had an agenda; and then
15   hearing the conversations about, you know, him
16   not being able to sign a complaint against me
17   for trespassing but yet I still sat.
18           You know, them basically -- him
19   asking, you know, "I'm just trying to scare him
20   to get the tenant here;" them kind of obliging
21   by it and not stepping in; them allowing him to
22   badger me.
23           I mean, he opens the door of the
24   Sheriff's car without any Sheriff there and just

229

1    starts yelling and screaming in my face.  I
2    mean, that's conspiracy.
3            No officers should allow any
4    citizen to do those kinds of things, because I
5    know I wouldn't be able to do it no matter who I
6    was.  You know, nobody would -- no normal
7    citizen would be able to do those kinds of
8    things that they allowed him to do..
9        Q   When you say "they," you mean the
10   Sheriff's officers allowed Bednarek to do?
11       A   Correct.
12       Q   When you said he was screaming at you,
13   you're referring to Bednarek?
14       A   Correct.
15       Q   It's fair to say that neither Barloga,
16   Ishoo or Mercado ever screamed at you, correct?
17       A   Correct.
18       Q   Okay.  So part of the reason why you
19   believe you were arrested without reasonable
20   grounds for trespass is because you heard, I
21   think you said Sergeant Barloga tell Bednarek
22   that he could not sign complaints for trespass
23   against you.  Is that your testimony?
24       A   Yes.

58  (Pages 226 to 229)

Timothy Ferguson
March 27, 2023

230

1    Q   Now, is it your --
2        Is the reason you believe that
3   supports your false arrest claim because that
4   statement was correct legally or just because
5   Barloga said it?
6    A   Legally because, one, in order to be
7   trespassing, I wasn't on the property when the
8   officer came up.  I was in the sidewalk in the
9   kind of the runway area there.  No -- you know,
10  outside of just his word, Bednarek's word, I was
11  trespassing.  When the officer walked up to us I
12  wasn't on the property.
13       So he had no knowledge that I was,
14  in fact, on the property.  He didn't see it.  He
15  didn't -- you know, he ultimately took
16  Bednarek's word for it; and didn't allow me to
17  do anything, say anything outside of basically
18  begging him as I was being led to the squad car.
19   Q   Okay.  Let me clarify.  As a factual
20  matter, you've testified that you were
21  physically on that property that day, correct?
22   A   Yes.
23   Q   Okay.  And you understood that
24  Bednarek had accused you of trespassing in the

231

1   presence of the Cook County Sheriff's officer,
2   correct?
3    A   Correct.
4    Q   And he did so prior to the Cook County
5   Sheriff's officer placing you under arrest,
6   correct?
7    A   Correct.
8    Q   He also did so in the immediate
9   vicinity of Vicky Gow, correct?
10   A   Correct.
11   Q   All of that happened before the first
12  Cook County Sheriff officer placed a hand on
13  you, true?
14   A   He -- she -- no.  She was not present
15  when he accused me of trespassing before any
16  officer was there.  The first time she became
17  aware -- she did not arrive until the officer
18  arrives.
19       She basically came around the block
20  as the officer pulled up.  So when she pulled
21  up, they came together in a sense.  In her car
22  she got out and she basically walked up the same
23  path that the officer did to me and to Bednarek.
24   Q   Right.  My point is at the time you

232

1   were placed under arrest by the first Cook
2   County Sheriff's officer who arrived, at that
3   time Vicky Gow was present?
4    A   She was.
5    Q   And your belief that you were placed
6   under arrest or falsely imprisoned, you were
7   arrested without reasonable grounds is based on
8   your belief that Bednarek could not sign a
9   complaint against you; is that fair or is there
10  another reason?
11   A   Correct.  No, that's fair.
12   Q   Is that the only reason?
13   A   Well, the false imprisonment, I mean,
14  once -- I believe once an authority, a sergeant
15  of a department says that he legally can't do
16  it; and then he's told "I just want to scare
17  him;" and then I sit for two more hours or
18  however long it was -- it felt like ten hours --
19  that that is false imprisonment, yes.
20   Q   Okay.  Any other reasons you have in
21  support of your allegation that you were placed
22  under arrest without reasonable grounds other
23  than what you have testified to thus far?
24   A   No.

233

1    Q   Okay.  And your false imprisonment
2   claim then would apply -- does it apply to
3   Barloga and Ishoo and Mercado, or just to the
4   officer who first arrested you and placed you in
5   the squad?
6    A   All of them.
7    Q   And what is your basis for all of
8   them?
9    A   Somebody has to step up and do the
10  right thing.  They knew -- they all knew that
11  that was the sergeant saying that he can't do
12  that and nobody -- they just kind of sat back
13  and left me there.
14   Q   All right.  So just so I understand,
15  your testimony is that one officer, that is the
16  first officer who arrived, whether it be Ishoo
17  or Mercado, that officer placed you under arrest
18  physically and placed you in the squad car,
19  correct?
20   A   Correct.
21   Q   And at the time you were arrested and
22  placed in the back of the squad car, there was
23  only one Cook County Sheriff's officer present,
24  correct?

59 (Pages 230 to 233)

Timothy Ferguson
March 27, 2023

234

1　　　A　Correct.
2　　　Q　But it's your testimony that the other
3　two officers, Barloga and then whoever the other
4　officer was, those two officers are also
5　responsible for placing you under arrest?
6　　　A　No, I never -- I didn't say that.
7　　　Q　That is what I'm trying to clarify.
8　　　A　No.
9　　　Q　But you said your false arrest claim
10　was against all three of the officers, so that's
11　what I'm trying to understand.
12　　　A　False arrest and false imprisonment, I
13　believe are two different things.
14　　　Q　Let's just refer to the false
15　imprisonment then, okay?
16　　　So at the time you were falsely
17　imprisoned, you believe all three officers were
18　responsible for the false imprisonment?
19　　　A　Correct.
20　　　Q　Okay.  And for any other reasons than
21　the reasons you have given thus far?
22　　　A　No.
23　　　Q　Okay, fair enough.
24　　　The intentional infliction of

235

1　emotional distress --
2　　　First of all, do you believe that
3　any of these officers, either Barloga, Ishoo or
4　Mercado ever knew you at any time before July
5　12, 2019?
6　　　A　No.
7　　　Q　Do you believe any of them had any ax
8　to grind against you at any time before July 12,
9　2019?
10　　　A　No.
11　　　Q　Do you believe any of them engaged in
12　conduct which they intended to cause you severe
13　emotional distress?
14　　　A　Yes.
15　　　Q　Okay.  And what --
16　　　Just give me a specific list of
17　what that conduct consisted of?
18　　　A　I mean, just they, you know, making me
19　sit in the back seat of a squad car in the
20　middle of July with it being 80, 90 degrees
21　outside knowing that somebody -- one of them
22　could have stepped up; and basically once it was
23　determined that he couldn't sign a complaint and
24　then he says he just wants to scare me, somebody

236

1　could have stepped in and said, you know, let's
2　get him out of there.
3　　　You know, they could have --
4　somebody could have done something.  They just
5　sat around and led by, what I believe, what
6　Sergeant Barloga was saying.
7　　　Q　Meaning?
8　　　A　Meaning that he can't sign the
9　complaint; that, you know, they -- there was no
10　trespassing either.  He can't do that.
11　　　Q　Other than that, anything else that
12　shows extreme -- or let's just ask, anything
13　else that shows their intention to inflict
14　severe emotional distress on you?
15　　　A　Yes.  I mean, you know, they didn't
16　allow me to speak.  They didn't allow me to
17　talk, have my side of the story.  It was one
18　sided and they just went with it.
19　　　So I feel that with them kind of
20　disregarding me and listening to what I
21　potentially could have had to say or anything,
22　that they didn't care, and so they didn't care
23　that I sat.
24　　　Q　I'm asking you now in support of your

237

1　allegation that the officers intended that they
2　wouldn't actually inflict severe emotional
3　distress on you.  Other than what you've
4　testified to thus far, anything else?
5　　　A　No.
6　　　Q　And anything else, anything in
7　addition to what you've testified to thus far
8　regarding any conduct that did, in fact, cause
9　emotional -- severe emotional distress by the
10　officers?
11　　　A　The conversations.  The conversations
12　with each other about, you know, that's --
13　again, I keep going back to it, but that he
14　couldn't sign a complaint and, you know; and
15　then they just allowed me to sit.  For the time
16　that I did, that's all, you know.
17　　　And I kind of tried to tell myself
18　that I didn't do anything wrong and, you know,
19　I'm sitting back here and I had nothing -- I had
20　no bad intentions, no nothing, and yet I'm just
21　sitting.  And I continued to sit and sit and sit
22　until they just decided to do what they wanted.
23　　　Q　Wasn't there a time when Officer
24　Mercado or Officer Ishoo actually removed you

60　(Pages 234 to 237)

Timothy Ferguson
March 27, 2023

238

1    from the rear of the squad car and released your
2    handcuffs in order to put them on again because
3    you were complaining they were too tight?
4        **A   I don't recall that.  I recall them**
5    **unhooking my handcuffs for me to make a phone**
6    **call to the tenant.**
7        Q    You recall --
8            Say that again.  I'm sorry.
9        **A   I don't recall them unloosening my**
10   **handcuffs and re-putting them back on.  I recall**
11   **them letting me out of the vehicle,**
12   **unhandcuffing me, making a phone call to the**
13   **tenant to ask him to come to the home, and then**
14   **being put back in handcuffs and back in the**
15   **vehicle.**
16           MR. COYNE:  Max, could you bring up
17   Unwanted_subject-8.  You could go to
18   approximately 28:30.
19           (Whereupon the requested
20           video was played.)
21   BY MR. COYNE:
22       Q    Can you see this all right?
23       **A   I can see it now, yes.**
24           **(Whereupon the video was**

239

1            **played and paused.)**
2            MR. COYNE:  You can stop it.  Thank
3    you.
4    BY MR. COYNE:
5        Q    Do you know which officer that you
6    sued that is who just released your cuffs?
7        **A   I don't.**
8        Q    Okay.  Can we agree that that officer
9    did, in response to your request to take the
10   cuffs off you because you said you were
11   uncomfortable?
12       **A   The video would show me that he was**
13   **changing out his cuffs for another officer's**
14   **cuffs.**
15       Q    Do you remember him saying he was
16   doing you a solid?
17       **A   I do.**
18       Q    Okay.
19       **A   Now I do.**
20       Q    What were you attempting to explain to
21   the officer at that time when you say I won't
22   come back?
23       **A   Just let me go.  I'm going to get away**
24   **from this situation because I had no involvement**

240

1    **in this situation between the estate and the**
2    **family.  I had no knowledge of any of it.**
3            **I was simply doing what I had been**
4    **always doing, and I wanted away from all of**
5    **this.  I wanted no part of this.  I didn't want**
6    **to have this happen or anything.**
7        Q    Do you begrudge the officers for
8    arresting you for trespassing if that complaint
9    was made by a person who owned the property?
10       **A   No.  I mean, that would be their job.**
11       Q    Okay.  And in fact, once the complaint
12   refusal form was signed, they released you from
13   the squad car, correct?
14       **A   Correct.**
15       Q    Okay.  And in fact, you thanked the
16   officers.  You said, "you won't see me again,"
17   and you thanked them, correct?
18       **A   I did.**
19       Q    Are you able to --
20           Let me ask you about your
21   allegations of -- you also have a civil
22   conspiracy claim against the three officers,
23   correct?
24       **A   Correct.**

241

1        Q    And it's your belief that Bednarek was
2    engaged in some sort of a conspiracy with one or
3    more of the three officers that you sued?
4        **A   Correct.**
5        Q    And just tell me what evidence you
6    have that Mr. Bednarek developed any
7    conspiratorial agreement with -- let's start
8    with Sergeant Barloga, against you?
9        **A   Just all of them sitting around**
10   **talking about the ability to not be able to sign**
11   **a complaint, and that he wanted to scare me, and**
12   **they just continued to have conversations and do**
13   **nothing other than just leave me sit there.**
14       Q    Okay.  And in fairness to you, you are
15   referring to earlier testimony you gave?
16       **A   Correct.**
17       Q    Other than what you have testified to
18   thus far, do you have any other evidence that
19   supports your contention that Sergeant Barloga
20   was involved in any conspiracy against you with
21   Bednarek?
22       **A   No.**
23       Q    Other than what you have testified to
24   thus far, do you have any other evidence that

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

242

1  Mercado -- Officer Mercado was involved in any
2  conspiracy against you with Bednarek?
3  **A   No.**
4  Q   Same question as to Officer Ishoo,
5  other than what you have testified to thus far?
6  **A   No.**
7  Q   Do you have any fear of retaliation by
8  any of the Cook County Sheriff's officers?
9  **A   I do.**
10  Q   And what is that fear based on?
11  **A   This lawsuit.**
12  Q   So it's your belief that because you
13  filed this lawsuit, you, as a result, have a
14  fear of potential retaliation by either Sergeant
15  Barloga or Officer Mercado or Officer Ishoo?
16  **A   I do.**
17  Q   And can you tell me what specifically
18  that is based on?
19  **A   Just, I guess, common sense, right?  A**
20  **lawsuit against them, a disciplinary action**
21  **potentially, potential loss of a job.  You know,**
22  **that affect a family.  It could kind of run deep**
23  **and, you know, people could do things that --**
24  **out of retaliation.**

243

1  **I mean, it happens all time.  And**
2  **so I do have fear that this lawsuit and any**
3  **potential disciplinary action that comes from**
4  **anything could lead to retaliation.**
5  Q   Retaliation by one of the officers
6  against you?
7  **A   Correct.**
8  Q   That would be in the instance where
9  there were some disciplinary action, first of
10  all, initiated against them; and secondly,
11  successfully, correct?
12  **A   Correct.**
13  Q   Are you aware of any disciplinary
14  action that has been initiated against Sergeant
15  Barloga, Officer Mercado or Officer Ishoo as a
16  result of your allegations against them?
17  **A   I don't.**
18  Q   Would you agree there hasn't been any
19  successful disciplinary action against any of
20  them either, correct?
21  **A   Now that you tell me, yes, but I would**
22  **have no knowledge of it, nor how I would find**
23  **out about the knowledge of that.**
24  Q   Sure.  Assuming there is no such

244

1  disciplinary action taken, or which occurred,
2  can we agree then you have no valid basis to
3  fear retaliation from any of these three
4  officers?
5  **A   No.**
6  Q   You still would?
7  **A   It's my opinion.  It's my belief.**
8  Q   I know.  I'm just trying to get the
9  basis for that belief.
10  **A   Yes, I mean, it's just -- it will kind**
11  **of just always be in my mind.**
12  Q   You mean the potential for
13  retaliation?
14  **A   Correct.**
15  Q   Even if no disciplinary action was
16  taken or resulted, you still think there would
17  be a risk of retaliation?
18  **A   Correct.**
19  Q   All right.  And other than what you
20  have testified to thus far, is there any other
21  reason you have in support of that?
22  **A   No.**
23  Q   You -- was there eventually a
24  conveyance of the property by Vicky Gow to your

245

1  father as far as you know?
2  **A   Yes, there was, I believe.  Actually I**
3  **know, yes.**
4  Q   Okay.  So that would suggest that you
5  now have reason to believe that Vicky Gow at
6  least at one point was the owner of the
7  property, correct?
8  **A   No.**
9  Q   How would she convey it to your father
10  if she didn't own it?
11  **A   Well, she didn't convey it.  It seemed**
12  **to have transferred from the other brother, her**
13  **and my father in an agreement for my father to**
14  **buy the home and then them split the proceeds.**
15  **So there was never, in my -- again,**
16  **my understanding of it; not that I got too in**
17  **detail, was -- is that it was in probate and**
18  **they had an agreement; and my uncle, my dad and**
19  **Mrs. Gow were going back and forth on the**
20  **property; and that ultimately they agreed to**
21  **allow my dad to purchase the property for the**
22  **cost of the house was the end result.**
23  **They were putting it up for sale;**
24  **and there was going to be proceeds split between**

62  (Pages 242 to 245)

Timothy Ferguson
March 27, 2023

246

1    the three of them, but my father opted to buy
2    the home from them; and they had to come to an
3    agreement on the price; and he bought the home,
4    and now he is the rightful owner of the home.
5        Q   When did that happen?  When did he buy
6    the home?
7        A   Maybe a year ago or so; maybe, if not
8    longer.
9        Q   But regardless, as to the ownership
10   status on July 12, 2019 of the subject home, you
11   can't speak to that, correct?
12       A   Correct.
13       Q   Are you able --
14           You testified earlier as to the
15   damages in this case, and you testified as to
16   PTSD, although you have never been diagnosed
17   with it.  You did suffer from depression?  I
18   wasn't sure.  Did you say Dr. Guzman did
19   diagnose you with depression or no?
20       A   He did.
21       Q   And the other mental, or I should say
22   emotional damages you testified to, are you able
23   to provide an explanation as to what
24   responsibility Sergeant Barloga has himself

248

1    to go home to my wife and kids now.
2            Who knows how long I'll have to sit
3    in jail because now I've violated my bond.  All
4    that basically plays the role in the mental
5    anguish that kind of inspired from Sergeant
6    Barloga by not saying hey.
7            Once he said that he couldn't sign
8    a complaint and that he didn't have the right
9    to, I felt and I should have just been
10   immediately removed from the vehicle and sent on
11   my way.
12       Q   Say that again.
13       A   Immediately removed from the vehicle
14   and kind of sent on my way.
15       Q   Are you able to give any sense of what
16   portion or how much responsibility he has for
17   those injuries you testified to?
18       A   I wouldn't be able to do that.
19       Q   That's not an effort you can make
20   successfully?
21       A   Correct.
22       Q   Fair?
23       A   Fair.
24       Q   Give me one second.

247

1    specifically for the mental and emotional
2    injuries you testified to?
3        A   If you are asking me to -- telling me
4    what I believe he should have done in his role,
5    yes, I believe he contributed to it.
6        Q   Right.  And I'm not asking you for
7    that.  I mean, I'm asking you if you can explain
8    to me, as counsel for Sergeant Barloga, what
9    portion or how he is specifically responsible
10   for the emotional injuries that you suffered as
11   a result of this episode as distinct from Mr.
12   Bednarek or the other actors in this case?
13       A   By not taking the lead as the sergeant
14   of those officers who I believe, you know,
15   detained me or arrested me unjustly; and once
16   hearing basically -- and telling Sergeant
17   Bednarek and the others that there was no
18   ability to sign a complaint or press charges
19   against him, that he didn't have that ability
20   based on paperwork that he was trying to show;
21   that he would have stepped in and allowed me to
22   be free; not to continue to sit there for the
23   time I did wondering if I was going to jail, if
24   I was going to violate my bond, if I'm not going

249

1            You had mentioned -- you stated in
2    the complaint on Paragragh 43 -- I am just going
3    to quote it: Mercado and Ishoo further violated
4    plaintiff's rights by creating sworn police
5    reports containing materially false statements
6    attributing to defendant, Bednarek, the ability
7    to press charges for trespassing, which legally
8    -- it says, which legally baseless allegation
9    was used unlawfully to detain Timothy.
10           Did you hear that?
11       A   I did.
12       Q   Okay.  And what police reports are you
13   referring to?
14       A   I don't recall exactly which one it
15   would be.  My assumption or guess would be that
16   it's related to the reports that they made on
17   this specific incident.
18       Q   Okay.  And was that a police report
19   that you ever viewed yourself?
20       A   I believe I did see it.  I believe I
21   did.
22       Q   All right.  You're saying this was a
23   police report from the July 12, 2019 incident?
24       A   I believe that's correct.

63  (Pages 246 to 249)

Timothy Ferguson
March 27, 2023

250

1    Q   Did you also see a police report from
2  the May 2019 incident?
3    A   I don't believe I saw that, no.
4    Q   So the only police report you saw
5  prior to your testimony here today is a police
6  report from July 12, 2019?
7    A   Correct.
8    Q   And who was --
9       What police agency was that created
10 by?
11   A   The Cook County Sheriff's agency.
12   Q   Sorry?
13   A   The Cook County Sheriff's agency.
14   Q   And what was the materially false
15 statement or statements contained in that
16 document?
17   A   That -- I believe, I can't quote it
18 correctly or directly or verbatim in a sense,
19 but along the lines of that I was trespassing on
20 a property, and that was kind of their basis for
21 arresting me. But again, I can't recall the
22 exact word for word, the basis of the report.
23   Q   Sure. But you were trespassing,
24 weren't you?

251

1    A   I was not.
2    Q   Okay. And you say that based -- on
3  for what reason?
4       MR. BRINDLEY: Objection. I think he
5  asked and answered this question.
6  BY MR. COYNE:
7    Q   And you can go ahead. You did, I just
8  want to make sure I understand the specific
9  reason you weren't trespassing.
10   A   I wasn't on the property when it's --
11 an alleged trespassing. While I admit that I
12 was, but -- and also Mr. Bednarek not having the
13 ability to do that.
14   Q   Okay. Those are the only reasons,
15 correct?
16   A   Correct. Well, and outside of me
17 having the belief that the property was with my
18 father. I was at the property 100 million times
19 a day back and forth over the last however many
20 years. So I never had the assumption that I
21 would ever be trespassing at my grandmother's
22 house.
23   Q   Sure. And do you have any reason to
24 believe that Barloga, Ishoo or Mercado knew that

252

1  you were physically present on those premises
2  prior to July 12, 2019?
3    A   No.
4    Q   And you were asked about conversations
5  with various people, including your wife and
6  Reyna who was the -- as I understand it, was the
7  girlfriend of the occupant as of July 12, 2019,
8  correct? Do you recall those questions?
9    A   Correct.
10   Q   Did you have any conversations with
11 any of those persons -- I can go through the
12 list if you'd like -- regarding the alleged
13 conduct of Sergeant Barloga, Officer Ishoo or
14 Officer Mercado on July 12, 2019?
15   A   Just my wife. Everybody else, no.
16   Q   And you had conversations with your
17 wife about Barloga, Ishoo and Mercado?
18   A   Correct.
19   Q   Just tell me what you said to her
20 about those three individuals?
21   A   It was just giving, like, the whole
22 theory or the whole, like, situation from start
23 to finish, kind of what happened, how it
24 happened. But outside of just kind of the whole

253

1  event that evening.
2    Q   Was there anything that you told her
3  that you haven't testified to here today?
4    A   No.
5    Q   All right. Anything that she said to
6  you about any of those three officers?
7    A   No.
8       MR. COYNE: I don't have anything
9  further. Thank you.
10      THE WITNESS: Thank you.
11      MR. LISY: Want to take a quick break?
12      THE VIDEOGRAPHER: The time is 3:14.
13 We are going off the record.
14          (Whereupon a recess was
15           taken after which the
16           proceedings resumed as
17           follows:)
18      THE VIDEOGRAPHER: The time is 3:19.
19 We are going back on the record.
20          Please proceed.
21          EXAMINATION
22 BY MR. OLSON:
23   Q   Good afternoon, Mr. Bednarek -- how
24 about that.

64  (Pages 250 to 253)

Timothy Ferguson
March 27, 2023

254

1         Mr. Ferguson, my name is Thomas
2    Olson. I represent Mr. Bednarek and D-Bats in
3    this case. I do have follow-up questions for
4    you. I am going to go through some notes I made
5    during your testimony and then run through some
6    questions I have planned before beginning your
7    deposition.
8         As we go through it there may be
9    some pauses in time. Forgive me for that. I'm
10   just trying to get through notes and not ask you
11   things a second or perhaps third time.
12        That being said, we have been here
13   for a while today. So it will probably
14   inevitably happen. I am not trying to keep you
15   here any longer or anybody else any longer. I'm
16   just -- either I missed or need to be reminded;
17   fair enough?
18        A    Fair enough.
19        Q    Okay. Let me just kind of run through
20   some notes. I have some follow-up questions.
21        A while ago now you gave some
22   testimony regarding some research you did,
23   Google-type research on Mr. Bednarek or,
24   quote-unquote, "unwritten policy" with the

255

1    Police Department. Do you remember that
2    testimony?
3         A    I do.
4         Q    Did you print any of that research
5    that you found?
6         A    I did not.
7         Q    Did you save it any other way, like,
8    you know, copy and paste a link and email it
9    yourself so you would find it later?
10        A    I don't recall.
11        Q    Okay. When or about when did Mr.
12   Halloron move in to the subject property?
13        A    I would say it would be December of
14   2018-ish.
15        Q    Okay. And who was living at that
16   subject property before he moved in, if anyone.
17        A    Nobody.
18        Q    Was that property furnished when he
19   moved in? Like was there bedding and couches
20   and other furniture there?
21        A    No, it was not.
22        Q    You mentioned that Mr. Halloron was
23   paying rent to your father. Did I get that
24   right?

256

1         A    Correct.
2         Q    You did not know the amount of monthly
3    rent, correct?
4         A    Correct.
5         Q    Do you know how Mr. Halloron made
6    those payments, like cash, check, credit card,
7    Zelle, Venmo, PayPal? And I think I have
8    exhausted my list of how to make payments there.
9         A    I would say cash.
10        Q    Mr. Halloron, as you mentioned, moved
11   into that home because -- or at least due in
12   part of a separation from his wife back around
13   that time; is that right?
14        A    Correct.
15        Q    And what was his wife's name?
16        A    Stacey.
17        Q    Do you maintain any type of contact
18   with Stacey?
19        A    I don't, no.
20        Q    Do you know if Stacey has any social
21   media or anything along those lines?
22        A    I don't.
23        Q    Any idea where she may live now?
24        A    I believe she is still living in

257

1    Burbank.
2         Q    Do you know if she still has the name
3    Halloron or has she changed it?
4         A    I'm not too sure.
5         Q    Do you know what her maiden name was?
6         A    I don't.
7         Q    Forgive me. Is it Shinstine?
8         A    Shinstine, correct.
9         Q    Shinstine. You mentioned Mr.
10   Shinstine is self-employed, I guess. He is a
11   general contractor, owns his own business?
12        A    Correct.
13        Q    What is the business name?
14        A    Empire Maintenance.
15        Q    Have you ever worked in any capacity
16   for Empire Maintenance?
17        A    Never.
18        Q    Okay. Just based on your relationship
19   with Mr. Shinstine, what is your understanding
20   of what the nature of that business is?
21        A    Landscaping and wood building decks
22   and fences and kind of that nature.
23        Q    All right. At the property in July
24   12, 2019, a number of people showed up,

65  (Pages 254 to 257)

Timothy Ferguson
March 27, 2023

258

1    including your sister and brother-in-law, right?
2        A    Correct.
3        Q    And how did it come to be they showed
4    up; like, did you call them or do you know how
5    it came to be that they appeared at the
6    property?
7        A    Paul -- Mr. Shinstine, called them.
8        Q    Okay.  Ms. Kowalski you've talked
9    about, how did you first meet or come to know
10   Ms. Kowalski?
11       A    Through a family friend.
12       Q    And about how long had you known Ms.
13   Kowalski up until July 12, 2019?
14       A    Maybe six months to a year.
15       Q    Do you recall which family friend it
16   was that introduced you or otherwise --
17       A    I don't, no.
18       Q    When or about when is the last time
19   you had any communication with Ms. Kowalski
20   about anything?
21       A    That evening, July 12, 2019.
22       Q    You mentioned the night of the July
23   12, 2019 incident, you had a -- or you described
24   as a long conversation with your wife Larissa,

259

1    right?
2        A    Correct.
3        Q    Give or take about how long?  Hour,
4    three hours?
5        A    Three hours, I think.  We drank some
6    wine and -- yes, about or three, four hours, I
7    would say.
8        Q    And that took the --
9        A    Well in the night.
10       Q    I'm sorry.  I didn't mean to cut you
11   off.  Go ahead.
12       A    Well into the night.
13       Q    And that conversation took place at
14   Larissa's grandmother's house?
15       A    Correct.
16       Q    Okay.  Prior to July 12, 2019, it's my
17   understanding --
18            Well, let me just ask you -- -
19            Were you and Larissa living in the
20   same residence?
21       A    We were.
22       Q    Okay.  Had you ever --
23            Had you and Larissa ever separated
24   before July 12, 2019?

260

1        A    For, like -- on and off, I would go
2    across the street and stay over there, but never
3    legally separated and/or for any long periods of
4    time.
5        Q    How long have you and Larissa been you
6    and Larissa?
7        A    13 years.
8        Q    And you probably told us when you got
9    married.  How long ago was it?
10       A    It will be 10 years in June.
11       Q    Okay.  Since being married, the on
12   again/off again of, you know, going across the
13   street and staying there for a couple nights,
14   approximately how many times did that happen?
15   Like 10 times, 20 times, 50 times.  Just your
16   best estimate.
17       A    Less than five times.
18       Q    Since July 12, 2019, have you received
19   any threats, verbal threats, physical threats,
20   anonymous letters or email threats from anyone
21   that you understood to be some sort of
22   retaliation or result of you filing this
23   lawsuit?
24       A    No.

261

1        Q    Earlier you testified that you didn't
2    have -- you haven't had any discussions with
3    your father about the May 2019 or July 12, 2019
4    incident; is that right?
5        A    Regarding the incident itself,
6    correct.
7        Q    And, likewise, you haven't had
8    discussions with him about this lawsuit, true?
9        A    Outside of him knowing I was coming
10   for a deposition; but the details and kind of
11   the fruit of the lawsuit, no.
12       Q    And you asked him about a week ago if
13   he could drive you here today, right?
14       A    Correct.
15       Q    So prior to a week ago, as far as you
16   know, did your father have any knowledge about
17   this lawsuit?
18       A    He did.  But just the nature, that
19   it's -- I have a lawsuit, yes, but nothing -- no
20   deep -- no conversations about the basis of it
21   or anything.
22       Q    So he knew the lawsuit existed?
23       A    Correct.
24       Q    And did he know it existed through

66  (Pages 258 to 261)

Timothy Ferguson
March 27, 2023

262

1   communications with you, or do you not have any
2   knowledge if he got that knowledge somewhere
3   else?
4        **A   I think through --**
5           **I would say through me when I began**
6   **the process.**
7        Q   Outside of telling him or generally
8   making him aware that you are filing this
9   lawsuit, is it your testimony that you did not
10   go into any details with him about what happened
11   or why or what your allegations were going to
12   be?
13        **A   Correct.**
14        Q   Did he ask you for that information
15   and you respond by saying, "I don't want to talk
16   about it," or did it even come up?
17        **A   No, he didn't ask really.  No.**
18        Q   It's my understanding that this May 9,
19   2019 incident is the first time you ever
20   remember ever seeing or interaction with Mr.
21   Bednarek; is that right?
22        **A   That's correct.**
23        Q   And this initial interaction came
24   about because a neighbor of yours, Mr. Ramos,

263

1   made you aware that someone come up to the door
2   and had a gun and was kind of driving around
3   back and forth or staying in the area; is that
4   fair?
5        **A   That's fair.**
6        Q   And you did not call 911, correct?
7        **A   Correct.**
8        Q   And is there any reason why you
9   wouldn't call 911 given that someone you don't
10   know is going up to the house who is armed?
11        **A   No.  There isn't any reason.  I**
12   **probably should have.**
13        Q   About May of 2019, it had probably
14   been going on probably for years by then, you
15   were aware that there was some sort of property
16   dispute between Vicky Gow and your father about
17   this home, right?
18        **A   And my uncle as well, correct.**
19        Q   And uncle?
20        **A   Golden.**
21        Q   I'm sorry.  You said Golden?
22        **A   Yes, and then last name is Ferguson.**
23        Q   Golden Ferguson, okay.  Forgive me, my
24   memory is off.  I don't remember hearing about

264

1   Golden Ferguson.  Was he --
2           Let me ask you to go through it
3   quickly.
4           Was he present at the May 2019 or
5   July 2019 incident?
6        **A   Neither.**
7        Q   Okay.  Have you ever spoken to him
8   about any of those incidents?
9        **A   None.**
10        Q   Have you ever spoken about the
11   lawsuit?
12        **A   Nothing.**
13        Q   Have you ever spoken him about the
14   nature of the property dispute of who claims
15   what?
16        **A   Nothing.**
17        Q   Does -- where does Golden live?
18        **A   Last I knew, probably five years**
19   **ago-plus, that he lived in Florida.**
20           MR. BRINDLEY:  Where else would You
21   expect with a name like Golden.
22           MR. OLSON:  California.
23   BY MR. OLSON:
24        Q   From what it sounds like, you don't

265

1   have a close relationship with your Uncle Golden
2   Ferguson; is that true?
3        **A   Absolutely.**
4        Q   Okay.  The May 2019 incident, was your
5   Aunt Vicky Gow ever present?
6        **A   No.**
7        Q   Had the Cook County Sheriff's
8   Department responded to this property for any
9   reason before May of 2019?
10        **A   Not to my knowledge.**
11        Q   Just through history of a long
12   relationship with Mr. Halloron, you, after
13   conversing with your father, agreed to let him
14   move into the property and pay some sort of
15   rent, right?
16        **A   Correct.**
17        Q   And it was never reduced to writing,
18   meaning a lease, correct?
19        **A   Correct.**
20        Q   Do you know if there is any writings
21   or documentation, even just emails, text message
22   or anything regarding the nature of how long he
23   might be there or how much rent be would pr
24   anything like that?

67  (Pages 262 to 265)

Timothy Ferguson
March 27, 2023

266

1      A   There is none.
2      Q   Earlier when discussing the July 12,
3  2019 incident, you mentioned that Mr. Bednarek
4  had a save the blue or some sort of t-shirt on
5  along those lines, right?
6      A   Correct.
7      Q   And I think you mentioned that there
8  was a CPD star on that shirt; is that right?
9      **A   After watching the video, I believe it**
10 **was, like, a badge.  I don't believe it was tied**
11 **directly to CPD after watching the video, but it**
12 **was, like, a black the blue t-shirt.**
13     Q   And that's kind of what I want to make
14 sure I'm understanding you right.  The, what we
15 will call a badge on a shirt that there was
16 actually a print on the shirt as opposed to a
17 badge he could take off and remove like a police
18 officer badge, correct?
19     **A   I believe, in watching the video**
20 **again, he did have a badge in his belt, but the**
21 **badge was printed on this shirt as anybody could**
22 **probably buy the shirt.**
23     Q   Okay.  So the CPD badge, you recall
24 both memory and from what you seen in the video

267

1  today, that he had it around his waist like
2  where you put a belt?
3      A   I believe so.
4      Q   Okay.  Did you ever ask your Aunt
5  Vicky to provide you with any sort of
6  documentation indicating her ownership interest
7  or rights to do anything with the property?
8      **A   I did not.**
9      Q   Did she ever try to give you any of
10 that, send it to you in the mail or ask if you
11 wanted it or offer to show it to you?
12     **A   No.**
13     Q   Before May of 2019, how would you
14 describe your relationship with your Aunt Vicky
15 Gow?  Is it distant before that?
16     **A   Yes, it has been distant for years.**
17     Q   Okay.  It sounded like towards the end
18 of the July 2019 incident, you were walking past
19 your Aunt Vicky, and you said that you said that
20 -- made a comment to her that you will do
21 whatever that needs to be done to get rid of the
22 situation; is that fair?
23     **A   Correct.**
24     Q   And Vicky responded I'll say

268

1  negatively saying -- I think her words were
2  "fuck you," and saying "go get him, Rich" or
3  something like that, right?
4      **A   Correct.**
5      Q   After she made the comment, you know,
6  "get him, Rich," or I think you said earlier,
7  you know, "lock him up, Rich" or something like
8  that, did Mr. Bednarek do anything to you?
9      **A   He did not.**
10     Q   Did he make a move toward you that,
11 you know, made you think he might do something
12 like, you know, take a couple steps, charge at
13 you, look, anything like that?
14     **A   I don't recall.**
15     Q   Okay.  Do you recall him saying
16 anything to Vicky in response like, you know,
17 "we'll handle it later; don't worry about it
18 anymore," any type of response to her?
19     **A   No.**
20     Q   You were mentioning that there is at
21 least a consideration from what it sounded like
22 with Mr. Halloron suing you because of the
23 problems he was having at the property; is that
24 right?

