Motion & Order in Special Process (This form replaces CCM1-120)     (Rev. 2/14/07) CCM N044

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Vickie Gow
          Plaintiff(s)
v.
Sean Halloran
Occupants All Unknown    Defendant(s)

No. 2019 M1 707690

4209

### MOTION

*1. SERVICE OF PROCESS in this cause has not been made by the Sheriff. The Sheriff's return, not found, is dated May 22, 2019.

*2. The Sheriff of __Cook__ County has not attempted service of process upon the defendant, however, the following facts as set forth more specifically in the attached affidavit provide a sufficient basis for the appointment of a special process server.

Petitioner moves the court to order service of process to be made by:

NAME: Dbats Inc. Private Detective Agency
ADDRESS: 3735 S. Racine Ave. Chgo. IL 60609
EMPLOYMENT (NAME AND ADDRESS): Richard Bednarek 3735 S. Racine Ave. Chgo. IL 60609

A person over 18 years of age and not a party to this action.

Atty. No.: Pro Se - 99500
Name: Vickie Gow
Attorney for:
Address: 8335 S. Normandy
City/State/Zip: Burbank, IL 60459
Telephone: (708) 506-8372

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certifies that he/she verily believes the same to be true.

May 31, 2019      Vickie Gow
Date           Movant or Attorney for Movant

### ORDER

IT IS HEREBY ORDERED that ☐ __Dbats Inc.__ is hereby appointed to make service of process in this cause. ☐ this motion is stricken.

Reason:
Dated: May 31, 2019     ENTERED: _[signed]_ Judge

Judge Joel Chupack
MAY 31 2019
Circuit Court — 2222

*Strike inapplicable paragraph.

THE AFFIDAVIT OF RETURN OF SERVICE upon execution shall be stapled to the back side of the Court Summons and returned to court.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS