

**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
# INCIDENT REPORT
1401 S. Maybrook Drive, Maywood, Illinois 60153

SH-19-00186512

## I-UCR Offense Code: Primary and Secondary Classification

**Classifications**
7367 - UNWANTED SUBJECT

## Address of Occurrence

| | |
|---|---|
| **Location Code - Primary** | **Location Code - Secondary** |
| 304 - STREET | 3042302 - YARD |

**Address**
7038 WEST 72ND STREET, CHICAGO, 60638

**Beat of Occurrence**
42

**Is this Location a Licensed Premise?** NO

## Date and Time of Occurrence

**Is Date Range?** NO

| Occurrence Date | Occurrence Time | R.O. Arrival Date | R.O. Arrival Time |
|---|---|---|---|
| 12-JUL-2019 | 2130 | 12-JUL-2019 | 2130 |

**Case Report Number (CR Number)**
SH-19-00186512

**Unit**
PBVA / PATROL / BRIDGEVIEW AREA

| | | | |
|---|---|---|---|
| NO | Was this Domestic Battery Related? | NO | Was this Incident Fire Related? |
| NO | Was this Incident Gang Related? | NO | Was a Victim Information Notice Given? |
| NO | Was this Incident a result of a Chicago Initiative Detail? | NO | Was this Incident a result of a Hireback Detail? |
| NO | Was this Incident Mental Health related? | YES | Preliminary Investigation Recorded on Body-Worn Camera? |
| NO | Use of Force Involved? | NO | Body-worn Camera Recording(s) Reviewed? |
| NO | Was a DIN (Domestic Information Notice) Given? | NO | Was a SAIN (Sexual Assault Incident Notice) Given? |
| NO | Was a Victim/Complainant Signature Form Completed? | | |

## People Specific Information

### Offender / Suspect  (OFFENDER - FERGUSON, Timothy W)

#### Demographics

| IR # | FBI # | SID # |
|---|---|---|
| | | |

| NO Information Refused? | NO In Custody? | NO Injured? | |
|---|---|---|---|
| **Last Name** | **First Name** | **Middle Name** | **Name Suffix** |
| FERGUSON | TIMOTHY | W | |
| **Alias Last Name** | **Alias First Name** | **Maiden Name** | **Nickname** |
| | | | |
| **Sobriety** | **Birthdate** | **Place of Birth** | |
| | 03-SEP-1985 | | |

| Sex | Race | Age (From) | Age (To) | Age Estimated? |
|---|---|---|---|---|
| MALE | WHITE | 33 | | |

**People Specific Information**

## Offender / Suspect  (OFFENDER - FERGUSON, Timothy W)

### Demographics

| Height (From) | Height (To) | Weight (From) | Weight (To) | Complexion |
|---|---|---|---|---|

| Eye Color | Hair Color | Hair Style | | Facial Hair |
|---|---|---|---|---|

### Address of Residence

| Street # | Half Addr.? | Street Direction | Street Name | Unit # |
|---|---|---|---|---|
| 7029 | | W | 72ND STREET | |
| **City** | | **State** | **Zip Code** | **Beat** |
| CHICAGO | | IL | 60638 | 42 |

### Suspected of Using

| NO | Alcohol? | NO | Narcotics? | NO | Vehicle? | NO | Computer Equipment? | Other |
|---|---|---|---|---|---|---|---|---|

### Items Used

| **Item Used** |
|---|
| |

## Non-Offender Details  (COMPLAINANT - BEDNAREK, Richard F)

### Demographics

| Role | | Type |
|---|---|---|
| COMPLAINANT | | INDIVIDUAL |

| Information Refused? | NO | Injured? | NO | Law Enforcement Officer? | YES | Sheriff's Employee? | YES |
|---|---|---|---|---|---|---|---|
| **Last Name** | | **First Name** | | **Middle Name** | | **Name Suffix** | |
| BEDNAREK | | RICHARD | | F | | | |
| **Alias Last Name** | | **Alias First Name** | | **Maiden Name** | | **Nickname** | |

| Sobriety | Birthdate | Place of Birth |
|---|---|---|
| | 22-MAR-1964 | |

| Sex | Race | | Age (From) | Age (To) | Age Units | Age Estimated? |
|---|---|---|---|---|---|---|
| MALE | WHITE | | | 55 | | NO |
| **Height (From)** | **Height (To)** | **Weight (From)** | **Weight (To)** | **Complexion** | | |

| Eye Color | Hair Color | Hair Style | Build | Facial Hair |
|---|---|---|---|---|

### Address of Residence

| Street # | Half Addr.? | Street Dir. | Street Name | Unit # |
|---|---|---|---|---|
| 7038 | | W | 72ND STREET | |
| **City** | | **State** | **Zip Code** | **Beat** |
| CHICAGO | | ILLINOIS | 60638 | 42 |

| COOK COUNTY SHERIFF'S POLICE DEPARTMENT - INCIDENT REPORT | SH-19-00186512 |
|---|---|

## People Specific Information

### Contact Information

| Contact Type | Phone Number / Email | Contact Hour (From) | Contact Hour (To) | Available Anytime |
|---|---|---|---|---|
| CELLULAR PHONE | 630-235-5709 | | | YES |

