### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **TIMOTHY FERGUSON**, an individual, | |
| Plaintiff, | |
| v. | |
| **COOK COUNTY, ILLINOIS**, a municipal corporation, **CITY OF CHICAGO**, a municipal corporation, **RICHARD BEDNAREK**, an individual and as an employee of the Chicago Police Department and an employee of D-BATS, Inc., | Case No. 1:20-cv-04046 |
| **JOHN D. BARLOGA**, an individual and as an employee of the Cook County Sheriff, | Honorable Robert M. Dow, Jr |
| **ABELARDO MERCADO**, an individual and as an employee of the Cook County Sheriff, | Magistrate Gabriel A. Fuentes |
| **EDDIE ISHOO**, an individual and as an employee of the Cook County Sheriff, and | |
| **D-BATS Inc**., an Illinois corporation. | |
| Defendants. | |

### DEFENDANTS BEDNAREK'S and D-BATS' MOTION FOR SUMMARY JUDGMENT

Now comes Defendants, RICHARD BEDNAREK ("Bednarek") and D-BATS Inc. ("DBI")(collectively "D-BATS"), by and through undersigned counsel, THOMAS J. OLSON and KOPKA PINKUS DOLIN, PC, and for their Reply in support of their motion for summary judgment ("Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules for the United States District Court for the Northern District of Illinois, states as follows.

On June 27, 2024, D-BATS filed a motion for summary judgment as to all the remaining claims against D-BATS, a Rule 56.1 Statement of Facts with Exhibits, and a Memorandum of Law

in support of their Motion. Specifically, D-BATS requested summary judgment as to Count II and VI against Bednarek and Counts IX, X and XI against D-BATS. Dkt. 173, 174 and 175.[1]

On July 1, 2024, this Court entered an order setting a briefing schedule that required Plaintiff to file a Response to the Motion by July 26, 2024. Dkt. 184. Plaintiff did not file a Response to the Motion. The Reply was due by Aug. 9, 2024. Dkt. 176; see also, Dkt. 184.

Lacking any response in opposition to the Motion, Plaintiff has waived any argument in opposition to the Motion and therefore the Motion should be granted.

WHEREFORE, for the reasons stated above and as detailed in the Motion, Defendants Richard Bednarek and D-BATS, Inc. respectfully request that this Court grant their Motion for Summary Judgment and dismiss all of Plaintiff's claims against them, with prejudice, and for any other relief this Court deems fair and just under the circumstances.

*/s/Thomas J. Olson*
Thomas J. Olson
Kopka, Pinkus & Dolin, P.C.
200 West Adams Street, Suite 1200
Chicago, IL 60606
(312) 782-9920
Email: tjolson@kopkalaw.com
**Counsel for Defendants Bednarek and D-Bat's, Inc.**

<u>CERTIFICATE OF SERVICE</u>

I, Debra Healy, hereby certify that I have served a copy of **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT,** upon all counsel of record using the District Court's Electronic Filing System on this 9th day of August, 2024.

*/s/ Debra Healy*

---

[1] D-BATS' previously-filed Rule 12(b)(6) motion to dismiss (Dkt. 58) was granted as to numerous other claims against D-BATS contained in the Complaint. Dkt. 76, 77.