**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-cv-4046 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, RICHARD | ) | |
| BEDNAREK, D-BAT'S, INC., | ) | Honorable Gabriel A. Fuentes |
| COOK COUNTY, JOHN D. | ) | |
| BARLOGA, EDDIE ISHOO, and | ) | |
| ABELARDO MERCADO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AMENDED JOINT STATUS REPORT**

Plaintiff Timothy Ferguson and Defendants City of Chicago, Richard Bednarek, D-Bat's, Inc., Cook County, John D. Barloga, Eddie Ishoo, and Abelardo Mercado, by and through their respective attorneys, Peter T. Sadelski of Ed Fox & Associates, Ltd.; Maxwell E. Lisy of the City of Chicago Department of Law; Thomas J. Olson of Quintairos, Prieto, Wood & Boyer, P.A.; and John C. Coyne of Law Offices of John C. Coyne, jointly file this status report, stating as follows:

Plaintiff issued a request for production to D-Bat's Inc. and Richard Bednarek seeking an agreement or documentation reflecting an agreement between fact witness Vicki Gow and Bednarek with respect to Gow retaining D-Bat's Inc. as a special process server. The Court permitted this discovery per its Oct. 23, 2025 Order. Dkt. 230. D-Bat's, Inc. and Bednarek issued a response to Plaintiff's requests

1

and sent it to all counsel on Dec. 11, 2025 along with copies of D-Bat's, Inc. invoices reflecting its services provided to Gow. The parties agree that discovery is closed.

All Defendants filed motions for summary judgment in June 2024. Discovery was re-opened in March 2025 and Defendants' motion to reconsider the re-opening of discovery was denied. Dkt. 210. Depositions of the four individual Defendants and Vicki Gow were taken after discovery was re-opened. Defendants need time to re-file their motions for summary judgment referencing the testimony in those depositions and attaching the transcripts to their respective motions. The parties propose the following deadlines for briefing the motions for summary judgment per the Court's instructions to provide the proposed deadlines per its Oct. 23, 2025 Order. Dkt. 230.

| | |
|---|---|
| March 30, 2026: | Deadline for Defendants to file Motions for Summary Judgment. |
| June 1, 2026: | Deadline for Plaintiff to file Responses to Defendants' Motions for Summary Judgment. |
| July 1, 2026: | Deadline for Defendants to file Reply |

Dated: January 5, 2026

Respectfully,

*/s/ Edward M. Fox*
Edward M. Fox
Ed Fox & Associates, Ltd.
118 N. Clinton St., Ste. 425
Chicago, IL 60661
(312) 345-8877
efox@efox-law.com
*Attorney for Plaintiffs*

2

*/s/ Maxwell Evan Lisy*
Maxwell Evan Lisy
City of Chicago Department of Law
2 N. LaSalle, Ste. 420
Chicago, IL 60602
(312) 742-0305
maxwell.lisy@CityofChicago.org
*Attorney for Defendant City of Chicago*

*/s/ Thomas J. Olson*
Thomas J. Olson
Quintairos, Prieto, Wood & Boyer, P.A..
141 West Jackson Blvd., Ste. 1575
Chicago, IL 60604
(312) 566-0040
thomas.olson@qpwblaw.com
*Attorney for Defendants Bednarek and D-Bat's, Inc.*

*/s/ John C. Coyne*
John Coughlin Coyne
Law Offices of John C. Coyne
53 West Jackson Blvd., Ste. 1750
Chicago, IL 60604
(312) 583-9500
jcc@johnccoynelaw.com
jgutierrez@johnccoynelaw.com
*Attorney for Cook County Defendants*

## CERTIFICATE OF SERVICE

I, Thomas J. Olson, an attorney, hereby certify that on January 5, 2026, I caused the foregoing document, to be served on all counsel of record through the Court's ECF electronic docket and filing system.

*/s/ Thomas J. Olson*

3