269

1      A   Correct.
2      Q   It never came to fruition, correct?
3      A   Correct.
4      Q   What is your understanding of what Mr.
5  Halloron would sue you for?
6      **A   Basically renting him a home because**
7  **the way he was -- the way he was taking it was**
8  **that he was going to ultimately be in trouble**
9  **for illegally occupying a home that we -- my**
10 **father and then I giving him permission to stay**
11 **in the home.**
12     **The money that he paid, there was a**
13 **concern that basically he would have owed the**
14 **money somewhere else based on this information.**
15 **So it was a variety of different kind of reasons**
16 **where he felt he needed to protect himself**
17 **potentially.**
18     Q   And you and Mr. Halloron are still
19 close friends, right?
20     **A   Correct.**
21     Q   And your friendship goes back decades,
22 true?
23     **A   True.**
24     Q   In terms of the physical injuries you

68  (Pages 266 to 269)

Timothy Ferguson
March 27, 2023

270

1    described, some swelling and bruising or some
2    sort of discoloration of a thumb, correct?
3         A   Correct.
4         Q   And you mentioned taking some
5    ibuprofen, using some ice, and about 24 hours or
6    so that had all subsided, right?
7         A   Correct.
8         Q   Did you at any time take any
9    photographs of your thumb when it was swollen or
10   discolored in any way?
11        A   I did not.
12        Q   You mentioned that after this, you
13   moved out of your home and went to live with
14   your wife in a separate residence, right?
15        A   Correct.
16        Q   And that you now rent your prior
17   house, true?
18        A   True.
19        Q   And who do you rent it to?
20        A   Anthony Dorman.
21        Q   Can you spell that one for me?
22        A   Anthony and then Dorman, D-o-r-m-a-n.
23        Q   And what is your relationship with Mr.
24   Dorman?

271

1         A   He is my cousin.
2         Q   Like does it go back decades?
3         A   He's my cousin, my first cousin.
4         Q   And for how long has Mr. Dorman been
5    renting your prior residence?
6         A   Since September of 2019, so almost
7    coming up four years.
8         Q   And do you sometimes go to your prior
9    residence to fix anything that may be wrong with
10   it as a landlord or anything like that?
11        A   No.
12        Q   When was the last time you went to
13   your prior residence?
14        A   It's at least been a few years, couple
15   years.
16        Q   When there is a problem there --
17            Well, let me strike that and start
18   over?
19            If or when there is a problem there
20   that needs to be handled, a leaky roof, you
21   know, a problem with the downspout, a problem
22   with an appliance or something, how do you
23   handle that?
24        A   He -- it's an agreement.  He is

272

1    basically just paying the mortgage payment, the
2    low mortgage payment on the home.
3         Q   Uh-huh.
4         A   And the agreement is he keeps the
5    upkeep.  He cuts the grass; he, you know, fixes
6    the fence; he fixed the soffits.  We haven't
7    gotten to a roof issue or any major issue, but
8    appliances, he buys his own appliances.  So
9    everything that would come with the upkeep of a
10   landlord, I don't have to do.
11        Q   Okay.  In terms of the sleeplessness
12   that you mentioned, have you ever gone to a
13   sleep study where you have to go to a medical
14   office and they put all sorts of sensors on you
15   and you have, like, an overnight sleep study?
16        A   I have not.
17        Q   Has any treatment provider, whether it
18   be Dr. Guzman, Dr. Siegel or anyone else,
19   recommended to you that have you have a sleep
20   study done?
21        A   No.
22        Q   Did you ever ask them about having a
23   sleep study done?
24        A   No.

273

1         Q   The prescription that you had,
2    Sertraline, did I say that right?
3         A   I believe that's how it is said.
4         Q   Okay.  Where did you have that
5    prescription filled?
6         A   In Dr. Guzman's office.  They double
7    as a pharmacy.
8         Q   And I'm sorry.  Where is Dr. Guzman's
9    office located?
10        A   63rd Street and I think it's Kolin
11   Avenue.  I believe that's either Stickney or
12   Chicago.  I'm not sure one of -- which side it's
13   on.
14        Q   Is it, you know, like an affiliation
15   like, you know, Methodist Hospital and that's
16   where he's at, or is that his own office?
17        A   No, no, he is affiliated, I believe,
18   with either OSF or Advocate, one of the two.
19        Q   Okay.  We're talking about some
20   problems that you have had since July of 2019.
21   You mentioned, you know, withdrawing socially
22   and not wanting to go out as much and things of
23   that nature, right?
24        A   Correct.

69  (Pages 270 to 273)

Timothy Ferguson
March 27, 2023

274

1     Q   Has there been any event specifically
2 that you missed because of those issues, such as
3 you didn't attend your nephew's wedding or
4 something like that?  Any kind of event like
5 that stands out that you did not go to because
6 of these issues?
7     A   No major event.  Nobody has gotten
8 married or anything in this time frame.
9     Q   Outside of weddings, have there been
10 any major events that you have gone to since
11 July of 2019?
12     A   I went to a concert in Tinley Park
13 maybe twice over the last couple years, but
14 other than that, I can't think of any big events
15 that I would -- I usually do go to Cubs games,
16 but I haven't gone.  I would take the train.  I
17 haven't done that.  So outside of any other big
18 events, I can't think of any.
19     Q   Not to make them sound like small
20 events, but maybe smaller events that you were
21 able to attend, things like family birthdays or
22 other holidays and things of that nature, right?
23     A   That has started to come around now,
24 yes.  Prior to -- after the incident, like, you

275

1 know, even family events were just no longer
2 appealing to me.  I would just stay home and my
3 wife and kids would go.  You know, I missed a
4 couple Christmases, Thanksgivings, stuff like
5 that.
6     Q   What Christmases have you missed?
7     A   2019, 2020 -- or 2020, there was none,
8 and '21.  2022 was the first Christmas that I
9 went back.
10     Q   And back where?  Where were --
11     A   To my mother's.  They have basically
12 -- on both sides, actually.  My wife's mother's,
13 they have both sides of her family, and then my
14 mother has both side of our family.
15     Q   And would that be the same travel
16 situation for other holidays like Thanksgiving
17 and things like that?
18     A   Correct.
19     Q   Same type of situation with 4th of
20 Julys or Memorial Days?  Have you refrained from
21 going to any parties or gatherings on those
22 days?
23     A   Correct.
24     Q   Same time period, basically 2019; not

276

1 2020 because of the pandemic?
2     A   Correct.
3     Q   Yes in 2021?
4     A   Correct.
5     Q   And you have returned or started
6 going --
7     A   Starting to slowly get back to normal
8 and up to date.  So between 2022 and to the
9 current date.
10     Q   Okay.  Have you taken any family
11 trips, whether it be Florida, the Dells, Italy,
12 anything like that since July 2019?
13     A   I did go to Florida, Panama City
14 Beach, Florida in 2021.
15     Q   With whom?
16     A   My wife and my children.
17     Q   You stayed at a hotel down there?
18     A   We went, like, an Airbnb.
19     Q   Okay.  Fly or drive there?
20     A   We drove.
21     Q   How long was the time in Panama City
22 Beach?  A week?
23     A   Seven days.
24     Q   You mentioned that before the

277

1 interactions with Mr. Bednarek you had good or
2 otherwise positive interactions with the Chicago
3 Police Department, right?
4     A   With all law enforcement, correct.
5     Q   All right.  And just specifically CPD,
6 what were the positive interaction before this
7 that you had with them?
8     A   Just outside Cubs games, you know,
9 laughing with them, seeing them at parades, you
10 know, just downtown, the beaches, everything I
11 did before this.
12     Q   Okay.  You've mentioned Mr. Bednarek
13 identified himself at some point on July 2019 as
14 a sergeant with the CPD, right?
15     A   Correct.
16     Q   Do you recall him ever identifying
17 himself or making it known that he is a special
18 process server?
19     A   I don't recall.
20         (Whereupon a discussion
21          was held off the record.)
22     THE VIDEOGRAPHER:  Let me take this
23 time to change the media file.
24     MR. OLSON:  Sure.

70  (Pages 274 to 277)

Timothy Ferguson
March 27, 2023

278

1      THE VIDEOGRAPHER:  We have reached the
2  conclusion of Media File No. 2.  We are going
3  off the record.
4  (Whereupon a recess was taken after which
5           the proceedings resumed
6           as follows:)
7      THE VIDEOGRAPHER:  The time is 3:49.
8  This is Media File No. 3.  We are continuing the
9  deposition of Timothy Ferguson.
10         Please proceed.
11  BY MR. OLSON:
12     Q   Mr. Ferguson, I am going to hand you
13  what has been marked as Exhibit No. 4 for your
14  deposition.  For purposes of identification,
15  these are Bates stamped Nos. FCRL 1 through 5.
16         (Whereupon Deposition
17          Exhibit No. 4 was marked
18          for identification; said
19          exhibit was tendered to
20          the witness.)
21     Take a second and just thumb
22  through it and let me know when you're through
23  and ready for questions about it?
24     A   Okay.

279

1      Q   This is an arrest record pertaining to
2  you in a December 7, 2010 arrest in Stickney,
3  Illinois.  Do you remember that event?
4      A   I do.
5      Q   Okay.  And that --
6          Did the arrest occur at your home?
7      A   It did.
8      Q   And is this actually your first
9  arrest?
10     A   Yes, this would be, yes.
11     Q   I know we're going back about a little
12  over 12 years here.  Do you recall who else
13  other than yourself and authorities were present
14  at that location at the time of the arrest?
15     A   I don't.  I believe it was just me.
16     Q   Okay.  I take it when you were
17  arrested you were placed in handcuffs, right?
18     A   Correct.
19     Q   And placed into a police vehicle,
20  true?
21     A   Correct.
22     Q   And the taken to a Police Department,
23  right?
24     A   I was.

280

1      Q   And were you taken --
2          Do you remember which Police
3  Department you were taken to?  Was it Cook
4  County Sheriff's?
5      A   Maywood.
6      Q   Maywood.  All right.
7          From what I saw in the document,
8  the charges at least were for domestic battery,
9  right?
10     A   That appears correct.
11     Q   And it looks like the name of the
12  person is Donte?
13     A   Correct.
14     Q   Okay.  What was your relationship with
15  Donte?
16     A   She's my oldest daughter's mom.
17     Q   At the time of the arrest, was it
18  oldest daughter's mom or was there a
19  relationship; you guys were still dating or?
20     A   She -- we -- she is from Arizona.  She
21  came here from Arizona.  She had nowhere to go
22  so she stayed in the back room of the home.
23     Q   So she was --
24          She came for a visit with the

281

1  daughter?
2      A   No, no.  She was, like, here then and
3  we were ultimately separated at that point; and
4  then she was debating whether she was going back
5  to Arizona, as I had, one, custody of our
6  daughter, and these allegations and stuff were
7  all dismissed because -- and that's why I have
8  custody of my daughter, and she's gone and
9  hasn't been around since.
10     Q   Got it.  That will make the next few
11  questions are a little faster and easier then.
12         Was there, in fact, some sort of
13  battery, touching incident between you and
14  Donte?
15     A   There wasn't.
16     Q   What, at least as far as you
17  understand, led to police being called?  Was it
18  Donte was mad at you and made up a false
19  allegation, for lack of a better --
20     A   Correct.  She -- it was false
21  allegations.  She was -- had nowhere to go.  She
22  was basically being forced to go back to
23  Arizona; and this was kind of the start of it.
24     Q   So you have custody of the daughter

Timothy Ferguson
March 27, 2023

282

1   you have with Donte, right?
2     A  Correct.
3     Q  And is it full custody or does Donte
4   ever have any sort of visitations, summers,
5   anything?
6     A  It's full custody.
7     Q  When was the last time you had any
8   contact with Donte?
9     A  Periodically, I have contact and so
10  does my daughter.  They are on a -- my daughter
11  doesn't want to have anything to do with her,
12  but I try to convince my daughter -- she is
13  going to be 16 -- that that's her mom, and it
14  will always be her mom, and maybe at some point
15  down the road they could salvage their
16  relationship.
17    Q  Is Donte back in Arizona now?
18    A  She is.  She's been for 11 years now,
19  12 years.
20    Q  And do you --
21      What is the contact information you
22  have for Donte?  Do you have her phone number or
23  email?
24    A  She uses, like, a text app or email.

283

1  She doesn't have nothing.  It's like -- she
2  texts us off of, like, a wi-fi thing.
3  Donte_Cruz@gmail.com.
4    Q  And there's a narrative in there, just
5  generally speaking, that Donte said she was on
6  the phone; you were mad and for some reason
7  slapped the phone, struck her.
8      Without going into every single
9  detail there, it's your testimony that this
10  altercation didn't happen.  She was just upset
11  with you and decided to call the police, I
12  guess, as a revenge act?
13    A  Correct.
14    Q  Other than this arrest, were there
15  any -- I'll call them follow-up activities, like
16  did Donte get a restraining or try to get a
17  restraining order against you or vice versa,
18  anything like that that you can remember?
19    A  I believe there was one; and then I
20  appeared and ultimately they -- it was removed
21  because she was going to agree to basically sign
22  over custody and move back to Arizona.  So they
23  lifted it.  I don't even believe it was active
24  for -- it was a small period of time.  I believe

284

1  right after this happened.
2    Q  Okay.  With respect to this particular
3  arrest, you mentioned you were taken to the
4  police station.  Were you held there overnight,
5  for a few hours, a week, or how long were you
6  there?
7    A  I believe it was just -- I was -- I
8  bonded out.  I believe it was right away.
9    Q  Okay.  And how long did it take to
10  bond -- I mean, is that minutes, hours?
11    A  A couple hours; yeah, a couple hours.
12    Q  Did you have to go to a criminal court
13  in relation to this arrest and enter a plea or
14  anything like that, or did you just --
15    A  I think I showed up to court; and she
16  didn't show up; and they gave another court
17  date; and she didn't show up again; and they
18  just dismissed it.
19    Q  Okay.
20    A  I believe was the outcome of that.
21    Q  What was the courthouse that you went
22  to?  Is that the 26th and California or was
23  that --
24    A  Bridgeview.

285

1    Q  Bridgeview.  For purposes of
2  identification, I am going to mark Exhibit 5,
3  documents Bates stamped FCRL 6 through 10.
4        (Whereupon Deposition
5        Exhibit No. 5 was marked
6        for identification; said
7        exhibit was tendered to
8        the witness.)
9     MR. COYNE:  I'm sorry.  The exhibit you
10  marked, was it 4?
11     MR. OLSON:  Yes.
12  BY MR. OLSON:
13    Q  And like the last time, Mr. Ferguson,
14  thumb through and let me know when you're ready
15  for questioning about it.  I don't want to rush
16  you.
17        (Whereupon the witness
18        examines a document.)
19    A  Okay.
20    Q  So this particular exhibit is --
21  refers to an arrest on July 4, 2014 at a
22  residence in Nottingham Park.  Do you recall
23  this?
24    A  I do.

72  (Pages 282 to 285)

Timothy Ferguson
March 27, 2023

286

1      Q   And that residence, is that somewhere
2   you lived?
3      A   It was.  It was my home.
4      Q   Okay.  And you own the home?
5      A   I do.
6      Q   Okay. It's July 4th.  I'm taking
7   there were more than just a couple of people
8   present, probably some sort of July 4th party;
9   is that right?
10     A   Correct.
11     Q   Who in particular do you remember
12  being present?  I'm not going to ask you to give
13  the names.
14     A   I mean, there was a bunch of people.
15     Q   Okay.  And this particular incident,
16  like the one we just discussed, were you
17  handcuffed, put in a vehicle and taken to the
18  police station?
19     A   I don't believe I was handcuffed.  I
20  was -- I agreed to walk with them.  I believe he
21  said instead of in front of, like, the kids that
22  were at the party and stuff like that, he just
23  asked me to walk with him out.
24     Q   Okay.  What happened to the party?

287

1   Did everybody disperse?  Was somebody in charge
2   of the home?
3      A   No.  My wife was still there.  My mom
4   and them were still there.  It was a 4th of July
5   party, and everybody kind of stayed.
6      Q   The police station we were taken to,
7   was that Bridgeview again?
8      A   It was Maywood.
9      Q   Maywood, I mean.  Maywood?
10     A   Maywood.
11     Q   Okay.  Generally speaking, the
12  narrative states that you were arrested for
13  refusing to turn down music after being warned
14  or instructed or requested several times.
15          Were you instructed or asked at
16  least a couple of times before actually being
17  arrested?
18     A   I don't recall.  I don't believe it
19  was me, but I was the homeowner, so...
20     Q   Okay.  How big was the party?  I mean,
21  are you talking like 20 people, 50 people?
22     A   I mean, we're talking probably 100
23  people-plus.
24     Q   Okay.  Any idea who contacted police

288

1   or how it came to be that they showed up there
2   about the volume?
3      A   Yes.  We had a nosy neighbor a couple
4   of houses down that we discovered after a few of
5   our 4th of July parties.
6      Q   Okay.  Do you remember the nosy
7   neighbor's name?
8      A   I don't.
9      Q   How long were you at the police
10  station in relation to this particular arrest?
11  Was it a couple hours?
12     A   Two hours.  Yeah, I think it cost me
13  100 bucks and that was the end of it.
14          (Whereupon a discussion
15          was held off the record.)
16  BY MR. OLSON:
17     Q   Just for purposes of identification,
18  we marked Exhibit 6 for the deposition pages
19  Bates stamped FCRL 30 through 67.
20          (Whereupon Deposition
21          Exhibit No. 6 was marked
22          for identification; said
23          exhibit was tendered to
24          the witness.)

289

1          MR. LISY:  For the record, this was
2   produced pursuant to the confidentiality order.
3   For ease of today, can we just put this on the
4   confidential record; and then we can discuss
5   later if you have an objection to that; or at
6   least say the City is going to request that this
7   be put on the confidential record.
8          MR. OLSON:  All right.  So you don't
9   want it attached, obviously?
10         MR. LISY:  You can attach it.  We'll
11  attach it to the confidential record.
12         MR. OLSON:  All right.
13         MR. LISY:  And if you're going to ask
14  questions about it, and then once we move on we
15  will go off the confidential record.
16         MR. OLSON:  Okay, all right.  Ready to
17  proceed then?
18         MR. LISY:  Good, unless there is an
19  objection from somebody else.
20         MR. COYNE:  No, there is none.
21         THE VIDEOGRAPHER:  Can we pause for a
22  moment?  We're going to go off the record.
23          (Whereupon a recess was
24          taken after which the

73  (Pages 286 to 289)

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

290

1       proceedings resumed as
2       follows:)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

291

1
2       THE VIDEOGRAPHER:  The time is 4:02.
3   We are going back on the record.
4       CONFIDENTIAL RECORD BEGINS
5       CONTAINING PAGES 291 to 296
6       IN A SEPARATE TRANSCRIPT.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

297

1   BY MR. OLSON:
2       Q   On May 9, 2019, as we have seen you
3   have talked about, you told Reyna not to open
4   the door, not to accept the paper Mr. Bednarek
5   was trying to hand her and things of that
6   nature, correct?
7       A   Correct.
8       Q   And why did you not want Reyna to
9   accept that document?
10       A   I had no idea who he was.  I had no
11   idea if, you know, he would identify as working
12   on behalf the estate or who he was, what he was
13   about.  I mean, somebody just randomly knocking
14   on your door.
15           I don't even believe in the video
16   we watched he identified himself as his name,
17   his position, his title and what he was there
18   for outside of, "I'm giving you this 5-day
19   notice."
20       Q   You served similar notices?
21       A   I have.
22       Q   And when you serve them, do you
23   identify yourself, who you are, what you're
24   doing, give everybody your name, or did you just

298

1   give it to them?
2       A   They would -- I don't just because
3   they -- I mean, I'm around the properties all
4   the time so they know who I am versus, again, if
5   Vicky thought she had the ability to do it, I
6   would have known it was her and what she was
7   doing.
8       Q   Are you aware of any rule, regulation,
9   law or anything that requires a special process
10   server to provide their name, why they're there,
11   what is going on or anything in addition to what
12   you wanted Mr. Bednarek to do?
13       A   No.
14       Q   Did you have any suspicion that Mr.
15   Bednarek was there in May 2019 because of the
16   property dispute that had been ongoing between
17   your aunt, brother and uncle -- I'm sorry --
18   your aunt, father and uncle?
19       A   I did not.
20       Q   Would it be fair to say that on May
21   2019 you felt Mr. Bednarek was aggressive in
22   some way?
23       A   Absolutely.
24       Q   He did not physically contact or hit

74  (Pages 290 to 298)

Timothy Ferguson
March 27, 2023

299

1  you though, correct?
2      A   Correct.
3      Q   Did he take a kind of menacing
4  approach to you, run at you, lunge at you,
5  anything like that?
6      A   **Outside of the aggressive tone, no.**
7      Q   Okay.  So it was the tone of voice
8  that communicated the aggression to you; is that
9  right?
10     A   **Correct.**
11     Q   Just as a general statement, would you
12 agree that you don't have the authority to
13 interfere or block any court ordered activities,
14 correct?
15     A   **Correct.**
16     Q   Have you ever seen any document,
17 meaning a title, a deed or some sort official
18 document stating who owned this property at any
19 time after your grandmother's death?
20     A   **I did not.**
21     Q   With respect to your grandmother's
22 will, have you ever read it?
23     A   **I did not.**
24     Q   You mentioned earlier that you chose

300

1  not to pursue any complaint in relation to this
2  May 9, 2019 incident, and you made that choice
3  before the July 12, 2019 incident, correct?
4      A   **I don't recall.**
5      Q   Okay.  Had the July 2019 incident not
6  occurred, would it be fair to say that you would
7  not have pursued this court case or any types of
8  complaints against any of the defendants
9  involved in this case?
10     A   **Correct.**
11     Q   Now, let's mark those interrogatory
12 answers I asked you to review.
13         So Exhibit 7 are the answers to
14 interrogatories propounded by D-Bats -- and I'm
15 looking for my copy -- and Mr. Bednarek.
16             (Whereupon Deposition
17              Exhibit No. 7 was marked
18              for identification; said
19              exhibit was tendered to
20              the witness.)
21         Do you have that document in front
22 of you, sir?
23     A   **I do.**
24     Q   Okay.  I still have a couple questions

301

1  that are probably starting to sound familiar to
2  you now.  You have had a chance to go through
3  this document; is that correct?
4      A   **Correct.**
5      Q   And you had a chance to go over these
6  answers with your counsel before the document
7  was finalized and created, correct?
8      A   **Correct.**
9      Q   And are the answers in this document
10 true and correct to the best of your knowledge
11 as you sit here today?
12     A   **To the best of my knowledge, correct.**
13     Q   Okay.  Give me a moment.  I'm skipping
14 ahead in my outline here because I had a lot of
15 questions about the people on there, but Mr.
16 Lisy has already gone over it all.  So I'll save
17 a little time there.
18         All right.  Can you jump to -- it's
19 Page 2, Interrogatory No. 5.  It asks you names
20 and addresses of persons who has knowledge of
21 the facts in the complaint, so on and so forth.
22     A   **Correct.**
23     Q   And you listed Jerry Porzemsky, PhD,
24 and the address as indicated, right?

302

1      A   **Correct.**
2      Q   Who is Jerry Porzemsky?
3      A   **It goes kind of along the lines of**
4  **talking on the phone, trying to get into a**
5  **counselor, therapist, psychiatrist, psychologist**
6  **type thing, and did a phone interview, but**
7  **ultimately the insurance at my prior company did**
8  **not accept -- they didn't pay for that; and it**
9  **was $175, I believe, an hour; and unfortunately,**
10 **I had to cut it off right there.**
11     Q   You say "right there."  After one
12 initial conversation?
13     A   **We basically started to discuss; he**
14 **said okay; then he took some insurance**
15 **information; and then got back to me and said**
16 **that, you know, ultimately the insurance**
17 **declined everything; and so if I wanted to**
18 **continue it would be $175 or so an hour for the**
19 **hour, but unfortunately I couldn't do it.**
20     Q   Okay.  Would you say yes or no to
21 whether -- did Mr. Porzemsky ever provide you
22 with treatment or counseling of any sort?
23     A   **Yes and no.  Yes, I was able to kind**
24 **of start -- he was more or less the first person**

75  (Pages 299 to 302)

Timothy Ferguson
March 27, 2023

303

1    **that I was able to kind of discuss things with,**
2    **get a couple things off my chest.  Obviously I**
3    **had a lot more to discuss; but no, because I**
4    **didn't get any result from it.**
5        Q    All right.  And if we flip -- just
6    flip the pages, Interrogatory No. 7.  It's got
7    subparagraphs A through F.  Looking at your
8    answer, kind of almost all the way at the end,
9    again we see Dr. Porzemsky's name there.  Do you
10   see where I'm looking?
11       **A    Uh-huh.**
12       Q    It indicates that treatment was
13   approximately April or May 2020; is that right?
14       **A    That's right.**
15       Q    So Dr. Porzemsky was the first person
16   you talked to in terms of treatment, correct?
17       **A    Correct.**
18       Q    And that was, I guess, give or take a
19   year after the May 2019 incident and about ten
20   months or so after the July 2019 incident,
21   right?
22       **A    Correct.**
23       Q    And how many --
24           Did you ever meet Dr. Porzemsky

304

1    face to face for any type of therapy or
2    counseling?
3        **A    Never.**
4        Q    Okay.  It was just on the phone?
5        **A    Correct.**
6        Q    And how many phone conversations or
7    communications did you have with Dr. Porzemsky
8    that you would consider treatment?  I don't mean
9    like the last call where he said "hey, this
10   doesn't work; you got to pay out of pocket?"
11       **A    All in the same day.  One time.  That**
12   **was it.**
13       Q    How did it come to be that you got in
14   touch with Dr. Porzemsky?  Like, did a friend
15   recommend him?
16       **A    I was actively trying to find a**
17   **different -- you know, during the pandemic, I**
18   **wasn't able to get anybody who had availability;**
19   **and he was one that had some availability to do**
20   **over the phone only; no in-person.**
21       Q    All right.  You have told us about the
22   effects of the sort of combination --
23           Well, let me strike that.
24           In terms of marital problems

305

1    beginning, that was the night of the July 12,
2    2019 incident; is that right?
3        **A    That's when basically everything kind**
4    **of started falling in my lap, as I like to call**
5    **it.**
6        Q    And prior to July 12, 2019, how would
7    you describe your relationship with your wife,
8    let's say in the last 6 to 12 months before
9    that?
10       **A    I would say good.  I would say, you**
11   **know, we had a lot going for us.  We were in a**
12   **good spot.  Everybody has their kind of hiccups**
13   **along the way, but there was no major problems.**
14       Q    So it was going along good for at
15   least about 6 to 12 months before July 12, 2019;
16   and after that incident she kind of gave you an
17   ultimatum like, you know, leave the house or I'm
18   out of here; is that right?
19       **A    Correct.**
20       Q    I'm looking at Interrogatory No. 9;
21   and the answer there talks about inability to
22   work.  And the name and address of the employer
23   is Warrior Invictus.  Who or what is Warrior
24   Invictus?

306

1        **A    That's the holdings company.  It's for**
2    **First Chicago Insurance.**
3        Q    Okay.
4        **A    That was who -- it's, like, their**
5    **holding company.**
6        Q    Okay.  So that's the same employer you
7    have had for a long time, right?
8        **A    From 2007-ish, I believe, so yes,**
9    **basically.  Yes, prior to this last two years,**
10   **it was my prior long-term employer.**
11       Q    And are you salaried or hourly?
12       **A    Salary.**
13       Q    It says you had to miss multiple days
14   off of work.
15           As you sit here now, because there
16   is no indication of how many days, how many days
17   did you miss or about how many days?  Are we
18   talking two to three, 20 to 30?
19       **A    I would say probably roughly two to**
20   **three weeks in total; not consecutive, you know,**
21   **multiple days here or there, the inability to**
22   **want to go to work, want to even get up, want to**
23   **do anything.  So in total I would say, you know,**
24   **three weeks-ish combined a good number.**

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

307

1      Q   Okay.  So from July 12, 2019 until
2   when we sit here today, you would estimate the
3   amount of time you missed from work on account
4   of this accident and not being sick, you know,
5   physical ailment, to be about two to three
6   weeks?
7      A   Correct.
8      Q   And who is your current supervisor?
9   Who do you report to?
10     A   Her name is Sharon.
11     Q   Sharon.  And what is her last name?
12     A   Harmillo.  Harmillo, H-a-r, I believe,
13  m-i-l-l-o.
14     Q   And was Sharon your supervisor back in
15  July of 2019?
16     A   She was not, no.
17     Q   Okay.  Back in July of 2019, who was
18  your supervisor?
19     A   Tyler Steffens and Gene Donchez.
20  Tyler Steffens, S-t-e-f-f-e-n-s, I believe it
21  is; and Gene Donchez, D-o-n-c-h-e-z.
22     Q   Are Tyler or Gene still with that same
23  employer?
24     A   I believe they both are, yes.

308

1      Q   Okay.  Have you had any problems at
2   work that you attribute to the effects of this
3   incident?  Let me be more specific.  By
4   problems, you know, fights or arguments with
5   coworkers that you wouldn't have had in the past
6   before July 12, 2019?
7      A   Specifically fights and stuff, no, but
8   the inability to produce work at a high rate
9   like I used to went down, you know, being at
10  work all the time went down.  So it did affect
11  my work and job itself.
12     Q   Did you get reprimanded or disciplined
13  at work for any shortcomings or drop in
14  production since July 12, 2019?
15     A   I guess maybe it reflected in my
16  annual raises.
17     Q   Did any of your supervisors tell you
18  hey, you know, you would be getting more but,
19  you know, you're missing too much time or your
20  work product has dropped?  Did any supervisors
21  tell you that?
22     A   Yes, I mean, ultimately that is what
23  they, you know, attribute a percentage to.
24     Q   And which supervisors told you that,

309

1   Tyler, Gene, Sharon or all three?
2      A   Gene.
3      Q   Okay.  Do the psychological effects
4   that you told us about, the anxiety and other
5   effects, do they manifest physically in any way,
6   like do you shake, do you sweat, do you pass
7   out, you know, anything physically happen?
8      A   Yes.  The first time I ever had one, I
9   had no idea what it was; and I was driving; and
10  I kind of started to pass out, sweating.  I felt
11  like I wasn't able to function.  I had to pull
12  over into the Walmart parking lot and kind of
13  stay there and call.
14         I called my wife and I kind of
15  started to get some fresh air.  It was cold
16  outside, so I was able to roll down the window,
17  get some fresh air; and ultimately, they came
18  and by then I felt like I was better and kind of
19  in control of myself.
20     Q   You mentioned one of the issues that
21  came up after this was high blood pressure,
22  right?
23     A   Correct.
24     Q   Did you ever take any medications for

310

1   high blood pressure?
2      A   I did.
3      Q   And what medication was that?
4      A   I have no idea the name of it, to be
5   honest with you.
6      Q   Do you still take it?
7      A   I don't.
8      Q   About, give or take, how long did you
9   take it?
10     A   I took it for about a year maybe;
11  about a year.
12     Q   And would that year be 2019, 2020,
13  2021?
14     A   I would say 2020-ish to 2021,
15  2022-ish.  Maybe like a year and a half or so.
16     Q   And was that a prescribed by Dr.
17  Guzman?
18     A   It was.
19     Q   And where did you get that
20  prescription from?
21     A   In his office.
22     Q   Did you do anything else after being
23  told of the high blood pressure, like change
24  your diet, start exercising more, lifestyle

77  (Pages 307 to 310)

Timothy Ferguson
March 27, 2023

311

1 changes, things like.
2 **A   Just kind of was aware of things that**
3 **could decrease the blood pressure, you know,**
4 **trying to not stress, trying to not have high**
5 **anxiety, trying to kind of breathe and did some**
6 **breathing exercises and stuff like that, eating**
7 **right, trying to change the diet.**
8 Q   In terms of diet change, what did you
9 cut out of or what did you add in?  What kind
10 of --
11 **A   Like the fried foods and stuff.  You**
12 **know, I wanted to be sure I did everything I**
13 **could to, you know, kind of identify the problem**
14 **itself.**
15 Q   All right.
16 **A   Me taking my diet seriously and stuff**
17 **allowed me to kind of pinpoint.**
18 Q   Were you ever at work and, like, had
19 to leave, you know, after a half day or a few
20 hours because a panic attack came on or anything
21 like that and just say hey, I got to leave
22 today?
23 **A   Yes, several times.**
24 Q   When was the last time that happened?