## Non-Offender Details  (OTHER - GOW, Nickie K)

### Demographics

| Role | Type |
|---|---|
| OTHER | INDIVIDUAL |

| Information Refused? | NO | Injured? | NO | Law Enforcement Officer? | NO | Sheriff's Employee? | NO |
|---|---|---|---|---|---|---|---|

| Last Name | First Name | Middle Name | Name Suffix |
|---|---|---|---|
| GOW | NICKIE | K | |

| Alias Last Name | Alias First Name | Maiden Name | Nickname |
|---|---|---|---|
| | | | |

| Sobriety | Birthdate | Place of Birth |
|---|---|---|
| | 16-APR-1969 | |

| Sex | Race | Age (From) | Age (To) | Age Units | Age Estimated? |
|---|---|---|---|---|---|
| FEMALE | WHITE | | 50 | | NO |

| Height (From) | Height (To) | Weight (From) | Weight (To) | Complexion |
|---|---|---|---|---|
| | | | | |

| Eye Color | Hair Color | Hair Style | Build | Facial Hair |
|---|---|---|---|---|
| | | | | |

### Address of Residence

| Street # | Half Addr.? | Street Dir. | Street Name | Unit # |
|---|---|---|---|---|
| 7038 | | W | 72ND STREET | |
| **City** | | **State** | **Zip Code** | **Beat** |
| CHICAGO | | ILLINOIS | 60638 | 42 |

### Contact Information

| Contact Type | Phone Number / Email | Contact Hour (From) | Contact Hour (To) | Available Anytime |
|---|---|---|---|---|
| CELLULAR PHONE | 312-978-1280 | | | YES |

## Non-Offender Details  (OTHER - HALLORAN, Shaun M)

### Demographics

| Role | Type |
|---|---|
| OTHER | INDIVIDUAL |

| Information Refused? | NO | Injured? | NO | Law Enforcement Officer? | NO | Sheriff's Employee? | NO |
|---|---|---|---|---|---|---|---|

| Last Name | First Name | Middle Name | Name Suffix |
|---|---|---|---|
| HALLORAN | SHAUN | M | |

| Alias Last Name | Alias First Name | Maiden Name | Nickname |
|---|---|---|---|
| | | | |

| COOK COUNTY SHERIFF'S POLICE DEPARTMENT - INCIDENT REPORT | SH-19-00186512 |
|---|---|

## People Specific Information

### Demographics

| Sobriety | Birthdate | Place of Birth | | | |
|---|---|---|---|---|---|
| | 09-NOV-1977 | | | | |
| **Sex** | **Race** | | **Age (From)** | **Age (To)** | **Age Units** | **Age Estimated?** |
| MALE | WHITE | | 41 | | | NO |
| **Height (From)** | **Height (To)** | **Weight (From)** | **Weight (To)** | **Complexion** | |
| | | | | | |
| **Eye Color** | **Hair Color** | **Hair Style** | **Build** | **Facial Hair** | |

### Address of Residence

| Street # | Half Addr.? | Street Dir. | Street Name | | Unit # |
|---|---|---|---|---|---|
| 5831 | | W | 81ST PLACE | | |
| **City** | | **State** | **Zip Code** | **Beat** | |
| BURBANK | | ILLINOIS | 60459 | 42 | |

## Court Information

## Incident Administrative Information

### Relationship Association Details

| Victim | Relationship | Offender / Suspect |
|---|---|---|
| | | |

### Associated Report Numbers

| Associated Records Case Number |
|---|
| |

### Associated Central Booking Numbers

| Associated Central Booking Number |
|---|
| |

### Report Involvements

| Officer | Role | Attested? | Attested Date | Date |
|---|---|---|---|---|
| Police Officer Abelardo Mercado #331 | REPORTING OFFICER | NO | | 12-JUL-2019 |

### Incident Notification Details

| Unit / Agency Notified | Last Name | First Name | Star # / ID # | Employee # | Beat / Position | LEADS # / NCIC # | Date / Time Notified | Notification Type |
|---|---|---|---|---|---|---|---|---|

## Incident Specific Information

## Property Information

## Property Information

**Currency Details**

**Explosive Details**

**Firearm Details**

**Narcotic Details**

**Other Property Details**

**Vehicle Details**

## Narrative

Do not duplicate or repeat information located elsewhere in this report, narratives are for explanation or additional information only. If there is an arrest include a full description of events leading to the arrest.

**Narrative**

In summary, R/O along with P/O Ishoo#275 and Sgt Barloga#84 responded to the above listed address for a call of an unwanted subject. Upon arrival R/O's made contact with civil processor, NON-OFFENDER #1 (BEDNAREK , RICHARD) who related that he was at this address to serve some court paperwork to NON-OFFENDER #3 (HALLORAN, SHAUN)  reference an eviction involving the home at this address. When NON-OFFENDER #1 (BEDNAREK , RICHARD)  arrived on the property with the property's executor, NON-OFFENDER #2 (GOW, NICKIE), he encountered OFFENDER #1 (FERGUSON, TIMOTHY) who had stopped by. According to NON-OFFENDER #1 (BEDNAREK , RICHARD),  OFFENDER #1 (FERGUSON, TIMOTHY) is not supposed to be on the property and NON-OFFENDER #1 (BEDNAREK , RICHARD) advised OFFENDER #1 (FERGUSON, TIMOTHY) to leave, to which he refused. OFFENDER #1 (FERGUSON, TIMOTHY) was briefly detained, hand cuffed and double locked for proper fitting, while R/O's sorted the situation. NON-OFFENDER #1 (BEDNAREK , RICHARD) suggested to OFFENDER #1 (FERGUSON, TIMOTHY) to call NON-OFFENDER #3 (HALLORAN, SHAUN)  so that he could be served the proper court documents. Shaun arrived on scene shortly after and NON-OFFENDER #1 (BEDNAREK , RICHARD) served him with the proper documentation. NON-OFFENDER #1 (BEDNAREK , RICHARD) then proceeded to sign complaint refusals for the trespassing charge against OFFENDER #1 (FERGUSON, TIMOTHY) and he was subsequently released without incident. Nothing further at this time.