312

1 **A   I don't even know, to be honest with**
2 **you.**
3 Q   Would you say it's within the last six
4 months?
5 **A   More recent.  Yes, I would say**
6 **probably 6 to 12 months.**
7 Q   And you told me already that you
8 didn't read your grandmother's will.  So would
9 it be fair to say that your understanding of
10 what she left or what she wanted done with her
11 property would all be secondhand; meaning, like,
12 your father told you or someone told you what
13 was in there?
14 **A   Correct.**
15 Q   In the complaint, it is alleged that
16 Ida appointed Vicky Gow, your aunt, as personal
17 representative of the estate.  Do you recall
18 that?
19 **A   Yes, it was my understanding.**
20 Q   And you alleged that Vicky was
21 unwilling and unable to act as a personal
22 representative.  Do you recall that allegation?
23 **A   Correct.**
24 Q   And what was it that made Vicky, as

313

1 far as you know, unable or unwilling to act as a
2 personal representative?
3 **A   I believe there is history of, like,**
4 **the taxes owed on the property she was to pay or**
5 **-- and wasn't paying them, the maintenance on**
6 **the property.  That's kind of my knowledge of it**
7 **or what was told to me in a sense.**
8 Q   And those are the things that your
9 father did do, the taxes and the maintenance and
10 things of that nature, right?
11 **A   Correct.**
12 Q   In terms of renting that property to
13 Shaun, we know you talked to your dad about it.
14 Did you ever talk with your Aunt Vicky about it?
15 **A   No.**
16 Q   To the best of your knowledge, did
17 your dad ever talk to your Aunt Vicky about it?
18 **A   Not that I know of.**
19 Q   How long had that property been vacant
20 before Shaun moved in?  Are we talking years,
21 just a couple months?
22 **A   Yes, I would say years, a couple**
23 **years.  I believe, 2016 -- '15, '16 is when my**
24 **uncle died.  I don't know the exact time, but**

314

1 yes, I would say a couple years.
2 Q   And from what it sounds like, you
3 haven't talked to Reyna in a long time; is that
4 right?
5 **A   Correct.**
6 Q   In the complaint at least, you allege
7 that Reyna was traumatized by what happened.
8 What is the basis of saying Reyna was
9 traumatized?
10 **A   I mean, you can see it in the video**
11 **when she comes out.  She's crying; she upset;**
12 **she's yelling.  Just me kind of talking to her**
13 **about calling the police and telling them what**
14 **happened.  You can just see the, you know,**
15 **inevitable on her face that she was scared.**
16 **She was traumatized is how I put it**
17 **based on what I saw; and ultimately just her**
18 **kind of not understanding.  Again, she was just**
19 **a girlfriend of Shaun; and she had no idea that**
20 **these kinds of things were going on.  So she**
21 **probably had no, you know, knowledge of**
22 **anything.  And so, like I said, you could just**
23 **tell.**
24 Q   All right.  To the best of your

78  (Pages 311 to 314)

Timothy Ferguson
March 27, 2023

315

1   knowledge, did Reyna get any psychological
2   treatment, any type of medical treatment in
3   relation to this, if you know?
4       A   I don't know.
5       Q   You alleged in relation to the May 9,
6   2019 incident that Mr. Bednarek falsely advised
7   that he was a process server.
8           As you sit here today, do you have
9   any understanding as to whether or not he was a
10  special process server in May of 2019?
11      A   Are you asking me if I know today if
12  he was or wasn't?
13      Q   Yes.
14      A   I know now today that apparently he
15  is.
16      Q   Okay.  And in May of 2019, to the best
17  of your knowledge based on what you know, was he
18  a special process server when he came to the
19  property that day?
20      A   If you're asking me that day, I did
21  not know, no.
22      Q   On that day, you didn't know?
23      A   Correct.  And by his 5-day notice, I
24  would have never guessed.

316

1       Q   But today you know that he was a
2   special process server in May of 2019, correct?
3       A   As a job today, yes, I do know.
4       Q   Okay.  After the --
5           Let me strike?
6           Well, when is the first time you
7   looked into Mr. Bednarek's background as you
8   have described?  Was it after the May 2019
9   incident or after the July 2019 incident?
10      A   The May incident.
11      Q   Is that the first time you ever looked
12  into any officer's background or disciplinary
13  record?
14      A   Correct.
15      Q   And that was all stuff you did or
16  found on-line correct?
17      A   Correct.
18      Q   Okay.  And in terms of what you found
19  on Mr. Bednarek's record or background, did you
20  print or otherwise save anything you found
21  on-line?
22      A   I don't believe so.
23      Q   According to the complaint, one of the
24  things you found was Mr. Bednarek was at least

317

1   accused or was alleged at one time that he
2   failed or intentionally failed to secure medical
3   attention for someone.  Do you recall that?
4       A   Correct.
5       Q   And in your opinion, what connection,
6   if any, does that incident have with what
7   happened with you?
8       A   Just shows the pattern.
9       Q   I take it that you never interviewed,
10  talked to or tried to talk to anyone involved
11  with any prior incident that you found regarding
12  Mr. Bednarek; is that correct?
13      A   Correct.
14      Q   In May of 2019, the Cook County
15  Sheriff's Office responded, right?
16      A   Correct.
17      Q   And at that incident, you were not
18  handcuffed; is that correct?
19      A   Correct.
20      Q   I know you have been shown excerpts of
21  videos here today; and I think you said you have
22  watched them all in their entire duration, but
23  it has been, what, a year or a couple years?
24      A   A few years, correct.

318

1       Q   In terms of managing the property that
2   you were doing for your father, were you
3   compensated for that in any way?
4       A   No.
5       Q   By the time the first Cook County
6   Sheriff arrived in May 2019 -- it doesn't matter
7   to me which one it was or which one we think it
8   was -- would it be fair to say that it was
9   already a heated or tense situation between
10  yourself, Mr. Bednarek based on what had
11  happened with Mr. Shinstine and what was going
12  on?
13      A   I think maybe you got the dates mixed
14  up because the May 9th -- the May of 2019 only
15  -- Reyna called the Cook County Sheriff's Office
16  and only one officer arrived, and Mr. Shinstine
17  was not present.
18      Q   You're correct.  Thank you for that.
19  I did transpose the dates here.  So let me clean
20  that question up.
21          The July 12, 2019 incident, would
22  it be fair to say that it was already a heated
23  or tense situation when the Cook County Sheriffs
24  -- when the first one arrived at the scene?

79  (Pages 315 to 318)

Timothy Ferguson
March 27, 2023

319

1    A    No.
2    Q    As of that date, you were aware that
3 Mr. Bednarek was a police officer, a Chicago
4 Police officer, right?
5    A    Correct.
6    Q    And as of July 12, 2019, were you
7 aware by that time that he also had a job as a
8 special process server?
9    A    Correct.
10   Q    Do you know where Reyna was at during
11 the July 12, 2019 incident?
12   A    I believe they were no longer -- like
13 I said, she was kind of here and there, but I
14 believe they were no longer together.
15   Q    All right. To your understanding, on
16 July 12, 2019, an eviction notice was served,
17 correct?
18   A    To my knowledge.
19   Q    Okay. Do you challenge the validity
20 of that eviction notice in any way?
21   A    For the July one or the May one?
22   Q    The July.
23   A    No. I never saw it. I can't comment
24 on it.

320

1    Q    Okay. One of the parts in your
2 complaint goes over a November 2017 incident
3 that involved or concerned Mr. Bednarek and his
4 wife at that time. Do you recall that?
5    A    I do.
6    Q    Is that also information you found
7 on-line?
8    A    It is.
9    Q    And generally speaking, the incident
10 is an accusation that Mr. Bednarek struck or
11 battered his wife somehow, right?
12   A    Correct.
13   Q    Okay. You -- obviously you weren't
14 there when any interaction occurred between
15 them, right?
16   A    Correct.
17   Q    And you never spoke to his wife or
18 followed up with her in any regard, true?
19   A    True.
20   Q    So it would be fair to say you don't
21 know one way or the other the truth or falsity
22 of any type of allegation of him beating or
23 striking his wife?
24   A    Outside of the reports that I read,

321

1 correct.
2    Q    You would agree that sometimes people
3 make those types of stories up because it
4 actually happened to you, right?
5    A    Correct.
6    Q    I have handed you what has been marked
7 as Exhibit 8.
8            (Whereupon Deposition
9            Exhibit No. 8 was marked
10           for identification; said
11           exhibit was tendered to
12           the witness.)
13       I apologize for the legibility
14 issues.
15       MR. LISY: I got a copy for you if you
16 want.
17           (Whereupon a discussion
18           was held off the record.)
19 BY MR. LISY:
20   Q    Mr. Ferguson, you have been handed
21 what has been marked as Exhibit 8 for your
22 deposition. Do you see, like, a court stamp on
23 there indicating June 29, 2018?
24   A    I do.

322

1    Q    Okay. Have you ever seen this order
2 before today, Mr. Ferguson?
3    A    I have not.
4    Q    Generally speaking, the document
5 indicates that Vicky Gow was appointed executor
6 of your grandmother's estate, correct?
7    A    I can't read what it says. It looks
8 like "executor" is crossed out and some other
9 words are accompanied by it. I'm not sure what
10 those two that she was appointed, but it looks
11 like independent executor has been crossed out.
12   Q    Okay. So it says: Independent
13 special administrator? Are you able to make it
14 out after I say that or you're still not sure?
15   A    Special administrator, no, I wouldn't
16 say that's what it says, but.
17   Q    Okay.
18   A    It looks like S-o-p-a-r.
19   Q    In any event, do you see your father's
20 name on that order anywhere?
21   A    I do not.
22   Q    And it being June 2018, this order was
23 entered a little under a year before the May
24 2019 incident and a little over a year before

80  (Pages 319 to 322)

Timothy Ferguson
March 27, 2023

323

1   the July 2019 incident, right?
2       A   Yes, that's correct.
3       Q   Do you recall having any conversation
4   with your father about who was appointed
5   administrator or special administrator or
6   executor or anything along those lines?
7       A   I do not.
8           MR. OLSON:  Those are all the follow-up
9   questions I have.  I don't know if counsels have
10  anything to go.
11          MR. LISY:  I have nothing based on
12  that.
13          MR. COYNE:  Nothing further.
14          MR. BRINDLEY:  Tim, I'm going to ask
15  you a handful of questions.  I will be quick.
16  As a criminal practitioner I'm not used to as
17  much detail.
18              EXAMINATION
19  BY MR. BRINDLEY:
20      Q   So a couple of questions I am going to
21  have.  There was discussion about your uncle
22  living in the residence in question.  Now the
23  uncle, is it fair to say he was very disabled?
24      A   Very much so.

324

1       Q   Did he require constant care?
2       A   24/7.
3       Q   Nursing care in his home?
4       A   Absolutely.
5       Q   Okay.  And do you know who it was that
6   paid for and provided every bit of care for your
7   uncle when he lived in that home?
8       A   My father, Terry Ferguson.
9       Q   And do you know -- and I think the
10  answer is -- let me put it to you this way:
11          You don't know what agreements the
12  there were between Terry and his mom and Vicky
13  Gow about the impact of what Terry did
14  financially to care for his disabled brother?
15      A   I don't.
16      Q   Okay.  Now, you were given a document
17  a minute ago about a -- some kind of executor
18  that's crossed out.  Whatever it is, do you have
19  any information of what the limits of this order
20  might have been?
21      A   I don't.
22      Q   Or any agreements between the -- your
23  father and Vicky Gow that related to this?
24      A   I don't.

325

1       Q   Now, all this discussion about
2   trespassing.  And I heard you say when the
3   police arrived you were not in the driveway; is
4   that right?
5       A   Correct.
6       Q   When the police arrived, you were not
7   on the porch; is that right?
8       A   Correct.
9       Q   You were on a public sidewalk; is that
10  right?
11      A   Correct.
12      Q   And so you indicated that you had been
13  on the property earlier.  Was Vicky Gow there to
14  see you when you were actually on the property?
15      A   No.
16      Q   And when the police officers arrived,
17  did you refuse to leave after they got there?
18      A   No.
19      Q   Standing on the sidewalk, you never
20  refused to leave, did you?
21      A   I did not.
22      Q   Were you given the opportunity to
23  leave?
24      A   No.

326

1       Q   Now, the --
2           Who was giving the directions about
3   arresting you that night?
4       A   Mr. Richard Bednarek.
5       Q   Okay.
6       A   It was a lawful order to leave was
7   what he called it.
8           MR. OLSON:  I'm sorry.  I didn't hear
9   your answer.
10          THE WITNESS:  He said he was giving me
11  a lawful order to leave the property.
12  BY MR. BRINDLEY:
13      Q   And so he was ordering you to leave
14  and then when you were -- and when he was giving
15  you that order, where were you standing?  On the
16  property or on the sidewalk?
17      A   On the sidewalk.
18      Q   Okay.  Do you have any familiarity
19  with Richard Bednarek's special authority to
20  oust people from public sidewalks in Chicago, do
21  you?
22      A   No.
23      Q   Okay.  Now, when --
24          There was some discussion about

81  (Pages 323 to 326)

Timothy Ferguson
March 27, 2023

327

1    Barloga telling Bednarek you don't have the
2    authority to do this or some comment to that
3    effect. And when Bednarek said, "I'm just
4    trying to scare him," did any officer then
5    immediately try to take steps to intervene and
6    get you out of that car?
7            MR. COYNE: Objection; form;
8    foundation.
9    BY MR. BRINDLEY:
10       Q   Did any officer --
11           MR. OLSON: I didn't hear the answer.
12           MR. BRINDLEY: He didn't answer yet.
13   I'll rephrase the question to make it easier.
14   BY MR. BRINDLEY:
15       Q   What, if any, officer took any steps
16   to intervene and try to get you out of that car
17   that you observed?
18       A   None.
19       Q   Were you left in the car after he said
20   "I'm just trying to scare him?"
21       A   I was.
22       Q   Okay. And as a --
23           As far as you understand it, Mr.
24   Ferguson, are police officers allowed to hold

328

1    people in custody or frighten them at the
2    direction of off-duty cops?
3            MR. OLSON: Form and foundation.
4            MR. LISY: Join.
5    BY MR. BRINDLEY:
6        Q   Let me ask you a question. You have
7    been asked a whole lot of questions about your
8    opinions about all kinds of stuff today. So
9    let's get down to this.
10           Okay. In your experience, had you
11   ever heard of a situation in which police
12   officers were permitted to hold people in
13   custody just to scare them?
14       A   No.
15       Q   And certainly, have you ever heard of
16   a situation where police officers were permitted
17   to hold people in custody to scare them at the
18   direction of an off-duty cop?
19           MR. COYNE: Objection; form;
20   foundation; speculation --
21           THE WITNESS: No.
22           MR. COYNE: -- incomplete hypothetical.
23           MR. BRINDLEY: His answer was no.
24   BY MR. BRINDLEY:

329

1        Q   Now, with all this discussion, were
2    the officers, the ones that put you in
3    handcuffs? Did you watch the video where you
4    were handcuffed?
5        A   I did.
6        Q   Did Mr. Bednarek have his hands on
7    your arms during the time when you were
8    handcuffed?
9        A   He did.
10       Q   Okay. And was Mr. Bednarek yelling at
11   you during the time when he had his hands on
12   your arms as you were being handcuffed by
13   another officer?
14       A   He was.
15       Q   And did Officer Barloga or anybody
16   else -- I don't know if he was even on the scene
17   yet, Barloga.
18           Let me ask you this way:
19           Did any officer tell him to back
20   away from you?
21       A   No.
22       Q   Did any other officer tell him to
23   knock it off?
24       A   No.

330

1        Q   Did any other officer tell him: Hey,
2    you're not allowed to put your hands on somebody
3    when we're putting them under arrest?
4        A   No.
5        Q   Okay. And you said that you were
6    sitting in the car and Bednarek came and opened
7    up the Sheriff's car door, right?
8        A   Correct.
9        Q   So you were in a police vehicle; and
10   this guy, Bednarek, is permitted to open the
11   door?
12           MR. OLSON: Objection; form.
13   BY MR. BRINDLEY:
14       Q   Let me ask you, did he open the door?
15       A   He did.
16       Q   Were the other officers around at the
17   time?
18       A   They were.
19       Q   Did you see anyone intervene to try to
20   suggest that no off-duty person, citizen,
21   process server should be allowed to bring open
22   the door to a police vehicle that's got somebody
23   handcuffed inside?
24       A   No.

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

331

1    Q   Okay.  And when Officer Barloga told
2  Mr. Bednarek, "you can't do this," do you have
3  any reason for thinking -- anything you heard
4  that day give you a reason for thinking that
5  either of the other officer had any reason to
6  disbelieve Barloga?
7         MR. COYNE:  Objection; form;
8  foundation.
9         THE WITNESS:  No.
10        MR. BRINDLEY:  The answer was no.
11 BY MR. BRINDLEY:
12   Q   You said that Bednarek told the
13 officer that he was just trying to scare you.
14 Is it fair to say that he succeeded?
15   A   **He did.**
16   Q   Is that why you brought this lawsuit
17 because of the consequences of his decision to
18 say he was going to scare you that night?
19   A   **Absolutely.**
20   Q   And the other officers were there when
21 he uttered those words:  I'm just trying to
22 scare him so I can get somebody or another --
23 the tenant to come, did anyone take any step
24 that you observed to help you, these other

332

1  officers?
2    A   **No.**
3    Q   Did you hear any of them tell him that
4  he was out of line or he was wrong?
5    A   **No.**
6    Q   Outside of when Officer Barloga told
7  him you don't have the authority to do this or
8  something to that effect; am I right?
9    A   **Correct.**
10        MR. BRINDLEY:  That's all.  Thank you.
11        MR. COYNE:  I don't have anything
12 further.
13        MR. LISY:  I don't have anything
14 further.  No questions.  With that, your
15 deposition is concluded.
16        Are you waiving or reserving
17 signature.
18        MR. BRINDLEY:  We'll waive.
19        MR. LISY:  Signature has been waived.
20        THE VIDEOGRAPHER:  All right.  The time
21 is 4:50.  We have reached the conclusion of the
22 deposition of Timothy Ferguson.  The deposition
23 took place on three media files.  Custody of the
24 original video record will remain with DCM Court

333

1  Reporters.  We are going off the record.
2        AND FURTHER DEPONENT SAYETH NAUGHT

334

1    STATE OF ILLINOIS   )
2                        )
3    COUNTY OF COOK      )
4
5
6        I, Izetta White-McGee, a Notary
7  Public and Certified Shorthand Reporter within
8  and for the County of Cook and State of
9  Illinois, do hereby certify that heretofore, to
10 wit:  on March 27, 2023, appeared before me
11 Timothy Ferguson, Plaintiff in the
12 above-captioned matter, which cause is now
13 pending and undetermined in the above-captioned
14 court.
15        I further certify that the said
16 witness was by me first duly sworn to testify to
17 the truth, the whole truth and nothing but the
18 truth in the cause aforesaid; that the testimony
19 then given by the witness was reported
20 stenographically by me in the presence of the
21 witness and afterwards reduced to writing and
22 the foregoing deposition is a true and correct
23 transcription of my shorthand notes so taken as
24 aforesaid.

83  (Pages 331 to 334)

Timothy Ferguson
March 27, 2023

335

1          The signature of the witness to the
2   foregoing deposition was waived.
3          I further certify that this
4   deposition was taken pursuant to notice and that
5   there were present at the taking of the
6   deposition the appearance as heretofore noted.
7          I further certify that I am not
8   counsel for nor in any way related to any of the
9   parties to this lawsuit, nor am I in any way
10  interested in the outcome thereof.
11         IN WITNESS WHEREOF, I have hereunto
12  set my hand this date, April 3, 2023.
13
14
15
16
17
18
19
20
21
22
23
24

336

1          ***********************
2          I, Izetta White-McGee, certified
3   legal videographer and Notary Public, do hereby
4   certify that the above-captioned deposition was
5   videotaped by me.  That said video deposition
6   took place on March 27, 2023; said video
7   deposition began at 10:15 a.m.; and concluded at
8   4:50 p.m.  total run time was 6 hours and 35
9   minutes.
10         Said videotape is a true and
11  accurate record of the deposition so taken.
12         I further certify that I am not
13  counsel for nor in any way related to any of the
14  parties to this lawsuit, nor am I in any way
15  interested in the outcome thereof.
16         The original audio-visual record
17  will remain with DCM Court Reporting, Inc.
18         IN WITNESS WHEREOF, I have hereunto
19  set my hand this date, April 3, 2023.
20
21         --------------------------
22         Izetta White-McGee, CSR, CCVS
23         Certified Shorthand Reporter
24         No. 084-003958

84  (Pages 335 to 336)

Timothy Ferguson
March 27, 2023

337

**A**

**A.D** 2:13
**a.m** 2:14 6:4
  336:7
**Abel** 200:2
**Abelardo** 1:20
  4:14 7:10
**abilities** 174:1
**ability** 9:23 10:5
  10:12 88:8
  94:8 118:14
  120:21 142:14
  142:17 172:1
  174:10 222:21
  228:10 236:10
  241:10 247:18
  247:19 249:6
  251:13 298:5
**able** 56:17,20
  64:13 71:11
  78:16 84:11
  106:17 117:16
  122:10 125:13
  141:12 148:21
  169:19 176:7
  176:19 177:7
  184:6 228:16
  229:5,7 240:19
  241:10 246:13
  246:22 248:15
  248:18 274:21
  302:23 303:1
  304:18 309:11
  309:16 322:13
**above-caption...**
  334:12,13
  336:4
**above-entitled**
  2:8
**Absolutely**
  121:20 132:19
  163:22 265:3
  298:23 324:4
  331:19

**accept** 94:3
  118:22 120:6
  223:12 297:4,9
  302:8
**accepted** 126:22
  127:3
**accident** 307:4
**accompanied**
  322:9
**account** 41:1
  180:23 307:3
**Accountability**
  193:11,24
**accounts** 41:4
**accurate** 8:13
  201:22 202:4
  203:11 336:11
**accurately** 8:17
**accusation**
  320:10
**accuse** 220:23
**accused** 185:5
  210:20 211:4
  225:12 230:24
  231:15 317:1
**act** 22:6 197:10
  220:17 283:12
  312:21 313:1
**acted** 197:2
**acting** 216:18
**action** 24:23
  141:9 197:21
  242:20 243:3,9
  243:14,19
  244:1,15
**active** 82:17,19
  283:23
**actively** 304:16
**activities** 283:15
  299:13
**actors** 247:12
**acts** 160:17
  197:1
**actual** 218:24

**Adams** 3:17
**add** 93:22 311:9
**addition** 237:7
  298:11
**additional** 13:14
  108:16
**address** 28:1,7
  31:23 40:21,23
  42:12 50:1
  51:13,23 56:4
  107:7,8 198:21
  301:24 305:22
**addresses** 93:4
  301:20
**Addressing**
  183:24
**adjuster** 14:3,8
  14:17 15:4
  17:10,14 18:17
**adjusters** 17:17
**adjustment**
  17:22
**adjusts** 145:18
**administrative**
  214:18
**administrator**
  322:13,15
  323:5,5
**admit** 251:11
**advantage**
  155:12
**advised** 109:2
  140:8 315:6
**Advocate**
  174:15 273:18
**affect** 9:23 10:2
  10:5,11,15
  165:5 187:13
  242:22 308:10
**affiliated** 273:17
**affiliation**
  181:12 273:14
**aforesaid** 334:18
  334:24

**afraid** 160:11
**afternoon**
  253:23
**again/off** 260:12
**age** 34:12
**agency** 193:6
  196:3 250:9,11
  250:13
**agenda** 228:14
**agent** 209:4,8
  220:22
**ages** 15:19
**aggression**
  299:8
**aggressive**
  298:21 299:6
**ago** 64:1 123:18
  155:20,21
  173:13 246:7
  254:21 260:9
  261:12,15
  324:17
**ago-ish** 14:5
**ago-plus** 264:19
**agree** 87:17
  101:20 102:10
  120:10 134:21
  135:18 139:6
  143:13 200:1
  204:15 210:2
  210:16,19,23
  216:3 220:21
  239:8 243:18
  244:2 283:21
  299:12 321:2
**agreed** 121:3
  245:20 265:13
  286:20
**agreement**
  32:12 33:15
  45:17 94:17
  141:8 142:6
  241:7 245:13
  245:18 246:3

  271:24 272:4
**agreements**
  324:11,22
**ahead** 121:1
  219:10,17
  251:7 259:11
  301:14
**ailment** 307:5
**air** 309:15,17
**Airbnb** 276:18
**alcohol** 10:8
**alerting** 69:12
**alive** 58:24
**allegation** 21:8
  21:21 22:11
  232:21 237:1
  249:8 281:19
  312:22 320:22
**allegations**
  24:11 25:7,10
  25:14,18 198:3
  203:19 204:2
  240:21 243:16
  262:11 281:6
  281:21
**allege** 314:6
**alleged** 24:15
  204:1 220:4
  227:9 251:11
  252:12 312:15
  312:20 315:5
  317:1
**alleging** 24:13
  146:19,23
  147:3
**allow** 119:16
  223:4 228:6
  229:3 230:16
  236:16,16
  245:21
**allowed** 33:17
  119:22 158:8
  229:8,10
  237:15 247:21

Timothy Ferguson
March 27, 2023

311:17 327:24
330:2,21
**allowing** 228:21
**altercation**
283:10
**amount** 150:15
256:2 307:3
**and/or** 76:18
100:7 116:10
125:11 153:16
153:22 172:1
189:22 194:23
260:3
**anger** 166:17,20
**angry** 228:3
**anguish** 160:24
248:5
**annual** 308:16
**anonymous**
260:20
**answer** 8:21,23
9:5,13 55:17
91:3 93:16
151:11 208:14
209:14 218:14
223:19,21
224:6 303:8
305:21 324:10
326:9 327:11
327:12 328:23
331:10
**answered** 67:15
128:19 223:24
225:20 251:5
**answering** 27:13
203:2
**answers** 8:14
26:16 27:1,3,7
27:15 56:20
113:6 201:7
202:1,3 203:10
300:12,13
301:6,9
**Anthony** 270:20

270:22
**anxiety** 152:14
156:13 170:1
170:16 171:6
172:9,19 173:7
188:2 309:4
311:5
**anybody** 45:12
94:17 107:15
108:22 110:17
140:15 149:7
159:2 254:15
266:21 304:18
329:15
**anymore** 127:8
194:22 268:18
**apartment** 95:7
95:12 97:1
**apologize** 49:2
74:20 125:3
139:18 143:6
151:6 153:3
175:18 321:13
**app** 282:24
**apparently**
100:22 130:7
184:20 185:2
315:14
**appear** 72:13
184:6 202:15
214:17
**appearance**
184:10 185:17
335:6
**APPEARAN...**
3:1
**appeared** 65:23
213:3 258:5
283:20 334:10
**appears** 102:2
126:12 138:3
280:10
**appeasing** 275:2
**Apple** 74:10,14

**appliance**
271:22
**appliances**
272:8,8
**applied** 148:4
**apply** 233:2,2
**appointed**
312:16 322:5
322:10 323:4
**appointment**
96:12 169:20
178:20
**appointments**
179:16
**approach** 71:22
299:4
**approached**
73:3,9 76:22
**approximately**
238:18 260:14
303:13
**April** 181:21
303:13 335:12
336:19
**area** 41:20 49:22
60:15 63:9
65:12 104:12
147:10 205:3
230:9 263:3
**arguing** 120:22
**argument**
125:12
**arguments**
308:4
**Arizona** 280:20
280:21 281:5
281:23 282:17
283:22
**armed** 263:10
**arms** 228:8
329:7,12
**arrest** 118:5
120:5 182:23
183:23 211:20

227:20 230:3
231:5 232:1,6
232:22 233:17
234:5,9,12
279:1,2,6,9,14
280:17 283:14
284:3,13
285:21 288:10
330:3
**arrested** 103:17
106:20 109:18
110:14 111:2
111:22 112:1
115:1,3 117:9
117:12 118:4
145:22 158:16
160:22 182:14
182:17 184:5
184:11 186:18
211:15 218:16
220:4,8,11
229:19 232:7
233:4,21
247:15 279:17
287:12,17
**arresting** 216:21
240:8 250:21
326:3
**arrival** 81:11
**arrive** 79:2
105:1 122:17
123:2 231:17
**arrived** 79:4
80:1 112:5
122:20,23
124:6 207:17
208:8,19 209:1
216:4 223:15
224:19 225:11
225:12,14
226:9,19,22
232:2 233:16
318:6,16,24
325:3,6,16

**arrives** 231:18
**arriving** 224:9
225:23
**aside** 27:18
192:6 196:20
**asked** 9:6,11
32:15,17,17
33:18 62:14,15
66:9,21 67:10
75:11,15 84:2
96:18,21 105:1
108:24 111:12
151:10 176:4
184:21 185:8
191:6 194:21
195:5 211:15
251:5 252:4
261:12 286:23
287:15 300:12
328:7
**asking** 23:7
62:17 117:1,19
137:8 153:15
176:18 189:22
191:7 222:13
228:19 236:24
247:3,6,7
315:11,20
**asks** 301:19
**asleep** 166:10
**assess** 167:5
228:1,12
**assist** 228:6
**Assistant** 4:4
**assume** 9:6
**assuming**
220:21 243:24
**assumption**
58:15 139:5
249:15 251:20
**attach** 289:10,11
**attached** 289:9
**attack** 161:23
311:20

Timothy Ferguson
March 27, 2023

339

**attacks** 161:17
161:20 162:2,5
162:12,15,19
172:10
**attempting**
239:20
**attend** 274:3,21
**attended** 180:8
**attention** 20:8
317:3
**attorney** 10:23
11:4,10,14
45:4,5,6,7,15
45:20 46:17
87:8 193:8
213:20 214:4
**attorneys** 9:12
199:9
**attribute** 308:2
308:23
**attributing**
249:6
**audio** 11:20
**audio-visual**
6:11 336:16
**August** 17:3,5
157:14,15
161:21,24
162:3
**aunt** 63:4,5 89:2
108:12 117:7
128:21 265:5
267:4,14,19
298:17,18
312:16 313:14
313:17
**authorities**
279:13
**authority**
232:14 299:12
326:19 327:2
332:7
**authorized**
220:17

**auto** 159:15,16
**availability**
304:18,19
**Avenue** 17:7
42:13 51:14
61:5 97:3
162:1 174:16
273:11
**avoid** 115:13
**aware** 21:7
22:10,20,24
124:2,3 218:6
220:3 225:10
231:17 243:13
262:8 263:1,15
298:8 311:2
319:2,7
**ax** 235:7

———————
**B**
**B** 3:5
**baby** 16:16
165:21
**babysitter**
191:10
**back** 16:1,6
18:11 26:19
29:16 30:15
32:7 33:20
34:20 47:22
49:2 54:23
55:2,3,7 57:10
57:11,22 58:10
58:10,15 68:19
70:4 73:4 74:5
74:11 82:10,13
83:18 84:1
85:11 86:24
90:7 93:1,13
93:16 101:7,15
102:9 103:13
106:8 113:9
114:12,17
115:15,20

116:16,18
119:1,3 120:11
121:5 123:7
124:21 125:14
128:23 129:6
129:20,22
133:15,21
134:13,13
136:18,19
137:7,14
139:18 140:18
141:13 144:13
145:14 146:5,5
147:19 148:6
157:2 158:8
162:8 166:20
172:22 180:5
181:18 193:4
199:5 201:18
213:19 220:1
223:11 228:9
233:12,22
235:19 237:13
237:19 238:10
238:14,14
239:22 245:19
251:19 253:19
256:12 263:3
269:21 271:2
275:9,10 276:7
279:11 280:22
281:4,22
282:17 283:22
291:3 302:15
307:14,17
329:19
**background**
12:5 316:7,12
316:19
**backseat** 119:21
**backtrack** 167:5
**bad** 156:14
160:7 191:18
191:23 237:20

**badge** 266:10,15
266:17,18,20
266:21,23
**badger** 228:22
**banging** 67:14
76:19
**Barely** 136:12
**Barloga** 1:17
4:14 7:10
200:2 204:1
205:22 206:10
207:21 213:14
215:14,17
216:4 223:1,13
226:1 229:15
229:21 230:5
233:3 234:3
235:3 236:6
241:8,19
242:15 243:15
246:24 247:8
248:6 251:24
252:13,17
327:1 329:15
329:17 331:1,6
332:6
**base** 222:18
225:3
**baseball** 144:21
181:17,19
**based** 64:24
200:17 228:13
232:7 242:10
242:18 247:20
251:2 257:18
269:14 314:17
315:17 318:10
323:11
**baseless** 249:8
**basically** 57:16
67:17 68:16
69:2 75:16
77:21 78:7
82:2,13 84:1

90:7 104:23
109:1 111:13
111:20 116:4,9
116:12 117:1,9
117:11 119:12
119:14 120:10
120:12,22
121:3 126:22
129:5,21
142:20 153:21
169:24 172:10
172:20 184:24
185:7 194:19
228:18 230:17
231:19,22
235:22 247:16
248:4 269:6,13
272:1 275:11
275:24 281:22
283:21 302:13
305:3 306:9
**basis** 34:24
207:10 233:7
244:2,9 250:20
250:22 261:20
314:8
**basketball** 34:14
**Bates** 278:15
285:3 288:19
**battered** 320:11
**battery** 280:8
281:13
**bbbrindley@...**
3:10
**Beach** 276:14,22
**beaches** 277:10
**beating** 320:22
**Beau** 3:4,5 7:6
**bedding** 255:19
**Bedford** 205:2
**Bednarek** 1:13
3:13 7:5 21:10
21:15 22:14,17
22:21 23:1

Timothy Ferguson
March 27, 2023

340

24:22 25:4,23
57:8 58:9,17
59:2 66:6 72:5
72:7 73:5,9
75:8 76:5,16
76:24 77:12,19
77:20 78:10
80:4,7,15 81:9
81:18,22 83:15
84:2,16,21
85:13,19 86:11
87:19 89:11
90:3,9,18
92:13 97:14,16
97:24 98:10,14
98:17 99:17
100:24 102:23
106:16,19
107:15,18
108:8 109:17
110:8,13,20
111:2,4,6,11
113:8,12 114:1
114:20 115:14
116:2,15,19
117:24 118:3,4
118:9,11 119:9
121:7,18,24
122:6 125:9,21
125:24 126:7
126:10 127:19
128:22 131:1
131:13,16,19
131:22 132:9
134:7 135:23
140:13 143:17
143:20,21
159:7,11,19
160:13 191:14
191:19 192:3
192:19 193:14
194:18,23
195:5,16
196:15,20

197:1,11
198:10,14
206:11,14,17
207:1,7,20
208:2,6,24
209:3 210:20
211:5,14
220:17,22
222:20 223:2,9
224:2,11,14,21
225:7,15 226:2
226:7 227:3,5
228:6 229:10
229:13,21
230:24 231:23
232:8 241:1,6
241:21 242:2
247:12,17
249:6 251:12
253:23 254:2
254:23 262:21
266:3 268:8
277:1,12 297:4
298:12,15,21
300:15 315:6
316:24 317:12
318:10 319:3
320:3,10 326:4
327:1,3 329:6
329:10 330:6
330:10 331:2
331:12
**Bednarek's**
21:18 114:7
130:4 230:10
230:16 316:7
316:19 326:19
**began** 14:4 66:2
66:7,15,20
67:6,22 73:13
75:12,16 76:19
80:16 113:1
169:22 172:20
195:7 262:5

336:7
**begged** 111:13
111:21 120:2
**begging** 111:24
230:18
**beginning** 112:5
161:23 254:6
305:1
**BEGINS** 291:4
**begrudge** 240:7
**behalf** 6:8 7:6,9
19:23 98:11,15
131:14,17,23
132:5 220:17
297:12
**Behavioral**
176:2
**belief** 147:11,14
201:23 202:5
203:12 207:10
232:5,8 241:1
242:12 244:7,9
251:17
**believe** 17:2
20:3 24:17,19
28:19 29:7
30:9,11 36:18
37:2 46:22
47:9 53:16
54:20 64:1,22
65:2 69:16
77:23 78:15,17
78:19 80:13
82:14,16,18
91:13 96:2
97:8 101:10,13
102:19,23
103:5,7 104:4
104:5 107:7,8
107:20 112:10
112:11,13
118:13 121:14
123:4 124:7
126:4,5,15

138:2 141:4
154:24 161:21
162:1,2 164:19
169:7 171:24
172:23 173:6
176:20 178:7,8
182:20 184:22
185:23 186:17
187:22 188:23
189:1 192:17
193:8,16
195:18 196:7,7
197:1 202:22
203:4,13 207:6
207:8,8 208:6
213:19 222:14
223:13 224:1,4
227:19,21
229:19 230:2
232:14 234:13
234:17 235:2,7
235:11 236:5
245:2,5 247:4
247:5,14
249:20,20,24
250:3,17
251:24 256:24
266:9,10,19
267:3 273:3,11
273:17 279:15
283:19,23,24
284:7,8,20
286:19,20
287:18 297:15
302:9 306:8
307:12,20,24
313:3,23
316:22 319:12
319:14
**believed** 77:17
88:21 194:8
211:6,9
**belittle** 66:16
**belittling** 114:21

**bell** 28:1 38:5
41:6 43:4
44:14,21 47:13
49:17 63:1
**belt** 266:20
267:2
**berating** 114:22
**best** 38:8 97:11
103:6 161:6
201:22,24
202:4,14
203:11 204:10
206:9,19
211:18 225:21
260:16 301:10
301:12 313:16
314:24 315:16
**better** 156:18
158:6 163:19
166:6 168:5
174:4 281:19
309:18
**big** 167:13,16,20
274:14,17
287:20
**Bigger** 79:18
**bills** 150:17
**birth** 12:7
**birthday** 157:11
**birthdays**
274:21
**bit** 13:15 49:3
51:15 68:20
136:19 137:19
180:6 324:6
**black** 70:18
266:12
**blah-blah-blah**
129:19
**block** 52:9 66:3
68:22 231:19
299:13
**blocking** 106:17
110:16

Timothy Ferguson
March 27, 2023

341

blood 63:5,7
  174:20,22
  175:2,5,9,13
  175:15 177:10
  309:21 310:1
  310:23 311:3
blue 107:19,22
  266:4,12
Blvd 4:17
body 82:15,17
  82:18 123:19
  123:22,23
  125:12
bond 116:7
  216:24 217:3
  217:19,22
  218:3,6 219:4
  219:8,21
  247:24 248:3
  284:10
bonded 284:8
bother 188:5
bottom 102:1,20
bought 246:3
Boulevard 3:6
box 118:16
break 9:9,13
  86:16 132:23
  153:6,8 198:19
  201:14 253:11
breaks 138:18
breathe 311:5
breathing
  174:11 311:6
Bridgeview 97:3
  284:24 285:1
  287:7
Brindley 3:4,5
  5:8 7:6,6 11:15
  11:17 46:14,19
  47:2 137:6,10
  183:24 184:3
  185:22 186:2
  214:1 217:6,11

219:10,13
  251:4 264:20
  323:14,19
  326:12 327:9
  327:12,14
  328:5,23,24
  330:13 331:10
  331:11 332:10
  332:18
bring 176:7
  238:16 330:21
bringing 163:10
brother 49:20
  49:21 50:11,18
  50:22 51:1,5
  51:10 122:4,15
  122:22 124:5
  128:12 129:2
  136:15 137:4
  144:23 146:9
  245:12 298:17
  324:14
brother-in-law
  43:8 122:24
  124:5 128:13
  129:2 135:6
  146:9 258:1
brought 331:16
bruising 270:1
bucket 153:2
bucks 177:19,20
  183:6 288:13
building 95:7
  97:2 168:22
  185:9,13,16
  257:21
buildings 95:12
bullet 194:10
bunch 162:4
  181:7,7 195:2
  286:14
Burbank 13:3
  15:9 31:22
  40:19 42:11

51:12 61:6
  63:17 159:12
  159:16 195:3
  257:1
Burge 197:3,12
business 38:21
  80:18 95:17,18
  96:3 98:18
  131:20 132:10
  160:9 183:2
  190:7 257:11
  257:13,20
buy 245:14
  246:1,5 266:22
buys 272:8

                C
C 4:16 7:9
C-o-y-n-e 7:8
Caldwell 212:16
calendar 64:14
  65:1 104:8
California
  168:23 264:22
  284:22
call 56:3 71:13
  71:16 73:20
  76:1 104:20
  105:4,9,17,20
  106:24 107:6
  108:22 110:4
  110:21 119:6
  119:22 124:22
  125:4 127:24
  176:5 178:19
  179:9,10
  224:14,18,21
  224:24 225:5,6
  225:11 238:6
  238:12 258:4
  263:6,9 266:15
  283:11,15
  304:9 305:4
  309:13

called 7:14
  56:18 77:23
  124:24 169:21
  173:5 176:6
  185:7,10
  225:18 258:7
  281:17 309:14
  318:15 326:7
calling 106:21
  128:19,19
  225:9 314:13
cam 82:15,17,18
camera 65:19
  69:12,18,21
  71:20 123:19
  123:22,23
cannon 158:14
capacity 96:6
  257:15
captured 97:10
car 67:6,8 70:19
  72:11 75:9
  103:14 111:21
  112:3 114:5,8
  114:10,13,18
  115:16,20
  116:2,19,23
  119:21 120:11
  121:6,9 122:11
  123:7 133:21
  147:19 216:6,8
  216:12,16
  220:2 228:24
  230:18 231:21
  233:18,22
  235:19 238:1
  240:13 327:6
  327:16,19
  330:6,7
card 256:6
Cardwell 28:16
care 76:2 165:22
  179:13,14
  236:22,22

324:1,3,6,14
career 13:16,17
  14:4 24:23
carry 197:16
carrying 73:17
  92:21
cars 133:16
case 6:13,16,16
  7:2 19:9,20
  23:21 132:13
  192:6 200:13
  200:17 214:20
  217:23 218:7
  222:12 246:15
  247:12 254:3
  300:7,9
cases 197:15
cash 256:6,9
caught 111:16
  112:15
cause 2:8 171:9
  235:12 237:8
  334:12,18
caused 24:19
  147:12,15
  171:2,6,14
causing 163:5
CCVS 336:22
cell 31:14,18
  40:15 42:8
  44:8 50:6 51:3
  61:22
Center 218:20
certain 167:2
  174:11 221:7
  222:5
certainly 328:15
Certificate 5:23
certification
  27:13
certified 2:9,10
  13:11 334:7
  336:2,23
certify 27:14

Timothy Ferguson
March 27, 2023

342

334:9,15 335:3
335:7 336:4,12
**chairs** 101:23
**challenge** 57:19
57:20 319:19
**chance** 201:20
221:14 301:2,5
**change** 132:20
277:23 310:23
311:7,8
**changed** 145:17
157:16 158:3
179:1 257:3
**changes** 27:9
311:1
**changing** 117:15
239:13
**characteristics**
71:1
**charge** 91:1
117:2 211:1
217:8 220:10
223:5 268:12
287:1
**charged** 46:20
116:6
**charges** 84:8
117:3,16 127:7
210:7 222:21
247:18 249:7
280:8
**check** 31:14
64:13 256:6
**chest** 303:2
**Chevy** 134:22
**Chicago** 1:11,15
2:12 3:8,18 4:1
4:5,7,19 6:7,22
18:13,14,20,23
22:13,15 23:4
23:12,12,14,23
24:1,5,13,24
25:3,8,11,15
25:19 26:17

28:7 57:18
80:5,15 90:11
92:14 98:4,7
98:11,15 99:21
100:2 107:22
108:1 109:21
131:6,9,14,17
131:24 132:2,4
132:6 159:23
160:1,4,12
161:2,9 174:16
182:3 191:13
191:21,24
192:3,10,14
193:14,18
196:16,19
198:5,11,14
204:16,24
218:21 227:6
273:12 277:2
306:2 319:3
326:20
**child** 165:22
**childhood** 28:12
28:13
**children** 15:11
15:17 16:10,11
16:14,18 54:18
55:3 56:12
59:21 70:13
104:18 105:23
128:23 152:13
153:12,17,21
154:15 191:10
276:16
**chilly** 64:20
**choice** 300:2
**chose** 153:21
156:24 299:24
**Christina** 96:22
**Christina's**
96:23
**Christmas** 275:8
**Christmases**

275:4,6
**Cicero** 162:1
**Cincinnati**
182:20,23
**circling** 52:9
66:3 68:21
**citizen** 23:11,20
158:19 197:14
229:4,7 330:20
**City** 1:10 4:1,5
6:22 23:3,11
23:12 26:17
87:7 98:7,15
100:1 131:6,17
132:5 159:24
160:10 161:5
163:7 180:4
192:10 204:23
210:10 276:13
276:21 289:6
**civil** 227:13
240:21
**Civilian** 193:10
193:23
**claim** 91:14
175:23 230:3
233:2 234:9
240:22
**claiming** 23:3
94:9 150:5,9
150:14,22
151:10,14,21
152:11,24
**claims** 13:18
17:10,15,17
18:2,17,18,19
264:14
**clammed** 59:22
**clarification**
55:21
**clarified** 219:20
**clarify** 60:1
151:9 208:1
217:6 219:17

225:21 230:19
234:7
**clause** 22:5
**clean** 318:19
**clear** 22:16 71:4
92:23 151:6
170:12 211:19
215:18 223:3
**cleared** 128:15
**clearing** 142:10
**close** 23:12 57:9
67:19,20,23
68:9,12,16
78:16 92:17,24
93:23 119:1,8
208:23 265:1
269:19
**closed** 67:22
79:24 156:4
**closeness** 55:14
**clothes** 90:10,16
97:19 131:2
194:10
**cloud** 74:17
**cloudy** 64:21
**co-counsel** 6:22
**co-pay** 177:12
177:18
**co-payment**
177:16
**co-pays** 150:18
**coach** 181:14,16
**coached** 181:7
**code** 119:13
120:16
**cold** 309:15
**college** 12:11,13
12:15,17 13:15
**color** 138:6
**combination**
116:15 304:22
**combined**
306:24
**come** 11:24

55:12 57:22
58:18 59:3
78:8 81:12
94:21 105:23
107:4 108:15
116:11 119:3
120:6,10 125:7
126:16 128:14
161:22 163:7
167:21 169:21
184:6 207:3,13
223:11 238:13
239:22 246:2
258:3,9 262:16
263:1 272:9
274:23 304:13
331:23
**comes** 66:4
71:18 81:19
110:22 125:6
157:4 243:3
314:11
**coming** 46:9
55:2 58:9,10
62:11 71:10
78:5 111:18
197:9 261:9
271:7
**comment** 223:7
267:20 268:5
319:23 327:2
**comments** 78:3
**committed**
227:22
**common** 160:8
242:19
**communicated**
299:8
**communication**
258:19
**communicatio...**
262:1 304:7
**Community**
12:13,15

Timothy Ferguson
March 27, 2023

343

company 13:19
  13:21 96:19
  168:22 302:7
  306:1,5
compensated
  318:3
compiles 163:12
complained
  220:18
complaining
  25:2 238:3
complaint 19:9
  19:20 20:1,6
  24:11,16 25:2
  84:8 117:11
  118:20 192:13
  193:19,22
  194:1,17
  195:10,15,19
  195:20,24,24
  203:18 213:10
  213:14,17,21
  214:3,8,11,15
  214:19,22
  215:4,5,9,12
  215:17,18
  222:21 223:5
  224:10 227:9
  228:16 232:9
  235:23 236:9
  237:14 240:8
  240:11 241:11
  247:18 248:8
  249:2 300:1
  301:21 312:15
  314:6 316:23
  320:2
complaints
  25:22 192:24
  193:5,6,13
  196:16 215:13
  215:22,24
  229:22 300:8
completed 219:7

completely
  106:14
complies 27:21
composing
  201:17
concern 112:22
  269:13
concerned 320:3
concert 274:12
concluded
  332:15 336:7
conclusion
  133:1 278:2
  332:21
conditions
  219:22
conduct 132:5
  235:12,17
  237:8 252:13
conducting
  98:18 131:20
  131:23 132:10
confidential
  5:20 289:4,7
  289:11,15
  291:4
confidentiality
  289:2
confirm 64:14
  226:14
connect 197:11
connected
  192:19
connection
  130:4 317:5
consecutive
  306:20
consequences
  331:17
consider 58:24
  304:8
consideration
  142:22 268:21
considered

  34:21
considering
  140:7
consisted 235:17
consistent 155:1
conspiracy
  227:14 229:2
  240:22 241:2
  241:20 242:2
conspiratorial
  241:7
constant 324:1
constantly 158:7
consumed 10:8
contact 31:10
  32:1 63:18
  73:21 122:4
  256:17 282:8,9
  282:21 298:24
contacted 77:21
  287:24
contained
  250:15
containing
  249:5 291:5
contention
  241:19
contents 11:2
contest 183:6
continue 19:12
  57:21 247:22
  302:18
continued 14:5
  75:23 113:2
  118:10,11
  119:2 129:23
  169:18,19
  237:21 241:12
continuing 14:3
  14:10 101:24
  133:8 278:8
continuous
  74:24
contractor

  38:22 257:11
contributed
  247:5
control 309:19
convenience
  159:14
convenient 86:7
conversating
  80:16 116:17
  228:4
conversation
  11:2 37:21
  53:3,5,7,11,14
  53:24 54:2,3
  69:24 70:16
  75:12 76:7,16
  76:18 80:21
  81:2,14,17
  82:1 83:6,16
  84:14 85:24
  107:1 114:18
  116:19,24
  118:8,10
  126:12 127:14
  127:18,22,23
  128:3,7,8
  129:4,10
  258:24 259:13
  302:12 323:3
conversations
  11:3 53:6 54:1
  122:1,2 149:22
  150:2 222:19
  228:15 237:11
  237:11 241:12
  252:4,10,16
  261:20 304:6
conversing
  265:13
convey 245:9,11
conveyance
  244:24
convicted 183:3
  186:21,24

  189:12
conviction 186:6
convince 282:12
Cook 1:7,10,19
  1:22 2:1 4:3
  6:17,23 7:11
  77:22 79:5,6
  80:1,10,14
  81:3,9 84:13
  84:14,24 85:14
  85:17 86:11
  109:24 110:10
  110:21 111:3
  112:4 113:22
  113:23 114:14
  115:18 116:13
  116:20 117:20
  117:21 118:8
  121:6,22,23
  122:14 123:24
  126:19 127:15
  132:1 133:14
  133:20 134:4,7
  136:5 143:13
  144:1 158:16
  161:14 199:16
  201:8 203:19
  204:16 205:4
  208:7,18 209:1
  213:2,6,9
  216:17,20,22
  221:8,18 222:6
  222:9 224:14
  224:22 225:13
  225:22 226:9
  226:18 227:4
  227:11,19
  231:1,4,12
  232:1 233:23
  242:8 250:11
  250:13 265:7
  280:3 317:14
  318:5,15,23
  334:3,8

Timothy Ferguson
March 27, 2023

344

| | | | | |
|---|---|---|---|---|
| **cop** 147:19 | 141:5 142:5 | 240:23,24 | 320:16 321:1,5 | 113:22,23 |
| 328:18 | 150:22 151:8 | 241:4,16 243:7 | 322:6 323:2 | 114:15 115:18 |
| **COPA** 193:9,10 | 152:6,9 155:14 | 243:11,12,20 | 325:5,8,11 | 116:13,21 |
| 193:23 194:6 | 155:24 161:10 | 244:14,18 | 330:8 332:9 | 117:20,21 |
| 196:2,4,4,6 | 161:12 164:17 | 245:7 246:11 | 334:22 | 118:8 121:6,22 |
| **cope** 173:20 | 168:15 170:14 | 246:12 248:21 | **Correctional** | 121:24 122:14 |
| 174:1,10 | 173:24 175:12 | 249:24 250:7 | 218:20 | 123:24 126:19 |
| **cops** 106:21 | 177:8 179:6 | 251:15,16 | **corrections** 20:5 | 127:15 132:1 |
| 328:2 | 181:11 182:24 | 252:8,9,18 | **correctly** 250:18 | 133:14,20 |
| **copy** 19:11 26:4 | 183:8 193:12 | 256:1,3,4,14 | **cost** 155:5,8,22 | 134:5,8 136:5 |
| 84:5 99:2,3 | 195:12 200:4 | 257:8,12 258:2 | 245:22 288:12 | 143:13 144:1 |
| 201:9 255:8 | 200:10,11,22 | 259:2,15 261:6 | **costs** 150:6,10 | 158:16 161:14 |
| 300:15 321:15 | 201:10 202:17 | 261:14,23 | 150:13,19 | 199:16 201:8 |
| **corporation** 1:8 | 202:22 204:22 | 262:13,22 | 155:17 | 203:19 204:16 |
| 1:12 2:4 4:4 | 205:9 207:15 | 263:6,7,18 | **couches** 255:19 | 205:4 208:7,18 |
| 17:11,12 | 207:19 208:3,4 | 265:16,18,19 | **counsel** 6:18 | 209:1 213:2,7 |
| **correct** 13:22 | 208:21 209:18 | 266:6,18 | 87:1 133:10 | 213:9 216:17 |
| 14:9,12 21:16 | 209:23 210:17 | 267:23 268:4 | 199:19 201:17 | 216:20,22 |
| 21:22 22:18,22 | 210:18,21,22 | 269:1,2,3,20 | 213:24 247:8 | 221:8,18 222:6 |
| 23:2 25:6,9,13 | 211:2,3,7,8,10 | 270:2,3,7,15 | 301:6 335:8 | 222:9 224:14 |
| 25:17,21,24 | 211:11,16,17 | 273:24 275:18 | 336:13 | 224:23 225:13 |
| 26:23 27:16 | 211:21,22 | 275:23 276:2,4 | **counseling** | 225:22 226:9 |
| 28:6,8,9 29:5 | 212:1,5,10,11 | 277:4,15 | 163:22 302:22 | 226:18 227:4 |
| 30:11 34:8 | 212:14,15,17 | 279:18,21 | 304:2 | 227:11,20 |
| 36:21,23 45:9 | 212:18,19,20 | 280:10,13 | **counselor** | 231:1,4,12 |
| 59:4,5 61:9 | 213:4,5,21 | 281:20 282:2 | 157:22 168:14 | 232:2 233:23 |
| 62:12 69:13 | 215:11 216:6,7 | 283:13 286:10 | 169:3 302:5 | 242:8 250:11 |
| 71:7,21,24 | 216:8,9,13,14 | 297:6,7 299:1 | **counselor/ther...** | 250:13 265:7 |
| 77:2,3,11 | 217:20,21,24 | 299:2,10,14,15 | 150:17 | 280:4 317:14 |
| 85:12 90:8,13 | 219:3,6,6,9,24 | 300:3,10 301:3 | **counsels** 4:4 | 318:5,15,23 |
| 90:17 91:8 | 220:5,6,8,12 | 301:4,7,8,10 | 19:18 26:12 | 334:3,8 |
| 97:18 102:15 | 220:14 223:12 | 301:12,22 | 323:9 | **couple** 12:12 |
| 103:9 104:14 | 223:20,23 | 302:1 303:16 | **counts** 227:10 | 14:6 35:10 |
| 105:15 108:2,6 | 225:2,16 226:2 | 303:17,22 | 227:16 | 67:4 74:7 |
| 109:7,20,23 | 226:20 227:1,2 | 304:5 305:19 | **County** 1:7,10 | 107:10 119:20 |
| 110:2,9 112:17 | 227:7,8,14,15 | 307:7 309:23 | 1:20,23 2:2 | 120:15 123:18 |
| 113:10,14,16 | 229:11,14,16 | 312:14,23 | 6:17 7:11 | 134:2 148:12 |
| 113:24 114:6 | 229:17 230:4 | 313:11 314:5 | 77:22 79:5,6 | 155:20 162:6,7 |
| 117:22 118:1 | 230:21 231:2,3 | 315:23 316:2 | 80:1,10,14 | 162:13,16 |
| 122:21,24 | 231:6,7,9,10 | 316:14,16,17 | 81:3,9 84:13 | 169:6 260:13 |
| 127:5,9 131:5 | 232:11 233:19 | 317:4,12,13,16 | 84:15,24 85:15 | 268:12 271:14 |
| 131:8,11 | 233:20,24 | 317:18,19,24 | 85:17 86:11 | 274:13 275:4 |
| 134:24 138:15 | 234:1,19 | 318:18 319:5,9 | 110:1,10,21 | 284:11,11 |
| 139:9 140:14 | 240:13,14,17 | 319:17 320:12 | 111:3 112:4 | 286:7 287:16 |

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

345

288:3,11
300:24 303:2
313:21,22
314:1 317:23
323:20
**course** 18:1
24:22 125:8
**courses** 12:12
**court** 1:1 5:22
6:14 8:12
54:20 91:17,20
93:15 96:12
145:16 183:10
183:21 184:7
185:1,5,17,24
186:3,9 217:4
217:7 218:7,19
284:12,15,16
299:13 300:7
321:22 332:24
334:14 336:17
**courthouse**
284:21
**cousin** 271:1,3,3
**cover** 177:6,9,13
177:14 201:13
201:14
**cover-ups** 21:4
**covered** 168:12
**covering** 176:22
**covers** 155:13
**COVID** 169:15
176:4
**coworkers** 308:5
**Coyne** 4:15,16
5:6 7:8,8,9
15:14 51:6,8
55:16 86:4,7
98:22 99:2
152:17 181:10
198:20 199:14
199:15 201:5
217:10,16,17
219:12,19

238:16,21
239:2,4 251:6
253:8 285:9
289:20 323:13
327:7 328:19
328:22 331:7
332:11
**CPD** 266:8,11
266:23 277:5
277:14
**cracked** 121:14
**create** 202:24
**created** 199:20
202:8 250:9
301:7
**creating** 249:4
**credit** 256:6
**crime** 186:21
**crimes** 189:12
**criminal** 84:8
182:12 197:13
284:12 323:16
**crossed** 322:8,11
324:18
**crying** 77:23
314:11
**crystalize**
208:17 212:7
**CSR** 336:22
**Cubs** 274:15
277:8
**cuffs** 239:6,10
239:13,14
**current** 13:16
13:17 14:19
18:6 19:4
35:15 61:1
63:13 276:9
307:8
**currently** 15:8
17:10,16 40:19
42:10 51:5,10
61:4,12 173:8
**custody** 157:3

184:12 211:20
216:12 220:3
281:5,8,24
282:3,6 283:22
328:1,13,17
332:23
**custom** 21:2
**cut** 58:22 78:15
259:10 302:10
311:9
**cuts** 272:5
**CV** 1:5 6:16 7:2

---

**D**

**D** 1:17
**D-Bats** 1:16 2:2
3:14 7:5 254:2
300:14
**D-i-r-k** 29:15
**D-o-n-c-h-e-z**
307:21
**D-o-r-m-a-n**
270:22
**dad** 78:4 108:24
109:4 190:15
245:18,21
313:13,17
**daily** 163:5
166:11
**damages** 146:24
246:15,22
**dark** 106:14
132:14
**Dart** 1:9 200:16
**date** 6:2 12:7
33:21,21 41:22
62:15 63:11,12
153:15 156:20
161:22 188:23
204:3 205:16
206:21 208:9
208:20 209:20
276:8,9 284:17
319:2 335:12

336:19
**dates** 318:13,19
**dating** 117:6
280:19
**daughter** 34:11
34:12 36:21,22
120:1,9 191:10
281:1,6,8,24
282:10,10,12
**daughter's**
280:16,18
**daughters** 34:16
35:2
**day** 2:13 35:9
39:14 64:10,11
64:20 69:5
74:23 78:12
92:23 104:3
116:12 159:6
165:4 167:23
177:24 178:1
180:3 195:19
219:14 223:3
230:21 251:19
304:11 311:19
315:19,20,22
331:4
**days** 17:23 31:3
31:21 68:4
176:4 181:6
186:12 187:8
218:20 219:15
275:20,22
276:23 306:13
306:16,16,17
306:21
**DCM** 332:24
336:17
**De** 36:13
**deal** 67:18
**dealing** 189:24
**death** 299:19
**debating** 281:4
**decades** 269:21

271:2
**December** 29:7
176:12 218:17
255:13 279:2
**decide** 55:12
153:15
**decided** 237:22
283:11
**decision** 32:22
153:23 154:9
331:17
**decisions** 156:21
**decks** 257:21
**declined** 302:17
**decrease** 178:16
311:3
**deductibles**
150:18
**deed** 299:17
**deep** 242:22
261:20
**defendant** 4:1
6:9,12,21
200:16 249:6
**defendant's**
201:8
**defendants** 2:5
3:13 4:13 7:4
7:10 199:16
200:1,13 201:9
203:19,20
214:20 300:8
**defendants'**
199:21
**degrees** 235:20
**Dells** 276:11
**demeanor**
158:14 160:16
**department**
1:15 4:5 24:2,5
24:14,24 25:3
80:16 98:5,12
99:22 108:1
131:10,14,24

Timothy Ferguson
March 27, 2023

346

160:12 161:9
193:15 196:20
198:5,11,15
232:15 255:1
265:8 277:3
279:22 280:3
**depends** 167:12
**depicted** 123:13
**DEPONENT**
333:2
**deposed** 8:5
**deposition** 2:7
5:11,12,13,14
5:15,16,17,18
6:5,9,10 7:1
8:10 10:19
19:13 26:8
36:8 62:11
133:9 180:15
200:24 254:7
261:10 278:9
278:14,16
285:4 288:18
288:20 300:16
321:8,22
332:15,22,22
334:22 335:2,4
335:6 336:4,5
336:7,11
**depressed**
171:10
**depression**
164:4,5,6,16
169:24 170:15
172:9,19 173:7
246:17,19
**describe** 267:14
305:7
**described** 157:6
258:23 270:1
316:8
**detail** 24:10
245:17 283:9
323:17

**detailed** 23:16
**details** 91:12,12
261:10 262:10
**detain** 249:9
**detained** 247:15
**determine**
153:15 172:1
**determined**
235:23
**deterrences**
174:12
**developed** 241:6
**device** 6:11
**diagnose** 170:8
246:19
**diagnosed** 164:5
164:6,15 170:5
246:16
**diagnoses** 173:1
**diagnosis** 172:4
172:18
**dialed** 110:8
**die** 30:5
**died** 313:24
**diet** 310:24
311:7,8,16
**difference**
139:11,13,16
155:7
**different** 139:17
234:13 269:15
304:17
**difficult** 8:16
**dinner** 54:7
104:17 105:4
**direct** 115:21
159:20 172:2
**direction** 110:23
328:2,18
**directions** 326:2
**directly** 21:13
28:13 141:21
170:9,11
193:14 207:23

250:18 266:11
**Dirk** 29:12,15
30:2,5
**disabled** 323:23
324:14
**disadvantage**
155:12
**disagree** 226:13
**disagreement**
125:11
**disbarred** 46:19
46:23
**disbelieve** 331:6
**disciplinary**
197:20 242:20
243:3,9,13,19
244:1,15
316:12
**discipline** 22:7
25:15
**disciplined** 15:2
18:23 19:5
198:10,14
308:12
**discoloration**
270:2
**discolored**
270:10
**disconnection**
225:5
**discovered**
288:4
**discuss** 289:4
302:13 303:1,3
**discussed** 52:11
168:11 184:23
286:16
**discussing** 223:1
266:2
**discussion** 54:12
277:20 288:14
321:17 323:21
325:1 326:24
329:1

**discussions**
141:18 158:1
195:7 261:2,8
**dismay** 120:7
125:7
**dismissed**
227:17 281:7
284:18
**disorder** 170:1
170:13
**disperse** 128:17
287:1
**dispersed**
128:21
**displayed**
226:17
**dispute** 28:20
88:14,17,18
91:10,13
111:17 112:15
112:18 113:5
212:9,12
263:16 264:14
298:16
**disputing** 88:24
120:24
**disregarding**
236:20
**distant** 267:15
267:16
**distinct** 247:11
**distress** 59:16
152:14 227:13
235:1,13
236:14 237:3,9
**District** 1:1,2
6:14,15 218:18
**Division** 1:3
6:15
**divorce** 154:2,6
154:8 157:24
**doctor** 164:8,10
169:1 172:11
172:13,14

176:15 179:5,7
179:7,10
**doctors** 176:9
202:14
**document** 20:16
22:3 26:6 99:5
100:11 135:14
183:21 185:1,6
186:9 200:20
201:13,17,21
201:22 202:2,8
202:15,19
203:10 214:10
217:5,7,15
218:19 250:16
280:7 285:18
297:9 299:16
299:18 300:21
301:3,6,9
322:4 324:16
**documentation**
265:21 267:6
**documents**
11:22 126:3
285:3
**dogs** 39:9
**doing** 18:14
39:10 80:20
90:21 115:12
115:12 142:18
174:11 196:22
239:16 240:3,4
297:24 298:7
318:2
**Dolin** 3:16
**domestic** 197:15
280:8
**Donchez** 307:19
307:21
**Donte** 280:12,15
281:14,18
282:1,3,8,17
282:22 283:5
283:16

Timothy Ferguson
March 27, 2023

347

Donte_Cruz@...
283:3
door 67:9,14,14
67:15,19,20,21
67:21,23 68:9
68:12,16 69:1
76:19,20 77:10
78:16 79:24
92:17,24 93:23
101:1 114:20
115:5 118:19
119:1,8 122:6
159:14 228:23
263:1 297:4,14
330:7,11,14,22
Dorman 270:20
270:22,24
271:4
double 151:12
205:1 273:6
double-check
61:19
doubles 169:3
doubt 220:7,9
Dow 1:7
downspout
271:21
downtown
185:9 277:10
Dr 164:8,15,22
168:17,20
169:1,5,12,20
169:23 170:22
171:17,19,21
172:6,7,8,11
172:18 173:19
173:22 174:13
175:10,17,18
175:21,21
176:23 177:15
177:21 178:2,6
178:16 179:4
180:17,17
202:13,14

246:18 272:18
272:18 273:6,8
303:9,15,24
304:7,14
310:16
drank 259:5
drive 62:15,17
160:15 190:22
191:2,6 261:13
276:19
driver 73:3,6
75:8 87:18
driver's 226:17
driveway 68:18
69:8 80:24
83:8 106:12,15
106:17 125:9
125:15 128:16
129:3,23 130:1
134:13 325:3
driving 70:19
73:17 82:8
99:18 131:6,9
161:24 191:4
263:2 309:9
drop 105:22
106:5 308:13
dropped 54:8
68:15 100:24
194:17 195:11
195:15,21
308:20
drove 108:3
123:4 276:20
due 256:11
duly 7:14 334:16
duration 317:22
duties 17:13,24
————————
E
e-signature
203:7
earlier 36:18
68:20 174:4

206:24 241:15
246:14 261:1
266:2 268:6
299:24 325:13
early 29:2
104:18 157:15
ease 289:3
easier 281:11
327:13
Eastern 1:3 6:15
eating 311:6
Eddie 1:23 4:14
200:3
Eddy 7:11
edge 167:1,3,15
167:17,24
edginess 166:22
166:24 167:9
education 13:14
13:24 14:3,11
effect 178:23
187:17,18
217:19 327:3
332:8
effects 188:4
304:22 308:2
309:3,5
effort 248:19
Eight 17:20
either 44:1
46:23 52:2
55:12 62:1
63:20 124:18
150:23 167:4
193:3 204:6
219:12 224:18
235:3 242:14
243:20 254:16
273:11,18
331:5
electrician 13:11
electronic 26:20
email 255:8
260:20 282:23

282:24
emails 265:21
Emergency 47:2
emotional
146:24 149:17
151:20,22
152:8,10,14
168:8 174:3
227:13 235:1
235:13 236:14
237:2,9,9
246:22 247:1
247:10
emotionally
59:11 60:9
Empire 257:14
257:16
employed 22:12
employee 1:14
1:16,19,22 2:1
employer 18:6,7
19:4 305:22
306:6,10
307:23
employment
38:19
empty 32:14
102:20
ended 107:6
120:13 217:9
217:11
enforcement
23:18 24:8
162:20,21,22
167:19 277:4
engaged 235:11
241:2
ensues 125:12
enter 284:13
entered 76:18
322:23
entire 89:15
97:20 227:18
317:22

entirely 204:3
entirety 97:6
202:2
entity 214:12
episode 247:11
establish 28:21
estate 30:4
88:18 117:7
212:16 240:1
297:12 312:17
322:6
estimate 260:16
307:2
evaluations
171:21
evening 53:15
53:17 54:3
104:18 253:1
258:21
evens 155:9
event 36:16
167:14,16
170:20 171:1,4
253:1 274:1,4
274:7 279:3
322:19
events 43:1,22
49:5,9,13
50:19 59:7
60:22 62:21
167:20 171:8
171:12 180:9
274:10,14,18
274:20,20
275:1
eventually 106:4
115:23 244:23
Evergreen
168:23
everybody
106:20 110:14
128:17,20
156:5 181:6
252:15 287:1,5

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

348

297:24 305:12
**everyday** 23:20
154:3
**eviction** 89:8
319:16,20
**evidence** 208:5
241:5,18,24
**exact** 161:22
250:22 313:24
**exactly** 30:9
52:6 54:10
169:4 221:3
249:14
**Examination**
5:5,6,7,8 7:17
199:13 253:21
323:18
**examined** 7:15
172:4
**examines** 22:3
31:18 40:15
42:8 44:8 50:6
51:3 61:22
285:18
**exceeding** 187:5
**excerpts** 317:20
**excessive** 166:17
166:20
**exchange** 126:3
142:21
**excuse** 11:13
31:7 58:13
61:7 63:11
95:22 97:24
107:14 109:4
143:20 146:8
195:9
**executor** 322:5,8
322:11 323:6
324:17
**exercises** 174:12
311:6
**exercising**
310:24

**exhausted** 256:8
**exhibit** 5:11,12
5:13,14,15,16
5:17,18 19:8
19:14,16,22
26:2,5,9,11,13
27:15 98:23
99:1 200:21
201:1,3,6
278:13,17,19
285:2,5,7,9,20
288:18,21,23
300:13,17,19
321:7,9,11,21
**EXHIBITS** 5:10
**existed** 261:22
261:24
**expect** 264:21
**expected** 178:22
**expenses** 150:6
150:10,14
**experience** 15:6
23:13 24:7
94:23 96:8
165:2 167:9
328:10
**experienced**
161:1,13
**experiences**
191:19
**experiencing**
156:17 157:6
164:1,24
**explain** 239:20
247:7
**explained** 54:7
54:10 194:20
**explanation**
246:23
**extended** 45:11
**extent** 93:16,21
**extreme** 236:12

_____
**F**
_____

**F** 95:21 303:7
**F-e-r-g-u-s-o-n**
7:22
**face** 48:14 229:1
304:1,1 314:15
**face-to-face**
159:20
**Facebook** 37:3,4
37:5,8 41:1
42:16,19
180:23 181:2
**fact** 22:12
142:16 158:21
211:2 217:18
224:22 230:14
237:8 240:11
240:15 281:12
**facts** 21:7,20
22:10,19,23
301:21
**factual** 230:19
**factually** 222:15
**failed** 317:2,2
**fails** 23:4
**fair** 8:17,23 9:7
9:14 74:16
88:10 90:11
91:6 97:10,11
97:16 103:7
107:24 110:7
113:7,11 131:1
200:20 201:16
202:9 203:5,14
204:12,13,16
205:18,19
209:15 212:4,6
229:15 232:9
232:11 234:23
248:22,23
254:17,18
263:4,5 267:22
298:20 300:6
312:9 318:8,22
320:20 323:23

331:14
**fairness** 202:12
241:14
**faith** 180:3
**falling** 166:9
305:4
**false** 227:12
230:3 232:13
232:19 233:1
234:9,12,12,14
234:18 249:5
250:14 281:18
281:20
**falsely** 232:6
234:16 315:6
**falsity** 320:21
**familiar** 28:10
301:1
**familiarity**
326:18
**family** 45:4,5,7
45:8,11,11
58:23 59:1
77:15 82:6
88:6 95:8,15
111:17 112:15
113:4 120:4
124:4 158:9
172:13 179:4,7
179:9 180:9
189:19 240:2
242:22 258:11
258:15 274:21
275:1,13,14
276:10
**far** 52:16,24
59:11 106:1,1
125:14 131:7
131:10 143:23
161:11 162:14
203:24 219:21
220:10 226:21
232:23 234:21
237:4,7 241:18

241:24 242:5
244:20 245:1
261:15 281:16
313:1 327:23
**farther** 83:19
163:20 166:6
168:5
**fashion** 53:23
**faster** 119:17
281:11
**father** 12:1,2
29:19,24 30:2
32:18,21 33:1
34:5 61:7,12
61:16,24 62:4
62:7,10,20
88:22 90:22
91:14 96:17
109:5,9,11
138:14 139:7
141:11,22
142:11 184:16
188:8,9 189:6
189:11 190:3,4
190:20,22
191:8 212:14
245:1,9,13,13
246:1 251:18
255:23 261:3
261:16 263:16
265:13 269:10
298:18 312:12
313:9 318:2
323:4 324:8,23
**father's** 29:20
95:17 322:19
**father/son** 190:6
190:14
**FCRL** 278:15
285:3 288:19
**fear** 22:7 152:19
158:10,20
159:3 160:1,2
160:23 163:4,5

Timothy Ferguson
March 27, 2023

349

163:12 191:2
242:7,10,14
243:2 244:3
**fearful** 52:20
**February** 30:8
176:12,13
177:23,24
**federal** 46:20
184:7 185:8,12
185:16 217:14
217:23 218:6
218:17
**feedings** 166:2
**feel** 22:6 23:8,19
101:23 120:18
151:11 163:24
168:4,9 197:5
236:19
**feelings** 167:2
182:8
**feet** 33:20 67:4
81:5,7
**felony** 187:1
**felt** 73:19 111:16
112:14 134:1
139:16 173:17
232:18 248:9
269:16 298:21
309:10,18
**female** 112:7
194:8,18
**fence** 65:18
272:6
**fences** 257:22
**Ferguson** 1:4
2:8 5:4 6:6,17
7:2,7,13,19,21
7:23 8:4 12:3
15:13 19:19
26:21 29:12,15
29:21,24 30:2
30:3,5 33:1
49:16 50:11
51:17 60:11

61:8 87:3,17
92:12 93:21
95:22 109:5,6
123:1,6 133:9
133:12 135:10
136:16 137:4
137:16 144:2
144:23,24
145:21 146:19
181:3 199:7,15
201:6 254:1
263:22,23
264:1 265:2
278:9,12
285:13 321:20
322:2 324:8
327:24 332:22
334:11
**fights** 308:4,7
**figure** 55:9
108:22 111:13
129:17 196:14
228:11
**figured** 80:19
**figuring** 54:15
**file** 84:7,12 87:8
132:21 133:1,8
134:16 144:4
145:2 154:6
210:6 213:13
213:16,20
277:23 278:2,8
**filed** 19:22 20:2
141:6,7 154:8
192:6,9 203:18
213:10 214:19
215:9,14,17,19
215:21 216:1
242:13
**files** 332:23
**filing** 215:5
260:22 262:8
**fill** 18:1
**filled** 273:5

**finalized** 301:7
**finally** 169:21
**financially**
324:14
**find** 100:7
158:22 159:2
173:19,20
185:4 198:13
225:17 243:22
255:9 304:16
**finding** 21:12
**fine** 183:7
**finish** 8:20,22
252:23
**finished** 84:14
89:15
**fired** 198:6
**firing** 197:23
**first** 14:16 18:13
37:9 56:1
64:18 73:3
76:22 81:11
96:2 116:1
133:20 134:11
140:7 154:14
154:15,23
156:16 157:5
175:7,19
179:23 181:21
182:19 185:15
185:17 187:10
194:17 207:17
208:8,18,24
216:4 220:2
225:13,22
226:8,18,22
231:11,16
232:1 233:4,16
235:2 243:9
258:9 262:19
271:3 275:8
279:8 302:24
303:15 306:2
309:8 316:6,11

318:5,24
334:16
**five** 64:1 68:4
80:2,2,3 81:7
86:4 106:3
110:3,5 132:22
172:15 173:12
260:17 264:18
**five-ten** 79:17
**fix** 271:9
**fixed** 138:19
272:6
**fixes** 272:5
**flip** 303:5,6
**Florida** 264:19
276:11,13,14
**Fly** 276:19
**focused** 25:22
**folded** 102:11,17
**follow-up** 254:3
254:20 283:15
323:8
**followed** 77:4
320:18
**following** 151:7
212:13
**follows** 7:16
86:22 93:11
133:6 199:3
253:17 278:6
290:2
**foods** 311:11
**foot** 67:21 68:12
**footage** 123:19
123:22 124:1
**force** 160:3
198:2
**forced** 281:22
**forcing** 55:11
**foregoing** 27:15
334:22 335:2
**Forgive** 254:9
257:7 263:23
**form** 240:12

327:7 328:3,19
330:12 331:7
**forth** 73:13
116:16 154:5
157:2 172:10
174:12,21
202:2 245:19
251:19 263:3
301:21
**found** 62:15
183:15 197:19
255:5 316:16
316:18,20,24
317:11 320:6
**foundation**
327:8 328:3,20
331:8
**four** 15:18 28:18
28:23 148:13
165:13 259:6
271:7
**fourth** 139:24
**frame** 179:1,2
274:8
**frantic** 77:24
**fraud** 14:2,2
**Frederick** 44:13
144:12
**free** 101:23
127:2,10
180:11 247:22
**frequency** 162:8
**fresh** 309:15,17
**Friday** 36:13
104:6,9
**fried** 311:11
**friend** 34:21
38:8 258:11,15
304:14
**friends** 34:19
64:5 269:19
**friendship**
269:21
**frighten** 328:1

Timothy Ferguson
March 27, 2023

350

front 52:7 67:3,5
  69:1 70:4,6
  76:3 77:10
  78:2 79:24
  81:3 82:16
  85:5,6,8,9
  110:24 114:13
  116:23 129:14
  199:22 286:21
  300:21
fruit 261:11
fruition 269:2
fuck 129:18
  268:2
Fuentes 1:9
full 28:21
  102:13 148:17
  187:8 282:3,6
function 309:11
furnace 155:21
furnished
  255:18
furniture 255:20
further 13:24
  78:23 127:14
  127:18,22
  199:8 249:3
  253:9 323:13
  332:12,14
  333:2 334:15
  335:3,7 336:12
furtherance
  214:11

_____
       G
G-l-o-z-m-a-n
  185:22
G-o-w 62:24
G-u-z-m-a-n
  164:14
Gabriel 1:8
games 274:15
  277:8
gas 159:12,12

gatherings
  275:21
Gene 307:19,21
  307:22 309:1,2
general 38:20,21
  257:11 299:11
General's 193:9
  213:20 214:4
generally 262:7
  283:5 287:11
  320:9 322:4
generations 74:7
getting 32:13
  55:2 56:20
  148:6 157:23
  158:6 159:12
  308:18
girlfriend 31:2
  252:7 314:19
girls 36:18,19
give 8:8 40:16
  107:7 142:22
  154:9,11
  235:16 248:15
  248:24 259:3
  267:9 286:12
  297:24 298:1
  301:13 303:18
  310:8 331:4
given 24:14 68:3
  93:2 141:11
  142:19 171:16
  234:21 263:9
  324:16 325:22
  334:19
giving 36:8
  78:12 153:18
  158:17 252:21
  269:10 297:18
  326:2,10,14
Glozman 185:19
go 8:7 12:11,22
  13:4,5 32:14
  35:5 38:9

  47:22 55:5,7
  56:10 57:21
  64:22 65:4,11
  66:17 68:19
  75:17,23 84:21
  104:24 118:20
  119:1,9 122:8
  127:1,2,11
  129:6,15
  136:18,19
  137:11 145:17
  146:5 147:24
  148:3 154:10
  160:16 179:14
  185:12 189:22
  194:24 197:6
  208:12,15
  219:10,17
  238:17 239:23
  248:1 251:7
  252:11 254:4,8
  259:11 260:1
  262:10 264:2
  268:2 271:2,8
  272:13 273:22
  274:5,15 275:3
  276:13 280:21
  281:21,22
  284:12 289:15
  289:22 301:2,5
  306:22 323:10
goal 178:23
goes 55:9 77:1,9
  126:14 138:21
  191:2 269:21
  302:3 320:2
going 6:3 8:7,9
  8:19 9:6 11:1
  12:4 19:7,10
  26:1,2 27:5,23
  33:16 37:24
  39:13 49:1,4
  52:11,12 54:16
  56:21,22,24,24

  57:21,21 58:1
  58:9 59:3
  67:11 78:6
  83:16 86:5,18
  86:24 87:6,9
  87:15 89:21
  90:1 91:16,22
  92:2 93:7,13
  98:20,22,24
  100:9 104:24
  106:20 109:18
  110:14 111:18
  114:24 115:1
  115:11,23
  116:5 117:4
  119:4,6,7
  120:5 126:23
  126:24 130:22
  132:12,14
  133:2 135:10
  136:6,18 137:6
  137:18,22
  138:12 139:12
  139:18 140:18
  143:1 144:13
  144:14 153:4
  156:21,22,23
  157:1,2,21
  163:13,14,14
  164:20 167:13
  167:16 169:15
  172:2 173:4
  178:10 182:11
  189:23 190:18
  194:24 198:23
  199:5,17
  203:16 219:13
  228:11 237:13
  239:23 245:19
  245:24 247:23
  247:24,24
  249:2 253:13
  253:19 254:4
  260:12 262:11

  263:10,14
  269:8 275:21
  276:6 278:2,12
  279:11 281:4
  282:13 283:8
  283:21 285:2
  286:12 289:6
  289:13,22
  291:3 298:11
  305:11,14
  314:20 318:11
  323:14,20
  331:18 333:1
goings 190:19
Golden 263:20
  263:21,23
  264:1,17,21
  265:1
good 34:19,21
  145:17 157:24
  160:5 165:13
  174:24 190:6
  190:13 191:17
  191:21 192:4,5
  253:23 277:1
  289:18 305:10
  305:12,14
  306:24
Google 21:18
  22:24
Google-type
  254:23
gotten 70:11
  163:19,20
  166:5,6 168:4
  272:7 274:7
Gow 62:24 89:2
  89:3,7 108:12
  109:14 123:9
  129:10 130:4
  136:2 208:21
  209:9,11
  211:12,14
  212:19 221:20

Timothy Ferguson
March 27, 2023

351

222:8 224:2
231:9 232:3
244:24 245:5
245:19 263:16
265:5 267:15
312:16 322:5
324:13,23
325:13
**grabbed** 111:3
**grade** 38:11
**graduate** 12:9
12:19
**graduated** 74:6
**Grand** 184:19
**grandfather**
190:15
**grandmother**
28:15 56:2,3,4
56:5 105:14,15
212:17
**grandmother's**
28:14 29:4
54:8,19 55:7
55:13 56:1,12
66:11 73:18
82:5 105:8,13
105:23 106:2
128:24 153:17
251:21 259:14
299:19,21
312:8 322:6
**grass** 58:22
272:5
**Great** 132:22
**green** 82:20,21
**grew** 34:13
**grind** 235:8
**groggy** 165:10
**ground** 8:7
**grounds** 227:21
229:20 232:7
232:22
**guess** 37:5 45:17
58:19 59:15

91:16 94:15,22
112:21 139:12
140:5,6 141:21
147:10 163:3
163:12 164:7,7
164:20 169:3
170:6 174:17
179:1,10,12
196:14 242:19
249:15 257:10
283:12 303:18
308:15
**guessed** 315:24
**guesstimating**
69:10
**guilty** 183:5
186:8 187:15
218:19
**gun** 65:24 67:8
68:8 73:17
92:21 107:21
158:13 197:16
197:17 263:2
**guy** 67:18 68:6
73:16,22 119:6
158:13,21
330:10
**guys** 280:19
**Guzman** 164:8
164:11,15,22
172:6,7,8,11
172:18 174:13
175:11,17,21
177:15 179:4
180:17 202:13
246:18 272:18
319:12 330:23
**Guzman's**
175:19 273:6,8

--- **H** ---

**H-a-l-l-o-r-o-n**
30:21
**H-a-r** 307:12

**half** 102:20
310:15 311:19
**Halloron** 30:19
30:24 31:11,20
32:4,8,19,23
33:8,10,16,22
34:10,17,23
35:7,12,17,21
36:1,4,7,12,24
40:7 71:16
119:23 124:8
124:24 125:1,4
125:21,24
126:5,7,10
127:4,24 141:4
141:14,19
141:23 142:2
142:15,15,23
146:13 255:12
255:22 256:5
256:10 257:3
265:12 268:22
269:5,18
**Halloron's**
35:14 39:9,16
**hand** 24:18,20
26:1 67:9
111:4 147:10
147:16,22
149:1 201:10
231:12 278:12
297:5 335:12
336:19
**handcuffed**
286:17,19
317:18 329:4,8
329:12 330:23
**handcuffs**
103:11 111:5
112:2,13
113:20,20
114:1 119:5
143:11,14,17
143:21,23

147:13,15
228:1,6,7
238:2,5,10,14
279:17 329:3
**handed** 126:7
321:6,20
**handful** 161:6
323:15
**handing** 126:6
**handle** 67:1 88:8
268:17 271:23
**handled** 271:20
**hands** 111:4
228:8 329:6,11
330:2
**Hang** 55:16
**happen** 8:9 30:7
32:4 56:22,24
161:7 240:6
246:5 254:14
260:14 283:10
309:7
**happened** 40:8
41:12 42:1
43:16,19 47:4
48:3,20,23
50:16 52:2,5,6
52:12,16,22
53:19 54:6,11
54:11,11 60:3
78:20 82:24
83:3,24 113:2
123:13 150:7
151:23 152:4
183:20 184:15
192:19 195:8
214:22 231:11
252:23,24
262:10 284:1
286:24 311:24
314:7,14 317:7
318:11 321:4
**happening**
54:15 57:5

**happens** 80:11
106:11 110:10
114:11 116:21
118:7 124:22
125:5 126:11
126:20 243:1
**harassing**
104:23
**hard** 8:19
101:22
**Harlem** 97:3
194:14
**Harmillo** 307:12
307:12
**hat** 144:21
**hate** 120:2
**he'll** 117:10
**head** 8:15
105:24
**headed** 54:9
105:6
**heading** 105:7
105:12
**heads** 125:9
**health** 187:20
**hear** 83:9,12
88:1 90:14
92:13,16 94:2
97:13 116:24
117:11 118:7
121:15,18
122:9 125:20
125:23 131:22
138:13 139:23
140:23 228:1
249:10 326:8
327:11 332:3
**heard** 121:17
132:9 222:19
222:23 223:1
229:20 325:2
328:11,15
331:3
**hearing** 85:21

Timothy Ferguson
March 27, 2023

352

87:22 214:18
228:15 247:16
263:24
**heated** 318:9,22
**height** 79:15
**heir** 117:6
**held** 2:13 82:15
277:21 284:4
288:15 321:18
**help** 67:11 121:2
125:8 169:13
169:19 181:17
184:4 331:24
**helping** 170:10
173:20
**Hen** 159:13,14
**heretofore** 334:9
335:6
**hereunto** 335:11
336:18
**hey** 118:19
248:6 304:9
308:18 311:21
330:1
**hiccups** 305:12
**Hickory** 17:7
54:20 56:4,11
105:8
**high** 12:9,19,22
12:23 13:1
35:9 36:13
175:9,15 308:8
309:21 310:1
310:23 311:4
**highlight** 8:8
**Hills** 17:8 54:21
56:4,11 105:8
**history** 182:12
197:13 265:11
313:3
**hit** 136:20
298:24
**hold** 20:18 67:21
86:6 137:8

182:21 202:7
327:24 328:12
328:17
**holding** 228:8
306:5
**holdings** 306:1
**holidays** 274:22
275:16
**home** 15:23,24
28:12,14,14,20
29:4 48:13
52:7 53:4
54:18,24 55:4
55:8,11 56:5
56:12 58:10,21
65:15,21 66:11
67:5 69:1
70:10,11,14
71:2,4 73:18
76:4 78:2,5
81:12,15 82:5
84:17,23 88:2
88:11,21,23
91:5 92:22
94:19 105:6
106:1 109:3,6
110:24 115:4
127:12,13
129:6,14,14
138:14,19,22
139:7 141:12
142:13,14,20
146:5,5 153:16
153:18 154:9
154:11,14,18
154:20,22
155:2,11
161:24 165:15
165:23,24
188:23 204:12
204:14 209:5
209:17,20
210:3,5,13,17
212:1,23 213:3

216:5 220:23
221:6,21
223:15,16
224:19 225:23
226:23 227:1
238:13 245:14
246:2,3,4,6,10
248:1 256:11
263:17 269:6,9
269:11 270:13
272:2 275:2
279:6 280:22
286:3,4 287:2
324:3,7
**homeowner**
287:19
**honest** 111:9
189:1 310:5
312:1
**Honorable** 1:6
**hood** 121:9
**hopefully** 38:2
153:1
**Hospital** 273:15
**hostility** 92:23
**hotel** 276:17
**hour** 2:14 53:12
86:5 259:3
302:9,18,19
**hourly** 306:11
**hours** 10:9
56:16 65:8
119:20 134:1,2
134:14 148:5
165:12 232:17
232:18 259:4,5
259:6 270:5
284:5,10,11,11
288:11,12
311:20 336:8
**house** 32:14
35:12 52:7
54:8,19 55:7
55:12,13,22

56:2,6,7 58:18
59:3,18,23
67:4 70:2 85:2
85:5,8,11
105:8,13,23
106:2 128:24
141:10 153:18
156:24 205:7
245:22 251:22
259:14 263:10
270:17 305:17
**houses** 288:4
**hypothetical**
328:22

**I**

**ibuprofen** 148:9
148:10 149:3
270:5
**ice** 148:4,7 149:3
270:5
**iCloud** 74:14
**ID** 74:10 126:4,6
126:7
**Ida** 28:16
312:16
**idea** 39:10 58:4
66:2 92:20
196:11 228:13
256:23 287:24
297:10,11
309:9 310:4
314:19
**identification**
19:15 26:10
201:2 226:8
278:14,18
285:2,6 288:17
288:22 300:18
321:10
**identified** 66:5
80:13 99:1
194:11 209:4,8
227:6 277:13

297:16
**identifies** 99:21
100:1
**identify** 68:7
72:23 80:13
144:11 297:11
297:23 311:13
**identifying**
132:3 277:16
**IL** 1:10 3:18
**illegal** 10:9
142:18
**illegally** 142:19
269:9
**Illinois** 1:2,7 2:3
2:11,13 3:8 4:7
4:19 6:7,15,17
13:3 15:9 16:4
17:8 28:5
31:22 40:20
42:11 47:9
51:12 61:14
97:4 174:17
204:19 218:10
218:18,21
279:3 334:1,9
**immediate**
45:10 231:8
**immediately**
46:24 53:15
125:9 128:20
154:23 227:24
228:5 248:10
248:13 327:5
**impact** 148:21
187:19,23
188:1 198:15
324:13
**important** 8:14
**imprisoned**
232:6 234:17
**imprisonment**
227:12 232:13
232:19 233:1

DCM Court Reporting, Inc.
(312) 704-4525

234:12,15,18
impunity 22:6
in-person
169:16 304:20
inability 165:8
180:10 305:21
306:21 308:8
incarcerated
78:4 90:23
96:17 109:11
188:9,10,13,14
188:16,22
189:7
incident 17:2
24:12,15 56:10
57:7 68:20
77:18 85:22
86:1,10 97:20
103:3 124:2
129:1,3 142:9
152:7 163:2
170:20 175:8
188:23 193:1
194:3,4 195:20
202:21 203:17
203:21,21
249:17,23
250:2 258:23
261:4,5 262:19
264:5 265:4
266:3 267:18
274:24 281:13
286:15 300:2,3
300:5 303:19
303:20 305:2
305:16 308:3
315:6 316:9,9
316:10 317:6
317:11,17
318:21 319:11
320:2,9 322:24
323:1
incidents 150:24
163:20 164:2

264:8
include 45:10
including 252:5
258:1
incomplete
328:22
incorrect 222:2
222:16
independent
322:11,12
INDEX 5:2
indicated 102:24
301:24 325:12
indicates 303:12
322:5
indicating 225:8
267:6 321:23
indication
306:16
indictment
46:20
indirectly
141:22
individual 1:13
208:1
individually
1:18,21,24
216:18
individuals
200:9,12
212:13 252:20
inevitable
314:15
inevitably
254:14
inflict 236:13
237:2
infliction 227:13
234:24
information
21:13,14,17
31:11 32:1
38:2 52:21
100:7 108:16

189:22 222:18
262:14 269:14
282:21 302:15
320:6 324:19
informed 82:8
ING_0409 87:9
initial 76:7
184:10 185:17
262:23 302:12
initiated 243:10
243:14
injuries 146:20
146:24 147:4,7
148:24 149:11
149:13,17,18
149:19 151:21
151:22 152:8
152:11,24
153:4 168:9
175:23 247:2
247:10 248:17
269:24
inside 48:13
53:4 70:2 72:1
84:18 122:14
125:17 330:23
inspired 248:5
Instagram 42:23
instance 6:10
186:7 243:8
instituted 6:13
instructed
287:14,15
insurance 13:19
13:21 14:2,3,8
14:17 15:3
17:9,13,21
18:13,15,20,23
176:18,21,22
177:2,7,9,14
302:7,14,16
306:2
intended 235:12
237:1

intention 236:13
intentional
227:12 234:24
intentionally
317:2
intentions
237:20
interacted 25:4
interaction
77:19,20 78:23
108:7 126:9
159:18,20,22
195:16 206:10
262:20,23
277:6 320:14
interactions
191:12,21,23
192:3 194:23
277:1,2
interest 156:6,8
210:8 212:1
221:20 222:8
267:6
interested
335:10 336:15
interfere 299:13
interference
217:14
interrogatories
26:16 27:1,4
201:8 203:2
300:14
interrogatory
27:10 199:20
218:13 300:11
301:19 303:6
305:20
intersection
101:12 108:11
intervene 327:5
327:16 330:19
interview 176:1
176:14,17
302:6

interviewed
317:9
intimacy 152:16
152:19 156:1
157:6 158:3
intimate 156:12
introduce 6:18
introduced
258:16
investigate
212:22
investigated
209:22
investigating
198:7
investigators
195:2
Invictus 305:23
305:24
involved 33:13
113:3,4 115:10
190:11,12,17
241:20 242:1
300:9 317:10
320:3
involvement
54:16 239:24
involving 22:20
iPhone 74:6,8
Ishoo 1:24 4:14
7:11 200:3
204:2 206:4,13
207:21 208:20
216:1,11
223:22 224:18
226:1 229:16
233:3,16 235:3
237:24 242:4
242:15 243:15
249:3 251:24
252:13,17
issue 24:18,20
76:19 93:5
166:5 175:5

Timothy Ferguson
March 27, 2023

354

272:7,7
**issues** 152:16,16
152:19 153:10
156:1 157:6,16
158:3 166:9,14
166:16,19,22
174:3 175:2,14
198:21 274:2,6
309:20 321:14
**Italy** 276:11
**items** 55:2
**Izetta** 2:9 334:6
336:2,22

———————
**J**
**J** 3:15
**Jackson** 3:6
4:17
**jail** 104:24 116:5
187:5,11,19
188:6,21 190:9
247:23 248:3
**jammed** 67:21
**Jan** 44:21 47:4
145:9
**jcc@johnccoy...**
4:21
**jeans** 107:21
**Jerry** 301:23
302:2
**job** 17:16,24
196:22 240:10
242:21 308:11
316:3 319:7
**jobs** 177:5
**John** 1:17 4:13
4:15,16 7:8,9
7:10 199:15
200:2 204:1
205:21 213:14
215:14
**Join** 328:4
**Joseph** 168:17
170:22 176:23

**Jr** 1:7 49:16
50:11 123:1
136:16 137:4
144:23
**July** 18:11 29:22
33:3 34:7
35:22 37:13
39:4,8 40:4,8
41:16,20,22,22
42:1 43:1,12
43:19,22 46:1
47:24 48:15,23
49:6,9,13,24
50:16,19 51:22
52:2 53:19
55:6 56:9 59:7
60:4,7,15,22
62:1,5,21 63:9
63:12,19,21
104:1,8,19
108:8,12,18
109:17 113:2
113:13 123:9
123:13 124:18
128:5 129:10
130:15,18,23
131:12 141:13
141:24 143:19
145:22 147:4,8
149:13,19
150:2,11,20
151:7 152:5
153:14,14,14
156:20 159:7
159:19,23
161:2 163:2,21
166:6 168:5,10
170:17,22
171:5,9,13
175:3,24
179:20 180:16
181:23 182:8
182:15 186:18
186:22 188:14

188:20 191:20
192:2,20 194:4
195:13,17
203:17,20
204:3,7 205:8
205:17,20,24
206:3,7,11
207:1 209:20
210:4,4,11,15
212:8,24 216:5
216:16 217:1
219:1,22 221:6
224:3,8,15
225:24 226:23
235:4,8,20
246:10 249:23
250:6 252:2,7
252:14 257:23
258:13,21,22
259:16,24
260:18 261:3
264:5 266:2
267:18 273:20
274:11 276:12
277:13 285:21
286:6,8 287:4
288:5 300:3,5
303:20 305:1,6
305:15 307:1
307:15,17
308:6,14 316:9
318:21 319:6
319:11,16,21
319:22 323:1
**Julys** 275:20
**jump** 86:16
301:18
**June** 15:22
16:21 37:13
260:10 321:23
322:22
**Jury** 184:19

———————
**K**

**K** 95:21
**K-o-w-a-l-s-k-i**
45:1
**keep** 19:10 58:9
91:22 92:9
143:6 237:13
254:14
**keeps** 272:4
**kept** 68:11
111:24 117:15
156:6
**kids** 35:5 36:16
55:1 106:5
129:7 156:23
157:2 163:10
179:8 189:17
190:11,15
248:1 275:3
286:21
**kind** 8:8 21:12
23:17 33:21
45:4,6 52:9,9
52:11,13,19,19
52:20 54:6,10
54:12 59:19,22
59:23 64:20,21
65:17,19,20,21
66:12,16 67:6
68:17 69:10
71:12 73:13,14
75:22 77:24
78:2,7 80:17
80:19 82:3,9
82:10,12,15
83:5 91:1
94:10,18
110:22,23
111:21,24
112:2 114:18
114:21 115:4
116:16 117:14
118:17 120:13
120:20 122:6,9
122:10 125:11

125:12,13
127:1 128:14
128:17 129:8
129:15,24
138:23 139:2,3
142:11 147:18
153:18 155:9
156:3,4,5,6,13
156:14,20
157:8,9,12,13
158:8,8 159:5
160:18 163:3,8
163:11,15,17
165:8 167:1,1
167:2,3,3,5,15
167:24 169:3
169:15 171:22
172:1 173:24
174:10,12
176:17 178:12
179:2 180:10
189:19,24
191:1,17
194:20 195:7,8
197:2,3,5,19
205:1,3 228:10
228:12,20
230:9 233:12
236:19 237:17
242:22 244:10
248:5,14
250:20 252:23
252:24 254:19
257:22 261:10
263:2 266:13
269:15 274:4
281:23 287:5
299:3 302:3,23
303:1,8 305:3
305:12,16
309:10,12,14
309:18 311:2,5
311:9,13,17
313:6 314:12

Timothy Ferguson
March 27, 2023

355

| | | | | |
|---|---|---|---|---|
| 314:18 319:13 | 68:11,14,16,23 | 154:4,14,15,16 | 230:9,15 | 48:11 63:8 |
| 324:17 | 69:4,7 70:23 | 155:19 156:8 | 235:18 236:1,3 | 76:6 88:13 |
| **kinds** 152:12 | 72:7,9,10 | 156:10,11,12 | 236:9,15 | 89:1,19,20 |
| 158:1 229:4,7 | 73:16,21,21 | 156:20 157:1,3 | 237:12,14,16 | 90:21 97:12 |
| 314:20 328:8 | 74:13,18 75:19 | 157:21,23 | 237:18 239:5 | 103:6 106:23 |
| **kite** 95:21 | 75:20,21 77:22 | 158:1,5,12,17 | 242:21,23 | 112:19 160:8 |
| **KM&F** 95:19 | 78:5,6,7 80:18 | 158:20,24 | 244:8 245:1,3 | 170:2,4 172:12 |
| **KMF** 96:5,16 | 81:11 82:3,5 | 160:2,7,8,14 | 247:14 255:8 | 201:23,24 |
| **knew** 31:6 46:8 | 82:10 84:11 | 160:14,17,19 | 256:2,5,20 | 202:5,15 |
| 94:18 100:6 | 87:11,19,20 | 160:22 161:11 | 257:2,5 258:4 | 203:11 204:10 |
| 113:6 120:20 | 89:3,7,11,14 | 161:22 163:6,8 | 258:9 260:12 | 206:9,12,15,18 |
| 129:8 173:4 | 90:22 91:12,16 | 163:9,12,15 | 261:16,24 | 206:20 211:18 |
| 187:14 223:14 | 94:7,8,14 95:6 | 165:7,9 167:13 | 263:10 265:20 | 214:24 215:1 |
| 233:10,10 | 95:16 96:23 | 167:23 168:20 | 268:5,7,11,12 | 220:15 225:22 |
| 235:4 251:24 | 102:5,22 103:4 | 170:8 174:11 | 268:16 271:21 | 226:4,5,24 |
| 261:22 264:18 | 104:21 109:2 | 174:16 175:9 | 272:5 273:14 | 230:13 240:2 |
| **knock** 329:23 | 110:7,12 | 175:18 176:16 | 273:15,21 | 243:22,23 |
| **knocking** | 111:15,18,22 | 176:20 177:18 | 275:1,3 277:8 | 261:16 262:2,2 |
| 297:13 | 111:24 112:12 | 178:15,22 | 277:10 278:22 | 265:10 301:10 |
| **know** 20:10,14 | 113:7,11,15,17 | 179:15 180:5,8 | 279:11 285:14 | 301:12,20 |
| 20:21 23:10,17 | 113:20 114:21 | 182:21 183:3 | 297:11 298:4 | 313:6,16 |
| 29:8 30:22 | 114:22 115:2,5 | 186:16 189:6 | 302:16 304:17 | 314:21 315:1 |
| 31:5,8,13,20 | 115:10 116:6 | 189:11,16,18 | 305:11,17 | 315:17 319:18 |
| 31:23 32:4,7 | 116:24 117:2,4 | 189:19,22,24 | 306:20,23 | **known** 223:14 |
| 32:11 33:22 | 117:6,8,10,14 | 190:8,9,16,19 | 307:4 308:4,9 | 258:12 277:17 |
| 34:1,3,4 36:24 | 118:11,13,21 | 191:1,4,5 | 308:18,19,23 | 298:6 |
| 37:7,16,21 | 119:10,12,14 | 193:5 194:11 | 309:7 311:3,12 | **knows** 248:2 |
| 38:1,23 40:18 | 119:15,21 | 194:20 195:5,7 | 311:13,19 | **Kolin** 174:16 |
| 40:21,23,24 | 120:1,2,3,7,18 | 196:22 197:3 | 312:1 313:1,13 | 273:10 |
| 41:3 42:16,18 | 120:19,22 | 197:14,22 | 313:18,24 | **Kopka** 3:16 |
| 42:21 46:1,11 | 122:6,7 123:23 | 198:7 203:3 | 314:14,21 | **Kowalski** 44:21 |
| 46:21 47:8 | 124:4,8,11,13 | 205:11 207:24 | 315:3,4,11,14 | 46:22 47:4,22 |
| 50:8 52:7,8,10 | 124:14 125:6 | 208:3,14 | 315:17,21,22 | 49:8 145:9 |
| 52:11 55:10 | 126:16,24 | 209:14,24 | 316:1,3 317:20 | 146:16 258:8 |
| 56:17 57:16,18 | 128:21 129:5,7 | 210:13 211:2 | 319:10 320:21 | 258:10,13,19 |
| 57:23 59:15,17 | 129:18,24 | 212:3 213:6 | 323:9 324:5,9 | |
| 59:20 60:11 | 130:5,9,12 | 214:14 215:8 | 324:11 329:16 | **L** |
| 63:16,17 64:5 | 132:18 133:19 | 215:16,18 | **knowing** 56:21 | **L-a-r-i-s-s-a** |
| 64:9,16 65:17 | 142:9,11,16,19 | 217:8 221:2 | 56:23 163:13 | 15:15 |
| 65:18,23 66:9 | 143:23 148:6 | 223:4,24 224:4 | 235:21 261:9 | **La** 36:13 |
| 66:10,11,13,15 | 149:16 152:13 | 224:13,20,22 | **knowledge** | **lack** 156:17 |
| 66:17,23,23,24 | 152:15,20 | 226:3,21 228:2 | 23:22 31:1 | 281:19 |
| 67:10,12,13,17 | 153:7,14,15,20 | 228:11,15,18 | 33:3 35:22 | **LaGrange** 47:9 |
| 67:19 68:1,2,3 | 153:22 154:2,3 | 228:19 229:5,6 | 44:10 46:18 | **landlord** 271:10 |

Timothy Ferguson
March 27, 2023

356

272:10
**landlord's**
108:20
**Landscaping**
257:21
**language** 125:13
**lap** 305:4
**Larissa** 15:13
51:16 129:6
258:24 259:19
259:23 260:5,6
**Larissa's** 259:14
**LaSalle** 2:12 4:6
6:7
**lasting** 188:4
**late** 29:1 157:14
177:6
**laughing** 277:9
**law** 3:5 4:5,16
7:8 14:2 23:18
24:8 162:20,21
162:22 167:18
277:4 298:9
**lawful** 158:17
220:22 326:6
326:11
**lawn** 138:20
**lawsuit** 36:2,5,9
37:19 39:20
42:4 44:2 46:5
48:6 50:23
60:19 62:8
64:3 141:6
142:7 151:15
160:14 180:21
192:9 200:9
213:13,16
215:22,24
242:11,13,20
243:2 260:23
261:8,11,17,19
261:22 262:9
264:11 331:16
335:9 336:14

**lawsuits** 192:7
**lawyer** 183:12
184:18 185:18
214:1,2
**lawyer's** 183:14
185:15
**lead** 243:4
247:13
**leads** 69:1 167:4
**leaky** 271:20
**learn** 78:8
108:15
**learned** 80:12
**lease** 32:8,10
33:13 265:18
**leave** 55:11
59:18,23 84:2
85:15,19
106:18 110:16
110:17,19
134:7 241:13
305:17 311:19
311:21 325:17
325:20,23
326:6,11,13
**leaves** 165:7
**leaving** 101:19
159:16
**led** 111:21 112:2
119:19 156:13
230:18 236:5
281:17
**left** 18:17 29:10
52:13 84:4,16
84:22 121:3
128:20 134:5
135:4,22 155:2
159:5 233:13
312:10 327:19
**legal** 2:10
209:12 211:6
336:3
**legally** 141:12
210:24 230:4,6

232:15 249:7,8
260:3
**legibility** 321:13
**let's** 16:1 29:16
47:22 59:13
64:8,18 81:17
86:15 115:24
120:15 132:22
135:21 137:14
146:1 153:3
162:11 172:7
179:20,23
198:18 234:14
236:1,12 241:7
300:11 305:8
328:9
**letters** 260:20
**letting** 104:21
110:17 118:19
119:15 238:11
**license** 14:11,14
14:16,19,22
15:3 46:22
72:19,19 73:23
99:16 103:5
191:5 226:18
**licensed** 14:7
46:17
**licenses** 14:4
**licensure** 96:13
**lieu** 142:7
**life** 55:9 91:5
152:20 154:3
156:22 158:9
160:19 163:5
170:21 171:2,4
171:8,12 180:6
190:1,2 191:15
191:16
**lifestyle** 310:24
**lifted** 283:23
**light** 82:20,21
197:9
**lighting** 145:17

**lights** 132:15
145:14
**likewise** 261:7
**limits** 324:19
**line** 21:1 107:3
195:4,6 332:4
**lines** 129:5
197:6 250:19
256:21 266:5
302:3 323:6
**link** 255:8
**list** 57:23 138:21
227:19 235:16
252:12 256:8
**listed** 301:23
**listen** 11:20
**listening** 170:9
236:20
**Lisy** 4:2 5:5 6:21
6:21 7:18 13:6
13:23 15:16
46:16 47:1,5
51:9 55:23
64:12,17 86:6
86:8,15 87:2
93:15,20 98:24
99:8 132:22
133:11 137:8
137:13,15
145:14,20
151:13,19
152:22 164:12
181:13 184:14
186:4 198:18
199:7 200:23
208:12 253:11
289:1,10,13,18
301:16 321:15
321:19 323:11
328:4 332:13
332:19
**literally** 57:10
67:16
**little** 8:8 13:15

24:23 49:3
51:15 52:21
68:20 136:19
137:18 156:14
159:13 168:22
180:5 279:11
281:11 301:17
322:23,24
**live** 15:8,10
28:17 32:8,20
32:23 42:10
44:10 51:11
61:4,10,12
82:4 154:10
156:23 256:23
264:17 270:13
**lived** 104:16
205:6,7 264:19
286:2 324:7
**lives** 40:18,19
47:8 50:8
63:16,17
189:18
**living** 16:2,7,9
16:17,19,21
30:16,18,24
31:21 33:2,9
57:8 130:12
154:1 255:15
256:24 259:19
323:22
**located** 2:11 6:6
46:12 97:1,2
273:9
**location** 16:24
35:18 205:11
208:9 279:14
**lock** 129:22
268:7
**locked** 56:16
**long** 15:21 18:5
33:16 53:11
54:2,4 58:23
69:23 73:2,8

Timothy Ferguson
March 27, 2023

357

78:6 79:23
133:13,19,23
134:3,10 148:2
160:3 163:23
172:14 197:17
232:18 248:2
258:12,24
259:3 260:3,5
260:9 265:11
265:22 271:4
276:21 284:5,9
288:9 306:7
310:8 313:19
314:3
**long-term**
306:10
**longer** 156:9
168:5 173:14
179:21 200:16
246:8 254:15
254:15 275:1
319:12,14
**look** 20:13,22
21:23 26:5
46:8 58:20
66:18 152:7
197:13 226:14
268:13
**looked** 71:1
126:5 316:7,11
**looking** 20:24
65:21 73:17
82:9 90:6
159:5 300:15
303:7,10
305:20
**looks** 85:8
280:11 322:7
322:10,18
**loose** 158:14
**lose** 57:20
**losing** 59:19
153:11,21,24
**loss** 242:21

**lost** 150:23
151:10,14
152:13
**lot** 27:23 160:23
167:18,18
194:13,14
301:14 303:3
305:11 309:12
328:7
**loud** 129:21
228:3
**love** 156:11
**low** 272:2
**lunge** 299:4

_____
**M**
**M** 1:7 72:19
95:21
**M-a-s-s-o-s-i-t**
42:15
**M-a-u-r-i-c-e**
175:20
**m-i-l-l-o** 307:13
**mad** 281:18
283:6
**Magistrate** 1:8
**maiden** 257:5
**mail** 267:10
**mailbox** 83:17
**main** 138:18
**maintain** 90:24
256:17
**maintained**
58:22 139:4
**maintenance**
138:20,20
257:14,16
313:5,9
**major** 272:7
274:7,10
305:13
**making** 25:7,10
25:14,18
163:16 235:18

238:12 262:8
277:17
**male** 71:3,5
79:13 112:7,8
**man** 79:12 91:3
92:20,23 120:3
**management**
13:18
**manager** 17:16
18:3,18,19
**managing** 82:3
318:1
**maneuver**
147:20
**manifest** 309:5
**manifestations**
152:23
**March** 2:13 6:3
181:19 334:10
336:6
**marital** 152:16
304:24
**mark** 200:21
285:2 300:11
**marked** 19:8,14
26:9 98:22
201:1 278:13
278:17 285:5
285:10 288:18
288:21 300:17
321:6,9,21
**marking** 26:2
**markings** 72:16
98:1,4
**marriage** 63:6
152:15 153:11
154:16 156:17
156:22 157:16
**married** 15:21
260:9,11 274:8
**Marshals**
184:10 185:9
185:11,14
**Mary** 95:21

168:22
**Massasoit** 42:13
61:5
**materially** 249:5
250:14
**matter** 7:1
199:17 209:21
229:5 230:20
318:6 334:12
**Maurice** 175:20
**Max** 55:16
238:16
**Maxwell** 4:2
6:21
**maxwell.lisy...**
4:9
**Maywood** 280:5
280:6 287:8,9
287:9,10
**MCC** 186:12
219:1
**McDonald's**
194:12
**mean** 45:8 56:15
57:1,23 58:2
59:11 68:22
76:17 90:20
92:23 94:13
111:8 115:22
117:19,23
120:17 138:16
138:21 152:2,4
152:12 153:1
153:12,13
154:1,3,12
156:2,19
157:19 158:10
158:14,20
159:2 163:1
166:11,24
174:9 175:10
179:6 184:1
189:15,16
190:6,13

197:13,18,23
207:8 213:23
227:24 228:23
229:2,9 232:13
235:18 236:15
240:10 243:1
244:10,12
247:7 259:10
284:10 286:14
287:9,20,22
297:13 298:3
304:8 308:22
314:10
**meaning** 170:12
236:7,8 265:18
299:17 312:11
**means** 58:18
**media** 37:1 41:4
42:22 64:6
132:21 133:1,8
181:24 182:3
256:21 277:23
278:2,8 332:23
**medical** 147:21
175:22 272:15
315:2 317:2
**medication** 9:22
10:1,4 166:13
171:17,17
173:1,3,9,23
174:2,8,23
177:9 310:3
**medications**
177:11 309:24
**medicine** 173:20
174:20 177:20
**meet** 10:23 11:3
258:9 303:24
**Memorial**
275:20
**memory** 10:2,15
263:24 266:24
**menacing** 299:3
**mental** 146:24

Timothy Ferguson
March 27, 2023

358

| | | | | |
|---|---|---|---|---|
| 149:17 152:8 | 39:17 146:7 | 186:8 217:7,9 | **motion** 200:17 | 183:14 185:20 |
| 168:9 176:2 | 150:18 194:12 | 217:12,14 | **move** 16:24 17:4 | 185:21 186:1 |
| 187:20 246:21 | 194:13,17,18 | **missed** 125:16 | 17:6 54:19,22 | 191:5 194:11 |
| 247:1 248:4 | 195:1 196:1 | 254:16 274:2 | 59:18 67:13 | 199:15 213:6 |
| **mentally** 59:19 | 206:20 226:1 | 275:3,6 307:3 | 116:12 126:24 | 215:8 254:1 |
| 59:21 60:8 | **Methodist** | **missing** 308:19 | 132:17 147:20 | 256:15 257:2,5 |
| 157:9 179:22 | 273:15 | **mistake** 187:14 | 154:17 179:3 | 257:13 263:22 |
| 180:1 | **Metropolitan** | **mixed** 318:13 | 199:18 200:5 | 264:21 280:11 |
| **mention** 142:9 | 218:20 | **mom** 61:2,4 | 205:20 255:12 | 288:7 297:16 |
| **mentioned** 17:9 | **Mid-2021** 178:7 | 189:19 280:16 | 265:14 268:10 | 297:24 298:10 |
| 29:3 37:11 | **mid-September** | 280:18 282:13 | 283:22 289:14 | 303:9 305:22 |
| 47:6 51:16 | 123:20 | 282:14 287:3 | **moved** 17:5 | 307:10,11 |
| 56:1,14 57:4 | **middle** 7:23 | 324:12 | 68:17 83:17 | 310:4 322:20 |
| 69:11 94:8 | 17:2 44:19 | **moment** 90:4 | 157:1 178:13 | **named** 200:12 |
| 120:16 123:22 | 83:8 111:17 | 140:5 289:22 | 255:16,19 | **names** 96:3,3 |
| 156:1 158:10 | 112:15 120:8 | 301:13 | 256:10 270:13 | 194:7 286:13 |
| 168:13 195:23 | 129:24 135:24 | **money** 155:10 | 313:20 | 301:19 |
| 249:1 255:22 | 144:20 166:3 | 177:4 269:12 | **movie** 120:9 | **narrative** 283:4 |
| 256:10 257:9 | 235:20 | 269:14 | **movies** 120:1 | 287:12 |
| 258:22 266:3,7 | **midst** 122:3 | **month** 28:23 | **moving** 153:16 | **National** 17:11 |
| 270:4,12 | **Mild** 172:19 | 35:11 162:13 | **multiple** 53:5 | **nature** 130:8 |
| 272:12 273:21 | **military** 15:6 | 162:17 178:3,4 | 54:1 197:15 | 150:15,16 |
| 276:24 277:12 | 181:10,11 | 178:9,13,14,21 | 306:13,21 | 184:22 257:20 |
| 284:3 299:24 | **million** 251:18 | **monthly** 256:2 | **municipal** 1:8 | 257:22 261:18 |
| 309:20 | **mind** 23:6 | **months** 28:18 | 1:11 | 264:14 265:22 |
| **mentioning** | 112:22 139:10 | 32:15 155:20 | **music** 287:13 | 273:23 274:22 |
| 268:20 | 167:21 220:7 | 155:21 169:14 | | 297:6 313:10 |
| **Mercado** 1:21 | 244:11 | 169:14,15 | **N** | **NAUGHT** 333:2 |
| 4:14 7:11 | **mine** 39:17 | 173:12 178:11 | **name** 6:19 7:20 | **near** 39:7 |
| 112:10,13 | 58:22 94:22 | 178:24 258:14 | 7:24 15:12 | **necessarily** |
| 200:3 204:2 | **minute** 73:12 | 303:20 305:8 | 21:12,13,18 | 24:17 |
| 206:1,16 207:9 | 86:15 132:23 | 305:15 312:4,6 | 29:13,20 31:5 | **necessary** |
| 207:13,16,21 | 198:18 324:17 | 313:21 | 31:8 37:7,9,10 | 208:11,13 |
| 208:19 213:17 | **minutes** 70:1,1 | **Moraine** 12:12 | 38:4,14,16 | **need** 20:5 45:18 |
| 215:22 216:11 | 80:2,2,4 81:13 | 12:15 | 41:6 42:18 | 54:17 73:20,20 |
| 223:19 224:19 | 81:16 84:18 | **mornings** | 43:4 44:13,19 | 75:20 114:23 |
| 226:1 229:16 | 106:3 107:10 | 165:10 | 44:21,24 47:10 | 115:3,8,13 |
| 233:3,17 235:4 | 110:4,6 126:14 | **mortgage** | 47:13,15 49:16 | 116:11 118:24 |
| 237:24 242:1,1 | 133:22 134:6 | 155:11,13,18 | 60:11 62:24 | 132:17,20 |
| 242:15 243:15 | 207:12 225:6 | 272:1,2 | 72:10 79:9 | 153:6 169:19 |
| 249:3 251:24 | 284:10 336:9 | **mother** 60:13,14 | 80:12 95:13 | 178:19 228:5 |
| 252:14,17 | **mischievous** | 61:10 275:14 | 96:2,21,23 | 254:16 |
| **message** 265:21 | 228:3 | **mother's** 275:11 | 112:9,12 160:5 | **needed** 66:13,22 |
| **met** 11:14,17 | **misdemeanor** | 275:12 | 175:19 181:2,4 | 66:24 75:15 |

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

359

100:6 111:14
129:17 169:13
169:13 173:17
269:16
**needs** 57:17 68:2
91:3 267:21
271:20
**negative** 151:12
**negatively** 268:1
**neighbor** 47:19
65:16 106:13
140:8 207:22
262:24 288:3
**neighbor's**
288:7
**neighborhood**
204:23
**neither** 216:10
229:15 264:6
**nephew** 129:18
**nephew's** 274:3
**nervousness**
167:6,10
**never** 19:1,3,6
24:6 44:19
45:16,21 54:23
55:3 59:2 78:5
96:7 141:7
142:2 154:8
160:6 163:17
164:6 170:11
182:6 192:11
198:10 204:9
206:2,5,20,21
206:21 213:10
234:6 245:15
246:16 251:20
257:17 260:2
265:17 269:2
304:3 315:24
317:9 319:23
320:17 325:19
**new** 169:17
196:23

**newborn** 165:21
166:3
**news** 23:20
**nickname** 44:18
181:5
**night** 36:13
53:22 54:24
55:6,22 57:1
104:6 123:11
165:12,13,17
166:3 258:22
259:9,12 305:1
326:3 331:18
**nights** 55:8
260:13
**non-emergency**
107:1
**non-existent**
37:16 180:7
**Nope** 96:14
**norm** 166:12
**normal** 65:22
148:6 158:18
197:14 229:6
276:7
**normally** 184:11
**North** 2:12 4:6
6:6
**Northern** 1:2
6:14 218:18
**Nos** 278:15
**nosy** 288:3,6
**Notary** 2:9
334:6 336:3
**noted** 335:6
**notes** 254:4,10
254:20 334:23
**notice** 68:2 89:8
94:12,13,24
95:10 96:9,15
96:18 100:22
108:21 109:1
113:9,13
118:22 120:6

126:23 127:4
142:18 223:12
297:19 315:23
319:16,20
335:4
**noticed** 66:4
68:24
**notices** 297:20
**notified** 52:8
68:21,22
160:14 175:8
**Nottingham**
16:3 28:3,5
204:19,20
205:2 285:22
**November**
176:12 186:15
186:16 320:2
**number** 6:16
31:13,15 34:3
40:10 42:6
44:4 46:7 47:7
50:3 51:1 61:1
61:15 63:13
110:7 140:4,11
225:18 257:24
282:22 306:24
**Nursing** 324:3

**O**

**oath** 7:15 9:17
9:19 27:14
**objection** 251:4
289:5,19 327:7
328:19 330:12
331:7
**obliging** 228:20
**observed** 327:17
331:24
**obstruction**
183:2,21 185:1
185:5 186:9
217:4,7 218:18
**obtain** 31:15

149:6
**obviously** 58:21
158:24 289:9
303:2 320:13
**occasions** 34:15
**occupant** 33:10
252:7
**occupying**
138:24 142:20
269:9
**occur** 196:9
279:6
**occurred** 40:4
41:16 47:24
50:12 62:5
63:20 85:24
103:21 142:3
150:20 170:21
182:8 226:12
244:1 300:6
320:14
**October** 176:11
176:12 188:11
188:24,24
189:3
**off-duty** 328:2
328:18 330:20
**offense** 216:24
227:22
**offenses** 24:21
**offer** 267:11
**office** 46:11,15
79:5 80:17
168:20 171:24
184:2 185:15
193:9,10,23
198:21 213:20
214:4,6 224:15
272:14 273:6,9
273:16 310:21
317:15 318:15
**officer** 21:15
22:13,15,17,20
23:1,14,23

25:23 70:22
72:24 76:6
77:24 79:10
80:5,10,17
81:4,6,10,18
82:11 83:4,10
83:12,20,23
85:1 86:11
90:12 92:14
97:24 107:9
109:22 110:22
112:1,10,13
113:22 114:15
136:5 158:16
158:22 159:2
191:19 192:14
193:20 197:8
197:23 200:2,3
206:1,4,13,16
207:9,13,16,17
208:2,8,19,19
208:20 209:1
211:19 213:3,7
213:9,11,17
214:4 215:22
216:1,10,11,18
216:21,22
223:18,21
224:23 225:14
225:23 226:9
226:19 227:20
230:8,11 231:1
231:5,12,16,17
231:20,23
232:2 233:4,15
233:16,17,23
234:4 237:23
237:24 239:5,8
239:21 242:1,4
242:15,15
243:15,15
252:13,14
266:18 318:16
319:3,4 327:4

Timothy Ferguson
March 27, 2023

360

327:10,15
329:13,15,19
329:22 330:1
331:1,5,13
332:6
**officer's** 239:13
316:12
**officers** 21:4
23:4,18 25:8
25:12,16,20
79:7 110:1
121:15 122:8
127:15 128:21
133:20 159:23
161:2 167:18
167:19 191:13
191:21,24
192:4 194:8,9
194:19 196:17
204:2,7,11
206:7 208:7
214:5 218:17
221:8,19 222:6
222:7,10,20,23
222:24 225:24
226:22 227:5
227:12 229:3
229:10 234:3,4
234:10,17
235:3 237:1,10
240:7,16,22
241:3 242:8
243:5 244:4
247:14 253:6
325:16 327:24
328:12,16
329:2 330:16
331:20 332:1
**Offices** 3:5 4:16
7:9
**official** 96:6
98:2 183:2
217:15 299:17
**officially** 96:9

**oh** 20:20 46:17
76:23 123:12
173:14
**Ohio** 182:21,23
**okay** 11:1 15:12
19:22 20:4,23
21:17 22:4
31:10 41:24
46:11 47:1
55:21 59:6
65:8 68:19
69:3 70:24
73:8 75:24
76:5,24 77:12
81:20 83:22
85:7 86:14
87:6 94:1,6
101:3 103:1,10
104:11,15
107:11 117:13
120:15 123:12
126:9 134:15
135:1,21 140:2
145:24 147:3
149:22 168:13
170:15 172:7
187:10 200:8
200:20 201:20
203:24 204:6
206:19,24
207:14,20
208:5,23 209:3
209:7,11 210:2
210:11,15,19
211:4,12
213:22 214:3,8
215:16,21
217:16 218:1
218:12 220:7
220:21 223:18
225:10 229:18
230:19,23
232:20 233:1
234:15,20,23

235:15 239:8
239:18 240:11
240:15 241:14
245:4 249:12
249:18 251:2
251:14 254:19
255:11,15
257:18 258:8
259:16,22
260:11 263:23
264:7 265:4
266:23 267:4
267:17 268:15
272:11 273:4
273:19 276:10
276:19 277:12
278:24 279:5
279:16 280:14
284:2,9,19
285:19 286:4,6
286:15,24
287:11,20,24
288:6 289:16
299:7 300:5,24
301:13 302:14
302:20 304:4
306:3,6 307:1
307:17 308:1
309:3 315:16
316:4,18
319:19 320:1
320:13 322:1
322:12,17
324:5,16 326:5
326:18,23
327:22 328:10
329:10 330:5
331:1
**old** 159:13 181:6
196:21,24
197:3,3
**oldest** 280:16,18
**Olson** 3:15 5:7
7:4,4 13:4,20

64:11 151:9,18
164:10 253:22
254:2 264:22
264:23 277:24
278:11 285:11
285:12 288:16
289:8,12,16
297:1 323:8
326:8 327:11
328:3 330:12
**on-line** 21:9
183:15 316:16
316:21 320:7
**once** 11:5
120:22 148:11
178:3,9,10,13
178:14 219:7
232:14,14
235:22 240:11
247:15 248:7
289:14
**one-year-old**
165:15,18,20
**ones** 191:17
329:2
**ongoing** 298:16
**open** 67:22
118:18 158:8
169:20 180:5
297:3 330:10
330:14,21
**opened** 330:6
**opening** 76:20
122:6 169:21
**opens** 114:20
228:23
**operates** 197:7
**opinion** 149:7
196:19,21,23
197:6 202:7
244:7 317:5
**opinions** 198:16
328:8
**opportunity**

73:19 136:24
201:13 325:22
**opposed** 8:15
102:17 224:24
266:16
**opposite** 110:23
129:13
**opted** 246:1
**order** 8:13
116:10 199:18
230:6 238:2
283:17 289:2
322:1,20,22
324:19 326:6
326:11,15
**ordered** 299:13
**ordering** 326:13
**orders** 158:17
**original** 217:8
332:24 336:16
**OSF** 273:18
**oust** 326:20
**out-of-pocket**
150:6,10,13,19
**outcome** 196:12
214:14 284:20
335:10 336:15
**outline** 301:14
**outside** 35:10
55:1 66:3 70:2
70:3,15 72:16
122:11 132:1
155:19,22
156:10 171:22
177:12,16
180:17 191:19
218:9 230:10
230:17 235:21
251:16 252:24
261:9 262:7
274:9,17 277:8
297:18 299:6
309:16 320:24
332:6

Timothy Ferguson
March 27, 2023

361

overcast 64:21
overnight 272:15 284:4
overwhelmed 59:17
owed 269:13 313:4
owned 29:9,17 29:23 77:15 88:14,21 91:10 95:8 109:6 139:7 187:14 240:9 299:18
owner 90:15 91:7 112:20,23 209:4 220:18 220:22 245:6 246:4
ownership 88:7 88:23 91:15 109:3 139:11 141:11 209:16 209:19 210:3,5 210:8 212:1,9 212:12,23 221:20 222:8 223:14 226:24 246:9 267:6
owns 38:21 95:16 257:11

**P**
P.C 3:16
p.m 336:8
p.m.-ish 105:18
page 5:3 20:9 26:20 27:12 203:1,1 301:19
pages 288:18 291:5 303:6
paid 138:17 177:3 183:6 269:12 324:6
Palos 176:1,2

Panama 276:13 276:21
pandemic 276:1 304:17
panic 161:16,19 161:23 162:2,5 162:12,14,19 170:1 172:10 311:20
paper 67:9 94:4 94:7 100:23 101:4 102:2,11 102:13,21 108:21,22 297:4
paperwork 115:2 118:16 118:17 215:2,3 221:7,12,15,19 222:7,9 223:2 223:4 247:20
parade 167:22 167:23
parades 277:9
Paragragh 249:2
paragraph 20:9 20:13,17,18,24 21:24,24 22:5
paranoid 152:15
parents 34:11
Park 16:4 28:5 47:9 168:23 204:19,21 205:2,2 274:12 285:22
parked 83:18 106:12 129:13
parking 194:13 194:14 309:12
parks 76:24 110:22
Parkside 51:14
part 21:1,8

22:11 58:24 91:19 121:24 122:2 139:19 200:9 229:18 240:5 256:12
participated 91:19 201:16
particular 214:5 224:24 284:2 285:20 286:11 286:15 288:10
parties 180:9 199:10 228:2 275:21 288:5 335:9 336:14
partners 96:3
parts 159:15,16 320:1
party 6:8,10 286:8,22,24 287:5,20
pass 19:7,12 26:3 29:6 309:6,10
passage 10:14
passed 139:2
passenger's 121:13
paste 255:8
path 156:14 231:23
patients 169:16 169:17
Patrick's 167:23
pattern 317:8
Paul 38:4 44:17 44:18,20 104:20 106:17 110:18 122:3 144:12 258:7
Paul's 106:14
pause 92:2 289:21
paused 87:14

89:24 92:1,11 134:20 136:10 136:22 137:21 138:11 139:21 140:21 143:4,9 144:7,18 145:5 239:1
pauses 254:9
pay 45:19 155:15 177:2,7 183:7 265:14 302:8 304:10 313:4
paying 33:22 34:4 176:21 255:23 272:1 313:5
payment 272:1 272:2
payments 256:6 256:8
PayPal 256:7
peeled 67:3
penalty 27:14
pending 9:11 160:15 224:10 334:13
people 17:18,19 38:1 72:1 88:21 134:23 135:2,19 160:18 180:13 180:19 242:23 252:5 257:24 286:7,14 287:21,21 301:15 321:2 326:20 328:1 328:12,17
people-plus 287:23
percentage 308:23
period 28:23

80:6 147:19 148:13,15,16 148:22 275:24 283:24
periodically 31:3 167:11 282:9
periods 260:3
perjury 27:15
permission 269:10
permitted 210:24 218:9 328:12,16 330:10
person 11:8 37:17 38:7 40:1 65:22 71:1 72:22,23 87:18 93:1 94:11,16 100:8 135:4,7,22,24 136:3,11,13,14 144:8,20 145:6 197:10 210:6 210:23 214:12 215:8 240:9 280:12 302:24 303:15 330:20
person's 72:10 96:21 112:9
personal 190:16 190:19 312:16 312:21 313:2
persons 210:7 215:9 252:11 301:20
pertain 203:17 203:20 204:3
pertaining 279:1
pharmacy 273:7
PhD 301:23
phone 31:13,14 31:15,18 40:10

Timothy Ferguson
March 27, 2023

362

physicians 202:20
pick 195:5
picture 68:24 73:22 99:11,13 99:15,20,24 100:4,21 101:8 101:12,16 102:7,14,16 103:4
pictures 69:14 69:17,20 74:16 75:2,4 103:2 103:21 130:18
piece 67:8 94:3 100:23 101:3 102:11
pieces 221:7
pills 173:18
Pinkus 3:16
pinpoint 311:17
place 53:3,14 80:22 83:7 114:1 143:17 143:21 180:16 181:23 259:13 332:23 336:6
placed 103:11 103:13 111:5 112:12 113:19 143:11,14 216:12,16 220:1 231:12 232:1,5,21 233:4,17,18,22 279:17,19
placing 118:5 211:20 231:5 234:5
plain 90:10
plaintiff 1:5 3:3 7:7 99:10 100:10 218:16 334:11

40:15 42:6,8 44:4,8 46:7 47:7 50:3,6 51:1,3 56:18 61:1,15,22 63:13 65:1 73:14 74:1,3,5 82:13 104:8,20 105:3,9,10,17 105:20 106:22 106:24 110:4 110:21 119:22 127:24 176:1 176:17 185:8 225:8,17 238:5 238:12 282:22 283:6,7 302:4 302:6 304:4,6 304:20
photo 195:4,6
photograph 100:14,17,19 101:14
photographs 98:21 124:18 270:9
photos 124:6,9 124:12,15
physical 40:23 58:6 146:20 147:4,7 148:24 149:18 260:19 269:24 307:5
physically 59:12 59:13 60:3 154:1,3 179:22 179:23,24 210:12,16 212:21 216:16 230:21 233:18 252:1 298:24 309:5,7
physician 179:13,14

plaintiff's 7:1 201:7,7 249:4
plan 178:17,18 178:18
planned 254:6
plate 72:19,20 73:23 99:16 103:5 191:5
play 87:6,9 89:21 136:18 136:20 137:18 138:9
played 34:12 87:14 89:24 92:1,11 134:20 136:10,22 137:21 138:11 139:21,22 140:21 143:4,9 144:7,18 145:5 181:6 238:20 239:1
playing 34:13,16 91:22 92:9 143:1,7 144:14
plays 248:4
plea 284:13
pleaded 187:15
please 7:19 9:3 55:18 87:1,11 93:14 132:17 133:10 153:7 199:6 253:20 278:10
pled 183:5 186:8 217:6,14 218:19
plural 214:5 222:24
PNC 17:11
pocket 177:3 304:10
point 34:19 54:3 57:18 65:11

66:20 68:17 73:21 75:10 77:7 78:14 80:3 90:23 91:9,15 92:12 97:13 98:9 101:6,11,15 103:10 104:11 109:24 111:7 112:4 113:5 114:4,19 118:4 118:12 123:1 128:13,18 131:12 143:19 155:12 178:4 178:19 188:20 194:22 209:8 216:10 224:4 231:24 245:6 277:13 281:3 282:14
pointed 75:14
police 1:15 21:4 22:13,15 23:4 23:14,23 24:2 24:5,13,24 25:3,8,11,16 25:20 57:18 70:21 72:14,23 73:20,22 76:2 76:6 78:19,21 78:23 79:2,4 80:5,15 90:12 92:14 97:17 98:5,11,18 99:22 100:7 103:14 107:22 108:1 109:22 114:5,10,18 115:16,20 116:18 119:13 120:16 121:6 123:7 124:21 125:17 131:4,9

131:14,20,24 132:2,4,10 146:2 158:22 159:2,23 160:4 160:12 161:2,9 167:18 182:4 191:13,21,24 192:4,14 193:11,14,17 193:18,23 196:17,20 198:5,11,15 225:9 227:6 249:4,12,18,23 250:1,4,5,9 255:1 266:17 277:3 279:19 279:22 280:2 281:17 283:11 284:4 286:18 287:6,24 288:9 314:13 319:3,4 325:3,6,16 327:24 328:11 328:16 330:9 330:22
policy 21:2 254:24
porch 110:20 325:7
portion 102:2 247:9 248:16
Porzemsky 301:23 302:2 302:21 303:15 303:24 304:7 304:14
Porzemsky's 303:9
position 120:23 221:24 222:1 297:17
positive 277:2,6
possess 215:3

Timothy Ferguson
March 27, 2023

363

possession 88:23
90:22 91:14
138:14,16
139:11,15
141:11 142:12
218:2 221:11
possibility 168:3
possible 208:14
possibly 30:8
post 116:7
post-traumatic
170:13 171:14
posted 124:17
181:22 182:2
posts 182:7
potential 117:6
242:14,21
243:3 244:12
potentially 30:4
59:20 142:10
168:1 236:21
242:21 269:17
pr 265:23
practice 179:7
practices 200:17
practicing 46:14
practitioner
323:16
Pre-school
38:13
preferential
21:3
pregnant 16:15
premises 211:1
211:7 224:9
252:1
prepare 10:18
prescribed
171:17 172:24
174:19 310:16
prescription
273:1,5 310:20
presence 224:16
231:1 334:20

present 11:11
14:20 35:17,21
36:15 38:24
40:5 41:19,23
43:9,12 45:22
46:1 48:10,14
48:16 49:21,24
51:17,22 53:9
60:14 61:24
63:8 70:7,10
76:15 78:24
81:8 86:10
107:16 125:2
128:6 204:11
208:21 210:16
211:14 216:21
221:5 227:3,4
227:5 231:14
232:3 233:23
252:1 264:4
265:5 279:13
286:8,12
318:17 335:5
presented 45:5
126:5 195:4
presently 214:23
press 117:2,16
222:21 247:18
249:7
pressing 127:7
pressure 174:20
174:23 175:2,5
175:9,13,15
177:10 309:21
310:1,23 311:3
pretty 73:11
174:5 198:3
prevent 151:4
prevented 24:15
previous 96:8
149:10
previously
210:20
price 246:3

primary 179:13
179:14
print 255:4
266:16 316:20
printed 266:21
prior 138:23
165:20 177:1
192:2 205:20
205:24 206:3
206:11 224:8
225:22 231:4
250:5 252:2
259:16 261:15
270:16 271:5,8
271:13 274:24
302:7 305:6
306:9,10
317:11
prison 187:5,11
188:21
private 198:7
privy 159:1
probably 16:14
17:3 29:1
37:13 56:18
69:6 79:22
95:6,11 106:3
123:18 134:2
148:5 160:9
161:4 162:16
184:19 254:13
260:8 263:12
263:13,14
264:18 266:22
286:8 287:22
301:1 306:19
312:6 314:21
probate 245:17
problem 271:16
271:19,21,21
311:13
problems
152:15 156:17
268:23 273:20

304:24 305:13
308:1,4
proceed 87:1
93:14 133:10
199:6 253:20
278:10 289:17
proceeding
214:18
proceedings
86:21 93:10
113:4 133:5
199:2 253:16
278:5 290:1
proceeds 245:14
245:24
process 76:17
91:16,17,20
94:14 96:9
117:5 203:2
262:6 277:18
298:9 315:7,10
315:18 316:2
319:8 330:21
processed 184:9
184:13
produce 308:8
produced 87:7
98:21 99:10
100:10 132:13
134:16 135:11
136:7 137:17
144:3 145:1
289:2
Producers 17:11
product 308:20
production
308:14
professional
175:22
projected
178:16
pronounce
38:16
proof 194:10

properties 95:19
95:22 96:6,16
298:3
property 27:23
27:24 28:11,17
29:9,18,23
30:13,16 31:1
32:9,24 33:3
33:17 35:23
39:7,7 41:13
41:17 48:16
54:9,24 57:9
57:22 58:15
59:1 66:10,18
67:7 69:2
75:13,14,23
77:13 82:4
88:6,8,15 89:4
89:5,8,12
90:15,20,22
91:1,2,4,7 93:2
94:17 104:22
105:2 108:16
111:17 112:21
112:24 114:23
122:5 139:4
140:9 155:4,5
155:8,18
209:12 210:9
210:13,17
212:10 220:18
222:8 230:7,12
230:14,21
240:9 244:24
245:7,20,21
250:20 251:10
251:17,18
255:12,16,18
257:23 258:6
263:15 264:14
265:8,14 267:7
268:23 298:16
299:18 312:11
313:4,6,12,19

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

364

315:19 318:1
325:13,14
326:11,16
**propounded**
300:14
**protect** 23:19
196:23 269:16
**protections** 21:3
**prove** 57:17
**provide** 26:24
246:23 267:5
298:10 302:21
**provided** 21:4
324:6
**provider** 272:17
**providing**
118:16
**proximity** 57:10
208:24
**psychiatrist**
302:5
**psychological**
151:20,22
152:11 309:3
315:1
**psychologist**
169:2 302:5
**PTSD** 169:24
170:5,12,15
246:16
**public** 2:9
197:18 198:4
198:12 325:9
326:20 334:7
336:3
**pull** 67:5 106:12
309:11
**pulled** 66:6 69:8
76:3,3 84:19
125:15 137:16
207:13 231:20
231:20
**pulling** 65:20
159:17 160:21

**pulls** 110:22
125:8
**purchase** 245:21
**purple** 138:8
145:11 147:9
**purpose** 6:5
8:10 75:21
**purposes** 278:14
285:1 288:17
**pursuant** 289:2
335:4
**pursue** 141:9
300:1
**pursued** 300:7
**push** 169:18
**pushing** 67:22
**put** 64:18
100:24 111:4
114:12 116:2
120:10 133:15
133:21 143:23
146:1 151:24
153:1 167:12
167:16,24
227:24 228:5
238:2,14 267:2
272:14 286:17
289:3,7 314:16
324:10 329:2
330:2
**puts** 167:3,15
**putting** 228:7,8
245:23 330:3

_____

**Q**

**question** 8:21,22
9:1,2,5,11,12
9:13 23:7 27:5
27:5 133:17
144:15 206:13
206:16 222:3
223:18,21
242:4 251:5
318:20 323:22

327:13 328:6
**questioning**
285:15
**questions** 12:5
26:17 27:22
37:24 78:13
87:10 103:24
137:9 171:22
182:11 199:8
199:11,18
202:4 203:16
252:8 254:3,6
254:20 278:23
281:11 289:14
300:24 301:15
323:9,15,20
328:7 332:14
**quick** 132:15
253:11 323:15
**quickly** 264:3
**quite** 47:3
**quote** 249:3
250:17
**quote-unquote**
254:24

_____

**R**

**R-e-a-v-i-s** 13:1
**R-e-n-a-y** 31:6
**R-e-y-n-a** 31:7
**R-o-s-a-l-e-s**
47:16
**raises** 308:16
**Ramos** 262:24
**ramp** 78:2
**Rams** 13:4,5
**randomly**
297:13
**rant** 75:17
**rate** 308:8
**Raul** 47:10
65:16 68:23
69:3,11,17,24
70:8,18 71:13

140:8
**Raul's** 71:20
**re-putting**
238:10
**reached** 133:1
278:1 332:21
**reacted** 25:4
**reactions** 171:23
**read** 20:12,18
21:24 55:20
93:16,19
299:22 312:8
320:24 322:7
**reads** 20:16
**ready** 20:14
278:23 285:14
289:16
**real** 34:18 129:4
129:21 132:15
**realize** 212:9
**really** 23:6 37:4
152:20 157:8
187:16,18
189:9,14
190:21 262:17
**rear** 238:1
**reason** 78:22
84:10 85:18
93:22 102:7,16
172:5 179:17
203:6 208:6
213:18 222:14
224:1 226:12
229:18 230:2
232:10,12
244:21 245:5
251:3,9,23
263:8,11 265:9
283:6 331:3,4
331:5
**reasonable**
227:21 229:19
232:7,22
**reasons** 73:19

227:19 232:20
234:20,21
251:14 269:15
**reassure** 142:12
**Reavis** 12:23
13:1
**recall** 69:16,19
76:11,14 78:11
89:6,10,13
111:9 134:9
182:6 194:7
196:10 207:14
214:7,9,10
219:23 221:5,9
221:17 223:8
226:7,10,19
238:4,4,7,9,10
249:14 250:21
252:8 255:10
258:15 266:23
268:14,15
277:16,19
279:12 285:22
287:18 300:4
312:17,22
317:3 320:4
323:3
**recalls** 217:8
**received** 202:13
203:5 215:2
260:18
**recess** 86:19
93:8 133:3
198:24 253:14
278:4 289:23
**recipient** 95:3
**recognize** 19:19
26:13,15,19
100:17 135:1
**recognized**
106:18
**recommend**
304:15
**recommended**

Timothy Ferguson
March 27, 2023

365

272:19
**reconfigure**
87:12
**record** 5:20 6:4
6:24 55:19
66:21 73:10
78:22 86:18,24
93:7,13,18
133:2 137:12
137:14 197:18
198:4,12,23
199:5 253:13
253:19 277:21
278:3 279:1
288:15 289:1,4
289:7,11,15,22
291:3,4 316:13
316:19 321:18
332:24 333:1
336:11,16
**recorded** 6:11
8:11 82:14
**recording** 67:7
73:15,24 77:6
78:14 97:6
**recordings** 97:9
130:21
**records** 100:5
**redirect** 219:18
**reduced** 265:17
334:21
**reengage** 158:9
**refer** 199:24
205:10,16
234:14
**referring** 22:17
140:12,15
141:2 200:2
204:15 205:11
205:17 215:13
229:13 241:15
249:13
**refers** 285:21
**refiled** 195:1

**reflect** 215:4
**reflected** 221:19
308:15
**reflecting** 222:7
**refrained**
275:20
**refusal** 240:12
**refuse** 325:17
**refused** 325:20
**refusing** 287:13
**regard** 320:18
**regarding** 21:15
25:15,19
108:16 149:8
166:16,19
172:18 213:21
224:15 237:8
252:12 254:22
261:5 265:22
317:11
**regardless** 246:9
**regards** 15:3
22:24 58:8
152:8 153:10
164:4,23
192:12 193:22
**regular** 34:24
**regulation** 298:8
**related** 21:13
22:20 170:16
202:20 249:16
324:23 335:8
336:13
**relation** 150:20
284:13 288:10
300:1 315:3,5
**relationship**
34:9 37:14
39:16 130:6,9
156:9 189:10
189:15 190:4,7
190:14 224:3
257:18 265:1
265:12 267:14

270:23 280:14
280:19 282:16
305:7
**relayed** 142:14
**released** 133:24
134:4,13 146:4
146:11,14,17
186:14 238:1
239:6 240:12
**remain** 97:19
332:24 336:17
**remained** 174:9
**remaining**
227:11
**remember** 30:15
52:17,18 53:2
53:13 54:13
64:19 65:8
73:2,8 74:20
74:22 75:1,4
76:9,12 79:4,6
79:9,11 81:21
85:13,17,21
96:20 103:1,19
104:2 112:7,9
115:19 129:9
183:14 186:10
186:13 193:24
196:2 207:3
219:16 239:15
255:1 262:20
263:24 279:3
280:2 283:18
286:11 288:6
**remembers**
217:12
**reminded**
254:16
**remove** 54:17
55:13 89:4
167:4 266:17
**removed** 168:2
237:24 248:10
248:13 283:20

**renew** 14:14
**rent** 15:23 33:23
34:4 142:14,17
154:20 155:4,8
155:13 255:23
256:3 265:15
265:23 270:16
270:19
**renting** 154:22
269:6 271:5
313:12
**repeat** 12:24
29:13 55:17
95:20 133:17
222:3
**rephrase** 327:13
**replay** 139:19
**replies** 199:20
**report** 84:4,5
249:18,23
250:1,4,6,22
307:9
**reported** 334:19
**reporter** 2:11
8:12 93:15
145:16 185:24
186:3 334:7
336:23
**Reporter's/** 5:22
**Reporters** 333:1
**Reporting**
336:17
**reports** 249:5,12
249:16 320:24
**represent** 6:20
64:24 199:16
222:4,10 254:2
**representative**
312:17,22
313:2
**represented**
104:7 226:11
**representing** 3:3
3:13 4:1,13

199:10
**reprimand** 22:7
**reprimanded**
198:1 308:12
**request** 199:21
239:9 289:6
**requested** 55:20
93:19 238:19
287:14
**require** 14:6
324:1
**requires** 298:9
**research** 21:9,9
21:11 22:13
254:22,23
255:4
**reserving**
332:16
**reside** 130:7
156:23
**resided** 141:10
**residence** 35:15
259:20 270:14
271:5,9,13
285:22 286:1
323:22
**residency** 28:21
**resolve** 99:4
**respect** 214:19
217:22 284:2
299:21
**respond** 56:20
262:15
**responded** 265:8
267:24 317:15
**responding**
224:23
**responds** 114:15
**response** 78:9
78:13 111:10
111:11 115:7
199:21 201:7
218:12,13
224:19 239:9

Timothy Ferguson
March 27, 2023

responses 27:10
responsibility
 246:24 248:16
responsible
 94:11 234:5,18
 247:9
restraining
 283:16,17
restrictions
 218:5
result 142:3
 150:6,10,23
 151:22 152:4
 163:2 168:10
 175:23 242:13
 243:16 245:22
 247:11 260:22
 303:4
resulted 244:16
resumed 86:21
 93:10 133:5
 199:2 253:16
 278:5 290:1
retain 45:14
retained 45:16
retaliate 160:20
 160:20
retaliated 161:8
retaliation 160:2
 160:11,16
 161:1,14
 163:13 180:3
 242:7,14,24
 243:4,5 244:3
 244:13,17
 260:22
return 137:9
returned 54:23
 55:3 174:8
 276:5
revenge 283:12
review 11:18,22
 20:1 26:24
 201:13,21

300:12
reviewed 203:10
revoked 14:22
Reyna 31:6,8
 32:2,5 33:8,11
 37:11,12 67:15
 67:17 76:18
 77:19,21 79:24
 81:12,15,19
 82:24 83:3,9
 83:13,20,24
 85:22 86:12
 92:8,16 93:23
 94:3 101:5
 124:11,14
 128:4 252:6
 297:3,8 314:3
 314:7,8 315:1
 318:15 319:10
Rich 129:21,22
 129:23 268:2,6
 268:7
Richard 1:12
 3:13 7:5 80:15
 135:23 326:4
 326:19
rid 267:21
riding 163:9
right 9:9 12:4
 13:7 16:1 17:1
 19:7 20:12
 21:7,14 22:23
 24:7 25:5
 26:15 27:18
 47:21 50:3
 51:22 57:10
 60:6 61:8 64:8
 65:15 66:12
 67:16 69:1,6
 71:11 75:13
 77:4,18 80:23
 81:3 83:1,8
 89:18 102:13
 103:8 104:9,13

106:21 109:19
 110:20,23
 111:15 112:16
 114:5 115:24
 117:1,18
 120:23 121:9
 121:11 122:11
 125:20 127:12
 127:13 131:4
 135:7 136:3,23
 137:5,7,13
 138:4,5,6
 139:1,8 143:5
 143:10 147:10
 147:16,22
 148:17,20
 149:1,11,14
 150:24 151:3
 151:17 156:19
 156:19 157:10
 158:19 179:5
 179:12,19
 180:24 182:19
 192:18 195:18
 199:24 200:19
 202:1,11,23
 203:14 209:12
 210:6 211:7,23
 212:21 215:7
 219:20 220:15
 221:17 225:3
 226:11 231:24
 233:10,14
 238:22 242:19
 244:19 247:6
 248:8 249:22
 253:5 255:24
 256:13 257:23
 258:1 259:1
 261:4,13
 262:21 263:17
 265:15 266:5,8
 266:14 268:3
 268:24 269:19

270:6,14 273:2
 273:23 274:22
 277:3,5,14
 279:17,23
 280:6,9 282:1
 284:1,8 286:9
 289:8,12,16
 299:9 301:18
 301:24 302:10
 302:11 303:5
 303:13,14,21
 304:21 305:2
 305:18 306:7
 309:22 311:7
 311:15 313:10
 314:4,24
 317:15 319:4
 319:15 320:11
 320:15 321:4
 323:1 325:4,7
 325:10 330:7
 332:8,20
right-hand
 102:2
rightful 112:20
 112:23 117:16
 246:4
rights 249:4
 267:7
ring 28:1 38:4
 41:6 43:4
 44:13,21 47:13
 49:16 62:24
 65:18 69:12,18
 69:21 71:20
risk 244:17
road 61:13 67:5
 282:15
Robert 1:7 43:4
 44:2 46:21
 122:22 135:6
role 247:4 248:4
roll 309:16
rolled 66:7

73:12
romantic 130:6
 156:9,11 224:2
roof 138:20
 271:20 272:7
room 85:5,6
 87:4 280:22
Rosales 47:11
 48:8 49:12
 50:4,8
roughly 18:9
 53:12 65:9
 69:4 105:16
 144:20 306:19
rule 298:8
rules 8:8
run 242:22
 254:5,19 299:4
 336:8
runway 230:9
rush 285:15

S
S-e-r-a-t-i-l-e
 173:6
S-h-a-u-n 30:23
S-h-i-n-s-t-i-n-e
 38:15
S-i-e-g-a-l
 168:19
S-o-p-a-r 322:18
S-t-e-f-f-e-n-s
 307:20
safe 27:6
safety 73:19
sake 160:19
salaried 306:11
Salary 306:12
sale 245:23
Salle 36:13
salvage 282:15
sat 84:18 138:23
 228:17 233:12
 236:5,23

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

367

Saturday 104:5
104:6
save 74:13,16
107:22 255:7
266:4 301:16
316:20
saves 74:19
saw 37:12 82:20
97:23 106:14
106:16 108:20
122:15,17
129:7 159:10
177:21 206:21
250:3,4 280:7
314:17 319:23
SAYETH 333:2
saying 27:13
52:18 58:9
66:16 83:9,13
114:4 115:2
117:12,18
118:3 121:16
121:19 139:14
139:15 215:16
222:23 223:3,9
233:11 236:6
239:15 248:6
249:22 262:15
268:1,2,15
314:8
says 22:6 107:4
109:18 110:17
111:2 142:19
218:16 232:15
235:24 249:8
306:13 322:7
322:12,16
scare 118:12
119:11,15
120:20 121:2
223:7,10
228:19 232:16
235:24 241:11
327:4,20

328:13,17
331:13,18,22
scared 59:15
314:15
scene 216:4
221:6 222:6
318:24 329:16
scheduled
178:20
school 12:9,20
12:22,23 13:1
35:9 36:14
38:9,12
schools 35:5
screamed
229:16
screaming 115:5
122:9 229:1,12
screen 87:3,4
99:6 100:12,15
134:22 135:5,8
135:15,19
136:1,11
137:17 144:8
145:6
search 21:18
22:24
searching
118:15 158:21
season 35:10
seat 73:6 75:9
235:19
second 20:24
26:20 28:12
40:16 47:23
55:16 57:7
91:5 139:19
140:6 164:23
182:21 194:16
195:23,24
248:24 254:11
278:21
secondhand
312:11

secondly 243:10
seconds 87:16
89:22 90:2
134:18 135:13
136:19 137:7
secure 317:2
see 21:5 22:8
26:6,21 27:12
34:23 35:7
38:1 39:3
84:15 87:4,11
87:24 90:3,6,9
92:4,21,22
99:11 100:14
101:22 123:6,9
125:10,13
126:2,9 135:17
136:11 137:1
137:23 143:11
143:16,20,20
144:8 145:6
158:7,12,15
159:11 172:8
175:7 176:11
178:2,3 179:8
179:16 181:19
218:13,22
221:14 230:14
238:22,23
240:16 249:20
250:1 303:9,10
314:10,14
321:22 322:19
325:14 330:19
seeing 84:24
87:18 157:22
158:7 168:13
169:5,6,8,12
169:22 173:24
178:5 262:20
277:9
seek 147:21
seeking 27:9
seen 159:7,9,12

159:15 160:18
169:9 175:22
178:9 202:19
204:6 205:21
206:1,4,6
266:24 297:2
299:16 322:1
self-employed
257:10
send 69:17
107:2 267:10
sense 57:11,24
111:19 122:12
160:8 231:21
242:19 248:15
250:18 313:7
sensors 272:14
sent 26:17 77:24
248:10,14
sentence 186:10
187:7 219:1,7
sentenced 187:4
separate 189:20
270:14 291:6
separated
259:23 260:3
281:3
separating
32:13
separation
33:19 256:12
September 12:8
154:23 157:11
157:14,15,17
158:4 188:24
271:6
sergeant 4:13
7:10 25:4
57:19 58:8
80:14 132:2,4
160:3,13 197:3
197:8 200:2
204:1 205:21
206:10 213:14

215:14 216:3
223:1,13 227:6
229:21 232:14
233:11 236:6
241:8,19
242:14 243:14
246:24 247:8
247:13,16
248:5 252:13
277:14
serious 198:3
seriously 311:16
seriousness
24:21
Sertraline 173:6
174:16 177:10
273:2
serve 23:18 89:8
96:15,18 187:8
196:22 297:22
served 94:16
95:2,4,6,9
218:19 297:20
319:16
server 96:10
117:5 277:18
298:10 315:7
315:10,18
316:2 319:8
330:21
service 218:24
services 45:19
serving 94:24
96:8 113:8,12
set 27:18 75:23
202:2 335:12
336:19
seven 178:11
276:23
severe 235:12
236:14 237:2,9
severity 55:14
56:14,21
shake 309:6

Timothy Ferguson
March 27, 2023

368

| | | | | |
|---|---|---|---|---|
| **shaking** 8:15 | 265:7 280:4 | 193:1 | **sides** 275:12,13 | 115:11 129:16 |
| **share** 190:18 | 317:15 318:15 | **shot** 135:11 | **sidewalk** 78:1 | 240:3 |
| **shared** 99:6 | 330:7 | **shoulder** 159:6 | 110:19 138:2 | **single** 283:8 |
| 100:12 135:15 | **Sheriffs** 80:1 | **shoulders** 8:16 | 210:10 230:8 | **sir** 200:7 300:22 |
| **Sharon** 307:10 | 112:5 115:18 | **shouting** 73:13 | 325:9,19 | **sister** 41:10,11 |
| 307:11,14 | 116:13,16,21 | **shoved** 156:5 | 326:16,17 | 41:15,19 122:4 |
| 309:1 | 117:20,21 | **show** 69:14 | **sidewalks** | 122:16,20 |
| **Shaun** 30:19,22 | 118:8 121:6,16 | 98:20 100:9 | 326:20 | 124:5 128:12 |
| 39:9,12,17 | 121:23,24 | 110:1,3,11 | **Siegel** 168:17,18 | 129:3 135:9 |
| 313:13,20 | 123:24 126:19 | 120:9 122:4 | 169:1,5,12,20 | 146:9 258:1 |
| 314:19 | 132:2 134:5,8 | 132:12 135:10 | 169:23 170:23 | **sit** 10:16 20:4 |
| **sheet** 102:13 | 144:1 161:14 | 136:6 184:21 | 171:18,19,21 | 113:17 148:18 |
| **Sheriff** 1:9,20 | 318:23 | 191:5 197:24 | 173:19 175:21 | 205:3 220:16 |
| 1:23 2:2 80:14 | **Shinstine** 38:4 | 199:19 239:12 | 176:23 177:22 | 232:17 235:19 |
| 81:4 84:13,15 | 38:17,18,18,23 | 247:20 267:11 | 178:2,6,17 | 237:15,21,21 |
| 85:15,18 111:3 | 39:3,19,23 | 284:16,17 | 180:17 202:14 | 237:21 241:13 |
| 113:23 114:15 | 40:3,11,18,24 | **showed** 52:10 | 272:18 | 247:22 248:2 |
| 133:14 143:14 | 44:13,20 49:4 | 79:7 82:11 | **Siegel's** 168:20 | 301:11 306:15 |
| 199:16,21 | 104:21 105:20 | 133:14,20 | 173:22 | 307:2 315:8 |
| 200:1,16 201:9 | 107:12,13,14 | 184:17 208:12 | **sign** 115:1 | **sitting** 115:15,19 |
| 214:20 216:8 | 107:14 110:15 | 226:8 257:24 | 117:10 222:21 | 116:22,23 |
| 216:17,21 | 124:9,22 125:2 | 258:3 284:15 | 223:5 228:16 | 123:7 147:17 |
| 228:24 231:12 | 128:9 144:12 | 288:1 | 229:22 232:8 | 147:18 237:19 |
| 318:6 | 146:10 225:7 | **showing** 65:19 | 235:23 236:8 | 237:21 241:9 |
| **Sheriff's** 77:22 | 257:7,8,9,10 | 99:9,11 107:9 | 237:14 241:10 | 330:6 |
| 79:5,7 80:10 | 257:19 258:7 | 115:2 134:15 | 247:18 248:7 | **situated** 33:19 |
| 80:17 81:6,9 | 318:11,16 | 144:2,24 223:2 | 283:21 | **situation** 33:2 |
| 85:1 86:11 | **Shinstine's** | **shown** 118:13 | **signaling** 65:19 | 56:15 58:20 |
| 110:1,11,21 | 39:16 | 221:8 222:9 | **signature** 26:21 | 115:9 167:4 |
| 122:15 133:20 | **shirt** 107:20,23 | 226:16 317:20 | 102:3,5,20 | 217:13 228:1 |
| 136:5 208:18 | 138:6 144:21 | **shows** 24:23 | 203:9 332:17 | 228:12 239:24 |
| 209:1 213:2,7 | 145:12 266:8 | 80:10 228:7 | 332:19 335:1 | 240:1 252:22 |
| 213:9 214:6 | 266:15,16,21 | 236:12,13 | **signed** 102:22 | 267:22 275:16 |
| 216:22 221:8 | 266:22 | 317:8 | 202:19 203:1 | 275:19 318:9 |
| 221:18 222:6 | **shock** 52:19 | **shrugging** 8:15 | 240:12 | 318:23 328:11 |
| 222:10 224:15 | **shortcomings** | **shut** 59:23 78:17 | **significant** | 328:16 |
| 224:23 225:14 | 308:13 | 78:18 157:12 | 130:6 | **situations** 167:3 |
| 225:23 226:9 | **Shorter** 79:14 | **sick** 307:4 | **signing** 118:20 | 167:12 |
| 226:18 227:5 | **shorthand** 2:10 | **side** 65:24 83:5 | 214:10 | **six** 178:11,24 |
| 227:11,20 | 334:7,23 | 121:13 129:13 | **Silverado** | 258:14 312:3 |
| 228:24 229:10 | 336:23 | 129:14 138:4,5 | 134:22 | **size** 136:14 |
| 231:1,5 232:2 | **shortly** 71:11 | 236:17 273:12 | **similar** 53:23 | **Skinnier** 79:19 |
| 233:23 242:8 | 78:15 105:22 | 275:14 | 297:20 | **skipping** 301:13 |
| 250:11,13 | 114:16 122:3 | **sided** 236:18 | **simply** 113:5 | **slapped** 283:7 |

Timothy Ferguson
March 27, 2023

369

| | | | | |
|---|---|---|---|---|
| **sleep** 165:9,12 | 51:6,7 52:15 | 268:21 | 38:14 42:14 | 81:1 83:15 |
| 166:1,14 | 84:20 93:6 | **sounds** 215:7 | 164:13 168:18 | 114:13 121:7 |
| 272:13,15,19 | 95:20 125:1,16 | 264:24 314:2 | 185:20,24 | 138:2 208:23 |
| 272:23 | 152:17 164:10 | **South** 17:7 | 270:21 | 220:23 225:7 |
| **sleeplessness** | 170:3 178:5 | 42:13 51:14 | **spelled** 44:24 | 325:19 326:15 |
| 164:23,24 | 183:22 186:16 | 61:5 | 47:15 | **stands** 274:5 |
| 165:3,5 166:5 | 194:13 205:14 | **span** 57:8 | **spells** 168:19 | **star** 107:22 |
| 272:11 | 238:8 250:12 | **speak** 8:20 | **spend** 188:21 | 266:8 |
| **slew** 189:8 | 259:10 263:21 | 53:21 109:8,14 | **spending** 120:3 | **Starbucks** |
| **slightly** 121:14 | 273:8 285:9 | 193:2 194:5 | **spent** 187:3 | 194:14 195:3 |
| **slip** 218:3 | 298:17 326:8 | 207:22 236:16 | 188:6 | 196:1 |
| **slowly** 276:7 | **sort** 13:14,24 | 246:11 | **split** 245:14,24 | **staring** 112:11 |
| **small** 274:19 | 24:12 27:8 | **speaker** 105:10 | **spoke** 36:11 | **start** 8:23 16:1 |
| 283:24 | 37:1 46:15 | **speaking** 142:11 | 72:22 116:3 | 33:21 59:13 |
| **smaller** 79:18 | 69:14 70:24 | 196:2 283:5 | 180:20 208:6 | 73:15 115:24 |
| 274:20 | 72:14 84:7 | 287:11 320:9 | 320:17 | 135:21 140:18 |
| **social** 37:1 41:3 | 96:12 98:1 | 322:4 | **spoken** 63:23 | 143:1 144:13 |
| 42:22 64:6 | 146:24 150:5,9 | **special** 21:2 | 180:15,18 | 153:19 154:22 |
| 180:6 181:24 | 150:23 152:10 | 277:17 298:9 | 226:1 264:7,10 | 156:16 161:19 |
| 182:3 256:20 | 161:13,16 | 315:10,18 | 264:13 | 169:5,12 175:6 |
| **socialize** 34:17 | 162:23 164:1,4 | 316:2 319:8 | **sporting** 36:16 | 178:5 181:20 |
| 180:10 | 167:20 169:1 | 322:13,15 | **sports** 34:11,12 | 241:7 252:22 |
| **socially** 273:21 | 171:1,16,20 | 323:5 326:19 | 34:16 35:2 | 271:17 281:23 |
| **soffits** 272:6 | 172:11,24 | **Specialist** 2:10 | 181:7,7,14 | 302:24 310:24 |
| **softball** 34:13 | 181:23 182:2,9 | **specialized** 13:8 | **spot** 157:23 | **started** 18:16 |
| 35:8,9 36:19 | 186:5 189:15 | **specific** 23:22 | 176:5 305:12 | 34:18 65:15 |
| 36:19,22 | 213:10 241:2 | 24:12 33:15 | **squad** 112:3 | 67:14 73:10 |
| **solid** 239:16 | 260:21 263:15 | 57:12 85:18 | 120:11 122:11 | 81:14 130:10 |
| **somebody** 18:1 | 265:14 266:4 | 172:4 235:16 | 216:6,8,12,16 | 130:12 157:5,9 |
| 65:20 104:22 | 267:5 270:2 | 249:17 251:8 | 220:2 230:18 | 169:8 178:10 |
| 107:3 144:15 | 281:12 282:4 | 308:3 | 233:5,18,22 | 217:13 274:23 |
| 163:15 184:16 | 286:8 299:17 | **specifically** | 235:19 238:1 | 276:5 302:13 |
| 197:23 233:9 | 302:22 304:22 | 17:23 33:5 | 240:13 | 305:4 309:10 |
| 235:21,24 | **sorts** 272:14 | 59:6 60:2,6 | **St** 167:23 | 309:15 |
| 236:4 287:1 | **Soto** 41:6 42:20 | 75:9 76:21 | **Stacey** 256:16 | **starting** 38:11 |
| 289:19 297:13 | 42:24 43:4,9 | 77:14 96:20 | 256:18,20 | 89:22 138:9 |
| 330:2,22 | 43:15,18,21 | 151:23 162:18 | **stamp** 321:22 | 180:5 276:7 |
| 331:22 | 44:2,2,5,10,11 | 242:17 247:1,9 | **stamped** 278:15 | 301:1 |
| **son's** 181:17 | 122:18,22 | 274:1 277:5 | 285:3 288:19 | **starts** 21:1 |
| **soon** 73:11,12 | 135:6,9 | 308:7 | **stand** 92:24 | 114:21 229:1 |
| **sorry** 10:21 | **sound** 104:9 | **speculation** | 95:23 96:1 | **state** 2:11 7:19 |
| 12:24 13:20 | 227:14 274:19 | 328:20 | 101:23 | 218:10 334:1,8 |
| 16:12,13 18:4 | 301:1 | **spell** 7:20 8:2 | **standard** 179:16 | **stated** 249:1 |
| 20:20 29:13 | **sounded** 267:17 | 15:14 30:20,22 | **standing** 67:16 | **statement** 196:5 |

Timothy Ferguson
March 27, 2023

370

207:2 217:18
221:23 222:1
222:14 230:4
250:15 299:11
**statements**
183:10 221:17
222:5,11 249:5
250:15
**states** 1:1 6:14
14:6 203:9
287:12
**stating** 6:19
299:18
**station** 146:2
193:18,18
284:4 286:18
287:6 288:10
**status** 209:16
210:3 212:23
214:23 215:4
223:15 227:1
246:10
**stay** 28:18 32:15
33:17 55:8,12
137:14 156:24
180:4 191:1
260:2 269:10
275:2 309:13
**stayed** 31:2 55:6
55:7,22 128:16
159:24 165:23
276:17 280:22
287:5
**staying** 260:13
263:3
**Steffens** 307:19
307:20
**stemming**
170:17
**stems** 153:13
**stenographica...**
334:20
**step** 137:6 233:9
331:23

**stepped** 235:22
236:1 247:21
**stepping** 228:21
**steps** 268:12
327:5,15
**sticker** 19:11
26:4,5
**Stickney** 174:17
205:2 273:11
279:2
**stood** 78:1,3
110:19,20
130:1
**stop** 71:12 87:10
87:15 89:14
90:1 116:10
137:22 138:12
173:11,16,21
173:23 239:2
**stopped** 66:5
92:5 134:17
135:13 136:7
136:23 140:22
143:10 144:4
144:19 145:2
156:4 173:10
174:7
**stopping** 143:5
**store** 159:14,15
159:16
**stories** 321:3
**story** 82:10
117:15 236:17
**street** 2:12 3:17
4:6 6:7 16:3,22
27:24 28:13,19
33:6 35:19,23
38:24 39:4,8
40:22 41:13,17
41:21 43:10,13
45:23 46:2
47:20 48:12,17
49:22 50:9
51:20 56:6

57:9 58:11,12
58:16 60:16
62:1 63:10
65:12,16 71:6
71:11,18 77:1
77:10 80:23,23
82:4 84:17,23
90:10 104:12
104:16 106:9
107:12 108:17
127:12,13
128:16 129:13
130:22 131:2
134:12 142:4
153:16 168:23
174:15 194:9
204:16,17,18
205:5,6,15
209:17 260:2
260:13 273:10
**stress** 152:14
156:12 162:23
163:1,4,5,8,11
163:16,19
164:1 170:13
171:14 174:21
180:11 187:23
311:4
**stressed** 59:16
**stressors** 163:18
**strike** 210:4
211:13 213:4
271:17 304:23
316:5
**striking** 320:23
**struck** 283:7
320:10
**study** 272:13,15
272:20,23
**stuff** 23:21
28:21 55:1,2
111:8 122:7
128:22 155:11
160:17 165:24

167:19,23
171:23 176:7
176:19 177:3
179:8 180:9
187:16 189:8
189:17,23
190:1,2,9,16
191:5 197:4
275:4 281:6
286:22 308:7
311:6,11,16
316:15 328:8
**subject** 204:12
204:14 205:10
205:16 208:9,9
208:20 209:5
209:17,20
210:3,13,17
211:1 212:10
213:3 216:5
220:18,23
221:6,21
223:16 224:19
225:23 226:23
246:10 255:12
255:16
**submitting**
214:11
**subparagraphs**
303:7
**subpoena**
184:16,20
**subsided** 270:6
**substance** 10:9
**suburb** 204:24
**succeeded**
331:14
**successful**
243:19
**successfully**
209:21 243:11
248:20
**suck** 165:10
**sue** 141:19

142:23 269:5
**sued** 141:14,16
142:2 197:22
200:8 239:6
241:3
**suffer** 161:16
246:17
**suffered** 146:20
146:23 147:4
149:18 168:9
247:10
**suffering** 161:19
**suggest** 245:4
330:20
**suggestion**
173:21,22
**suing** 140:24
141:3,23,24
142:10 268:22
**Suite** 2:12 3:7,17
4:6,18 6:7
**summer** 173:13
173:15
**summers** 282:4
**Sunset** 61:13
**super** 175:9
**supervise** 17:19
**supervision**
25:19
**supervisor**
307:8,14,18
**supervisors**
308:17,20,24
**support** 21:8,21
22:11 23:10
232:21 236:24
244:21
**supportive**
157:21
**supports** 230:3
241:19
**supposed** 113:8
113:12 158:18
185:2

Timothy Ferguson
March 27, 2023

371

| | | | | |
|---|---|---|---|---|
| **sure** 12:6 13:10 25:1 26:6 30:9 31:16 37:6 38:3 67:18 68:6 82:7 84:16 99:3 100:5 112:23 113:3 131:3 132:16 133:18 145:23 153:5,9 161:7 163:16 169:4 170:10 182:13 188:12 189:1 195:2 197:15 207:16 208:16 209:13 219:14,14 221:1 222:4 223:17,20 243:24 246:18 250:23 251:8 251:23 257:4 266:14 273:12 277:24 311:12 322:9,14 **surrounding** 194:2 **suspended** 14:24 19:2 46:23 **suspension** 47:2 **suspicion** 298:14 **SUV** 52:9 68:21 70:19 **sweat** 309:6 **sweating** 309:10 **swell** 147:15 **swelling** 147:24 148:2,20 270:1 **swing** 39:14 **switched** 177:5 **swollen** 147:9 149:1 151:3 | 270:9 **sworn** 7:12,15 249:4 334:16 **symptoms** 152:23 174:8 **systems** 159:1<br>**T**<br>**T-i-m-o-t-h-y** 7:21 **t-shirt** 266:4,12 **Tabatha** 41:6 42:20 44:1,11 122:18 135:9 **tag** 112:12 **take** 9:9,13 26:3 26:5 68:5,13 79:23 80:21 83:6 86:4,15 94:11 99:13 100:4,19 101:12,16 126:16 130:15 130:18,21 132:22 148:2 148:10 153:6,7 155:10 157:9 165:21 166:13 177:1 178:23 190:24 198:18 213:19 239:9 253:11 259:3 266:17 268:12 270:8 274:16 277:22 278:21 279:16 284:9 299:3 303:18 309:24 310:6,8 310:9 317:9 327:5 331:23 **taken** 2:8 6:9 24:23 86:20 93:9 101:8,17 114:5,7 126:20 | 133:4 146:2 171:20 184:12 199:1 216:11 220:3 244:1,16 253:15 276:10 278:4 279:22 280:1,3 284:3 286:17 287:6 289:24 334:23 335:4 336:11 **takes** 126:18 191:18 **talk** 24:10 27:23 37:18 39:19 43:15,18,21 44:1 47:21,23 48:2,5,8,19,22 49:5,8,12 50:12,15,18,22 52:14 53:18 62:4,18 63:20 64:2,8 66:7 68:19 69:4 81:17 83:4 111:13 119:9 120:15 122:8 128:12 129:1 146:10,13,16 149:6 153:3,4 160:7 164:22 172:7 176:8 179:23 185:2 228:10 236:17 262:15 313:14 313:17 317:10 **talked** 28:24 36:1,4,7 39:22 40:3,7 41:11 41:15,24 42:3 42:24 46:4 51:15 52:1 57:3 60:18,21 62:7,20 65:17 83:23 86:2 | 103:22 116:20 127:20,24 128:4,9 146:8 149:16,20,23 150:3 153:10 162:23 174:3 180:14,20 184:17 194:19 206:22 258:8 297:3 303:16 313:13 314:3 317:10 **talking** 55:24 56:2 57:6 76:21 110:8 114:14 115:22 118:2,18 119:1 119:13 121:8 126:13 140:3 176:18 184:23 188:8 207:7,21 208:2 241:10 273:19 287:21 287:22 302:4 306:18 313:20 314:12 **talks** 305:21 **tall** 79:16 **Taller** 79:14 **Tammy** 60:11 **tasked** 90:24 **taxes** 138:17 313:4,9 **team** 17:16 34:13,14 36:22 181:18 **teams** 35:3 **technical** 93:5 **technically** 184:5 **tell** 9:19 19:8 32:19 54:5 59:10 62:13 68:7 70:18,21 | 70:24 75:9 76:6 77:12 80:4 92:19,24 94:3,6 98:10 98:14,17 109:21 118:5 131:7,10,13,16 131:19,22 132:8 136:4,13 160:9 161:4 227:10,23 229:21 237:17 241:5 242:17 243:21 252:19 308:17,21 314:23 329:19 329:22 330:1 332:3 **telling** 80:18 92:16 93:23 104:23,24 116:9 117:8 119:14 132:1 222:20 247:3 247:16 262:7 314:13 327:1 **ten** 80:2 81:16 86:15 172:15 198:18 232:18 303:19 **tenant** 93:2 94:19 116:5,8 116:11 118:21 119:16,17 138:23 155:15 223:11 228:20 238:6,13 331:23 **tenants** 68:3 89:4 115:4 140:24 155:1 **tendered** 19:16 26:11 201:3 278:19 285:7 |

Timothy Ferguson
March 27, 2023

372

288:23 300:19
321:11
**tense** 318:9,23
**term** 178:13
181:9 184:12
187:5
**termed** 107:20
**terms** 13:9
269:24 272:11
303:16 304:24
311:8 313:12
316:18 318:1
**Terry** 12:3
29:21,24 30:2
33:1 49:16
50:11 61:8
109:4,5 123:1
123:6 136:16
137:4 144:23
324:8,12,13
**test** 172:2
**testified** 7:15
230:20 232:23
237:4,7 241:17
241:23 242:5
244:20 246:14
246:15,22
247:2 248:17
253:3 261:1
**testify** 10:5,12
183:9 202:11
202:12 334:16
**testimony**
206:24 207:4
207:14,15
223:8 229:23
233:15 234:2
241:15 250:5
254:5,22 255:2
262:9 283:9
334:18
**tests** 171:20
172:1
**text** 265:21

282:24
**texted** 56:18
**texts** 283:2
**thank** 7:3
119:14 137:10
186:3 199:7,12
239:2 253:9,10
318:18 332:10
**thanked** 240:15
240:17
**Thanks** 51:8
151:18
**Thanksgiving**
275:16
**Thanksgivings**
275:4
**themself** 72:23
**theory** 223:10
252:22
**therapist** 157:22
158:7 168:14
169:2 302:5
**therapy** 158:6
163:22 177:2
304:1
**thereof** 335:10
336:15
**They'd** 119:3
**thing** 33:21 37:5
64:19 71:9,9
115:23 119:17
129:20 156:4
179:12 194:3
203:8 233:10
283:2 302:6
**things** 74:13
120:16 126:3
138:21 158:2
165:8 188:5
199:18 200:5
205:20 229:4,8
234:13 242:23
254:11 273:22
274:21,22

275:17 297:5
303:1,2 311:1
311:2 313:8,10
314:20 316:24
**think** 37:9 59:22
64:22 71:10,19
73:12 74:18,24
76:1 96:22
111:23 123:19
123:20 129:12
134:10 137:13
141:16 151:11
153:1 154:23
155:9 157:8,10
157:13,20,23
158:6 159:10
162:15 168:12
168:19 169:10
170:6 173:5,5
173:13 174:14
176:11,24
177:19,20,23
178:11,24
186:17,17
198:12 208:17
217:12 219:20
225:20 229:21
244:16 251:4
256:7 259:5
262:4 266:7
268:1,6,11
273:10 274:14
274:18 284:15
288:12 317:21
318:7,13 324:9
**thinking** 140:5
331:3,4
**third** 114:16
140:7 254:11
**Thomas** 1:9
3:15 7:4 254:1
**thorough** 208:14
**thought** 20:20
88:5 94:22

106:23 298:5
**threat** 54:14
57:4,5,12,15
58:4 153:20
**threaten** 58:5
80:7 97:14
141:19
**threatening**
55:10 58:17
**threats** 260:19
260:19,19,20
**three** 16:9,17
56:16 75:6
117:21 121:22
121:23 134:14
135:19 140:10
140:11 148:13
155:21 173:12
192:17,22
200:9,12 204:7
204:11 206:6
207:12 208:7
225:6 227:10
234:10,17
240:22 241:3
244:3 246:1
252:20 253:6
259:4,5,6
306:18,20,24
307:5 309:1
332:23
**threw** 140:4
**thumb** 147:9,9
147:15,22
148:8,18,21
149:1,4,8,11
149:14 151:3
270:2,9 278:21
285:14
**Thursday** 11:7
65:3,4,5
**tie** 163:3
**tied** 174:20
266:10

**tight** 238:3
**tightness** 147:17
**Tim** 323:14
**time** 9:10 10:14
12:16 18:17,22
20:22 29:1,14
30:10 33:19
36:11 37:12
39:22 40:6
63:23 65:9
69:3,4 70:11
70:16 72:8,9
78:4,12 79:24
80:1,3,8 81:13
81:15,22 86:17
86:23 87:11
91:2 93:6,12
95:9 97:13
98:9 103:10
105:3,16
109:12,22
116:1,1,2
118:4 120:3,12
123:3,4,16,20
123:21 125:18
132:24 133:7
133:13,14,19
133:21 134:3,4
134:11,12
139:12,24
140:6,7,7
147:19 148:14
153:7 154:7,17
156:19 157:5
157:14 160:3
160:10 169:17
177:21 179:1,2
182:19 183:18
187:10,24
188:3,5,21,24
193:1 194:17
195:22 198:22
199:4,8 201:17
202:18 203:14

Timothy Ferguson
March 27, 2023

373

207:6 208:3,8
208:11,18,21
208:24 209:3
209:11,13
210:11 211:9
211:24 216:3
216:15 217:1
218:3 219:5
220:2,3 223:15
224:10 225:11
225:12,13
231:16,24
232:3 233:21
234:16 235:4,8
237:15,23
239:21 243:1
247:23 253:12
253:18 254:9
254:11 256:13
258:18 260:4
262:19 270:8
271:12 274:8
275:24 276:21
277:23 278:7
279:14 280:17
282:7 283:24
285:13 291:2
298:4 299:19
301:17 304:11
306:7 307:3
308:10,19
309:8 311:24
313:24 314:3
316:6,11 317:1
318:5 319:7
320:4 329:7,11
330:17 332:20
336:8
**times** 11:3 35:10
56:19 66:18
140:2,11
148:12,13
161:6 162:6,7
162:13,16

165:11,17
167:12 182:17
183:16 188:12
192:16 251:18
260:14,15,15
260:15,17
287:14,16
311:23
**timing** 219:16
**Timothy** 1:4 2:7
5:4 6:6,17 7:1
7:7,13,21
26:21 133:9
249:9 278:9
332:22 334:11
**Tinley** 274:12
**tired** 165:10
**title** 209:19
297:17 299:17
**titled** 6:16 87:8
99:10 134:16
135:12 137:17
tjolson@kopk...
3:20
**today** 8:9 9:17
9:22 10:1,6,12
10:16 11:13,24
20:4 24:10
61:8 62:11
74:3 113:17
127:16,20
148:18 157:18
158:4 162:9
179:21 180:14
180:20 190:5
190:23 202:8
250:5 253:3
254:13 261:13
267:1 289:3
301:11 307:2
311:22 315:8
315:11,14
316:1,3 317:21
322:2 328:8

**Today's** 6:2
**told** 52:4 54:6,10
59:6,14 60:2,5
60:7 62:10
66:21 69:11
71:8,13 73:16
75:13,19,24
76:1,10 82:2,7
84:1 85:15
105:21 109:5
115:8 116:4,14
118:23 119:4
119:24 126:22
127:10,16
129:20 146:4
170:11 172:3
184:18 191:1
232:16 253:2
260:8 297:3
304:21 308:24
309:4 310:23
312:7,12,12
313:7 331:1,12
332:6
**toll** 59:19 157:9
**tone** 299:6,7
**total** 134:11
306:20,23
336:8
**toting** 197:16
**touch** 304:14
**touching** 281:13
**traffic** 110:23
**train** 23:4,8
163:9 190:24
274:16
**trained** 13:10
**training** 13:8
23:15,23 24:8
24:13,18 25:11
**transcript** 8:13
8:17 291:6
**transcription**
334:23

**transferred**
245:12
**transpose**
318:19
**trauma** 170:3,3
170:16 171:2
**traumatized**
314:7,9,16
**travel** 218:9
275:15
**treat** 148:8
149:4
**treating** 169:23
170:23 172:20
**treatment** 21:3
147:22 171:21
202:13,20
272:17 302:22
303:12,16
304:8 315:2,2
**treats** 173:7
**trespass** 211:1
220:5 229:20
229:22
**trespassing**
90:16,19 105:1
106:21 109:19
110:15 111:3
111:12,22,23
115:1 116:6
117:3,10,17
120:5 210:6,21
211:5,15,21
220:13,19,24
222:22 223:6
225:13 227:22
228:17 230:7
230:11,24
231:15 236:10
240:8 249:7
250:19,23
251:9,11,21
325:2
**trial** 187:16

**tried** 89:7
160:23 169:8
169:14 237:17
317:10
**triggers** 162:19
**trips** 276:11
**trouble** 269:8
**truck** 66:4,5
70:19 71:10,18
71:19,23 72:1
72:13,17 83:18
106:14 118:15
125:10 128:22
**true** 27:16 94:12
94:13,19
201:14,15,22
202:4,5,6,7,16
203:11,22,23
204:4,5 205:15
206:22,23
207:18,19
209:1,2,5,6,12
209:22,24
210:1 215:10
215:19,20
216:18,19,22
216:23 219:2
219:23 220:24
231:13 261:8
265:2 269:22
269:23 270:17
270:18 279:20
301:10 320:18
320:19 334:22
336:10
**truth** 9:20
320:21 334:17
334:17,18
**truthfully** 10:5
10:12
**try** 8:19 68:9
89:4 125:7
166:1 180:3
267:9 282:12

Timothy Ferguson
March 27, 2023

374

283:16 327:5
327:16 330:19
**trying** 16:13
46:8 55:9
67:23 68:10,10
91:2 110:16
118:12 119:10
133:18 173:5
173:19 176:3
196:13 223:7,9
228:19 234:7
234:11 244:8
247:20 254:10
254:14 297:5
302:4 304:16
311:4,4,5,7
327:4,20
331:13,21
**tucked** 107:20
**turn** 20:8 100:6
132:14 145:14
185:8,13
191:18 218:12
287:13
**turned** 73:14
87:3 111:5
**turning** 23:20
165:20
**twice** 159:9
178:12 182:18
274:13
**two** 14:15 16:11
16:14 18:7
19:12 38:9
56:16 104:17
133:22 134:14
134:22 135:1
137:7 139:16
140:10 148:9
154:14 155:20
169:11 172:20
172:20 177:20
183:16 194:8
194:18 195:19

202:14 232:17
234:3,4,13
273:18 288:12
306:9,18,19
307:5 322:10
**two-month** 57:8
**Tyler** 307:19,20
307:22 309:1
**type** 74:5 125:11
256:17 268:18
275:19 302:6
304:1 315:2
320:22
**types** 300:7
321:3
**typing** 21:12

**U**

**Uh-huh** 272:3
303:11
**Uhm-uhm**
188:17
**ultimately** 32:22
54:17 66:5
93:1 94:10,15
109:2 111:24
118:18 119:19
122:5 126:14
126:15 138:22
141:7,8,9
142:8,10,13
154:16 155:10
157:19 159:5
163:11 217:11
230:15 245:20
269:8 281:3
283:20 302:7
302:16 308:22
309:17 314:17
**ultimatum**
305:17
**unable** 147:20
165:7 312:21
313:1

**uncle** 29:12 30:5
139:2 245:18
263:18,19
265:1 298:17
298:18 313:24
323:21,23
324:7
**uncomfortable**
239:11
**underneath**
17:17
**understand** 9:3
9:16,23 25:1
133:13,18
200:6,8 201:12
203:18 209:7
233:14 234:11
251:8 252:6
281:17 327:23
**understanding**
23:14 29:11,17
29:23 30:1
39:6,15 52:20
88:20,22 94:20
127:6 130:3
172:17 198:9
200:14,18
245:16 257:19
259:17 262:18
266:14 269:4
312:9,19
314:18 315:9
319:15
**understood** 9:6
23:17 91:9
211:23 220:11
221:4 230:23
260:21
**undetermined**
334:13
**uneasy** 152:20
167:2,2
**unfolding**
102:18

**unfortunately**
17:1 160:1,4
177:4 302:9,19
**unhandcuffing**
238:12
**unhooking**
238:5
**uniform** 90:12
97:17 108:1
131:4
**unincorporated**
205:3
**United** 1:1 6:14
**unjustly** 247:15
**unlawfully**
249:9
**unloosening**
238:9
**Unnamed1.jpg**
100:10
**Unnamed2.jpg**
99:10
**unobstructed**
211:19
**unoccupied**
138:19 154:13
**unsure** 167:1
**unusual** 47:3
217:13
**Unwanted_su...**
135:12
**Unwanted_su...**
136:7
**Unwanted_su...**
137:18
**Unwanted_su...**
144:3
**Unwanted_su...**
145:1
**Unwanted_su...**
238:17
**Unwanted_su...**
134:17
**unwilling**

312:21 313:1
**unwritten** 21:2
254:24
**update** 27:8
**updates** 74:18
**upkeep** 155:22
155:23 272:5,9
**upset** 283:10
314:11
**use** 45:13 56:17
74:10 148:17
159:1,1 181:8
184:11
**uses** 282:24
**usual** 179:15
**usually** 274:15
**utilities** 155:15
**utmost** 180:2
**uttered** 331:21

**V**

**V-a-d-i-m** 186:2
**vacant** 57:22
138:23 313:19
**Vadim** 185:19
**Valentine's**
178:1
**valid** 244:2
**validity** 319:19
**Valley** 12:13,15
**variety** 269:15
**various** 252:5
**vehicle** 65:19,22
72:14 73:23
76:22 77:1
84:19 87:19
97:23 98:2,5,7
99:16,17,21,22
100:1,2 101:15
106:16 108:3,4
122:15 124:22
125:18 126:17
126:18,21
131:7,10

Timothy Ferguson
March 27, 2023

133:24 238:11
238:15 248:10
248:13 279:19
286:17 330:9
330:22
**Venmo** 256:7
**verbal** 45:17
125:11 260:19
**verbalize** 8:14
**verbatim** 250:18
**verification**
27:12 203:1,1
**versa** 283:17
**versus** 6:17
155:8 178:20
298:4
**vest** 194:11
**vests** 194:10
**veteran** 181:3,9
181:10
**vice** 283:17
**vicinity** 58:14
231:9
**Vicky** 62:24
89:2 108:12
109:14 123:9
129:10 136:2
208:21 209:9
209:11 211:12
211:14 212:19
221:20 222:7
224:2 231:9
232:3 244:24
245:5 263:16
265:5 267:5,14
267:19,24
268:16 298:5
312:16,20,24
313:14,17
322:5 324:12
324:23 325:13
**video** 2:10 6:3
8:12 11:18
52:10 66:20

67:6 69:15,18
69:21 74:24
76:1 77:6
82:12,14 87:4
87:8,13,22
89:15,16,18,22
89:23 90:4,14
91:23,24 92:4
92:10,13,21
94:2 97:5,17
97:23 98:23
102:24 103:4,8
103:20 123:13
123:17 124:1,6
124:9,11,14
130:15 132:13
134:16,18,19
135:11,13
136:9,21
137:20,22
138:1,4,4,10
139:20 140:20
143:2,3,7,8,10
143:16 144:4,5
144:6,16,17,21
145:2,3,4,16
158:12 194:2
208:15 217:19
222:11 226:14
226:16 228:7
238:20,24
239:12 266:9
266:11,19,24
297:15 314:10
329:3 332:24
336:5,6
**videographer**
6:2 7:3 86:17
86:23 93:4,6
93:12 132:20
132:24 133:7
137:11 145:18
198:22 199:4
253:12,18

277:22 278:1,7
289:21 291:2
332:20 336:3
**Videographer's**
5:23
**videos** 74:17,22
124:17 208:12
208:13 317:21
**videotape**
336:10
**videotaped** 2:7
6:5 336:5
**view** 211:19
**viewed** 249:19
**viewing** 103:20
103:20
**violate** 247:24
**violated** 248:3
249:3
**violence** 58:6
197:15
**visit** 177:14
280:24
**visitation** 178:16
**visitations** 282:4
**visits** 171:24
176:22
**voice** 87:21,22
299:7
**volume** 288:2
**voluntarily**
184:7
**volunteered**
24:4
**vs** 1:6

_____
**W**
_____
**W-a-y-n-e** 8:3
**wages** 150:23
151:10,14
**waist** 65:24 67:8
68:8 107:21
267:1
**Wait** 219:10

**waited** 78:1
**waive** 332:18
**waived** 332:19
335:2
**waiving** 332:16
**wake** 165:9,18
**walk** 67:6
193:17 286:20
286:23
**walked** 67:7
84:17 101:17
106:18 110:13
127:13 128:15
129:12,15
185:16 230:11
231:22
**walking** 39:9
65:20 71:2,5
78:16 158:13
267:18
**Walmart** 309:12
**want** 20:8,12
21:23 34:2
49:2 59:18
89:14 99:2
103:16,24
111:2 115:9
116:7 117:2,12
119:5,17,18
120:8,19
137:11 159:3
165:8,8 173:18
173:18 180:11
190:11,12,24
191:2 193:19
212:7 225:21
227:18 232:16
240:5 251:8
253:11 262:15
266:13 282:11
285:15 289:9
297:8 306:22
306:22,22
321:16

**wanted** 45:5,6
57:19 66:14,23
118:3 121:2
127:1 158:23
158:23 177:3
194:21 237:22
240:4,5 241:11
267:11 298:12
302:17 311:12
312:10
**wanting** 163:6,7
273:22
**wants** 66:17
75:18,18 91:4
115:3 235:24
**warned** 287:13
**Warrior** 305:23
305:23
**wasn't** 56:19,20
58:17 70:23
82:7 94:18
107:24 113:3,3
113:4 125:14
128:6 131:4,6
131:9 176:21
184:7,12 228:2
228:3,3 230:7
230:12 237:23
246:18 251:10
281:15 304:18
309:11 313:5
315:12
**watch** 11:18
329:3
**watched** 82:12
97:5 123:12,16
128:17 297:16
317:22
**watching** 82:16
266:9,11,19
**water** 138:18
**way** 15:3 23:5
24:2,5 64:6,18
67:13 78:21

Timothy Ferguson
March 27, 2023

96:10 98:2
106:8 113:15
118:19 120:4
135:21 146:1
157:17 158:4
163:23 184:13
197:1,7,10
202:24 212:3
219:12 221:2
226:4,5 248:11
248:14 255:7
269:7,7 270:10
298:22 303:8
305:13 309:5
318:3 319:20
320:21 324:10
329:18 335:8,9
336:13,14
**Wayne** 8:1
**ways** 173:20
**we'll** 24:10
86:16 117:9
164:22 268:17
289:10 332:18
**we're** 8:9 120:14
169:9 173:14
181:18 196:13
273:19 279:11
287:22 289:22
330:3
**we've** 168:12
174:3 180:14
180:18,20
**wearing** 97:17
107:18,19,23
107:24 131:2
138:7 145:11
194:9
**website** 124:19
181:24 182:3,9
**wedding** 274:3
**weddings** 274:9
**wedged** 68:12
**Wednesday** 65:2

**week** 11:7 31:3
62:14 64:16
151:4 162:7
178:10,12
261:12,15
276:22 284:5
**weekday** 64:14
**weekend** 64:15
157:12
**weeks** 195:21
306:20 307:6
**weeks-ish**
306:24
**weigh** 79:20,21
**welder** 13:11
**went** 30:2 64:9
67:9,13,20
71:22 83:4
121:1 127:1,12
128:23 134:13
146:5,7 155:21
156:14 175:7
178:12 184:19
185:15 219:15
236:18 270:13
271:12 274:12
275:9 276:18
284:21 308:9
308:10
**weren't** 91:6
112:23 176:6
176:19 250:24
251:9 320:13
**West** 3:6,17 4:17
16:3,22 27:24
33:5 35:18,23
38:24 39:4,8
40:22 41:13,17
41:20 43:10,13
45:23 46:2
47:20 48:11,16
49:22 50:9
51:20 58:11,12
58:15 60:16

62:1 63:10
65:12 71:5
77:1,10 104:12
106:8 107:11
108:17 130:22
134:12 142:3
204:15,18
205:5,12
209:17 224:9
**whatsoever**
206:10
**WHEREOF**
335:11 336:18
**white** 134:22
144:21 159:13
159:13
**White-McGee**
2:9 334:6
336:2,22
**wi-fi** 283:2
**wife** 15:11 16:7
16:15 28:20
32:13 51:16
52:4 53:8,24
54:5,22 55:10
56:12,18 59:7
60:2,7 70:13
70:15 104:18
105:22 106:5
128:18,23
129:6 152:13
153:11,21
154:4,6 156:9
165:23 179:8
189:18 190:12
191:9 248:1
252:5,15,17
256:12 258:24
270:14 275:3
276:16 287:3
305:7 309:14
320:4,11,17,23
**wife's** 15:12
56:4,5,11

105:13,15
106:2 256:15
275:12
**William** 4:3
6:23
**william.Cook...**
4:10
**willing** 45:13
111:14
**Willowbrook**
61:13
**window** 66:7
68:24,24 73:13
85:1 121:13
309:16
**windows** 65:21
66:19 73:18
82:9 121:11
**wine** 259:6
**wit** 334:10
**withdraw**
194:21
**withdrawing**
273:21
**withdrawn**
224:11,12
**witness** 5:3 7:12
7:14 13:5,22
15:15 19:17
20:15 22:2
26:12 27:20
31:17 36:5
40:14 42:7
44:7 50:5 51:2
51:7 61:21
64:13 99:7
100:13 122:5
135:16 152:19
163:15 164:11
181:11 183:24
185:21 199:12
201:4 253:10
278:20 285:8
285:17 288:24

300:20 321:12
326:10 328:21
331:9 334:16
334:19,21
335:1,11
336:18
**woman** 79:12
92:4
**wondering**
56:19 247:23
**wood** 257:21
**word** 141:10
142:15,24
156:18 230:10
230:10,16
250:22,22
**words** 107:3
207:2 268:1
322:9 331:21
**work** 13:18
17:10,17,22
18:24 19:2
64:9,16,23
65:4 69:8
70:12 104:15
131:23 132:5
151:7 161:24
166:1 174:13
304:10 305:22
306:14,22
307:3 308:2,8
308:10,11,13
308:20 311:18
**workdays**
165:10
**worked** 18:22
24:1 96:5
104:2 257:15
**working** 18:5,12
65:6 98:11,15
131:13,17
151:4 157:20
174:1 297:11
**works** 94:15

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

377

worry 109:3,6
268:17
wouldn't 58:21
91:11 141:9
142:23 219:8
229:5 237:2
248:18 263:9
308:5 322:15
writing 265:17
334:21
writings 265:20
wrong 112:11
120:21 207:15
237:18 271:9
332:4

**X**

**Y**

yard 70:4,5,6
yeah 74:15,18
91:13 110:5
169:8 284:11
288:12
year 30:12
138:18 169:10
169:11 187:5
246:7 258:14
303:19 310:10
310:11,12,15
317:23 322:23
322:24
years 14:4,6,15
15:22 18:8
22:14 38:8
88:5,9 115:12
123:18 139:3
154:15 169:7
169:10 172:16
198:2 251:20
260:7,10
263:14 264:18
267:16 271:7
271:14,15

274:13 279:12
282:18,19
306:9 313:20
313:22,23
314:1 317:23
317:24
years-plus 64:1
172:15
yelling 67:24
114:22 122:7
158:15 229:1
314:12 329:10
yells 129:21
Yesterday 39:24
young 34:18
younger 181:6

**Z**

Zelle 256:7
zero 63:18

**0**

04046 1:5 6:16
7:2
084-003958
336:24

**1**

1 5:11 15:20
19:8,14,22
133:2 202:3
278:15
1.mov 87:9
1:02 136:8
1:03 137:23
138:9
1:05 136:23
1:20 139:22
140:19
1:24 139:23
1:27 138:12
1:28 140:22
1:33 92:3
1:58 198:22
10 15:20,22 70:1

134:1 260:10
260:15 285:3
10:00 2:14
10:15 6:4 336:7
100 56:19 66:18
251:18 287:22
288:13
11 182:22
282:18
11:38 86:17
11:50 86:23
11:58 93:7
11th 161:24
12 46:2 50:19
62:21 63:9
104:8 124:18
203:17,20
204:3,7 205:8
205:17,21,24
206:3,7,11
207:1 209:20
210:4,12,15
212:8,24 213:4
216:5,16 217:1
219:22 221:6
224:3,8,15
225:24 226:23
235:5,8 246:10
249:23 250:6
252:2,7,14
257:24 258:13
258:21,23
259:24 260:18
261:3 266:2
279:12 282:19
300:3 305:1,6
305:8,15,15
307:1 308:6,14
312:6 318:21
319:6,11,16
12,2019 259:16
12:01 93:12
12:39 132:24
12:44 133:7

1200 3:17
12th 35:22 39:4
39:8 40:4,8
41:16,20 42:1
43:1,12,19,22
47:24 48:15,23
49:6,9,13,24
50:16 51:23
52:2 53:19
55:6 56:9 59:8
60:4,8,15,22
62:1,5 63:12
63:19,21 104:1
104:19 108:9
108:13,18
109:17 113:13
123:10,14
128:5 129:10
130:15,18,23
131:12 141:13
141:24 143:19
145:22 147:4,8
149:14,19
150:2,11,20
151:7 152:5
153:14 159:8
159:19,23
161:2 170:17
170:22 171:5,9
171:13 179:20
180:16 182:9
182:15 186:18
186:22 192:20
195:13,17
219:2
13 260:7
1410 3:7
15 14:4 15:20
70:1 198:20
313:23
15th 177:24
16 20:9 282:13
313:23
175 302:9,18

1750 4:18
180 79:22
18th 177:23
19 5:11 87:15
89:22 123:20
157:15
190 79:22
1985 12:8
199 5:6
19th 210:4
1st-ish 17:3

**2**

2 2:12 4:6 5:12
6:6 26:2,9,13
27:16 133:8
278:2 301:19
2:20 143:2 199:4
2:42 143:11
20 1:5 6:16 7:2
84:18 134:6
164:19 176:11
186:16 260:15
287:21 306:18
20-plus 88:9
200 3:17 5:13
2000 29:16
2004 12:21
2005 12:18
2007-ish 306:8
2008 14:18,20
2009 182:20
183:17
2010 279:2
2011 182:22
183:17
2012 18:16 29:7
29:8
2014 18:4
285:21
2016 18:4
313:23
2017 18:21,21
320:2

DCM Court Reporting, Inc.
(312) 704-4525

Timothy Ferguson
March 27, 2023

378

**2018** 29:2 30:8
30:10 95:11
183:19,20
184:15 186:15
186:17 218:17
321:23 322:22
**2018-ish** 255:14
**2019** 16:2,6,17
16:21 17:3
18:11 29:2,16
29:22 30:15
32:7 33:3 34:7
34:7,20 35:18
35:22 37:13
39:1,4,8 40:4,8
41:12,16,20
42:1 43:1,2,10
43:12,16,19,22
45:22 46:2
47:24 48:3,11
48:15,20,23
49:6,10,13,22
49:24 50:13,16
50:19 51:18,23
52:2,5 53:16
53:19 56:9
59:7,8 60:4,7,8
60:15,15,22
62:2,5,21 63:9
63:19,21 64:9
64:12,19 86:1
86:10 88:14
89:9,12,16
97:21 98:10
101:9 103:2,11
103:21 104:1,9
104:19 108:5,8
108:9,12,13,17
108:18,21
109:17 113:9
113:13 123:10
123:14 124:15
124:18,19
128:5 129:11

130:16,19,23
131:12 140:9
141:13,24
143:20 145:22
146:21 147:1,5
147:8 149:14
149:19,23
150:3,7,11,20
151:7,23 152:4
152:5 154:24
157:17 158:4
159:8,19,23
161:3,21,24
162:3,9 163:2
163:21 166:7
166:20 168:5
168:10 170:17
170:18,22,22
171:5,9,13,13
175:3,24
179:20 180:16
181:23 182:9
182:15 186:19
186:22 188:15
188:20 189:3
191:20 192:2
192:20 195:13
195:17 203:17
203:21,21
204:3,8,12
205:8,17,21,24
206:3,7,11
207:1 209:20
210:4,12,15
211:5 212:8,8
212:24,24
213:4,4 216:5
216:17 217:1
219:2,22 221:6
224:3,8,15
225:24 226:23
235:5,9 246:10
249:23 250:2,6
252:2,7,14

257:24 258:13
258:21,23
259:24 260:18
261:3,3 262:19
263:13 264:4,5
265:4,9 266:3
267:13,18
271:6 273:20
274:11 275:7
275:24 276:12
277:13 297:2
298:15,21
300:2,3,5
303:19,20
305:2,6,15
307:1,15,17
308:6,14
310:12 315:6
315:10,16
316:2,8,9
317:14 318:6
318:14,21
319:6,11,16
322:24 323:1
**2020** 164:20
169:7,7 172:22
176:12,13
177:6,6 275:7
275:7 276:1
303:13 310:12
**2020-ish** 310:14
**2021** 18:9
164:21 172:22
177:6 178:7
276:3,14
310:13,14
**2021-ish** 18:10
**2022** 162:11
173:15 275:8
276:8
**2022-ish** 310:15
**2023** 2:13 6:3
162:14 169:9
334:10 335:12

336:6,19
**21** 275:8
**220** 79:21
**23** 135:13
**24** 10:9 148:5
202:3 270:5
**24-hour** 148:15
148:16,22
**24/7** 324:2
**24:42** 145:2
**253** 5:7
**257-3729** 40:17
**26** 5:12
**26th** 284:22
**27** 6:3 334:10
336:6
**278** 5:14
**27th** 2:13
**28:30** 238:18
**285** 5:15
**288** 5:16
**29** 58:13 321:23
**291** 291:5
**291-296** 5:20
**296** 291:5

_____
**3**
_____

**3** 5:13 12:8
98:23 200:21
201:1,6 218:13
278:8 335:12
336:19
**3:14** 253:12
**3:19** 253:18
**3:49** 278:7
**30** 38:8 126:14
177:19 186:12
187:8 218:19
219:15 288:19
306:18
**30-day** 187:7
218:24
**300** 5:17 183:5,6
**312.583.9500**

4:20
**312.742.0305**
4:8
**312.765.8878**
3:9
**312.782.9920**
3:19
**321** 5:18
**323** 5:8
**334** 5:23
**34th** 157:11
**35** 336:8
**3756** 61:18
**3rd** 157:11

_____
**4**
_____

**4** 5:14 278:13,17
285:10,21
**4:00** 65:10 69:9
**4:02** 291:2
**4:15-ish** 69:9
**4:39** 144:5
**4:50** 332:21
336:8
**420** 2:12 4:6 6:7
**43** 249:2
**45** 90:1
**4th** 186:15,16
275:19 286:6,8
287:4 288:5

_____
**5**
_____

**5** 5:15 15:20
278:15 285:2,5
301:19
**5-day** 68:2 94:12
94:13,24 95:10
96:9,15 100:22
108:20 109:1
113:9,13
118:22 120:6
126:23 127:3
142:18 223:12
297:18 315:23

Timothy Ferguson
March 27, 2023

**5:05** 144:14
**5:12** 144:19
**50** 260:15
   287:21
**51** 134:18
**52** 136:19
**53** 3:6 4:17

—————
**6**
**6** 5:16 285:3
   288:18,21
   305:8,15 312:6
   336:8
**60602** 4:7
**60604** 3:8 4:19
**60606** 3:18
**63rd** 174:15
   273:10
**67** 288:19

—————
**7**
**7** 5:5,17 279:2
   300:13,17
   303:6
**7:00** 105:18
**7:00-ish** 105:18
**7027** 47:20 50:9
**7029** 16:3,22
   54:18,24 58:12
**7032** 58:10
**7038** 27:24 32:9
   33:5 35:18,23
   38:24 39:4,7
   41:13,17,20
   43:10,13 45:23
   46:2 48:11,16
   49:22 51:20
   57:9 58:15,21
   60:16 61:24
   63:9 65:12
   69:2 71:5
   75:14 77:1,10
   85:9 104:12
   106:8,13

107:11 108:17
130:22 134:11
142:3 204:15
205:5,11
209:17 224:9
**708** 40:16
**708-378-3756**
   61:17,23
**708-516-7124**
   50:7
**708-541-9614**
   42:9
**708-541-9779**
   44:9
**708-785-7062**
   31:19
**708-897-1799**
   51:4,7
**708-979-4010**
   61:3
**72nd** 16:3,22
   27:24 33:5
   35:18,23 38:24
   39:4,8 41:13
   41:17,20 43:10
   43:13 45:23
   46:2 47:20
   48:12,16 49:22
   50:9 51:20
   56:6 58:11,12
   58:16 60:16
   62:1 63:10
   65:12 71:6
   77:1,10 80:23
   104:12 106:9
   107:12 108:17
   130:22 134:12
   142:3 153:16
   204:17,18
   205:5,13,14
   209:17 224:9
**73** 20:9,18,21,24
**74** 21:24
**75** 20:17,20

**76th** 204:15
   205:12 209:17
**7738** 42:13 61:5
**78th** 97:3
**79th** 194:14

—————
**8**
**8** 5:18 177:20
   321:7,9,21
**8:00** 65:10
**80** 235:20
**8001** 51:14
**8143** 61:13
**82nd** 17:7 54:20
**84th** 40:22
**8756** 17:7 54:20

—————
**9**
**9** 59:7 64:12
   86:1,10 124:18
   140:9 151:23
   152:4 203:21
   204:12 211:5
   212:8,23 213:4
   262:18 297:2
   300:2 305:20
   315:5
**90** 235:20
**91** 51:6
**911** 71:13
   106:24 263:6,9
**95th** 168:23
**99** 51:6
**9th** 35:17 38:24
   41:12,19 43:1
   43:9,16,22
   45:22 48:3,11
   48:20 49:5,9
   49:13,21 50:13
   50:19 51:18
   52:2,5,17
   53:16 60:3,7
   60:14,22 62:1
   62:5,21 63:9

63:11,21 64:8
64:19 65:1
83:22 88:13
89:9,12,16
97:20 98:9
101:8 103:2,10
103:21 108:4,8
108:12,17,21
113:9 124:15
142:8 146:20
146:22 147:1
149:19,23
150:7,8 159:4
170:17,21
171:5,9,13
180:16 182:8
192:20 195:20
318:14

DCM Court Reporting, Inc.
(312) 704-4525